(EXHIBITS 1-3 FILED UNDER SEAL)

**EXHIBIT 4
(Redacted)**

July 9, 2021

Dear Honorable Judge Eric Komitee,

My name is Jacquelyn Orena, and I am writing in regards to my grandfather, Mr. Victor Orena (ID: 07540085)

The increased spread of COVID-19 poses a significant public health threat to all corners of our society, yet few groups remain at higher risk for infection or death than (1) the elderly, (2) those with underlying medical conditions, and (3) incarcerated citizens.

My Elderly Grandfather, who has been incarcerated for the past 30 years, fits all three of these categories. My grandfather is 87 years old and suffers from ███████████████████████████████████████████████████████████

Quite frankly, his staying in jail poses a direct threat to his life each and every day. Moreover, his need for ███████████ is an enormous burden on the under-staffed corrections facility in FMC Devens Prison.

Even if his medical care was flawless, ███████████████████████████████████████████████████████████████████████████████

My Grandfather has 5 sons and daughter in laws, 20 Grandchildren, and 4 Great-Grandchildren who want nothing more than to know they elderly loved one could be safe at during this time, to spend the finals years of his life with.

At 87, ███████████████████████████ my Grandfather poses zero risk to society. He has served his debt to this nation, and we ask for a humane and compassionate decision to be made. Please release us from the life sentence our entire family has been serving for the past 3 decades.

Sincerely,

Jacquelyn V. Orena

July 8, 2021

Honorable Judge Eric Komitee,

My name is Victor Orena III. I am writing this letter in a plead for the compassionate release of my grandfather; Victor Orena, who I was named after.

He suffers ████████ on top of enduring many other issues which have only gotten worse during his 29 years in federal custody. My family has been serving this sentence with him in spirit, and have suffered a long time.

I plead for you to grant him a dignified last chapter of life with his loved ones, after being rehabilitated in the eyes of god. We miss him dearly, and are worried sick during this COVID-19 pandemic.

Thank You for your consideration,

Victor J. Orena

June 4, 2021

Dear Honorable Sir,

My name is Andrew Orena, third born son of Victor John Orena who is currently seeking a compassionate release from you. I would like to give you a little insight to you which might enlighten you to some facts about my dad.

My father has seven sons, five from my mother, two from another woman. All his sons love him very deeply. We all were extremely affected by his arrest, conviction and incarceration. Truth is my father was a very loving, caring and protective father. He was a fatherless child and had a very troubled beginning. His environment lured him into a life that both helped him and destroyed him. My two older brothers John and Victor Jr. followed in the same path. I didn't although I was aware of everything and was an integral part of our family. This life never sat well within me. There certainly was some benefits in the beginning but in the end none of the benefits were worth the price. My father's entire case was shrouded in outrageous government misconduct in the highest degree. I was the driving force in my fathers legal battle and in so, finding much information, documents and confidential Top Echelon Informant disclosures. I lobbied A congressman that led to the indictment of corrupt agent Lynn DeVechio and testified to all this wrongdoing that shrouded my fathers prosecution at a clandestine meeting with the Inspector General of the DOJ in Washington D.C.

I'm not a crusader of cause against our government. I'm just a son that loves his father and my family. My two brothers left that life behind once they finished their incarceration. They never associated with anyone from that past life nor got into any trouble since then, I'm very proud to say! My father is a shell of the man he once was. He holds no risk to anyone, especially to me and my brothers. My father served close to 30 years, he lost everything he once had except his sons, grandchildren and great grandchildren. The road we were on was a rough one but so many lessons learned and etched in our souls. Justice was served, my brothers were rehabilitated. There is no connection to the former life. I plead to you for mercy for my father and my family that we can spend these final days with my him, so we can love him, care for him, and cherish the memories we have in his final days. It would truly be a happy ending to a family saga.

With much respect and admiration.

Andrew Orena

Honorable Judge Eric Komitee

Judge of US District Court for Eastern District of NY

225 Camden Plaza E.

Brooklyn, NY 11201

Nicole Masone

151 Gordon Rd

Valley Stream, NY 11581

July 9, 2021

RE: Early Release of Victor Orena, ID# 07540-085

Dear Judge Komitee,

I am writing in relation to the above named prisoner, who is currently detained at the F.M.C. Devens. I am his granddaughter and I am seriously concerned about his declining health, specifically, ▓▓▓▓▓▓▓▓▓▓. I am asking that you consider recommending that he is granted early release on compassionate grounds.

In his current situation and condition, he is not receiving proper medical treatment or supportive care for his ▓▓▓▓ He has been subject to disciplinary action for things he doesn't understand. He is ▓▓▓▓▓▓▓▓▓ and is clearly a burden on a system that isn't designed to care for inmates with his ▓▓▓▓ condition. This also supports the fact that he is in no way a danger to society or capable of becoming a re-offender.

Our family will provide adequate arrangements for my grandfather's care and treatment outside of prison. Early release will bring significant benefit to my grandfather since he cannot care for himself due to the multitude of debilitating medical conditions he suffers from, which he will not recover from and it will also benefit his family who would like to be able to offer some comfort to him in his final time.

I appreciate you considering this plea for his compassionate release. My grandfather will be 87 years old on August 4th, he has served 29+ years in prison. If he is released, this will allow our family to heal and gain some closure on this difficult chapter of our lives with some dignity and peace.

Respectfully,

Nicole Masone