**DOCKET NUMBER:** <u>CR 92-0351</u>

# CRIMINAL CAUSE FOR Status Conference

**Date Received By Docket Clerk:**_____ **Docket Clerk Initials:**_____

**BEFORE JUDGE:** <u>Eric Komitee, USDJ</u>  **DATE:** <u>7/06/23</u>  **TIME IN COURT** <u>1</u> Hr

**DEFENDANT'S NAME:** <u>Victor Orena</u>  **DEFENDANT'S #:** <u>1</u>

- ❏ Present  ■ Not Present  ■ Custody  ❏ Not Custody

**DEFENSE COUNSEL:** <u>David Schoen</u>

- ❏ Federal Defender  ❏ CJA  ■ Retained

**A.U.S.A.:** <u>Devon Lash</u>  **PROBATION OFFICER:** <u>Jeremy Toner</u>

**ESR OPERATOR:** <u>Andrew Jackson</u>  **FTR LOG:** <u>10:26 – 11:28</u>

- ❏ Arraignment
- ❏ Change of Plea Hearing (~*Util-Plea Entered*)
- ❏ In Chambers Conference
- ❏ Pre Trial Conference
- ❏ Initial Appearance
- ■ Status Conference
- ❏ Telephone Conference
- ❏ Revocation of Probation non contested
- ❏ Revocation of Probation contested
- ❏ Sentencing non-evidentiary
- ❏ Sentencing Contested
- ❏ Revocation of Supervised Release evidentiary
- ❏ Revocation of Supervised Release non-evidentiary

- ❏ Voir Dire Begun  ❏ Voir Dire Held  ❏ Jury selection  ❏ Jury trial
- ❏ Jury Trial Death Penalty  ❏ Sentence enhancement Phase  ❏ Bench Trial Begun
- ❏ Bench Trial Held  ❏ Bench Trial Completed  ❏ Motion Hearing Non Evidentiary
- ❏ Other Evidentiary Hearing Contested  TYPE OF HEARING_____

**UTILITIES**

- ❏ ~Util-Plea Entered  ❏ ~Util-Add terminate Attorneys  ❏ ~Util-Bond Set/Reset
- ❏ ~Util-Exparte Matter  ❏ ~Util-Indictment Un Sealed  ❏ ~Util-Information Unsealed
- ❏ ~Util-Set/Reset Deadlines  ❏ ~Util-Set/Reset Deadlines/Hearings
- ❏ ~Util-Set/Rest Motion and R&R Deadlines/Hearings  ❏ ~Util-Terminate Motions
- ❏ ~Util-Set/Reset Hearings

**Do these minutes contain ruling(s) on motion(s)?** ❏ YES  ■ NO

**TEXT:** The Probation Dept. is directed to revise the PSR, in consultation with the defense and the government, as quickly as possible. Once the revised PSR is filed, Defendant shall submit a sentencing memorandum, which shall address whether a Fatico hearing is required, and, if so, why. The Court also directed the defendant to submit a letter regarding (1) whether it is necessary to establish competency before proceeding to resentencing, and (2) whether resentencing is an appropriate vehicle for challenging the underlying convictions.