WK:AB
F. #2023V02663

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                                                    92-CR-351 (ARR)

MICHAEL SESSA,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Trial Attorney Arun Bodapati from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Trial Attorney Arun Bodapati
    United States Department of Justice
    Criminal Division, Fraud Section
    271-A Cadman Plaza East
    Brooklyn, New York 11201
    Tel:  (202) 573-3575 (c)
    Email: Arun.Bodapati@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Trial Attorney Arun Bodapati at the email address set forth above.

Dated: Brooklyn, New York
July 20, 2023

                                                  Respectfully submitted,

                                                  BREON PEACE
                                                  United States Attorney

                                  By:    /s/ Arun Bodapati
                                                Arun Bodapati
                                                Trial Attorney

cc: Clerk of the Court (ARR)