David I. Schoen
Attorney at Law
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
Telephone: 334-395-6611
Facsimile: 917-591-7586
E-Mail: Schoenlawfirm@gmail.com

December 13, 2023

Honorable Eric R. Komitee
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201     Re: *U.S. v. Orena*; 92-cr-351 (EK) (Related: 20-cv-4548 (EK))
\*  Via ECF   \*

Dear Judge Komitee:

    I represent Mr. Victor Orena, in the above-referenced case. Earlier today, the Court entered a Scheduling Order setting a status conference for December 19, 2023.

    I am currently in Israel working on, among other things, cases arising from the October 7, 2023 terrorist atrocities. I am here until December 25th and will be in the field, meeting with victims, their families, and witnesses. I cannot, therefore, appear for a status conference on December 19, 2023. If the Court is inclined to reschedule the status conference within a time frame shortly after December 25th, the days on which I could not appear at present are January 4th and 9th.

                                     Respectfully,

                                     /s/ David I. Schoen
                                 Counsel for Victor J. Orena

cc: AUSA Devon Lash, Esq. (Via ECF)