David I. Schoen
Attorney at Law
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
Telephone: 334-395-6611
Facsimile: 917-591-7586
E-Mail: Schoenlawfirm@gmail.com

January 9, 2024

Honorable Eric R. Komitee
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201      Re: *U.S. v. Orena*; 92-cr-351 (EK) (Related: 20-cv-4548 (EK))

Dear Judge Komitee:

    I represent Mr. Victor Orena, in the above-referenced case. The case is scheduled for a Status Conference tomorrow at 10:30 a.m., with counsel to appear in person and Mr. Orena by telephone.

    Unfortunately, we are encountering terrible storms here, with torrential rains overnight and continuing today. The tornado warning siren just alerted and high winds are expected today and tomorrow. I am very concerned about the safety of flying to and from New York for the Conference today and tomorrow.

    Accordingly, I am writing to ask the Court to please reschedule the Status Conference to any day next week or to any other date the Court finds convenient (Government counsel and I could confer and propose dates). Or, if the Court finds it more appropriate to go forward with the Status Conference tomorrow, but would allow me to appear by telephone, I would respectfully request that as an alternative.

    I am sorry this is arising at the last minute. I have my air and hotel reservations in place and, of course, fully planned to attend; but I did not foresee the extent of the storm.

    I thank the Court in advance for its consideration of this request and I am sorry for any inconvenience.

Respectfully,

/s/ David I. Schoen
Counsel for Victor J. Orena

cc: AUSA Devon Lash, Esq. (Via ECF)