IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | Case No.: 92-cr-00351 (EK) |
| ) | |
| VICTOR J. ORENA  ) | |
| ) | |

## NOTICE OF APPEAL BY VICTOR J. ORENA

Notice is hereby given that Victor J. Orena, the Defendant in the above-styled case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum and Order entered on March 20, 2024, denying re-sentencing [ECF# 1963] and the Amended Judgment entered on March 20, 2024 [ECF# 1964] and all previous Orders and decisions rendered by the district court orally and in writing in the above-styled case.

Respectfully submitted,

/s/ David I. Schoen
David I. Schoen
(ASB-0860-O42D)

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of March, 2024, I caused the foregoing Notice of Appeal to be served on all counsel of record and the Clerk of the Court, by filing the same through this Court's ECF system.

                                     /s/ David I. Schoen
                                         David I. Schoen
                                     (ASB-0860-O42D)

David I. Schoen
Attorney at Law
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
Phone: 334-395-6611
E-Fax: 917-591-7586
E-Mail: DSchoen593@aol.com; Schoenlawfirm@gmail.com
Counsel for Victor J. Orena