# EXHIBIT A


# BURIED ALIVE

Buried Alive Project
2626 Cole Avenue, Suite 300
Dallas, Texas 75204
p (214) 919-4421

www.buriedaliveproject.org

**Sent via USPS and via email**

March 6, 2025

FMC Devens
Attention: Warden
P.O. Box 880
Ayer, MA 01432

    Re:    Victor Orena # 07540-085
             Request for Reduction in Sentence

Dear Warden:

I am an attorney representing Mr. Orena, alongside my co-counsel, David Schoen. I write on Mr. Orena's behalf to renew his request for emergency compassionate release. It is my understanding he previously requested compassionate release several times in the past few years. However, Mr. Orena's mental and physical health continues to sharply decline. Just last week, he was hospitalized due to heart failure and respiratory complications.

I am submitting this formal request on his behalf for your consideration for compassionate release (or reduction in sentence) under 18 U.S.C. § 3582(c)(1)(A), in light of the recently amended implementing guideline, U.S.S.G. § 1B1.13 effective November 1, 2023, as well as BOP Program Statement 5050.50.

Mr. Orena presents extraordinary and compelling reasons for a reduction in sentence. At 90 years old, having served over three decades in prison, he suffers from end-stage heart failure and wears a pacemaker and a multitude of serious health issues, including diabetes, glaucoma, anemia, an abdominal aortic aneurysm, hypertension, osteoarthritis, and degenerative joint disease. Additionally, Mr. Orena is battling advanced dementia and Alzheimer's disease, which severely impair his cognitive functions and memory. Confined to a wheelchair, he is at a constant risk of falling and requires help with daily activities. His deteriorating physical and mental health, compounded by his age, and length of time served are extraordinary and compelling reasons for his compassionate release under U.S.S.G. § 1B1.13(b)(1), (b)(2), and (b)(5).

Mr. Orena respectfully requests that the BOP recognize these extraordinary and compelling circumstances and approve his release. Given his age and health, he poses no threat to public safety. Upon release, Mr. Orena will reside in Florida with his youngest son and daughter-in-law, a living arrangement already approved by the US Probation Office. There, he can access necessary

medical care and spend his final days surrounded by family, affording him and his loved ones the dignity of being together during his remaining time.

Thank you very much for your consideration of this request. I can be reached via email at brittany@buriedaliveproject.org with any questions.

Sincerely,

*Brittany K. Barnett*

Brittany K. Barnett
Director and Senior Counsel

cc:   Mr. Victor Orena