# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: ORENA, VICTOR | | Reg #: 07540-085 |
| Date of Birth: 08/04/1934 | Sex: M Race: WHITE | Facility: DEV |
| Encounter Date: 03/10/2025 11:32 | Provider: Churchville, Lawrence MD | Unit: N02 |

**Reviewed Health Status:** Yes

Physician - Follow up Visit encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT **1**   Provider: Churchville, Lawrence MD

Chief Complaint: CARDIAC

Subjective: Heart failure with hypokalemia II loop diuretic

**Pain:** Not Applicable

---

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| Topamax | Intolerance-other | RXN UNKNOWN |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 03/10/2025 11:32 by Churchville, Lawrence MD

**OBJECTIVE:**

**ROS Comments**
CHF

**ASSESSMENT:**

Cardiomyopathy, I429 - Current

Other heart failure, I5089 - Current

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 675204-DEV | Potassium Chloride 20 mEq ER Tab UD | 03/10/2025 11:32 |

**Prescriber Order:** Take one tablet (20 MEQ) by mouth each day x 180 day(s) Pill Line Only

Indication: Hypertension, Benign Essential, Cardiomyopathy, Other heart failure

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

**Other:**

Heart failure

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/10/2025 | Counseling | Compliance - Treatment | Churchville, Lawrence | Verbalizes Understanding |

Inmate Name: ORENA, VICTOR
Date of Birth: 08/04/1934
Encounter Date: 03/10/2025 11:32

Sex: M   Race: WHITE
Provider: Churchville, Lawrence MD

Reg #: 07540-085
Facility: DEV
Unit: N02

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Churchville, Lawrence MD on 03/10/2025 11:38

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | ORENA, VICTOR | | Reg #: 07540-085 |
| Date of Birth: | 08/04/1934 | Sex: M Race: WHITE | Facility: DEV |
| Encounter Date: | 03/10/2025 10:51 | Provider: Fandreyer, F. FNP | Unit: N02 |

**Reviewed Health Status:** Yes

Advanced Practice Provider - Evaluation encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT **1**      Provider:   Fandreyer, F. FNP

Chief Complaint:   Skin Problem

Subjective:   89 year old MDU. PMH: Alzheimer's type dementia, complete heart block pacemaker dependent (battery replaced 4/11/2022),aortic aneurysm, HFrEF,  hyperlipidemia, hypertension, DMII, OA bilateral knees, hemorrhoids, tinea cruris, latent TB, polyneuropathy, coronary artery disease with stents, CKD and glaucoma

He is seen for companion report of rash on his back. He asks how he got a rash. Has no complaint of itching.

Pain:   No

___

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| Topamax | Intolerance-other | RXN UNKNOWN |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 03/10/2025 10:51 by Fandreyer, F. FNP

**OBJECTIVE:**

**Exam Comments**

General: Alert, eating
Pulm: speech clear in full sentences
Musculoskeletal: sitting in wheelchair
skin: erythematous maculopapular rash over entire torso. No indication for scratching. No open areas or drainage.

**ASSESSMENT:**

Acute cough, R051 - Resolved

Pneumonia, unspecified organism, J189 - Resolved

Rash and other nonspecific skin eruption, R21 - Current

Unsp symptoms and signs involving the genitourinary system, R399 - Resolved

Unspecified bacterial pneumonia, J159 - Resolved

Unspecified hemorrhoids, K649 - Resolved

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Triamcinolone  0.1% Cream | 03/10/2025 10:51 |
| | **Prescriber Order:**    small amount Topically  -   Two Times a Day x 14 day(s) -- please apply to affected areas of torse | |

Inmate Name:  ORENA, VICTOR           Reg #:  07540-085
Date of Birth:  08/04/1934       Sex:  M  Race:  WHITE       Facility:  DEV
Encounter Date:  03/10/2025 10:51     Provider:  Fandreyer, F. FNP       Unit:  N02

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Indication:  Rash and other nonspecific skin eruption | |
| | Famotidine Tablet | 03/10/2025 10:51 |
| | **Prescriber Order:**  20 mg Orally  -  Two Times a Day x 30 day(s) | |
| | Indication:  Rash and other nonspecific skin eruption | |
| | diphenhydrAMINE Capsule/Tablet | 03/10/2025 10:51 |
| | **Prescriber Order:**  50 mg Orally  at bedtime x 14 day(s) Pill Line Only | |
| | Indication:  Rash and other nonspecific skin eruption | |
| | Non-Formulary was created for this drug | |

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Skin Check | Daily | 7 days | Please check rash on torso. If open areas or drainage develops or worsening lesions, please alert provider. | Fandreyer, F. FNP |
| | Order Date: | 03/10/2025 | | |

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

rash: no new detergent, lotion, food.
will order triamcinolone, famotidine, benadryl.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/10/2025 | Counseling | Diagnosis | Fandreyer, F. | Needs Reinforcement |

**Copay Required:** No      **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Fandreyer, F. FNP on 03/10/2025 11:12

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ORENA, VICTOR | | Reg #: | 07540-085 |
| Date of Birth: | 08/04/1934 | Sex: M Race: WHITE | Facility: | DEV |
| Note Date: | 03/10/2025 06:46 | Provider: Mcclurken, Mark RN | Unit: | N02 |

**Reviewed Health Status:** No

Admin Note - General Administrative Note encounter performed at Housing Unit.

**Administrative Notes:**

ADMINISTRATIVE NOTE **1** Provider: Mcclurken, Mark RN

AIC received Potassium 20mEq as ordered, order needs clarification, will receive dosing till 3/11, stop date of original order.

**Copay Required:** No     **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Mcclurken, Mark RN on 03/10/2025 06:46

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ORENA, VICTOR | | | Reg #: | 07540-085 |
| Date of Birth: | 08/04/1934 | Sex: | M    Race: WHITE | Facility: | DEV |
| Note Date: | 03/09/2025 06:14 | Provider: | Mcclurken, Mark RN | Unit: | N02 |

**Reviewed Health Status:**    No

Admin Note - General Administrative Note encounter performed at Housing Unit.

**Administrative Notes:**

ADMINISTRATIVE NOTE    **1**        Provider:   Mcclurken, Mark RN

AIC received Potassium 20mEq as ordered, order needs clarification, will receive dosing till 3/11, stop date of original order.

**Copay Required:** No        **Cosign Required:**  No

**Telephone/Verbal Order:**    No

Completed by Mcclurken, Mark RN on 03/09/2025 06:16

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ORENA, VICTOR | | Reg #: | 07540-085 |
| Date of Birth: | 08/04/1934 | Sex: M Race: WHITE | Facility: | DEV |
| Note Date: | 03/05/2025 13:22 | Provider: Montanez-Gonzalez, | Unit: | N02 |

**Reviewed Health Status:** Yes

Flowsheet Note - Treatment Follow up encounter performed at Housing Unit.

**Administrative Notes:**

ADMINISTRATIVE NOTE  **1**  Provider: Montanez-Gonzalez, Islem RN

Treatment completed on ORENA, VICTOR, register number 07540-085
Type: Skin Check
Provider: Montanez-Gonzalez, Islem RN
Date: 03/05/2025 13:08
Comments: Small open area 1.5 cm x 2 cm on right elbow. He had a Mepilex on from the OSH with a scant amount of bloody drainage. Wound clean with NS and new Mepilex applied. No s/s of infection.

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| Topamax | Intolerance-other | RXN UNKNOWN |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors on 03/05/2025 13:22 by Montanez-Gonzalez, Islem RN

**Copay Required:** No     **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Montanez-Gonzalez, Islem RN on 03/05/2025 13:24

Requested to be reviewed by  Goudreau, S. (MOUD) PA-C.

Review documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ORENA, VICTOR | | | Reg #: | 07540-085 |
| Date of Birth: | 08/04/1934 | Sex: | M    Race: WHITE | Facility: | DEV |
| Note Date: | 03/05/2025 06:50 | Provider: | Mcclurken, Mark RN | Unit: | N02 |

**Reviewed Health Status:**    No

Admin Note - General Administrative Note encounter performed at Housing Unit.

**Administrative Notes:**

ADMINISTRATIVE NOTE    **1**        Provider:   Mcclurken, Mark RN

AIC received Potassium 20mEq as ordered, unable to sign off in BEMR, not showing up

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**    No

Completed by Mcclurken, Mark RN on 03/05/2025 06:51

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ORENA, VICTOR | | Reg #: | 07540-085 |
| Date of Birth: | 08/04/1934 | Sex: M Race: WHITE | Facility: | DEV |
| Note Date: | 03/04/2025 14:18 | Provider: Procaccini, Sherri RN | Unit: | N02 |

**Reviewed Health Status:** No

Admin Note - General Administrative Note encounter performed at Housing Unit.

**Administrative Notes:**

ADMINISTRATIVE NOTE **1**  Provider: Procaccini, Sherri RN

Started back on Tamsulosin, will d/c NMOS order

**Discontinued Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| *Nursing Intervention* | *Daily* | *30 days* | *Tamsulosin discontinued on 2/4/25 due to orthostatic symptoms and hypotension. Please alert medical team if patient having issues with urinary retention.* | *Goudreau, S. (MOUD) PA-C* |

| | |
|---|---|
| Discontinue Reason: | *No longer indicated* |
| Order Date: | *02/04/2025* |
| End Date: | *03/06/2025* |

**Copay Required:** No     **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Procaccini, Sherri RN on 03/04/2025 14:24

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | ORENA, VICTOR | | Reg #: 07540-085 |
| Date of Birth: | 08/04/1934 | Sex: M Race: WHITE | Facility: DEV |
| Encounter Date: | 03/04/2025 12:06 | Provider: Churchville, Lawrence MD | Unit: N02 |

**Reviewed Health Status:** Yes

Physician - Medical Trip Return encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT **1** Provider: Churchville, Lawrence MD

Chief Complaint: Medical Trip Return

Subjective: Date of admission: 2/27/2025 Leominster Hospital
2/28/2025 Henry Heywood Hospital
Date of discharge: 3/3/2025

Reason for admission: Dyspnea
Discharge diagnosis: Acute respiratory failure
Acute systolic heart failure
Diabetes Mellitus Type II

Orena, Victor 07540-085 Mr. Orena is an 89 year old MDU resident with no PRD who arrived at FMC Devens on 11/18/2015 with a past medical history significant for Alzheimer's type dementia, complete heart block pacemaker dependent (battery replaced 4/11/2022),aortic aneurysm, HFrEF, hyperlipidemia, hypertension, DMII, OA bilateral knees, hemorrhoids, tinea cruris, latent TB, polyneuropathy, coronary artery disease with stents, CKD and glaucoma..

On 2/27/2025, he was sent to the ER because of dyspnea. He was found to be in heart failure with elevated BNP (4300), troponin and CO2 retention. He was transferred to Henry Heywood Hospital the next day because of Custody issues.
He was aggressively diuresed with benefit. Imaging revealed bilateral pleural effusion right >left.
He was discharged beck to FMC Devens on 3/3/2025.

Pain: Not Applicable

---

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| Topamax | Intolerance-other | RXN UNKNOWN |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 03/04/2025 12:06 by Churchville, Lawrence MD

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/04/2025 | 05:40 DEV | 98.0 | 36.7 | Forehead | Mcclurken, Mark RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/04/2025 | 05:40 DEV | 90 | Via Machine | | Mcclurken, Mark RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|

| **Date** | **Time** | **Rate Per Minute** | **Provider** |
|---|---|---|---|
| 03/04/2025 | 05:40 DEV | 30 | Mcclurken, Mark RN |

**Blood Pressure:**

| **Date** | **Time** | **Value** | **Location** | **Position** | **Cuff Size** | **Provider** |
|---|---|---|---|---|---|---|
| 03/04/2025 | 05:40 DEV | 137/78 | Left Arm | Sitting | Adult-large | Mcclurken, Mark RN |

**SaO2:**

| **Date** | **Time** | **Value(%)** | **Air** | **Provider** |
|---|---|---|---|---|
| 03/04/2025 | 05:40 DEV | 94 | Oxygen 4 L | Mcclurken, Mark RN |

### ROS Comments
Dyspnea improved

### Exam Comments
Awake alert. No visible dyspnea or tachypnea. AE decreased at the right base. Rales + at the left base.

**ASSESSMENT:**

Cardiomyopathy, I429 - Current

Presence of cardiac pacemaker, Z950 - Current

Diabetes mellitus, type II (adult-onset), 250.00 - Current

**PLAN:**

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**
**New Medication Orders:**

| **Rx#** | **Medication** | **Order Date** |
|---|---|---|
| | Tamsulosin HCl Capsule | 03/04/2025 12:06 |

    **Prescriber Order:**    0.4 mg Orally  -  daily x 180 day(s)

    Indication:   Benign localized hyperplasia of prostate NOS

**Renew Medication Orders:**

| **Rx#** | **Medication** | **Order Date** |
|---|---|---|
| 675115-DEV | Acetaminophen 325 MG Tab UD | 03/04/2025 12:06 |

    **Prescriber Order:**    Take two tablets (650 MG) by mouth three times daily x 180 day(s) Pill Line Only

    Indication:   Osteoarthrosis, generalized

| 675116-DEV | Aspirin 81 MG EC Tab UD | 03/04/2025 12:06 |
|---|---|---|

    **Prescriber Order:**    Take one tablet (81 MG) by mouth each day x 180 day(s) Pill Line Only

    Indication:   Non-ST elevation (NSTEMI) myocardial infarction

| 675117-DEV | Atorvastatin 20 MG TAB UD | 03/04/2025 12:06 |
|---|---|---|

    **Prescriber Order:**    Take one tablet (20 MG) by mouth each evening for control of cholesterol x 365 day(s) Pill Line Only

    Indication:   Hyperlipidemia, mixed

| 675118-DEV | Bisacodyl E.C. 5 MG TAB UD | 03/04/2025 12:06 |
|---|---|---|

    **Prescriber Order:**    Take one tablet (5 MG) by mouth each day AS NEEDED for constipation PRN x 180 day(s) Pill Line Only

    Indication:   Constipation, unspecified

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 675119-DEV | Cholecalciferol (Vit D) 50,000 UNIT (1.25 mg)Cap | 03/04/2025 12:06 |

    **Prescriber Order:**   Take one capsule  by mouth once a month on the first of the month x 180 day(s) Pill Line Only

    Indication:   Vitamin D deficiency

| 674483-DEV | Clopidogrel Bisulfate 75 MG Tab UD | 03/04/2025 12:06 |
|---|---|---|

    **Prescriber Order:**   Take one tablet (75 MG) by mouth daily x 365 day(s) Pill Line Only

    Indication:   Non-ST elevation (NSTEMI) myocardial infarction

| 675121-DEV | Cromolyn OPHTH Solution 4%, 10ML | 03/04/2025 12:06 |
|---|---|---|

    **Prescriber Order:**   Place 2 drops in both eyes four times daily x 180 day(s) Pill Line Only

    Indication:   Allergic rhinitis

| 675122-DEV | Docusate Sodium 100 MG Cap UD | 03/04/2025 12:06 |
|---|---|---|

    **Prescriber Order:**   Take one capsule (100 MG) by mouth twice daily AS NEEDED for hard or infrequent stools - Take with a glassful of water PRN x 180 day(s) Pill Line Only

    Indication:   Constipation, unspecified, Unspecified hemorrhoids

| 675123-DEV | Donepezil HCL  5 MG Tab UD | 03/04/2025 12:06 |
|---|---|---|

    **Prescriber Order:**   Take one tablet (5 MG) by mouth each morning x 180 day(s) Pill Line Only

    Indication:   Mild cognitive impairment, so stated

| 675124-DEV | Dorzolamide-Timolol Opht Soln 22.3-6.8mg/ml 10ML | 03/04/2025 12:06 |
|---|---|---|

    **Prescriber Order:**   Place 1 drop in both eyes twice daily x 180 day(s) Pill Line Only

    Indication:   Chronic angle-closure glaucoma

| 675125-DEV | Ferrous Gluconate 324 MG  Tab UD | 03/04/2025 12:06 |
|---|---|---|

    **Prescriber Order:**   Take one tablet  by mouth three times a week on Monday, Wednesday, and Friday on empty stomach x 180 day(s) Pill Line Only

    Indication:   Anemia, unspecified

| 675126-DEV | Furosemide 40 MG Tab UD | 03/04/2025 12:06 |
|---|---|---|

    **Prescriber Order:**   Take one tablet (40 MG) by mouth twice daily morning and at noon *Do not give if systolic blood pressure <100 x 180 day(s) Pill Line Only

    Indication:   Other heart failure

| 675127-DEV | Glucose 4 GM Tab | 03/04/2025 12:06 |
|---|---|---|

    **Prescriber Order:**   Chew and swallow 4 tablets (16 GM) by mouth AS NEEDED for hypoglycemia and alert medical PRN x 180 day(s) Pill Line Only

    Indication:   Diabetes mellitus, type II (adult-onset)

| 675130-DEV | Insulin  NPH (10 ML) 100 UNITS/ML INJ | 03/04/2025 12:06 |
|---|---|---|

    **Prescriber Order:**   Inject 22 units of NPH insulin subcutaneously each morning x 365 day(s) Pill Line Only

    Indication:   Diabetes mellitus, type II (adult-onset)

| 675129-DEV | Insulin  NPH (10 ML) 100 UNITS/ML INJ | 03/04/2025 12:06 |
|---|---|---|

    **Prescriber Order:**   Inject 22 units of NPH insulin subcutaneously each evening x 365 day(s) Pill

## Renew Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| | Line Only | |

Indication: Diabetes mellitus, type II (adult-onset)

---

**675132-DEV** Insulin Reg (10 ML) 100 UNITS/ML Inj              03/04/2025 12:06

**Prescriber Order:** Inject 8 units of regular insulin subcutaneously each evening x 365 day(s) Pill Line Only

Indication: Diabetes mellitus, type II (adult-onset)

---

**675131-DEV** Insulin Reg (10 ML) 100 UNITS/ML Inj              03/04/2025 12:06

**Prescriber Order:** Inject 8 units of regular insulin subcutaneously each morning x 365 day(s) Pill Line Only

Indication: Diabetes mellitus, type II (adult-onset)

---

**675133-DEV** Latanoprost Ophth Soln 0.005% [2.5ml]             03/04/2025 12:06

**Prescriber Order:** Place 1 drop in both eyes each evening x 180 day(s) Pill Line Only

Indication: Chronic angle-closure glaucoma

---

**675134-DEV** Memantine 10 MG Tab              03/04/2025 12:06

**Prescriber Order:** Take one tablet (10 MG) by mouth twice daily x 180 day(s) Pill Line Only

Indication: Mild cognitive impairment, so stated

---

**675135-DEV** Nystatin Powder 100,000 UNIT/GM [30 GM]           03/04/2025 12:06

**Prescriber Order:** Apply topically to the affected area(s) three times daily (inguinal/groin, pannus) **non-formulary approved until: 4/2/25 x 14 day(s) Pill Line Only

Indication: Tinea cruris

---

**675144-DEV** Spironolactone 25 MG Tab UD             03/04/2025 12:06

**Prescriber Order:** Take one-half (1/2) tablet (12.5 MG) by mouth each day x 365 day(s) Pill Line Only

Indication: Hypertension, Benign Essential, Atrioventricular block, complete

## Discontinued Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| *675204-DEV* | *Potassium Chloride 20 mEq ER Tab UD* | *03/04/2025 12:06* |

**Prescriber Order:** *Take one tablet (20 MEQ) by mouth each day*

Discontinue Type: *When Pharmacy Processes*

Discontinue Reason: *Duplicate Therapy*

Indication:

---

*Clopidogrel Bisulfate 75 MG Tab UD*             *03/04/2025 12:06*

**Prescriber Order:** *Take one tablet (75 MG) by mouth daily x 30 day(s) Pill Line Only*

Discontinue Type: *When Pharmacy Processes*

Discontinue Reason: *Duplicate Therapy*

Indication:

## Reconciled Medications:

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| BOP | Continue | Rx | 675115-DEV | Acetaminophen 325 MG Tab UD | Take two tablets (650 MG) by mouth three times daily |

| Source | Action | Type | Rx# | Medication | Order Detail |
|--------|--------|------|-----|------------|--------------|
| BOP | Continue | Rx | 675116-DEV | Aspirin 81 MG EC Tab UD | Take one tablet (81 MG) by mouth each day |
| BOP | Continue | Rx | 675117-DEV | Atorvastatin 20 MG TAB UD | Take one tablet (20 MG) by mouth each evening for control of cholesterol |
| BOP | Continue | Rx | 675118-DEV | Bisacodyl E.C. 5 MG TAB UD | Take one tablet (5 MG) by mouth each day AS NEEDED for constipation |
| BOP | Continue | Rx | 675119-DEV | Cholecalciferol (Vit D) 50,000 UNIT (1.25 mg)Cap | Take one capsule  by mouth once a month on the first of the month |
| BOP | Continue | Rx | 675120-DEV | Citalopram 10 MG Tab UD | Take one tablet (10 MG) by mouth every night at bedtime |
| BOP | Continue | Rx | 674483-DEV | Clopidogrel Bisulfate 75 MG Tab UD | Take one tablet (75 MG) by mouth daily |
| BOP | Discontinue | Rx | Order | Clopidogrel Tablet | |
| | **Discontinue Reason:**  Duplicate Therapy | | | | |
| BOP | Continue | Rx | 675121-DEV | Cromolyn OPHTH Solution 4%, 10ML | Place 2 drops in both eyes four times daily |
| BOP | Continue | Rx | 675122-DEV | Docusate Sodium 100 MG Cap UD | Take one capsule (100 MG) by mouth twice daily AS NEEDED for hard or infrequent stools - Take with a glassful of water |
| BOP | Continue | Rx | 675123-DEV | Donepezil HCL  5 MG Tab UD | Take one tablet (5 MG) by mouth each morning |
| BOP | Continue | Rx | 675124-DEV | Dorzolamide-Timolol Opht Soln 22.3-6.8mg/ml 10ML | Place 1 drop in both eyes twice daily |
| BOP | Continue | Rx | 675125-DEV | Ferrous Gluconate 324 MG  Tab UD | Take one tablet  by mouth three times a week on Monday, Wednesday, and Friday on empty stomach |
| BOP | Continue | Rx | 675126-DEV | Furosemide 40 MG Tab UD | Take one tablet (40 MG) by mouth twice daily morning and at noon *Do not give if systolic blood pressure <100 |
| BOP | Continue | Rx | 675127-DEV | Glucose 4 GM Tab | Chew and swallow 4 tablets (16 GM) by mouth AS NEEDED for hypoglycemia and alert medical |
| BOP | Continue | Rx | 675128-DEV | guaiFENesin ER Tab 12 Hr 600 MG UD | Take one tablet (600 MG) by mouth twice daily AS NEEDED for secretions related to for cough **non-formulary approved until: 3/8/25 |
| BOP | Continue | Rx | 675130-DEV | Insulin  NPH (10 ML) 100 UNITS/ML INJ | Inject 22 units of NPH insulin subcutaneously each morning |
| BOP | Continue | Rx | 675129-DEV | Insulin  NPH (10 ML) 100 UNITS/ML INJ | Inject 22 units of NPH insulin subcutaneously each evening |
| BOP | Continue | Rx | 675132-DEV | Insulin  Reg (10 ML) 100 UNITS/ML Inj | Inject 8 units of regular insulin subcutaneously each evening |
| BOP | Continue | Rx | 675131-DEV | Insulin  Reg (10 ML) 100 UNITS/ML Inj | Inject 8 units of regular insulin subcutaneously each morning |
| BOP | Continue | Rx | 675133-DEV | Latanoprost Ophth Soln 0.005% [2.5ml] | Place 1 drop in both eyes each evening |
| BOP | Continue | Rx | 675134-DEV | Memantine 10 MG Tab | Take one tablet (10 MG) by mouth twice daily |

| Inmate Name: | ORENA, VICTOR | | | | Reg #: | 07540-085 |
|---|---|---|---|---|---|---|

Inmate Name: ORENA, VICTOR
Date of Birth: 08/04/1934
Encounter Date: 03/04/2025 12:06

Sex: M   Race: WHITE
Provider: Churchville, Lawrence MD

Reg #: 07540-085
Facility: DEV
Unit: N02

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| BOP | Continue | Rx | 675135-DEV | Nystatin Powder 100,000 UNIT/GM [30 GM] | Apply topically to the affected area(s) three times daily (inguinal/groin, pannus) **non-formulary approved until: 4/2/25 |
| BOP | Discontinue | Rx | 675204-DEV | Potassium Chloride 20 mEq ER Tab UD | Take one tablet (20 MEQ) by mouth each day |
| | **Discontinue Reason:** Duplicate Therapy | | | | |
| BOP | Continue | Rx | 671137-DEV | risperiDONE 0.5 MG Tab UD | Take one tablet (0.5 MG) by mouth each day AS NEEDED for agitation |
| BOP | Continue | Rx | Order | risperiDONE Oral Tablet | |
| BOP | Continue | Rx | 675144-DEV | Spironolactone  25 MG  Tab UD | Take one-half (1/2) tablet (12.5 MG) by mouth each day |
| BOP | Continue | Rx | 675145-DEV | traZODone HCl  50 MG Tab UD | Take one tablet (50 MG) by mouth at bedtime AS NEEDED for agitation |
| | | OTC | | No known OTCs | |

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-Basic Metabolic Profile (BMP) | Recurring | 03/11/2025 00:00 | Routine |
| Lab results requested to be notified to: | Adams, Samantha FNP | | |
| Lab results requested to be notified to: | Fandreyer, F. FNP | | |
| Lab Tests - Short List-General-Basic Metabolic Profile (BMP) | Recurring | 04/01/2025 00:00 | Routine |
| Lab results requested to be notified to: | Adams, Samantha FNP | | |
| Lab results requested to be notified to: | Fandreyer, F. FNP | | |
| Lab Tests - Short List-General-Basic Metabolic Profile (BMP) | Recurring | 04/15/2025 00:00 | Routine |
| Lab results requested to be notified to: | Adams, Samantha FNP | | |
| Lab results requested to be notified to: | Fandreyer, F. FNP | | |
| Lab Tests - Short List-General-Basic Metabolic Profile (BMP) | Recurring | 04/08/2025 00:00 | Routine |
| Lab results requested to be notified to: | Adams, Samantha FNP | | |
| Lab results requested to be notified to: | Fandreyer, F. FNP | | |
| Lab Tests - Short List-General-Basic Metabolic Profile (BMP) | Recurring | 04/29/2025 00:00 | Routine |
| Lab results requested to be notified to: | Adams, Samantha FNP | | |
| Lab results requested to be notified to: | Fandreyer, F. FNP | | |
| Lab Tests - Short List-General-Basic Metabolic Profile (BMP) | Recurring | 04/22/2025 00:00 | Routine |
| Lab results requested to be notified to: | Adams, Samantha FNP | | |
| Lab results requested to be notified to: | Fandreyer, F. FNP | | |
| Lab Tests - Short List-General-Basic Metabolic Profile (BMP) | Recurring | 03/25/2025 00:00 | Routine |
| Lab results requested to be notified to: | Adams, Samantha FNP | | |
| Lab results requested to be notified to: | Fandreyer, F. FNP | | |
| Lab Tests - Short List-General-Basic Metabolic Profile (BMP) | Recurring | 03/18/2025 00:00 | Routine |
| Lab results requested to be notified to: | Adams, Samantha FNP | | |
| Lab results requested to be notified to: | Fandreyer, F. FNP | | |

Inmate Name: ORENA, VICTOR                         Reg #: 07540-085
Date of Birth: 08/04/1934          Sex: M    Race: WHITE     Facility: DEV
Encounter Date: 03/04/2025 12:06    Provider: Churchville, Lawrence MD    Unit: N02

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Chest-2 Views | One Time | | 03/10/2025 | Routine |

      Specific reason(s) for request (Complaints and findings):

         CHF

**Disposition:**

    Follow-up at Sick Call as Needed
    Follow-up at Chronic Care Clinic as Needed

**Other:**

    CHF: Continue diuresis
    Pleural effusion
    DM good control
    Hypokalemia: Continue supplementation.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/04/2025 | None/Severe Cogn Impair | | Churchville, Lawrence | No Evidence of Learning |

**Copay Required:** No         **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Churchville, Lawrence MD on 03/04/2025 12:44

Requested to be reviewed by Adams, Samantha FNP.

Review documentation will be displayed on the following page.

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ORENA, VICTOR | | | Reg #: | 07540-085 |
| Date of Birth: | 08/04/1934 | Sex: | M | Race: | WHITE |
| Encounter Date: | 03/04/2025 12:06 | Provider: | Churchville, Lawrence | Facility: | DEV |

**Reviewed by Adams, Samantha FNP on 03/04/2025 14:21.**

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ORENA, VICTOR | | Reg #: | 07540-085 |
| Date of Birth: | 08/04/1934 | Sex: M    Race: WHITE | Facility: | DEV |
| Note Date: | 03/04/2025 11:28 | Provider: Quill, P. (MOUD) NP | Unit: | N02 |

**Reviewed Health Status:**   No

Review Note - Report Review encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:   Quill, P. (MOUD) NP

Patient returned from OSH overnight following recent admission for CHF exacerbation. He will need follow up with PCPT team today. Note forwarded to provider.

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Quill, P. (MOUD) NP on 03/04/2025 11:31

Requested to be reviewed by  Goudreau, S. (MOUD) PA-C.

Review documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ORENA, VICTOR | | | Reg #: | 07540-085 |
| Date of Birth: | 08/04/1934 | Sex: | M    Race: WHITE | Facility: | DEV |
| Note Date: | 03/04/2025 10:46 | Provider: | Procaccini, Sherri RN | Unit: | N02 |

**Reviewed Health Status:**    No

Admin Note - General Administrative Note encounter performed at Housing Unit.

**Administrative Notes:**

    ADMINISTRATIVE NOTE   **1**        Provider:   Procaccini, Sherri RN

        Given 1st dose of Potassium Chloride 20 meq, unable to add to MAR.

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Procaccini, Sherri RN on 03/04/2025 10:53

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ORENA, VICTOR | | Reg #: | 07540-085 |
| Date of Birth: | 08/04/1934 | Sex: M  Race: WHITE | Facility: | DEV |
| Note Date: | 03/04/2025 10:13 | Provider: Procaccini, Sherri RN | Unit: | N02 |

**Reviewed Health Status:** No
Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE  **1**  Provider: Procaccini, Sherri RN

Per MD. Order Labs and meds


**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Potassium Chloride ER Tablet (Klor-Con) | 03/04/2025 10:13 |

**Prescriber Order:** 20 meq Orally - daily x 7 day(s) Pill Line Only

Indication: Hypertension, Benign Essential

Start Now: Yes

Night Stock Rx#:

Source: Pyxis

Admin Method: Pill Line

Stop Date: 03/11/2025 10:12

MAR Label: 20 meq Orally - daily x 7 day(s) Pill Line Only

One Time Dose Given: No

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-Basic Metabolic Profile (BMP) | One Time | 03/04/2025 00:00 | Stat |
| Lab personnel verbally notified of a priority order of Today or Stat | | | |
| Lab Tests - Short List-General-Basic Metabolic Profile (BMP) | One Time | 03/05/2025 08:00 | Routine |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes   **By:** Churchville, Lawrence MD

**Telephone or Verbal order read back and verified.**


Completed by Procaccini, Sherri RN on 03/04/2025 10:18

Requested to be cosigned by Churchville, Lawrence MD.

Cosign documentation will be displayed on the following page.

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ORENA, VICTOR | | | Reg #: | 07540-085 |
| Date of Birth: | 08/04/1934 | Sex: | M | Race: | WHITE |
| Encounter Date: | 03/04/2025 10:13 | Provider: | Procaccini, Sherri RN | Facility: | DEV |

**Cosigned by Churchville, Lawrence MD on 03/04/2025 15:45.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ORENA, VICTOR | | Reg #: | 07540-085 |
| Date of Birth: | 08/04/1934 | Sex: M Race: WHITE | Facility: | DEV |
| Encounter Date: | 03/04/2025 05:38 | Provider: Mcclurken, Mark RN | Unit: | N02 |

**Reviewed Health Status:** Yes

Nursing - Evaluation encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT **1**    Provider: Mcclurken, Mark RN

Chief Complaint: PULMONARY/RESPIRATORY

Subjective: "I feel sick, this water keeps coming out of my mouth, what's wrong with me"

**Pain:** No

---

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| Topamax | Intolerance-other | RXN UNKNOWN |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 03/04/2025 05:38 by Mcclurken, Mark RN

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/04/2025 | 05:40 DEV | 98.0 | 36.7 | Forehead | Mcclurken, Mark RN |
| 03/03/2025 | 19:35 DEV | 97.4 | 36.3 | | Babineau, William RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/04/2025 | 05:40 DEV | 90 | Via Machine | | Mcclurken, Mark RN |
| 03/03/2025 | 19:35 DEV | 84 | | | Babineau, William RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/04/2025 | 05:40 DEV | 30 | Mcclurken, Mark RN |
| 03/03/2025 | 19:35 DEV | 16 | Babineau, William RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/04/2025 | 05:40 DEV | 137/78 | Left Arm | Sitting | Adult-large | Mcclurken, Mark RN |
| 03/03/2025 | 19:35 DEV | 132/79 | | | | Babineau, William RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 03/04/2025 | 05:40 DEV | 94 | Oxygen 4 L | Mcclurken, Mark RN |
| 03/03/2025 | 19:35 DEV | 93 | Oxygen 4 L | Babineau, William RN |

Inmate Name:  ORENA, VICTOR
Date of Birth:  08/04/1934
Encounter Date:  03/04/2025 05:38

Sex:        M     Race:   WHITE
Provider:   Mcclurken, Mark RN

Reg #:    07540-085
Facility:  DEV
Unit:      N02

### Comments

AIC in and out of bed throughout the night, c/o feeling sick, coughing up phlegm throughout the night. Nasal cannula remained on throughout the night, O2 at 4L. Complaints of feeling weak noted during the night.

Crackles noted to bilateral lung fields, left great than the right at this time.

**ASSESSMENT:**

Alteration in comfort

r/t CHF/PNA

**PLAN:**

**Disposition:**

To be Evaluated by Provider

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/04/2025 | Counseling | Compliance - Treatment | Mcclurken, Mark | Verbalizes Understanding |

Discussed importance of getting sleep in bed/keeping nasal cannula on

**Copay Required:** No          **Cosign Required:**  Yes

**Telephone/Verbal Order:**   No

Completed by Mcclurken, Mark RN on 03/04/2025 05:45

Requested to be cosigned by  Goudreau, S. (MOUD) PA-C.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by  Churchville, Lawrence MD.

Review documentation will be displayed on the following page.

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ORENA, VICTOR | | | Reg #: | 07540-085 |
| Date of Birth: | 08/04/1934 | Sex: | M | Race: | WHITE |
| Encounter Date: | 03/04/2025 05:38 | Provider: | Mcclurken, Mark RN | Facility: | DEV |

**Reviewed by Churchville, Lawrence MD on 03/06/2025 15:38.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: ORENA, VICTOR | | | Reg #: 07540-085 |
| Date of Birth: 08/04/1934 | Sex: M Race: WHITE | | Facility: DEV |
| Encounter Date: 03/03/2025 19:34 | Provider: Babineau, William RN | | Unit: N02 |

**Reviewed Health Status:** Yes

Nursing - Medical Trip Return encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT **1** Provider: Babineau, William RN

Chief Complaint: No Complaint(s)

Subjective: Inmate stated "I'm glad to be back. I hate that place."

**Pain:** No

---

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| Topamax | Intolerance-other | RXN UNKNOWN |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 03/03/2025 19:34 by Babineau, William RN

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/03/2025 | 19:35 DEV | 97.4 | 36.3 | | Babineau, William RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/03/2025 | 19:35 DEV | 84 | | | Babineau, William RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/03/2025 | 19:35 DEV | 16 | Babineau, William RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/03/2025 | 19:35 DEV | 132/79 | | | | Babineau, William RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 03/03/2025 | 19:35 DEV | 93 | Oxygen 4 L | Babineau, William RN |

**Exam Comments**

Inmate returned from Heywood hospital s/p CHF exacerbation. Inmate VSS O2 sat at 93% on 4L via nasal canula. Inmate had no complaints. No medication changes other D/C of antibiotics.

MDO notified

Plan of care

return to housing unit

notify provider with any acute changes to inmate

to be seen for follow up in the AM

**ASSESSMENT:**

No Significant Findings/No Apparent Distress

**PLAN:**

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**
**Renew Medication Orders:**

| **Rx#** | **Medication** | **Order Date** |
|---|---|---|
| 674478-DEV | Acetaminophen 325 MG Tab UD | 03/03/2025 19:34 |

    **Prescriber Order:** Take two tablets (650 MG) by mouth three times daily x 30 day(s) Pill Line Only

    Indication: Osteoarthrosis, generalized

    Start Now: Yes

    Night Stock Rx#:

    Source: Pyxis

    Admin Method: Pill Line

    Stop Date: 04/02/2025 19:33

    MAR Label: Take two tablets (650 MG) by mouth three times daily x 30 day(s) Pill Line Only

    One Time Dose Given: No

| 674479-DEV | Aspirin 81 MG EC Tab UD | 03/03/2025 19:34 |
|---|---|---|

    **Prescriber Order:** Take one tablet (81 MG) by mouth each day x 30 day(s) Pill Line Only

    Indication: Non-ST elevation (NSTEMI) myocardial infarction

    Start Now: Yes

    Night Stock Rx#:

    Source: Pyxis

    Admin Method: Pill Line

    Stop Date: 04/02/2025 19:33

    MAR Label: Take one tablet (81 MG) by mouth each day x 30 day(s) Pill Line Only

    One Time Dose Given: No

| 674480-DEV | Atorvastatin 20 MG TAB UD | 03/03/2025 19:34 |
|---|---|---|

    **Prescriber Order:** Take one tablet (20 MG) by mouth each evening for control of cholesterol x 30 day(s) Pill Line Only

    Indication: Hyperlipidemia, mixed

    Start Now: Yes

    Night Stock Rx#:

    Source: Pyxis

    Admin Method: Pill Line

    Stop Date: 04/02/2025 19:33

    MAR Label: Take one tablet (20 MG) by mouth each evening for control of cholesterol x 30 day(s) Pill Line Only

**Renew Medication Orders:**

| **Rx#** | **Medication** | **Order Date** |
|---|---|---|
| | One Time Dose Given:  No | |

**674481-DEV**    Bisacodyl E.C. 5 MG TAB UD                                                      03/03/2025 19:34

> **Prescriber Order:**    Take one tablet (5 MG) by mouth each day AS NEEDED for constipation PRN x 30 day(s) Pill Line Only

> Indication:   Constipation, unspecified

> Start Now:  Yes

> Night Stock Rx#:

> Source:  Pyxis

> Admin Method:   Pill Line

> Stop Date:  04/02/2025 19:33

> MAR Label:  Take one tablet (5 MG) by mouth each day AS NEEDED for constipation PRN x 30 day(s) Pill Line Only

> One Time Dose Given:  No

**674482-DEV**    Cholecalciferol (Vit D) 50,000 UNIT (1.25 mg)Cap                       03/03/2025 19:34

> **Prescriber Order:**    Take one capsule  by mouth once a month on the first of the month x 30 day(s) Pill Line Only

> Indication:   Vitamin D deficiency

**671075-DEV**    Citalopram 10 MG Tab UD                                                          03/03/2025 19:34

> **Prescriber Order:**    Take one tablet (10 MG) by mouth every night at bedtime x 30 day(s) Pill Line Only

> Indication:   Unspecified dementia with behavioral disturbance

> Start Now:  Yes

> Night Stock Rx#:

> Source:  Pyxis

> Admin Method:   Pill Line

> Stop Date:  04/02/2025 19:33

> MAR Label:  Take one tablet (10 MG) by mouth every night at bedtime x 30 day(s) Pill Line Only

> One Time Dose Given:  No

**674483-DEV**    Clopidogrel Bisulfate 75 MG Tab UD                                          03/03/2025 19:34

> **Prescriber Order:**    Take one tablet (75 MG) by mouth daily x 30 day(s) Pill Line Only

> Indication:   Non-ST elevation (NSTEMI) myocardial infarction

> Start Now:  Yes

> Night Stock Rx#:

> Source:  Pyxis

> Admin Method:   Pill Line

> Stop Date:  04/02/2025 19:33

> MAR Label:  Take one tablet (75 MG) by mouth daily x 30 day(s) Pill Line Only

> One Time Dose Given:  No

**674484-DEV**    Cromolyn OPHTH Solution 4%, 10ML                                        03/03/2025 19:34

> **Prescriber Order:**    Place 2 drops in both eyes four times daily x 30 day(s) Pill Line Only

**Renew Medication Orders:**

**Rx#**  |  **Medication**  |  **Order Date**
---|---|---

Indication:  Allergic rhinitis

Start Now:  Yes

Night Stock Rx#:

Source:  Pyxis

Admin Method:  Pill Line

Stop Date:  04/02/2025 19:33

MAR Label:  Place 2 drops in both eyes four times daily x 30 day(s) Pill Line Only

One Time Dose Given:  No

---

**674485-DEV**  Docusate Sodium 100 MG Cap UD  03/03/2025 19:34

**Prescriber Order:**  Take one capsule (100 MG) by mouth twice daily AS NEEDED for hard or infrequent stools - Take with a glassful of water PRN x 30 day(s) Pill Line Only

Indication:  Constipation, unspecified, Unspecified hemorrhoids

Start Now:  Yes

Night Stock Rx#:

Source:  Pyxis

Admin Method:  Pill Line

Stop Date:  04/02/2025 19:33

MAR Label:  Take one capsule (100 MG) by mouth twice daily AS NEEDED for hard or infrequent stools - Take with a glassful of water PRN x 30 day(s) Pill Line Only

One Time Dose Given:  No

---

**671060-DEV**  Donepezil HCL  5 MG Tab UD  03/03/2025 19:34

**Prescriber Order:**  Take one tablet (5 MG) by mouth each morning x 30 day(s) Pill Line Only

Indication:  Mild cognitive impairment, so stated

Start Now:  Yes

Night Stock Rx#:

Source:  Pyxis

Admin Method:  Pill Line

Stop Date:  04/02/2025 19:33

MAR Label:  Take one tablet (5 MG) by mouth each morning x 30 day(s) Pill Line Only

One Time Dose Given:  No

---

**674486-DEV**  Dorzolamide-Timolol Opht Soln 22.3-6.8mg/ml 10ML  03/03/2025 19:34

**Prescriber Order:**  Place 1 drop in both eyes twice daily x 30 day(s) Pill Line Only

Indication:  Chronic angle-closure glaucoma

Start Now:  Yes

Night Stock Rx#:

Source:  Pyxis

Admin Method:  Pill Line

Stop Date:  04/02/2025 19:33

MAR Label:  Place 1 drop in both eyes twice daily x 30 day(s) Pill Line Only

**Renew Medication Orders:**

| **Rx#** | **Medication** | **Order Date** |
|---|---|---|
| | One Time Dose Given:  No | |

**674487-DEV**   Ferrous Gluconate 324 MG  Tab UD                                                  03/03/2025 19:34

> **Prescriber Order:**   Take one tablet  by mouth three times a week on Monday, Wednesday, and Friday on empty stomach x 30 day(s) Pill Line Only
>
> Indication:   Anemia, unspecified

**674413-DEV**   Furosemide 40 MG Tab UD                                                          03/03/2025 19:34

> **Prescriber Order:**   Take one tablet (40 MG) by mouth twice daily morning and at noon Hold his systolic blood pressure <100 x 30 day(s) Pill Line Only
>
> Indication:   Other heart failure
>
> Start Now:   Yes
>
> Night Stock Rx#:
>
> Source:   Pyxis
>
> Admin Method:   Pill Line
>
> Stop Date:   04/02/2025 19:33
>
> MAR Label:   Take one tablet (40 MG) by mouth twice daily morning and at noon Hold his systolic blood pressure <100 x 30 day(s) Pill Line Only
>
> One Time Dose Given:  No

**674488-DEV**   Glucose 4 GM Tab                                                                  03/03/2025 19:34

> **Prescriber Order:**   Chew and swallow 4 tablets (16 GM) by mouth AS NEEDED for hypoglycemia and alert medical PRN x 30 day(s) Pill Line Only
>
> Indication:   Diabetes mellitus, type II (adult-onset)
>
> Start Now:   Yes
>
> Night Stock Rx#:
>
> Source:   Pyxis
>
> Admin Method:   Pill Line
>
> Stop Date:   04/02/2025 19:33
>
> MAR Label:   Chew and swallow 4 tablets (16 GM) by mouth AS NEEDED for hypoglycemia and alert medical PRN x 30 day(s) Pill Line Only
>
> One Time Dose Given:  No

**674489-DEV**   guaiFENesin ER Tab 12 Hr 600 MG UD                                               03/03/2025 19:34

> **Prescriber Order:**   Take one tablet (600 MG) by mouth twice daily AS NEEDED for secretions related to for cough PRN x 10 day(s) Pill Line Only
>
> Indication:   Unspecified bacterial pneumonia
>
> Start Now:   Yes
>
> Night Stock Rx#:
>
> Source:   Pyxis
>
> Admin Method:   Pill Line
>
> Stop Date:   03/13/2025 19:33
>
> MAR Label:   Take one tablet (600 MG) by mouth twice daily AS NEEDED for secretions related to for cough PRN x 10 day(s) Pill Line Only
>
> One Time Dose Given:  No

**674385-DEV**   Insulin  NPH (10 ML) 100 UNITS/ML INJ                                            03/03/2025 19:34

Inmate Name: ORENA, VICTOR
Date of Birth: 08/04/1934
Encounter Date: 03/03/2025 19:34

Sex: M   Race: WHITE
Provider: Babineau, William RN

Reg #: 07540-085
Facility: DEV
Unit: N02

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|

> **Prescriber Order:** Inject 22 units of NPH insulin subcutaneously each morning x 30 day(s) Pill Line Only
>
> Indication: Diabetes mellitus, type II (adult-onset)
>
> Start Now: Yes
>
> Night Stock Rx#:
>
> Source: Pyxis
>
> Admin Method: Pill Line
>
> Stop Date: 04/02/2025 19:33
>
> MAR Label: Inject 22 units of NPH insulin subcutaneously each morning x 30 day(s) Pill Line Only
>
> One Time Dose Given: No

**674384-DEV   Insulin NPH (10 ML) 100 UNITS/ML INJ**                                    03/03/2025 19:34

> **Prescriber Order:** Inject 22 units of NPH insulin subcutaneously each evening x 30 day(s) Pill Line Only
>
> Indication: Diabetes mellitus, type II (adult-onset)
>
> Start Now: Yes
>
> Night Stock Rx#:
>
> Source: Pyxis
>
> Admin Method: Pill Line
>
> Stop Date: 04/02/2025 19:33
>
> MAR Label: Inject 22 units of NPH insulin subcutaneously each evening x 30 day(s) Pill Line Only
>
> One Time Dose Given: No

**674387-DEV   Insulin Reg (10 ML) 100 UNITS/ML Inj**                                    03/03/2025 19:34

> **Prescriber Order:** Inject 8 units of regular insulin subcutaneously each morning x 30 day(s) Pill Line Only
>
> Indication: Diabetes mellitus, type II (adult-onset)
>
> Start Now: Yes
>
> Night Stock Rx#:
>
> Source: Pyxis
>
> Admin Method: Pill Line
>
> Stop Date: 04/02/2025 19:33
>
> MAR Label: Inject 8 units of regular insulin subcutaneously each morning x 30 day(s) Pill Line Only
>
> One Time Dose Given: No

**674386-DEV   Insulin Reg (10 ML) 100 UNITS/ML Inj**                                    03/03/2025 19:34

> **Prescriber Order:** Inject 8 units of regular insulin subcutaneously each evening x 30 day(s) Pill Line Only
>
> Indication: Diabetes mellitus, type II (adult-onset)
>
> Start Now: Yes
>
> Night Stock Rx#:
>
> Source: Pyxis
>
> Admin Method: Pill Line

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
| --- | --- | --- |

Stop Date:  04/02/2025 19:33

MAR Label:  Inject 8 units of regular insulin subcutaneously each evening x 30 day(s) Pill Line Only

One Time Dose Given:  No

---

**674490-DEV**   Latanoprost Ophth Soln 0.005% [2.5ml]                          03/03/2025 19:34

**Prescriber Order:**   Place 1 drop in both eyes each evening x 30 day(s) Pill Line Only

Indication:   Chronic angle-closure glaucoma

Start Now:  Yes

Night Stock Rx#:

Source:  Pyxis

Admin Method:   Pill Line

Stop Date:  04/02/2025 19:33

MAR Label:  Place 1 drop in both eyes each evening x 30 day(s) Pill Line Only

One Time Dose Given:  No

---

**671070-DEV**   Memantine 10 MG Tab                                           03/03/2025 19:34

**Prescriber Order:**   Take one tablet (10 MG) by mouth twice daily x 30 day(s) Pill Line Only

Indication:   Mild cognitive impairment, so stated

Start Now:  Yes

Night Stock Rx#:

Source:  Pyxis

Admin Method:   Pill Line

Stop Date:  04/02/2025 19:33

MAR Label:  Take one tablet (10 MG) by mouth twice daily x 30 day(s) Pill Line Only

One Time Dose Given:  No

---

**674491-DEV**   Nystatin Powder 100,000 UNIT/GM [30 GM]                      03/03/2025 19:34

**Prescriber Order:**   Apply topically to the affected area(s) three times daily (inguinal/groin, pannus) **non-formulary approved until: 4/2/25 x 30 day(s) Pill Line Only

Indication:   Tinea cruris

Start Now:  Yes

Night Stock Rx#:

Source:  Pyxis

Admin Method:   Pill Line

Stop Date:  04/02/2025 19:33

MAR Label:  Apply topically to the affected area(s) three times daily (inguinal/groin, pannus) **non-formulary approved until: 4/2/25 x 30 day(s) Pill Line Only

One Time Dose Given:  No

---

**671137-DEV**   risperiDONE 0.5 MG Tab UD                                     03/03/2025 19:34

**Prescriber Order:**   Take one tablet (0.5 MG) by mouth each day AS NEEDED for agitation PRN x 30 day(s) Pill Line Only

Indication:   Unspecified dementia with behavioral disturbance

Start Now:  Yes

## Renew Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| | Night Stock Rx#: | |

Source:  Pyxis

Admin Method:   Pill Line

Stop Date:  04/02/2025 19:33

MAR Label:  Take one tablet (0.5 MG) by mouth each day AS NEEDED for agitation PRN x 30 day(s) Pill Line Only

One Time Dose Given:  No

**674492-DEV**   Spironolactone   25 MG  Tab UD                                         03/03/2025 19:34

**Prescriber Order:**   Take one-half (1/2) tablet (12.5 MG) by mouth each day x 30 day(s) Pill Line Only

Indication:   Hypertension, Benign Essential, Atrioventricular block, complete

Start Now:  Yes

Night Stock Rx#:

Source:  Pyxis

Admin Method:   Pill Line

Stop Date:  04/02/2025 19:33

MAR Label:  Take one-half (1/2) tablet (12.5 MG) by mouth each day x 30 day(s) Pill Line Only

One Time Dose Given:  No

**671138-DEV**   traZODone HCl  50 MG Tab UD                                         03/03/2025 19:34

**Prescriber Order:**   Take one tablet (50 MG) by mouth at bedtime AS NEEDED for agitation PRN x 30 day(s) Pill Line Only

Indication:   Unspecified dementia with behavioral disturbance

Start Now:  Yes

Night Stock Rx#:

Source:  Pyxis

Admin Method:   Pill Line

Stop Date:  04/02/2025 19:33

MAR Label:  Take one tablet (50 MG) by mouth at bedtime AS NEEDED for agitation PRN x 30 day(s) Pill Line Only

One Time Dose Given:  No

## Reconciled Medications:

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| BOP | Continue | Rx | 674478-DEV | Acetaminophen 325 MG Tab UD | Take two tablets (650 MG) by mouth three times daily |
| BOP | Continue | Rx | 674479-DEV | Aspirin 81 MG EC Tab UD | Take one tablet (81 MG) by mouth each day |
| BOP | Continue | Rx | 674480-DEV | Atorvastatin 20 MG TAB UD | Take one tablet (20 MG) by mouth each evening for control of cholesterol |
| BOP | Continue | Rx | 674481-DEV | Bisacodyl E.C. 5 MG TAB UD | Take one tablet (5 MG) by mouth each day AS NEEDED for constipation |
| BOP | Continue | Rx | 674482-DEV | Cholecalciferol (Vit D) 50,000 UNIT (1.25 mg)Cap | Take one capsule  by mouth once a month on the first of the month |

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| BOP | Continue | Rx | 671075-DEV | Citalopram 10 MG Tab UD | Take one tablet (10 MG) by mouth every night at bedtime |
| BOP | Continue | Rx | 674483-DEV | Clopidogrel Bisulfate 75 MG Tab UD | Take one tablet (75 MG) by mouth daily |
| BOP | Continue | Rx | 674484-DEV | Cromolyn OPHTH Solution 4%, 10ML | Place 2 drops in both eyes four times daily |
| BOP | Continue | Rx | 674485-DEV | Docusate Sodium 100 MG Cap UD | Take one capsule (100 MG) by mouth twice daily AS NEEDED for hard or infrequent stools - Take with a glassful of water |
| BOP | Continue | Rx | 671060-DEV | Donepezil HCL  5 MG Tab UD | Take one tablet (5 MG) by mouth each morning |
| BOP | Continue | Rx | 674486-DEV | Dorzolamide-Timolol Opht Soln 22.3-6.8mg/ml 10ML | Place 1 drop in both eyes twice daily |
| BOP | Continue | Rx | 674487-DEV | Ferrous Gluconate 324 MG  Tab UD | Take one tablet  by mouth three times a week on Monday, Wednesday, and Friday on empty stomach |
| BOP | Continue | Rx | 674413-DEV | Furosemide 40 MG Tab UD | Take one tablet (40 MG) by mouth twice daily morning and at noon Hold his systolic blood pressure <100 |
| BOP | Continue | Rx | 674488-DEV | Glucose 4 GM Tab | Chew and swallow 4 tablets (16 GM) by mouth AS NEEDED for hypoglycemia and alert medical |
| BOP | Continue | Rx | 674489-DEV | guaiFENesin ER Tab 12 Hr 600 MG UD | Take one tablet (600 MG) by mouth twice daily AS NEEDED for secretions related to for cough |
| BOP | Continue | Rx | 674385-DEV | Insulin  NPH (10 ML) 100 UNITS/ML INJ | Inject 22 units of NPH insulin subcutaneously each morning |
| BOP | Continue | Rx | 674384-DEV | Insulin  NPH (10 ML) 100 UNITS/ML INJ | Inject 22 units of NPH insulin subcutaneously each evening |
| BOP | Continue | Rx | 674387-DEV | Insulin  Reg (10 ML) 100 UNITS/ML Inj | Inject 8 units of regular insulin subcutaneously each morning |
| BOP | Continue | Rx | 674386-DEV | Insulin  Reg (10 ML) 100 UNITS/ML Inj | Inject 8 units of regular insulin subcutaneously each evening |
| BOP | Continue | Rx | 674490-DEV | Latanoprost Ophth Soln 0.005% [2.5ml] | Place 1 drop in both eyes each evening |
| BOP | Continue | Rx | 671070-DEV | Memantine 10 MG Tab | Take one tablet (10 MG) by mouth twice daily |
| BOP | Continue | Rx | 674491-DEV | Nystatin Powder 100,000 UNIT/GM [30 GM] | Apply topically to the affected area(s) three times daily (inguinal/groin, pannus) **non-formulary approved until: 4/2/25 |
| BOP | Continue | Rx | 671137-DEV | risperiDONE 0.5 MG Tab UD | Take one tablet (0.5 MG) by mouth each day AS NEEDED for agitation |
| BOP | Continue | Rx | 674492-DEV | Spironolactone   25 MG  Tab UD | Take one-half (1/2) tablet (12.5 MG) by mouth each day |
| BOP | Continue | Rx | 671138-DEV | traZODone HCl  50 MG Tab UD | Take one tablet (50 MG) by mouth at bedtime AS NEEDED for agitation |
| | | OTC | | No known OTCs | |

**Disposition:**

To be Evaluated by Provider

Follow-up in 12-24 Hours

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/03/2025 | Not Done | | Babineau, William | No Participation |

**Copay Required:** No          **Cosign Required:**  Yes

**Telephone/Verbal Order:**  Yes    **By:**  Churchville, Lawrence MD

**Telephone or Verbal order read back and verified.**


Completed by Babineau, William RN on 03/03/2025 19:49

Requested to be cosigned by  Churchville, Lawrence MD.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by  Quill, P. (MOUD) NP.

Review documentation will be displayed on the following page.

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ORENA, VICTOR | | | Reg #: | 07540-085 |
| Date of Birth: | 08/04/1934 | Sex: | M | Race: | WHITE |
| Encounter Date: | 03/03/2025 19:34 | Provider: | Babineau, William RN | Facility: | DEV |

**Reviewed with New Encounter Note by Quill, P. (MOUD) NP on 03/04/2025 11:28.**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ORENA, VICTOR | | | Reg #: | 07540-085 |
| Date of Birth: | 08/04/1934 | Sex: | M | Race: | WHITE |
| Encounter Date: | 03/03/2025 19:34 | Provider: | Babineau, William RN | Facility: | DEV |

**Cosigned by Churchville, Lawrence MD on 03/04/2025 15:45.**

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ORENA, VICTOR | | | Reg #: | 07540-085 |
| Date of Birth: | 08/04/1934 | Sex: | M    Race: WHITE | Facility: | DEV |
| Note Date: | 03/03/2025 14:08 | Provider: | Churchville, Lawrence | Unit: | N02 |

**Reviewed Health Status:**    Yes

Admin Note - Community Hospital Report encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE    **1**          Provider:   Churchville, Lawrence MD

Physician from Leominster Hospital called
Orena, Victor is improved.
Heart failure/fluid overload improved.
Antibiotics stopped in view of no evidence of infectious process
Returning to MDU on O2 3L/M nasal canula.
He will need potassium supplementation.
Discharge summary to accompany his return

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| Topamax | Intolerance-other | RXN UNKNOWN |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 03/03/2025 14:08 by Churchville, Lawrence MD

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**    No

Completed by Churchville, Lawrence MD on 03/03/2025 14:12

| Begin Date: | 03/01/2025 | End Date: | 03/11/2025 |
|---|---|---|---|
| Reg #: | 07540-085 | Inmate Name: | ORENA, VICTOR |

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 03/05/2025 | 06:50 DEV | 97.9 | 36.6 | Forehead | Mcclurken, Mark RN |
| | **Orig Entered:** 03/05/2025 06:52 EST Mcclurken, Mark RN | | | | |
| 03/04/2025 | 05:40 DEV | 98.0 | 36.7 | Forehead | Mcclurken, Mark RN |
| | **Orig Entered:** 03/04/2025 05:42 EST Mcclurken, Mark RN | | | | |
| 03/03/2025 | 19:35 DEV | 97.4 | 36.3 | | Babineau, William RN |
| | **Orig Entered:** 03/03/2025 19:36 EST Babineau, William RN | | | | |
| 03/01/2025 | 06:30 DEV | Unavailable | 0.0 | | Asencio, Kariely Medical Assistant |
| | **Orig Entered:** 03/01/2025 06:31 EST Asencio, Kariely Medical Assistant | | | | |
| 03/01/2025 | 06:29 DEV | Unavailable | 0.0 | | Asencio, Kariely Medical Assistant |
| | **Orig Entered:** 03/01/2025 06:30 EST Asencio, Kariely Medical Assistant | | | | |
| 03/01/2025 | 06:28 DEV | Unavailable | 0.0 | | Asencio, Kariely Medical Assistant |
| | **Orig Entered:** 03/01/2025 06:30 EST Asencio, Kariely Medical Assistant | | | | |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/07/2025 | 13:17 DEV | 62 | | | Procaccini, Sherri RN |
| | **Orig Entered:** 03/07/2025 13:18 EST Procaccini, Sherri RN | | | | |
| 03/07/2025 | 07:17 DEV | 67 | Via Machine | | Duncan, L. RN |
| | **Orig Entered:** 03/07/2025 07:19 EST Duncan, L. RN | | | | |
| 03/05/2025 | 06:50 DEV | 72 | Via Machine | | Mcclurken, Mark RN |
| | **Orig Entered:** 03/05/2025 06:52 EST Mcclurken, Mark RN | | | | |
| 03/04/2025 | 20:07 DEV | 69 | | | Procaccini, Sherri RN |
| | **Orig Entered:** 03/04/2025 20:09 EST Procaccini, Sherri RN | | | | |
| 03/04/2025 | 05:40 DEV | 90 | Via Machine | | Mcclurken, Mark RN |
| | **Orig Entered:** 03/04/2025 05:42 EST Mcclurken, Mark RN | | | | |
| 03/03/2025 | 19:35 DEV | 84 | | | Babineau, William RN |
| | **Orig Entered:** 03/03/2025 19:36 EST Babineau, William RN | | | | |
| 03/01/2025 | 06:29 DEV | Unavailable | | | Asencio, Kariely Medical |
| | **Orig Entered:** 03/01/2025 06:30 EST Asencio, Kariely Medical Assistant | | | | |
| 03/01/2025 | 06:28 DEV | Unavailable | | | Asencio, Kariely Medical |
| | **Orig Entered:** 03/01/2025 06:30 EST Asencio, Kariely Medical Assistant | | | | |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 03/07/2025 | 13:17 DEV | 18 | Procaccini, Sherri RN |
| | **Orig Entered:** 03/07/2025 13:18 EST Procaccini, Sherri RN | | |
| 03/05/2025 | 06:50 DEV | 22 | Mcclurken, Mark RN |
| | **Orig Entered:** 03/05/2025 06:52 EST Mcclurken, Mark RN | | |

| Date | Time | Rate Per Minute | Provider |
|------|------|-----------------|----------|
| 03/04/2025 | 20:07 DEV | 22 | Procaccini, Sherri RN |
| | **Orig Entered:** 03/04/2025 20:09 EST | | Procaccini, Sherri RN |
| 03/04/2025 | 05:40 DEV | 30 | Mcclurken, Mark RN |
| | **Orig Entered:** 03/04/2025 05:42 EST | | Mcclurken, Mark RN |
| 03/03/2025 | 19:35 DEV | 16 | Babineau, William RN |
| | **Orig Entered:** 03/03/2025 19:36 EST | | Babineau, William RN |
| 03/01/2025 | 06:29 DEV | Unavailable | Asencio, Kariely Medical Assistant |
| | **Orig Entered:** 03/01/2025 06:30 EST | | Asencio, Kariely Medical Assistant |
| 03/01/2025 | 06:28 DEV | Unavailable | Asencio, Kariely Medical Assistant |
| | **Orig Entered:** 03/01/2025 06:30 EST | | Asencio, Kariely Medical Assistant |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 03/08/2025 | 06:41 DEV | 138/76 | Left Arm | Sitting | Adult-regular | Duncan, L. RN |
| | **Orig Entered:** 03/08/2025 06:42 EST | | Duncan, L. RN | | | |
| 03/07/2025 | 14:50 DEV | 103/64 | | | | Procaccini, Sherri RN |
| | **Orig Entered:** 03/07/2025 14:51 EST | | Procaccini, Sherri RN | | | |
| 03/07/2025 | 13:17 DEV | 96/57 | | | | Procaccini, Sherri RN |
| | **Orig Entered:** 03/07/2025 13:18 EST | | Procaccini, Sherri RN | | | |
| 03/07/2025 | 07:17 DEV | 114/64 | Left Arm | Sitting | Adult-regular | Duncan, L. RN |
| | **Orig Entered:** 03/07/2025 07:19 EST | | Duncan, L. RN | | | |
| 03/05/2025 | 10:26 DEV | 117/62 | Left Arm | Sitting | Adult-large | Montanez-Gonzalez, Islem RN |
| | **Orig Entered:** 03/05/2025 10:29 EST | | Montanez-Gonzalez, Islem RN | | | |
| 03/05/2025 | 06:50 DEV | 113/62 | Left Arm | Sitting | Adult-large | Mcclurken, Mark RN |
| | **Orig Entered:** 03/05/2025 06:52 EST | | Mcclurken, Mark RN | | | |
| 03/04/2025 | 20:07 DEV | 104/58 | | | | Procaccini, Sherri RN |
| | **Orig Entered:** 03/04/2025 20:09 EST | | Procaccini, Sherri RN | | | |
| 03/04/2025 | 05:40 DEV | 137/78 | Left Arm | Sitting | Adult-large | Mcclurken, Mark RN |
| | **Orig Entered:** 03/04/2025 05:42 EST | | Mcclurken, Mark RN | | | |
| 03/03/2025 | 19:35 DEV | 132/79 | | | | Babineau, William RN |
| | **Orig Entered:** 03/03/2025 19:36 EST | | Babineau, William RN | | | |
| 03/01/2025 | 06:29 DEV | Unavailabl | | | | Asencio, Kariely Medical |
| | **Orig Entered:** 03/01/2025 06:30 EST | | Asencio, Kariely Medical Assistant | | | |
| 03/01/2025 | 06:28 DEV | Unavailabl | | | | Asencio, Kariely Medical |
| | **Orig Entered:** 03/01/2025 06:30 EST | | Asencio, Kariely Medical Assistant | | | |

**Blood Glucose:**

| Date | Time | Value (mg/dl) | Type | Regular Insulin | Provider |
|------|------|---------------|------|-----------------|----------|
| 03/11/2025 bb | 06:55 DEV | 140 | Random | | Mcclurken, Mark RN |
| | **Orig Entered:** 03/11/2025 06:56 EST | | Mcclurken, Mark RN | | |
| 03/10/2025 bb | 06:38 DEV | 152 | Random | | Mcclurken, Mark RN |

| Date | Time | Value (mg/dl) | Type | Regular Insulin | Provider |
|------|------|---------------|------|-----------------|----------|
| | | Orig Entered: 03/10/2025 06:39 EST | Mcclurken, Mark RN | | |
| 03/09/2025 bb | 18:08 DEV | 174 | Random | | Babineau, William RN |
| | | Orig Entered: 03/09/2025 18:10 EST | Babineau, William RN | | |
| 03/09/2025 bb | 06:35 DEV | 139 | Random | | Mcclurken, Mark RN |
| | | Orig Entered: 03/09/2025 06:36 EST | Mcclurken, Mark RN | | |
| 03/08/2025 bb | 16:22 DEV | 142 | Random | | Babineau, William RN |
| | | Orig Entered: 03/08/2025 16:23 EST | Babineau, William RN | | |
| 03/08/2025 bb | 06:42 DEV | 143 | Random | | Duncan, L. RN |
| | | Orig Entered: 03/08/2025 06:43 EST | Duncan, L. RN | | |
| 03/07/2025 BB | 06:52 DEV | 155 | Random | | Duncan, L. RN |
| | | Orig Entered: 03/07/2025 06:53 EST | Duncan, L. RN | | |
| 03/05/2025 BB | 16:39 DEV | 121 | Unknown | | Montanez-Gonzalez, Islem |
| | | Orig Entered: 03/05/2025 16:40 EST | Montanez-Gonzalez, Islem RN | | |
| 03/05/2025 bb | 06:34 DEV | 119 | Random | | Mcclurken, Mark RN |
| | | Orig Entered: 03/05/2025 06:35 EST | Mcclurken, Mark RN | | |
| 03/04/2025 bb | 16:58 DEV | 201 | Unknown | | Procaccini, Sherri RN |
| | | Orig Entered: 03/04/2025 16:59 EST | Procaccini, Sherri RN | | |
| 03/04/2025 bb | 06:37 DEV | 243 | Random | | Mcclurken, Mark RN |
| | | Orig Entered: 03/04/2025 06:38 EST | Mcclurken, Mark RN | | |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|------|------|----------|-----|----------|
| 03/07/2025 | 13:17 DEV | 97 | Room Air | Procaccini, Sherri RN |
| | | Orig Entered: 03/07/2025 13:18 EST | Procaccini, Sherri RN | |
| 03/07/2025 | 07:17 DEV | 96 | Oxygen 3 L | Duncan, L. RN |
| | | Orig Entered: 03/07/2025 07:19 EST | Duncan, L. RN | |
| 03/05/2025 | 06:50 DEV | 97 | Oxygen 4 L | Mcclurken, Mark RN |
| | | Orig Entered: 03/05/2025 06:52 EST | Mcclurken, Mark RN | |
| 03/04/2025 | 20:07 DEV | 97 | Oxygen 4 L | Procaccini, Sherri RN |
| | | Orig Entered: 03/04/2025 20:09 EST | Procaccini, Sherri RN | |
| 03/04/2025 | 05:40 DEV | 94 | Oxygen 4 L | Mcclurken, Mark RN |
| | | Orig Entered: 03/04/2025 05:42 EST | Mcclurken, Mark RN | |
| 03/03/2025 | 19:35 DEV | 93 | Oxygen 4 L | Babineau, William RN |
| | | Orig Entered: 03/03/2025 19:36 EST | Babineau, William RN | |
| 03/01/2025 | 06:29 DEV | Unavailabl | | Asencio, Kariely Medical Assistant |
| | | Orig Entered: 03/01/2025 06:30 EST | Asencio, Kariely Medical Assistant | |

| Date | Time | Value(%) | Air | Provider |
|------|------|----------|-----|----------|
| 03/01/2025 | 06:28 DEV | Unavailabl | | Asencio, Kariely Medical Assistant |

**Orig Entered:** 03/01/2025 06:30 EST  Asencio, Kariely Medical Assistant

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|-----|---------------|----------|
| 03/10/2025 | 14:05 DEV | 202.0 | 91.6 | | Charles-Washington, M. RN |
| | **Orig Entered:** 03/10/2025 14:07 EST | | | Charles-Washington, M. RN | |
| 03/09/2025 | 15:37 DEV | 200.7 | 91.0 | | Babineau, William RN |
| | **Orig Entered:** 03/09/2025 15:39 EST | | | Babineau, William RN | |
| 03/08/2025 | 15:01 DEV | 200.0 | 90.7 | | Babineau, William RN |
| | **Orig Entered:** 03/08/2025 15:02 EST | | | Babineau, William RN | |
| 03/07/2025 | 10:57 DEV | 199.5 | 90.5 | | Procaccini, Sherri RN |
| | **Orig Entered:** 03/07/2025 10:58 EST | | | Procaccini, Sherri RN | |
| 03/06/2025 | 11:10 DEV | 199.0 | 90.3 | | Fadahunsi, Bolanle RN |
| | **Orig Entered:** 03/06/2025 11:15 EST | | | Fadahunsi, Bolanle RN | |
| 03/05/2025 | 13:23 DEV | 197.0 | 89.4 | | Montanez-Gonzalez, Islem RN |
| | **Orig Entered:** 03/05/2025 13:24 EST | | | Montanez-Gonzalez, Islem RN | |
| 03/04/2025 | 14:17 DEV | 198.0 | 89.8 | | Procaccini, Sherri RN |
| | **Orig Entered:** 03/04/2025 14:18 EST | | | Procaccini, Sherri RN | |
| 03/03/2025 OSH | 09:24 DEV | Unavail | 0.0 | | Babineau, William RN |
| | **Orig Entered:** 03/03/2025 09:25 EST | | | Babineau, William RN | |
| 03/02/2025 OSH | 07:56 DEV | Unavail | 0.0 | | Procaccini, Sherri RN |
| | **Orig Entered:** 03/02/2025 07:57 EST | | | Procaccini, Sherri RN | |
| 03/01/2025 OSH | 06:29 DEV | Unavail | 0.0 | | Asencio, Kariely Medical Assistant |
| | **Orig Entered:** 03/01/2025 06:30 EST | | | Asencio, Kariely Medical Assistant | |

# Bureau of Prisons
## Health Services
## PPDs

**Reg #:** 07540-085          **Inmate Name:** ORENA, VICTOR

| Admin: | Location | Provider | Reading: | Induration | Provider |
|---|---|---|---|---|---|
| Hx of | Documented Reading Hx | | 07/01/2013  00:00 | 20 mm | Secor, Jeffrey HSA |
| | | | **Orig Entered:** 07/01/2013 20:21 EST | | Secor, Jeffrey HSA |

**Total:** 1

# Medication Administration Record

## MARCH 2025

### Churchville, Lawrence MD

**Medication Orders:** Take two tablets (650 MG) by mouth three times daily x 30 day(s) Pill Line Only
Ord. Date 03/03/25 19:34 — Exp. Date 04/02/25 19:33
DEV — Order — Acetaminophen 325 MG Tab UD

| Time | 1 | 2 | 3 | 4 | 5–31 |
|------|---|---|---|---|------|
| 0600 | × | × | × | ORD MAM 06:19 | |
| 1900 | × | × | ORD WJB 19:49 | | |

### Churchville, Lawrence MD

**Medication Orders:** Take two tablets (650 MG) by mouth three times daily
Ord. Date 02/26/25 15:26 — Exp. Date 03/04/25 07:41
DEV 674478-DEV — Acetaminophen 325 MG Tab UD

| Time | 1–4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|-----|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 1100 | | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × |

### Churchville, Lawrence MD

**Medication Orders:** Take two tablets (650 MG) by mouth three times daily
Ord. Date 03/03/25 19:34 — Exp. Date 03/04/25 13:24
DEV 675115-DEV — Acetaminophen 325 MG Tab UD

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 1100 | × | × | × | 2 SPR 10:37 | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × |

### Churchville, Lawrence MD

**Medication Orders:** Take two tablets (650 MG) by mouth three times daily
Ord. Date 03/04/25 13:23 — Exp. Date 08/31/25 13:22
DEV 675263-DEV — Acetaminophen 325 MG Tab UD

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12–31 |
|------|---|---|---|---|---|---|---|---|---|----|----|-------|
| 0600 | × | × | × | × | × | × | 2 MAM 06:25 | 2 LGD 06:42 | 2 LGD 06:31 | 2 WJB 06:18 | 2 MAM 06:31 | × |
| 1100 | × | × | × | × | × | 2 IMG 10:30 | 2 BF 10:49 | 2 SPR 10:54 | 2 WJB 15:02 | 2 WJB 11:09 | 2 MZC 10:42 | × |
| 1900 | × | × | × | 2 SPR 18:39 | 2 IMG 19:06 | 2 WJB 17:58 | 2 SPR 18:34 | 2 WJB 18:26 | 2 WJB 18:12 | | 2 KZH 17:12 | × |

---

Providers: MAM = Mcclurken, M. | MZC = Charles-Washington, M. | SPR = Procaccini, S. | LGD = Duncan, L. | BF = Fadahunsi, B. | IMG = Montanez-Gonzalez, I. | KZH = Hatzidakis, K. | WJB = Babineau, W.

Documentation Codes: ORD = Order | NI = Dose Not Indicated | R = Refused | O = Other

# Medication Administration Record

**MARCH 2025**

07540-085  ORENA, VICTOR

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Riley, E. NP-C** Ord. Date 02/24/25 12:14 Exp. Date 03/03/25 12:13 **Take one tablet by mouth twice daily for 7 days ***It is important to finish ALL of this medication**** DEV 674135-DEV Amoxicillin/Clav 875/125MG TAB | | | | | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | | | × | × | × | × | × | × | × | × | × |
| **Churchville, Lawrence MD** Ord. Date 03/03/25 19:34 Exp. Date 04/02/25 19:33 **Take one tablet (81 MG) by mouth each day x 30 day(s) Pill Line Only** DEV Order Aspirin 81 MG EC Tab UD | 0600 | × | × | × | ORD MAM 06:19 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Churchville, Lawrence MD** Ord. Date 02/26/25 15:26 Exp. Date 03/04/25 07:41 **Take one tablet (81 MG) by mouth each day** DEV 674479-DEV Aspirin 81 MG EC Tab UD | | | | | | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × |
| **Churchville, Lawrence MD** Ord. Date 03/03/25 19:34 Exp. Date 03/04/25 13:24 **Take one tablet (81 MG) by mouth each day** DEV 675116-DEV Aspirin 81 MG EC Tab UD | | | × | | | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × |

Providers: MAM = Mcclurken, M. | MZC = Charles-Washington, M. | SPR = Procaccini, S. | LGD = Duncan, L. | BF = Fadahunsi, B. | IMG = Montanez-Gonzalez, I. | KZH = Hatzidakis, K. | WJB = Babineau, W.

Documentation Codes: ORD = Order | NI = Dose Not Indicated | R = Refused | O = Other

Registration #: 07540-085          Pt. Name: ORENA, VICTOR          DOB: 08/04/34

# Medication Administration Record

## MARCH 2025

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ord. Date** 03/04/25 13:24 — Churchville, Lawrence MD — Take one tablet (81 MG) by mouth each day — **Exp. Date** 08/31/25 13:23 — DEV 675264- DEV — Aspirin 81 MG EC Tab UD | 0600 | x | x | x | x | MAM 06:25 | MAM 06:31 | LGD 06:42 | LGD 06:31 | MAM 06:16 | MAM 06:31 | MAM 06:32 | | | | | | | | | | | | | | | | | | | | |
| **Ord. Date** 03/03/25 19:34 — Churchville, Lawrence MD — Take one tablet (20 MG) by mouth each evening for control of cholesterol x 30 day(s) Pill Line Only — **Exp. Date** 04/02/25 19:33 — DEV Order — Atorvastatin 20 MG TAB UD | 1900 | x | x | ORD WJB 19:50 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Ord. Date** 02/26/25 15:27 — Churchville, Lawrence MD — Take one tablet (20 MG) by mouth each evening for control of cholesterol — **Exp. Date** 03/04/25 07:42 — DEV 674480- DEV — Atorvastatin 20 MG TAB UD | | | | | | | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | |
| **Ord. Date** 03/03/25 19:34 — Churchville, Lawrence MD — Take one tablet (20 MG) by mouth each evening for control of cholesterol — **Exp. Date** 03/04/25 13:25 — DEV 675117- DEV — Atorvastatin 20 MG TAB UD | | | x | | | | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | | | |

Providers: MAM = Mcclurken, M. | MZC = Charles-Washington, M. | SPR = Procaccini, S. | LGD = Duncan, L. | BF = Fadahunsi, B. | IMG = Montanez-Gonzalez, I. | KZH = Hatzidakis, K. | WJB = Babineau, W.

Documentation Codes: ORD = Order | NI = Dose Not Indicated | R = Refused | O = Other

# Medication Administration Record

## MARCH 2025

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Churchville, Lawrence MD — **Take one tablet (20 MG) by mouth each evening for control of cholesterol** — Atorvastatin 20 MG TAB UD<br>Ord. Date 03/04/25 13:24<br>Exp. Date 03/04/26 13:23<br>DEV 675265-DEV | 1900 | x | x | x | SPR 18:39 | IMG 19:06 | WJB 17:58 | SPR 18:34 | WJB 18:26 | WJB 18:12 | 1 KZH 17:12 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Churchville, Lawrence MD — **Take one capsule by mouth once a month on the first of the month** — Cholecalciferol (Vit D) 50,000 UNIT (1.25 mg)Cap<br>Ord. Date 02/26/25 15:28<br>Exp. Date 03/04/25 07:43<br>DEV 674482-DEV | | | x | x | | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Churchville, Lawrence MD — **Take one capsule by mouth once a month on the first of the month** — Cholecalciferol (Vit D) 50,000 UNIT (1.25 mg)Cap<br>Ord. Date 03/04/25 07:42<br>Exp. Date 03/04/25 13:26<br>DEV 675119-DEV | | x | x | x | | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Churchville, Lawrence MD — **Take one capsule by mouth once a month on the first of the month** — Cholecalciferol (Vit D) 50,000 UNIT (1.25 mg)Cap<br>Ord. Date 03/04/25 13:25<br>Exp. Date 08/31/25 13:24<br>DEV 675267-DEV | | x | x | x | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Providers: MAM = Mcclurken, M. | MZC = Charles-Washington, M. | SPR = Procaccini, S. | LGD = Duncan, L. | BF = Fadahunsi, B. | IMG = Montanez-Gonzalez, I. | KZH = Hatzidakis, K. | WJB = Babineau, W.

Documentation Codes: ORD = Order | NI = Dose Not Indicated | R = Refused | O = Other

07540-085  ORENA, VICTOR

# Medication Administration Record

## MARCH 2025

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ord. Date** 03/03/25 19:34 — Churchville, Lawrence MD — **Take one tablet (10 MG) by mouth every night at bedtime x 30 day(s) Pill Line Only** **Exp. Date** 04/02/25 19:33 — DEV — **Order** 671075-DEV — Citalopram 10 MG Tab UD | 1900 | x |  | ORD WJB 19:51 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **Ord. Date** 01/31/25 08:27 — Churchville, Lawrence MD — **Take one tablet (10 MG) by mouth every night at bedtime** **Exp. Date** 03/04/25 07:45 — DEV — Citalopram 10 MG Tab UD | 1900 |  |  | x |  |  | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| **Ord. Date** 03/03/25 19:34 — Churchville, Lawrence MD — **Take one tablet (10 MG) by mouth every night at bedtime** **Exp. Date** 03/17/25 19:33 — DEV — **Order** 675120-DEV — Citalopram 10 MG Tab UD | 1900 |  |  |  | 1 SPR 18:40 | 1 IMG 13:06 | 1 WJB 17:58 | 1 SPR 18:34 | 1 WJB 18:26 | 1 WJB 18:12 | 1 KZH 17:12 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| **Ord. Date** 03/03/25 19:34 — Churchville, Lawrence MD — **Take one tablet (75 MG) by mouth daily x 30 day(s) Pill Line Only** **Exp. Date** 04/02/25 19:33 — DEV — **Order** — Clopidogrel Bisulfate 75 MG Tab UD | 0600 | x |  | x | ORD MAM 06:19 | ORD MAM 06:25 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

Providers: MAM = Mcclurken, M. | MZC = Charles-Washington, M. | SPR = Procaccini, S. | LGD = Duncan, L. | BF = Fadahunsi, B. | IMG = Montanez-Gonzalez, I. | KZH = Hatzidakis, K. | WJB = Babineau, W.

Documentation Codes: ORD = Order | NI = Dose Not Indicated | R = Refused | O = Other

Registration #: 07540-085    Pt. Name: ORENA, VICTOR    DOB: 08/04/34

07540-085  ORENA, VICTOR

# Medication Administration Record

MARCH 2025

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Churchville, Lawrence MD<br>**Take one tablet (75 MG) by mouth daily**<br><br>Ord. Date 02/26/25 15:28<br>Exp. Date 03/04/25 13:27<br><br>DEV 674483- DEV<br>Clopidogrel Bisulfate 75 MG Tab UD | | | x | x | | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Churchville, Lawrence MD<br>**Take one tablet (75 MG) by mouth daily**<br><br>Ord. Date 03/04/25 13:26<br>Exp. Date 03/04/26 13:25<br><br>DEV 675268- DEV<br>Clopidogrel Bisulfate 75 MG Tab UD | 0600 | x | x | x | x | O<br>MAM | MAM<br>06:31 | LGD<br>06:42 | LGD<br>06:31 | MAM<br>06:19 | MAM<br>06:31 | MAM<br>06:52 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Churchville, Lawrence MD<br>**Take one tablet (75 MG) by mouth daily**<br><br>Ord. Date 03/03/25 19:34<br>Exp. Date 03/05/25 06:45<br><br>DEV 675352- DEV<br>Clopidogrel Bisulfate 75 MG Tab UD | | x | x | | | | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Churchville, Lawrence MD<br>**Place 2 drops in both eyes four times daily x 30 day(s) Pill Line Only**<br><br>Ord. Date 03/03/25 19:34<br>Exp. Date 04/02/25 19:33<br><br>DEV<br>Order  Cromolyn OPHTH Solution 4%, 10ML | 0600 | x | x | R<br>MAM | MAM | | | | | | | | | | | | | | | | | | x | x | x | x | x | x | x | x | x | x |

Providers: MAM = Mcclurken, M. | MZC = Charles-Washington, M. | SPR = Procaccini, S. | LGD = Duncan, L. | BF = Fadahunsi, B. | IMG = Montanez-Gonzalez, I. | KZH = Hatzidakis, K. | WJB = Babineau, W.

Documentation Codes: ORD = Order | NI = Dose Not Indicated | R = Refused | O = Other

Registration #: 07540-085     Pt. Name: ORENA, VICTOR     DOB: 08/04/34

# Medication Administration Record

MARCH 2025

07540-085 ORENA, VICTOR

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Churchville, Lawrence MD **Place 2 drops in both eyes four times daily** Ord. Date 02/26/25 15:29 Exp. Date 03/04/25 07:45 DEV 674484-DEV Cromolyn OPHTH Solution 4%, 10ML | 0600 | | | | 0.08 SPR 16:55 | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × |
| Churchville, Lawrence MD **Place 2 drops in both eyes four times daily** Ord. Date 03/03/25 19:34 Exp. Date 03/04/25 13:30 DEV 675121-DEV Cromolyn OPHTH Solution 4%, 10ML | 0600 | × | × | × | O SPR | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × |
| | 1100 | × | × | × | R SPR | R MG | R WJB | R SPR | R WJB | R MAM | R MAM | R MAM | | | | | | | | | | | | | | | | | | | | |
| Churchville, Lawrence MD **Place 2 drops in both eyes four times daily** Ord. Date 03/04/25 13:30 Exp. Date 08/31/25 13:29 DEV 675269-DEV Cromolyn OPHTH Solution 4%, 10ML | 0600 | × | × | × | R MAM | R MAM | R MAM | 0.08 LGD 07:19 | 0.08 LGD 06:35 | R MAM | R MAM | | | | | | | | | | | | | | | | | | | | | |
| | 1100 | × | × | × | R MG | 0.08 BF 15:56 | R SPR | R SPR | R WJB | R WJB | 0.08 MZC 11:11 | | | | | | | | | | | | | | | | | | | | | |
| | 1630 | × | × | × | R SPR | R MG | R WJB | R WJB | R WJB | R KZH | R KZH | | | | | | | | | | | | | | | | | | | | | |
| | 1900 | × | × | × | 0.08 SPR 18:40 | R MG | R WJB | R SPR | R WJB | R KZH | R KZH | | | | | | | | | | | | | | | | | | | | | |
| Churchville, Lawrence MD **Take one tablet (5 MG) by mouth each morning x 30 day(s) Pill Line Only** Ord. Date 03/03/25 19:34 Exp. Date 04/02/25 19:33 DEV Order Donepezil HCL 5 MG Tab UD | 0600 | × | × | ORD MAM 06:20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Providers: MAM = Mcclurken, M. | MZC = Charles-Washington, M. | SPR = Procaccini, S. | LGD = Duncan, L. | BF = Fadahunsi, B. | IMG = Montanez-Gonzalez, I. | KZH = Hatzidakis, K. | WJB = Babineau, W.

Documentation Codes: ORD = Order | NI = Dose Not Indicated | R = Refused | O = Other

Registration #: 07540-085     Pt. Name: ORENA, VICTOR     DOB: 08/04/34

# Medication Administration Record

**07540-085  ORENA, VICTOR**  — MARCH 2025

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 01/31/25 07:57 Exp. Date 03/04/25 07:46 DEV 671060-DEV — Churchville, Lawrence MD — **Take one tablet (5 MG) by mouth each morning** — Donepezil HCL 5 MG Tab UD | | | | | | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Ord. Date 03/03/25 19:34 Exp. Date 03/04/25 13:32 DEV 675123-DEV — Churchville, Lawrence MD — **Take one tablet (5 MG) by mouth each morning** — Donepezil HCL 5 MG Tab UD | | x | x | | | x | x | x | x | x | x | x | x | x | | | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Ord. Date 03/04/25 13:34 Exp. Date 08/31/25 13:33 DEV 675271-DEV — Churchville, Lawrence MD — **Take one tablet (5 MG) by mouth each morning** — Donepezil HCL 5 MG Tab UD | 0600 | x | x | x | x | 1 MAM 06:26 | 1 MAM 06:31 | 1 LGD 06:43 | 1 LGD 06:31 | 1 MAM 06:16 | 1 MAM 06:31 | 1 MAM 06:32 | | | | | | | | | | | | | | | | | | | | |
| Ord. Date 03/03/25 19:34 Exp. Date 04/02/25 19:33 DEV — Churchville, Lawrence MD — **Place 1 drop in both eyes twice daily x 30 days) Pill Line Only** — Dorzolamide-Timolol Opht Soln 22.3-6.8mg/ml | 0600 | x | x | x | R MAM | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Providers: MAM = Mcclurken, M. | MZC = Charles-Washington, M. | SPR = Procaccini, S. | LGD = Duncan, L. | BF = Fadahunsi, B. | IMG = Montanez-Gonzalez, I. | KZH = Hatzidakis, K. | WJB = Babineau, W.

Documentation Codes: ORD = Order | NI = Dose Not Indicated | R = Refused | O = Other

**Registration #: 07540-085**   **Pt. Name: ORENA, VICTOR**   **DOB: 08/04/34**

# Medication Administration Record

**MARCH 2025**

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 02/26/25 15:29 — Exp. Date 03/04/25 07:46 — Churchville, Lawrence MD — **Place 1 drop in both eyes twice daily** |  |  |  |  |  | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| DEV 674486-DEV — Dorzolamide-Timolol Opht Soln 22.3-6.8mg/ml |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Ord. Date 03/03/25 19:34 — Exp. Date 03/04/25 13:41 — Churchville, Lawrence MD — **Place 1 drop in both eyes twice daily** |  | x | x |  |  | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| DEV 675124-DEV — Dorzolamide-Timolol Opht Soln 22.3-6.8mg/ml |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Ord. Date 03/04/25 13:40 — Exp. Date 08/31/25 13:39 — Churchville, Lawrence MD — **Place 1 drop in both eyes twice daily** | 0600 | x | x |  | R. MAM |  | R. MAM | R. MAM | 0:17 LGD 06:31 | R. MAM | R. MAM | R. MAM | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
|  | 1900 | x | x |  | R. SPR | R. IMG | 0:17 WJB 17:58 | R. SPR | 0:17 WJB 18:26 | 0:17 WJB 18:43 | 0:17 KZH 17:12 |  | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| DEV 675272-DEV — Dorzolamide-Timolol Opht Soln 22.3-6.8mg/ml |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Ord. Date 02/24/25 12:14 — Exp. Date 03/03/25 12:13 — Riley, E. NP-C — **Take one capsule (100 MG) by mouth twice daily for 7 days** |  |  |  |  | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| DEV 674136-DEV — Doxycycline Hyclate 100 MG Tab UD |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

Providers: MAM = Mcclurken, M. | MZC = Charles-Washington, M. | SPR = Procaccini, S. | LGD = Duncan, L. | BF = Fadahunsi, B. | IMG = Montanez-Gonzalez, I. | KZH = Hatzidakis, K. | WJB = Babineau, W.

Documentation Codes: ORD = Order | NI = Dose Not Indicated | R = Refused | O = Other

---

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 03/10/25 11:19 — Fandreyer, F. FNP<br>**Take one tablet (20 MG) by mouth twice daily**<br>Exp. Date 04/09/25 11:18<br>DEV 676113- DEV<br>Famotidine 20 MG Tab | 0600 | x | x | x | x | x | x | x | x | x | x | 1 MAM 06:32 | | | | | | | | | | | | | | | | | | | | |
| | 1900 | x | x | x | x | x | x | x | x | x | 1 KZH 17:12 | | | | | | | | | | | | | | | | | | | | | |
| Ord. Date 02/26/25 15:42 — Churchville, Lawrence MD<br>**Take one tablet by mouth three times a week on Monday, Wednesday, and Friday on empty stomach**<br>Exp. Date 03/04/25 07:47<br>DEV 674487- DEV<br>Ferrous Gluconate 324 MG Tab UD | | | | | | x | | x | | | x | | x | | x | | | x | | x | | x | | | x | | x | | x | | | x |
| Ord. Date 03/04/25 07:46 — Churchville, Lawrence MD<br>**Take one tablet by mouth three times a week on Monday, Wednesday, and Friday on empty stomach**<br>Exp. Date 03/04/25 13:42<br>DEV 675125- DEV<br>Ferrous Gluconate 324 MG Tab UD | | | | | | x | | x | | | x | | x | | x | | | x | | x | | x | | | x | | x | | x | | | x |
| Ord. Date 03/04/25 13:41 — Churchville, Lawrence MD<br>**Take one tablet by mouth three times a week on Monday, Wednesday, and Friday on empty stomach**<br>Exp. Date 08/31/25 13:40<br>DEV 675273- DEV<br>Ferrous Gluconate 324 MG Tab UD | 0600 | x | | x | | 1 MAM 06:26 | | 1 LGD 06:43 | | 1 MAM 06:31 | | | | | | | | | | | | | | | | | | | | | | |

Providers: MAM = Mcclurken, M. | MZC = Charles-Washington, M. | SPR = Procaccini, S. | LGD = Duncan, L. | BF = Fadahunsi, B. | IMG = Montanez-Gonzalez, I. | KZH = Hatzidakis, K. | WJB = Babineau, W.

Documentation Codes: ORD = Order | NI = Dose Not Indicated | R = Refused | O = Other

Registration #: 07540-085    Pt. Name: ORENA, VICTOR    DOB: 08/04/34

# Medication Administration Record

## MARCH 2025

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ord. Date** 03/03/25 19:34  **Exp. Date** 04/02/25 19:33  DEV  Order  Churchville, Lawrence MD  **Take one tablet (40 MG) by mouth twice daily morning and at noon Hold his systolic blood pressure <100 x 30 day(s) Pill Line Only**  Furosemide 40 MG Tab UD | 0600 | x | x | x | ORD MAM 06:20 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Ord. Date** 02/26/25 06:30  **Exp. Date** 03/04/25 07:47  DEV  674413-DEV  Quist, Daniel PA-C  **Take one tablet (40 MG) by mouth twice daily morning and at noon "Do not give if systolic blood pressure <100**  Furosemide 40 MG Tab UD |  | | x | x | | | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| **Ord. Date** 03/03/25 19:34  **Exp. Date** 03/04/25 13:43  DEV  675126-DEV  Churchville, Lawrence MD  **Take one tablet (40 MG) by mouth twice daily morning and at noon "Do not give if systolic blood pressure <100**  Furosemide 40 MG Tab UD | 1100 | x | x | x | 1 SPR 10:37 | | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| **Ord. Date** 03/04/25 13:42  **Exp. Date** 08/31/25 13:41  DEV  675274-DEV  Churchville, Lawrence MD  **Take one tablet (40 MG) by mouth twice daily morning and at noon "Do not give if systolic blood pressure <100**  Furosemide 40 MG Tab UD | 0600 | x | x | x | x | MAM 06:26 | LGD 06:31 | LGD 06:43 | MAM 06:18 | MAM 06:31 | 1 MAM 06:32 | | | | | | | | | | | | | | | | | | | | | |
| | 1100 | x | x | x | x | 1 BF 10:49 | SPR 10:54 | WJB 15:02 | WJB 11:39 | | MZC 10:42 | | | | | | | | | | | | | | | | | | | | | |

Providers: MAM = Mcclurken, M. | MZC = Charles-Washington, M. | BF = Fadahunsi, B. | IMG = Montanez-Gonzalez, I. | KZH = Hatzidakis, K. | WJB = Babineau, W. | SPR = Procaccini, S. | LGD = Duncan, L.

Documentation Codes: ORD = Order | NI = Dose Not Indicated | R = Refused | O = Other

# Medication Administration Record

07540-085  ORENA, VICTOR

MARCH 2025

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Churchville, Lawrence MD<br>Ord. Date 03/03/25 19:34<br>Exp. Date 04/02/25 19:33<br>DEV<br>Order<br>**Inject 22 units of NPH insulin subcutaneously each morning x 30 day(s) Pill Line Only**<br>Insulin NPH (10 ML) 100 UNITS/ML INJ | 0600 | x | x | x | ORD MAM 06:17 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Churchville, Lawrence MD<br>Ord. Date 02/25/25 15:21<br>Exp. Date 03/04/25 08:03<br>DEV 674384-<br>DEV<br>**Inject 22 units of NPH insulin subcutaneously each morning**<br>Insulin NPH (10 ML) 100 UNITS/ML INJ | | | | | | | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Churchville, Lawrence MD<br>Ord. Date 02/25/25 15:21<br>Exp. Date 03/04/25 08:03<br>DEV 674385-<br>DEV<br>**Inject 22 units of NPH insulin subcutaneously each morning**<br>Insulin NPH (10 ML) 100 UNITS/ML INJ | | | | | | | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Churchville, Lawrence MD<br>Ord. Date 03/03/25 19:34<br>Exp. Date 03/04/25 13:44<br>DEV 675129-<br>DEV<br>**Inject 22 units of NPH insulin subcutaneously each evening**<br>Insulin NPH (10 ML) 100 UNITS/ML INJ | | x | x | | | | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |

Providers: MAM = Mcclurken, M. | MZC = Charles-Washington, M. | SPR = Procaccini, S. | LGD = Duncan, L. | BF = Fadahunsi, B. | IMG = Montanez-Gonzalez, I. | KZH = Hatzidakis, K. | WJB = Babineau, W.

Documentation Codes: ORD = Order | NI = Dose Not Indicated | R = Refused | O = Other

Registration #: 07540-085          Pt. Name: ORENA, VICTOR          DOB: 08/04/34

**Medication Orders**

### Insulin NPH — each morning

Ord. Date 03/03/25 19:34
Exp. Date 03/04/25 13:46
Churchville, Lawrence MD
**Inject 22 units of NPH insulin subcutaneously each morning**
DEV 675130-DEV
Insulin NPH (10 ML) 100 UNITS/ML INJ
Time: (blank)

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| x | x |  |  | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |

### Insulin NPH — each evening

Ord. Date 03/04/25 13:44
Exp. Date 03/04/26 13:43
Churchville, Lawrence MD
**Inject 22 units of NPH insulin subcutaneously each evening**
DEV 675276-DEV
Insulin NPH (10 ML) 100 UNITS/ML INJ
Time: 1700

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|----|
| x | x | x | 0.22 SPR 16:57 | 0.22 IMG 16:39 | 0.22 MAM 16:22 | 0.22 SPR 16:43 | 0.22 WJB 16:23 | 0.22 WJB 18:59 | 0.22 KZH 17:11 |

### Insulin NPH — each morning

Ord. Date 03/04/25 13:45
Exp. Date 03/04/26 13:44
Churchville, Lawrence MD
**Inject 22 units of NPH insulin subcutaneously each morning**
DEV 675277-DEV
Insulin NPH (10 ML) 100 UNITS/ML INJ
Time: 0600

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|----|
| x | x | x | x | 0.22 MAM 06:22 | 0.22 MAM 06:18 | 0.22 LGD 06:40 | 0.22 MAM 06:11 | 0.22 MAM 06:28 | 0.22 MAM 06:24 |

### Regular insulin — each morning

Ord. Date 03/03/25 19:34
Exp. Date 04/02/25 19:33
Churchville, Lawrence MD
**Inject 8 units of regular insulin subcutaneously each morning x 30 day(s) Pill Line Only**
DEV Order
Insulin Reg (10 ML) 100 UNITS/ML Inj
Time: 0600

| 1 | 2 | 3 |
|---|---|---|
| x | x | ORD MAM 06:17 |

Providers: MAM = Mcclurken, M. | MZC = Charles-Washington, M. | SPR = Procaccini, S. | LGD = Duncan, L. | BF = Fadahunsi, B. | IMG = Montanez-Gonzalez, I. | KZH = Hatzidakis, K. | WJB = Babineau, W.

Documentation Codes: ORD = Order | NI = Dose Not Indicated | R = Refused | O = Other

Registration #: 07540-085    Pt. Name: ORENA, VICTOR    DOB: 08/04/34

07540-085  ORENA, VICTOR

MARCH 2025

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Churchville, Lawrence MD<br>Ord. Date 02/25/25 15:22<br>Exp. Date 03/04/25 08:04<br>**Inject 8 units of regular insulin subcutaneously each evening**<br>DEV 674386- DEV<br>Insulin Reg (10 ML) 100 UNITS/ML Inj | | × | × | | | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × |
| Churchville, Lawrence MD<br>Ord. Date 02/25/25 15:22<br>Exp. Date 03/04/25 08:04<br>**Inject 8 units of regular insulin subcutaneously each morning**<br>DEV 674387- DEV<br>Insulin Reg (10 ML) 100 UNITS/ML Inj | | | × | | | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × |
| Churchville, Lawrence MD<br>Ord. Date 03/03/25 19:34<br>Exp. Date 03/04/25 13:47<br>**Inject 8 units of regular insulin subcutaneously each morning**<br>DEV 675131- DEV<br>Insulin Reg (10 ML) 100 UNITS/ML Inj | | × | × | | | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × |
| Churchville, Lawrence MD<br>Ord. Date 03/03/25 19:34<br>Exp. Date 03/04/25 13:46<br>**Inject 8 units of regular insulin subcutaneously each evening**<br>DEV 675132- DEV<br>Insulin Reg (10 ML) 100 UNITS/ML Inj | | × | × | | | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × |

Providers: MAM = Mcclurken, M. | MZC = Charles-Washington, M. | SPR = Procaccini, S. | LGD = Duncan, L. | BF = Fadahunsi, B. | IMG = Montanez-Gonzalez, I. | KZH = Hatzidakis, K. | WJB = Babineau, W.

Documentation Codes: ORD = Order | NI = Dose Not Indicated | R = Refused | O = Other

Registration #: 07540-085       Pt. Name: ORENA, VICTOR       DOB: 08/04/34

# Medication Administration Record

**MARCH 2025**

07540-085  ORENA, VICTOR

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Churchville, Lawrence MD — **Inject 8 units of regular insulin subcutaneously each evening** — Insulin Reg (10 ML) 100 UNITS/ML Inj — Ord. Date 03/04/25 13:46 / Exp. Date 03/04/26 13:45 — DEV 675278-DEV | 1700 | x | x |  | 0.08 SPR 16:57 | 0.08 IMG 16:40 |  | 0.08 SPR 16:43 | 0.08 WJB 16:23 | 0.08 WJB 18:19 | 0.08 MAM 17:11 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Churchville, Lawrence MD — **Inject 8 units of regular insulin subcutaneously each morning** — Insulin Reg (10 ML) 100 UNITS/ML Inj — Ord. Date 03/04/25 13:46 / Exp. Date 03/04/26 13:45 — DEV 675279-DEV | 0600 | x | x | x |  | 0.08 MAM 06:02 | 0.08 MAM 06:10 | 0.08 LGD 06:40 | 0.08 MAM 06:11 | 0.08 WJB 06:28 | 0.08 MAM 06:28 | 0.08 MAM 06:24 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Churchville, Lawrence MD — **Place 1 drop in both eyes each evening** — Latanoprost Ophth Soln 0.005% [2.5ml] — Ord. Date 02/26/25 15:44 / Exp. Date 03/04/25 08:04 — DEV 674490-DEV |  |  | x |  |  | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Churchville, Lawrence MD — **Place 1 drop in both eyes each evening** — Latanoprost Ophth Soln 0.005% [2.5ml] — Ord. Date 03/03/25 19:34 / Exp. Date 03/04/25 13:48 — DEV 675133-DEV |  |  | x |  |  | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |

Providers: MAM = Mcclurken, M. | MZC = Charles-Washington, M. | SPR = Procaccini, S. | LGD = Duncan, L. | BF = Fadahunsi, B. | IMG = Montanez-Gonzalez, I. | KZH = Hatzidakis, K. | WJB = Babineau, W.

Documentation Codes: ORD = Order | NI = Dose Not Indicated | R = Refused | O = Other

# Medication Administration Record

**MARCH 2025**

07540-085    ORENA, VICTOR

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 03/04/25 13:47  Exp. Date 08/31/25 13:46  DEV  675280-DEV  Churchville, Lawrence MD  **Place 1 drop in both eyes each evening**  Latanoprost Ophth Soln 0.005% [2.5ml] | 1900 | x | x | x | R SPR | | 0.1 WJB 17:58 | R SPR | 0.1 WJB 18:26 | 0.1 WJB 18:12 | R KZH | | | | | | | | | | | | | | | | | | | | | |
| Ord. Date 03/03/25 19:34  Exp. Date 04/02/25 19:33  DEV  671070-DEV  Churchville, Lawrence MD  **Take one tablet (10 MG) by mouth twice daily x 30 day(s) Pill Line Only**  Memantine 10 MG Tab  Order | 0600 | x | x | | ORD MAM 08:20 | | | | | | | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| | 1900 | x | | ORD WJB 19:51 | | | | | | | | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Ord. Date 01/31/25 08:16  Exp. Date 03/04/25 08:05  DEV  671070-DEV  Churchville, Lawrence MD  **Take one tablet (10 MG) by mouth twice daily**  Memantine 10 MG Tab | | | x | | | | | | | | | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Ord. Date 03/03/25 19:34  Exp. Date 03/04/25 13:48  DEV  675134-DEV  Churchville, Lawrence MD  **Take one tablet (10 MG) by mouth twice daily**  Memantine 10 MG Tab | | | x | | | | | | | | | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |

Providers: MAM = Mcclurken, M. | MZC = Charles-Washington, M. | SPR = Procaccini, S. | LGD = Duncan, L. | BF = Fadahunsi, B. | IMG = Montanez-Gonzalez, I. | KZH = Hatzidakis, K. | WJB = Babineau, W.

Documentation Codes: ORD = Order | NI = Dose Not Indicated | R = Refused | O = Other

Registration #: 07540-085    Pt. Name: ORENA, VICTOR    DOB: 08/04/34

## Medication Orders

**Order 1**
Ord. Date 03/04/25 13:47
Exp. Date 08/31/25 13:46
DEV
675281-DEV
Churchville, Lawrence MD
Take one tablet (10 MG) by mouth twice daily
Memantine 10 MG Tab
Time: 0600, 1900

**Order 2**
Ord. Date 03/03/25 19:34
Exp. Date 04/02/25 19:33
DEV
Order
Churchville, Lawrence MD
Apply topically to the affected area(s) three times daily **non-formulary approved until: 4/2/25 x 30 day(s) Pill Line Only
Nystatin Powder 100,000 UNIT/GM [30 GM]
Time: 0600

**Order 3**
Ord. Date 02/26/25 15:44
Exp. Date 03/04/25 08:05
DEV
674491-DEV
Churchville, Lawrence MD
Apply topically to the affected area(s) three times daily **non-formulary approved until: 4/2/25
Nystatin Powder 100,000 UNIT/GM [30 GM]

**Order 4**
Ord. Date 03/03/25 19:34
Exp. Date 03/04/25 13:48
DEV
675135-DEV
Churchville, Lawrence MD
Apply topically to the affected area(s) three times daily **non-formulary approved until: 4/2/25
Nystatin Powder 100,000 UNIT/GM [30 GM]
Time: 1100

## Administration Grid

| Med / Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Memantine 0600 | x | x | x | ORD MAM 06:20 | MAM 06:26 | MAM 06:31 | LGD 06:42 | LGD 06:31 | MAM 06:18 | MAM 06:31 | MAM 06:32 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Memantine 1900 | x | x | x | SPR 18:49 | IMG 19:06 | WJB 17:58 | SPR 18:34 | WJB 18:26 | WJB 18:12 | KZH 17:12 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Nystatin 0600 | | | | | | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Nystatin (no time) | | | | | | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Nystatin 1100 | x | x | x | NI SPR | | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |

Providers: MAM = Mcclurken, M. | MZC = Charles-Washington, M. | SPR = Procaccini, S. | LGD = Duncan, L. | BF = Fadahunsi, B. | IMG = Montanez-Gonzalez, I. | KZH = Hatzidakis, K. | WJB = Babineau, W.

Documentation Codes: ORD = Order | NI = Dose Not Indicated | R = Refused | O = Other

# Medication Administration Record

07540-085   ORENA, VICTOR

MARCH 2025

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Churchville, Lawrence MD**<br>Ord. Date 03/04/25 13:48<br>**Apply topically to the affected area(s) three times daily (inguinal/groin, pannus) \*\*non-formulary approved until: 4/2/25**<br>Exp. Date 03/18/25 13:47<br>DEV<br>675282-DEV<br>Nystatin Powder 100,000 UNIT/GM [30 GM] | 0600 | x | x | x | NI<br>SPR | 0.71<br>MAM<br>06:26 | 0.71<br>MAM<br>06:31 | 0.71<br>LGD<br>06:42 | 0.71<br>LGD<br>06:31 | 0.71<br>MAM<br>06:18 | 0.71<br>MAM<br>06:31 | 0.71<br>MAM<br>06:32 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | 1100 |  |  |  | NI<br>IMG<br>10:30 | 0.71<br>IMG<br>10:30 | NI<br>BF | 0.71<br>SPR<br>10:54 | 0.71<br>WJB<br>15:02 | 0.71<br>WJB<br>11:39 | 0.71<br>MZC<br>10:42 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|  | 1900 |  |  |  | NI<br>SPR | 0.71<br>IMG<br>19:06 | 0.71<br>WJB<br>17:58 | 0.71<br>SPR<br>18:34 | 0.71<br>WJB<br>18:26 | 0.71<br>WJB<br>19:12 | 0.71<br>KZH<br>17:12 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **Churchville, Lawrence MD**<br>Ord. Date 03/04/25 00:00<br>**Take one tablet (20 MEQ) by mouth each day**<br>Exp. Date 03/04/25 13:50<br>DEV<br>675204-DEV<br>Potassium Chloride 20 mEq ER Tab UD | 0600 | x | x | x |  | x | x | x | x | x | x | x |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| **Churchville, Lawrence MD**<br>Ord. Date 03/10/25 11:41<br>**Take one tablet (20 MEQ) by mouth each day**<br>Exp. Date 09/06/25 11:40<br>DEV<br>676143-DEV<br>Potassium Chloride 20 mEq ER Tab UD | 0600 |  |  |  |  |  |  |  |  |  | 1<br>MAM<br>06:32 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| **Churchville, Lawrence MD**<br>Ord. Date 03/03/25 19:34<br>**Take one-half (1/2) tablet (12.5 MG) by mouth each day x 30 day(s) Pill Line Only**<br>Exp. Date 04/02/25 19:33<br>DEV<br>Order<br>Spironolactone 25 MG Tab UD | 0600 | x | x | x | ORD<br>MAM<br>06:20 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

Providers: MAM = Mcclurken, M. | MZC = Charles-Washington, M. | SPR = Procaccini, S. | LGD = Duncan, L. | BF = Fadahunsi, B. | IMG = Montanez-Gonzalez, I. | KZH = Hatzidakis, K. | WJB = Babineau, W.

Documentation Codes: ORD = Order | NI = Dose Not Indicated | R = Refused | O = Other

Registration #: 07540-085   Pt. Name: ORENA, VICTOR   DOB: 08/04/34

# Medication Administration Record

## MARCH 2025

**Medication Orders**

### Churchville, Lawrence MD — Spironolactone 25 MG Tab UD
**Take one-half (1/2) tablet (12.5 MG) by mouth each day**

Ord. Date 02/26/25 15:45 | Exp. Date 03/04/25 08:15 | DEV 674492-

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | x | x |  |  | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |

### Churchville, Lawrence MD — Spironolactone 25 MG Tab UD
**Take one-half (1/2) tablet (12.5 MG) by mouth each day**

Ord. Date 03/03/25 19:34 | Exp. Date 03/04/25 13:50 | DEV 675144-

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | x | x |  |  | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |

### Churchville, Lawrence MD — Spironolactone 25 MG Tab UD
**Take one-half (1/2) tablet (12.5 MG) by mouth each day**

Ord. Date 03/04/25 13:49 | Exp. Date 03/04/26 13:48 | DEV 675283-

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12–31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0600 | x | x |  |  | 0.5 MAM 06:26 | 0.5 LGD 06:43 | 0.5 LGD 06:31 | 0.5 LGD 06:31 | 0.5 MAM 06:16 | 0.5 MAM 06:31 | 0.5 MAM 06:32 |  |

### Churchville, Lawrence MD — Tamsulosin HCl 0.4 MG Cap UD
**Take one capsule (0.4 MG) by mouth each day**

Ord. Date 03/04/25 13:49 | Exp. Date 08/31/25 13:48 | DEV 675284-

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12–31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0600 | x | x |  |  | MAM 06:26 | MAM 06:31 | LGD 06:43 | LGD 06:31 | MAM 06:16 | MAM 06:31 | MAM 06:32 |  |

Providers: MAM = Mcclurken, M. | MZC = Charles-Washington, M. | SPR = Procaccini, S. | LGD = Duncan, L. | BF = Fadahunsi, B. | IMG = Montanez-Gonzalez, I. | KZH = Hatzidakis, K. | WJB = Babineau, W.

Documentation Codes: ORD = Order | NI = Dose Not Indicated | R = Refused | O = Other

# Medication Administration Record

**07540-085  ORENA, VICTOR**

**MARCH 2025**

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fandreyer, F. FNP<br>Ord. Date 03/10/25 11:22<br>Exp. Date 03/24/25 11:21<br>**Apply a small amount topically to the affected area(s) of torso twice daily for 14 days**<br>DEV 676115-<br>Triamcinolone 0.1% 15 GM Cream | 0600 | x | x | x | x | x | x | x | x | x | x | 0.54 MAM 06:32 | | | | | | | | | | | | | | | | | | | | |
| | 1900 | x | x | x | x | x | x | x | x | x | 0.54 KZH 17:12 | | | | | | | | | | | | | | | | | | | | | |
| Fandreyer, F. FNP<br>Ord. Date 03/10/25 14:38<br>Exp. Date 03/24/25 14:37<br>**Take two capsules (50 MG) by mouth at bedtime**<br>DEV 676276-<br>diphenhydrAMINE 25 MG Cap UD | 1900 | x | x | x | x | x | x | x | x | x | 2 KZH 17:12 | | | | | | | | | | | | | | | | | | | | | |
| Churchville, Lawrence MD<br>Ord. Date 02/26/25 15:27<br>Exp. Date 03/04/25 07:42<br>**Take one tablet (5 MG) by mouth each day AS NEEDED for constipation**<br>DEV 674481-<br>Bisacodyl E.C. 5 MG TAB UD | PRN | | | | | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Churchville, Lawrence MD<br>Ord. Date 03/03/25 19:34<br>Exp. Date 03/04/25 13:25<br>**Take one tablet (5 MG) by mouth each day AS NEEDED for constipation**<br>DEV 675118-<br>Bisacodyl E.C. 5 MG TAB UD | PRN | x | x | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Providers: MAM = Mcclurken, M. | MZC = Charles-Washington, M. | SPR = Procaccini, S. | LGD = Duncan, L. | BF = Fadahunsi, B. | IMG = Montanez-Gonzalez, I. | KZH = Hatzidakis, K. | WJB = Babineau, W.

Documentation Codes: ORD = Order | NI = Dose Not Indicated | R = Refused | O = Other

Registration #: 07540-085       Pt. Name: ORENA, VICTOR       DOB: 08/04/34

# Medication Administration Record

**MARCH 2025**

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Churchville, Lawrence MD<br>**Take one tablet (5 MG) by mouth each day AS NEEDED for constipation**<br>Ord. Date 03/04/25 13:25<br>Exp. Date 08/31/25 13:24<br>DEV 675286- DEV<br>Bisacodyl E.C. 5 MG TAB UD | PRN | x | x | x | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Churchville, Lawrence MD<br>**Take one capsule (100 MG) by mouth twice daily AS NEEDED for hard or infrequent stools - Take with a glassful of water**<br>Ord. Date 02/26/25 15:29<br>Exp. Date 03/04/25 07:46<br>DEV 674485- DEV<br>Docusate Sodium 100 MG Cap UD | PRN | | | | | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Churchville, Lawrence MD<br>**Take one capsule (100 MG) by mouth twice daily AS NEEDED for hard or infrequent stools - Take with a glassful of water**<br>Ord. Date 03/03/25 19:34<br>Exp. Date 03/04/25 13:31<br>DEV 675122- DEV<br>Docusate Sodium 100 MG Cap UD | PRN | x | x | | | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Churchville, Lawrence MD<br>**Take one capsule (100 MG) by mouth twice daily AS NEEDED for hard or infrequent stools - Take with a glassful of water**<br>Ord. Date 03/04/25 13:31<br>Exp. Date 08/31/25 13:30<br>DEV 675270- DEV<br>Docusate Sodium 100 MG Cap UD | PRN | x | x | x | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Providers: MAM = Mcclurken, M. | MZC = Charles-Washington, M. | SPR = Procaccini, S. | LGD = Duncan, L. | BF = Fadahunsi, B. | IMG = Montanez-Gonzalez, I. | KZH = Hatzidakis, K. | WJB = Babineau, W.

Documentation Codes: ORD = Order | NI = Dose Not Indicated | R = Refused | O = Other

Registration #: 07540-085          Pt. Name: ORENA, VICTOR          DOB: 08/04/34

07540-085    ORENA, VICTOR

# Medication Administration Record

MARCH 2025

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 02/26/25 15:43 — Exp. Date 03/04/25 07:48 — Churchville, Lawrence MD — **Chew and swallow 4 tablets (16 GM) by mouth AS NEEDED for hypoglycemia and alert medical** — DEV 674488-DEV — Glucose 4 GM Tab | PRN | | | | | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Ord. Date 03/03/25 19:34 — Exp. Date 03/04/25 13:43 — Churchville, Lawrence MD — **Chew and swallow 4 tablets (16 GM) by mouth AS NEEDED for hypoglycemia and alert** — DEV 675127-DEV — Glucose 4 GM Tab | PRN | x | x | | | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Ord. Date 03/04/25 13:43 — Exp. Date 08/31/25 13:42 — Churchville, Lawrence MD — **Chew and swallow 4 tablets (16 GM) by mouth AS NEEDED for hypoglycemia and alert medical** — DEV 675275-DEV — Glucose 4 GM Tab | PRN | x | x | x | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ord. Date 02/26/25 15:43 — Exp. Date 03/04/25 08:02 — Churchville, Lawrence MD — **Take one tablet (600 MG) by mouth twice daily AS NEEDED for secretions related to for cough** — DEV 674489-DEV — guaiFENesin ER Tab 12 Hr 600 MG UD | PRN | | | | | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |

Providers: MAM = Mcclurken, M. | MZC = Charles-Washington, M. | SPR = Procaccini, S. | LGD = Duncan, L. | BF = Fadahunsi, B. | IMG = Montanez-Gonzalez, I. | KZH = Hatzidakis, K. | WJB = Babineau, W.

Documentation Codes: ORD = Order | NI = Dose Not Indicated | R = Refused | O = Other

Registration #: 07540-085        Pt. Name: ORENA, VICTOR        DOB: 08/04/34

# Medication Administration Record

## MARCH 2025

| Medication Orders | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 03/03/25 19:34 — Churchville, Lawrence MD — Exp. Date 03/08/25 19:33 — **Take one tablet (600 MG) by mouth twice daily AS NEEDED for secretions related to for cough **non-formulary approved until: 3/8/25** — DEV — 675128-DEV — guaiFENesin ER Tab 12 Hr 600 MG UD | PRN | × | × | | 1 SPR 18:40 | 1 MAM 06:23 / 1 IMG 19:06 | MAM 06:11 | 1 SPR 10:50 | 1 SPR 18:35 | | | | | | | | | | | | | | | | | | | | | | | |
| Ord. Date 01/31/25 10:08 — Churchville, Lawrence MD — Exp. Date 03/05/25 06:47 — **Take one tablet (0.5 MG) by mouth each day AS NEEDED for agitation** — DEV — 671137-DEV — risperiDONE 0.5 MG Tab UD | PRN | × | × | | | | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × |
| Ord. Date 03/03/25 19:34 — Churchville, Lawrence MD — Exp. Date 03/17/25 19:33 — **Take one tablet (0.5 MG) by mouth each day AS NEEDED for agitation** — DEV — 675353-DEV — risperiDONE 0.5 MG Tab UD | PRN | × | × | | | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × |
| Ord. Date 01/31/25 10:08 — Churchville, Lawrence MD — Exp. Date 03/04/25 08:16 — **Take one tablet (50 MG) by mouth at bedtime AS NEEDED for agitation** — DEV — 671138-DEV — traZODone HCl 50 MG Tab UD | PRN | × | × | | | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × | × |

Providers: MAM = Mcclurken, M. | MZC = Charles-Washington, M. | SPR = Procaccini, S. | LGD = Duncan, L. | BF = Fadahunsi, B. | IMG = Montanez-Gonzalez, I. | KZH = Hatzidakis, K. | WJB = Babineau, W.

Documentation Codes: ORD = Order | NI = Dose Not Indicated | R = Refused | O = Other

# Medication Administration Record

**MARCH 2025**

07540-085  ORENA, VICTOR

| Medication Orders | Time | PRN | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Ord. Date** 03/03/25 19:34
**Exp. Date** 04/02/25 19:33

Churchville, Lawrence MD

**Take one tablet (50 MG) by mouth at bedtime**
**AS NEEDED for agitation**

DEV
675145-DEV

traZODone HCl 50 MG Tab UD

(PRN columns: "x" on 2; "x" on 4; "1 IMG 19:06" on 5)

---

# Medication Administration Record

**MARCH 2025**

| Rx#: | Pill Line Date: | PillLine: | Provider: | Entered Date: | Comments: |
|---|---|---|---|---|---|
| 674484-DEV | 03/04/2025 | | SPR | 03/04/2025 16:56 EST | duplicate am order |
| 675121-DEV | 03/04/2025 | | SPR | 03/04/2025 16:57 EST | unsure if given. Processed duplicate order |
| 675268-DEV | 03/05/2025 | Pill Line 1 | MAM | 03/05/2025 06:26 EST | duplicate |

Providers: MAM = Mcclurken, M. | MZC = Charles-Washington, M. | SPR = Procaccini, S. | LGD = Duncan, L. | BF = Fadahunsi, B. | IMG = Montanez-Gonzalez, I. | KZH = Hatzidakis, K. | WJB = Babineau, W.

Documentation Codes: ORD = Order | NI = Dose Not Indicated | R = Refused | O = Other

Allergies:Topamax

Report information is current as of the date and time of printing: 03/11/2025 09:20 EST

Pt. Name: ORENA, VICTOR
Registration #: 07540-085                  DOB: 08/04/34

---

Providers: MAM = Mcclurken, M. | MZC = Charles-Washington, M. | SPR = Procaccini, S. | LGD = Duncan, L. | BF = Fadahunsi, B. | IMG = Montanez-Gonzalez, I. | KZH = Hatzidakis, K. | WJB = Babineau, W.

Documentation Codes: ORD = Order | NI = Dose Not Indicated | R = Refused | O = Other

Pt. Name: ORENA, VICTOR
Registration #: 07540-085                  DOB: 08/04/34

## Bureau of Prisons
## Health Services
## Devices and Equipment

**Start Date:** 03/01/2025 **Stop Date:** 03/11/2025

**Reg #:** 07540-085 **Inmate Name:** ORENA, VICTOR

| Device/Equipment | Start Date | Stop Date | Date Returned | Obtained From | Comments |
|---|---|---|---|---|---|
| Cushion: Roho | | | | | |
| 04/22/2024 15:21 EST Kimball, A. OTR | 04/22/2024 | 07/22/2024 | | BOP | due to pressure ulcer on buttock |
| Cushion: foam/gel | | | | | |
| 01/13/2023 14:39 EST Kimball, Alexandra OTR/L | 10/22/2020 | | | BOP | standard w/c cushion exchanged 1/13/23 |
| 10/22/2020 13:44 EST Kimball, Alexandra OTR/L | 10/22/2020 | | | BOP | |
| Walker | | | | | |
| 11/03/2022 07:46 EST Kimball, Alexandra OTR/L | 07/19/2018 | 05/03/2023 | | BOP | 4 wheeled walker - reissued 3/14/22 2 wheeled walker exchanged for 4 wheeled walker on 11/3/22 |
| 06/10/2022 11:31 EST Kimball, Alexandra OTR/L | 07/19/2018 | 11/16/2022 | | BOP | 4 wheeled walker - reissued 3/14/22 |
| 03/14/2022 08:51 EST Dautrich, Jeremy PT, DPT | 07/19/2018 | 07/19/2019 | | BOP | 4 wheeled walker - reissued 3/14/22 |
| 07/19/2018 15:06 EST Kapatos, Philip PT/DPT | 07/19/2018 | 07/19/2019 | | BOP | 4 wheeled walker |
| Magnifier | | | | | |
| 02/27/2018 12:30 EST Leslie Pariseau, L. RN | 02/27/2018 | | | BOP | Lux 3.0 |
| Glucose Meter | | | | | |
| 05/16/2017 12:12 EST Poitras, S. RN | 05/16/2017 | | | BOP | SN: EL339077 |
| Splint | | | | | |
| 07/12/2016 10:07 EST Williams, Constance OT | 07/12/2016 | 07/12/2017 | | BOP | R XL wrist splint |
| Splint | | | | | |
| 06/13/2016 07:43 EST Anderson, M. Chief PT | 06/09/2016 | 06/09/2017 | | BOP | Large L Wrist splint |
| Glucose Meter | | | | | |
| 05/16/2017 12:12 EST Poitras, S. RN | 12/15/2015 | 05/16/2017 | | BOP | XEGU295-P03C7 |
| 12/15/2015 12:32 EST Shnaper, Darlene | 12/15/2015 | | | BOP | XEGU295-P03C7 |

**Start Date:** 03/01/2025  **Stop Date:**
**Reg #:** 07540-085  **Inmate Name:** ORENA, VICTOR

| Device/Equipment | RN/QA/ID Coord | Start Date | Stop Date | Date Returned | Obtained From | Comments |
|---|---|---|---|---|---|---|
| **Wheelchair** | | | | | | |
| 08/24/2015 09:47 EST | Zalno, Beth PA-C | 08/24/2015 | | | BOP | |
| **Eye Glasses** | | | | | | |
| 12/17/2014 13:47 EST | Gosa, S. PA-C | 12/17/2014 | | | BOP | Reading glasses re; 2.50 strength. |
| **Wheelchair** | | | | | | |
| 08/24/2015 09:47 EST | Zalno, Beth PA-C | 08/24/2015 | 03/28/2014 | | BOP | --d/c |
| 11/26/2013 07:20 EST | Shellenberger, Megan PA-C | 11/26/2013 | 03/28/2014 | | BOP | |
| **Cane** | | | | | | |
| 09/18/2013 14:22 EST | Powanda, Micki PA-C | 09/18/2013 | 02/29/2016 | | BOP | --duplicate |
| 02/28/2012 14:39 EST | Tabor, Timothy PA-C | 03/18/2009 | 02/18/2010 | | BOP | |
| 08/26/2009 11:49 EST | McCollum, William MD, CD | 03/18/2009 | 02/18/2010 | | BOP | |
| 03/18/2009 15:36 EST | Seda, Margarita RN | 03/18/2009 | 06/18/2009 | | BOP | Mr. Orena will be re-evaluated within 3 months. |
| 03/18/2009 15:15 EST | Seda, Margarita RN | 03/18/2009 | | | BOP | |
| **Medical Shoes** | | | | | | |
| 07/24/2024 14:37 EST | Dautrich, Jeremy PT, DPT | 09/18/2013 | | | BOP | 7 M orthofeet reissued 7/23/24 |
| 06/10/2022 11:31 EST | Kimball, Alexandra OTR/L | 09/18/2013 | | | BOP | New issue 10/15/2015 |
| 10/15/2015 14:39 EST | Gosa, S. PA-C | 09/18/2013 | 10/15/2016 | | BOP | New issue 10/15/2015 |
| 11/13/2014 12:57 EST | Gosa, S. PA-C | 09/18/2013 | 11/13/2015 | | BOP | New issue 11/13/2014 |
| 09/18/2013 14:22 EST | Powanda, Micki PA-C | 09/18/2013 | 09/18/2014 | | BOP | |
| 02/28/2012 14:39 EST | Tabor, Timothy PA-C | 02/15/2011 | 02/15/2013 | | BOP | Issued one pair of Acor, low top, medical shoes, size 10 1/2 wide |
| 02/15/2011 10:15 EST | Saunders, Brian PT | 02/15/2011 | 02/15/2012 | | BOP | Issued one pair of Acor, low top, medical shoes, size 10 1/2 wide |
| 08/26/2009 11:49 EST | McCollum, William MD, CD | 05/11/2009 | 05/11/2009 | | BOP | |
| 05/11/2009 11:42 EST | Pierce, Judi LPN | 05/11/2009 | 05/11/2010 | | BOP | |
| **Wheelchair** | | | | | | |
| 07/13/2013 12:59 EST | Long, Stephanie RN | 07/13/2013 | | | No Show | |
| **Cane** | | | | | | |

**Start Date:** 03/01/2025      **Stop Date:** 03/11/2025

**Reg #:** 07540-085      **Inmate Name:** ORENA, VICTOR

| Device/Equipment | | Start Date | Stop Date | Date Returned | Obtained From | Comments |
|---|---|---|---|---|---|---|
| 03/14/2022 08:51 EST | Dautrich, Jeremy PT, DPT | 07/09/2013 | 03/14/2022 | | BOP | - inmate reported to swing at CO, replaced by walker |
| 07/09/2013 14:56 EST | Gentzyel, Desiree RN | 07/09/2013 | | | BOP | |
| Pacemaker | | | | | | |
| 02/28/2012 14:39 EST | Tabor, Timothy PA-C | 12/07/2009 | | | BOP | Pacemaker placed 10/20/09 |
| 12/07/2009 12:52 EST | Gabriel, Tara DDS | 12/07/2009 | | | BOP | Pacemaker placed 10/20/09 |
| Sling | | | | | | |
| 02/28/2012 14:39 EST | Tabor, Timothy PA-C | 10/22/2009 | 11/22/2009 | | Other | |
| 10/22/2009 16:32 EST | Flynn, Amy FNP-BC | 10/22/2009 | 11/22/2009 | | Other | |
| ~~Glucose Meter~~ | | | | | | |
| ~~09/18/2013 14:22 EST~~ | ~~Powanda, Micki PA-C~~ | ~~08/25/2009~~ | | | BOP | ~~XCE171-2025~~--not indicated |
| 02/28/2012 14:39 EST | Tabor, Timothy PA-C | 08/25/2009 | | | BOP | XCE171-2025 |
| 08/25/2009 11:12 EST | Junkermeier, Tanya RN | 08/25/2009 | | | BOP | XCE171-2025 |

**Total: 18**

Reg #:  07540-085                          Inmate Name:   ORENA, VICTOR

| **Allergy** | **Date Noted** | **Reaction** |
| --- | --- | --- |
| Topamax | 11/20/2007 | Intolerance-other |

    RXN UNKNOWN

       **Orig Entered:**   11/20/2007 13:03 EST   Williams, Nekia A. PharmD

**Total:**  1

# Bureau of Prisons
# Health Services
# Alerts

Reg #: 07540-085    Inmate Name: ORENA, VICTOR

| Alert | | Start Date | Stop Date | Comments |
|---|---|---|---|---|
| **Serious Illness/Critical Illness** | | | | |
| 05/16/2014 10:31 EST | Kahley, Charles LPN | 11/22/2013 | 05/16/2014 | CL3: s/p DDD pacemaker |
| 11/22/2013 14:22 EST | Santos, Elizabete D.O., Clinical Director | 11/22/2013 | | CL3: s/p DDD pacemaker |
| **Advance Directive** | | | | |
| 09/10/2019 12:07 EST | Rasmussen, S. LICSW | 09/10/2019 | | He named his son, Victor Arena (516-303-2813), as his health care proxy and his son Andrew Arena (516-754-6407) as his Alternate Agent. |
| **Implanted Electronic Device** | | | | |
| 06/28/2016 15:11 EST | Hartshorn, Christine Contract Consultant Scheduler | 06/28/2016 | | St Jude Serial # 7437604 Implanted 12/19/13 |
| **Serious Illness/Critical Illness** | | | | |
| 04/09/2015 10:47 EST | Long, Michelle LPN | 04/09/2015 | | CL3: s/p DDD pacemaker |
| **Care Level 3** | | | | |
| 05/16/2014 10:31 EST | Kahley, Charles LPN | 05/16/2014 | | CL3: s/p DDD pacemaker |

**Total:** 5

# Bureau of Prisons
## Health Services
## Patient Education Assessments & Topics

**Reg #:** 07540-085     **Inmate Name:** ORENA, VICTOR

## Assessments

| Assessment Date | Learns Best By | Primary Language | Years of Education | Barriers To Education | Provider |
|---|---|---|---|---|---|

**Total:** 0

## Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| 03/10/2025 | Counseling | Diagnosis | Needs Reinforcement | Fandreyer, F. |
| | Orig Entered: 03/10/2025 11:12 EST Fandreyer, F. | | | |
| 03/10/2025 | Counseling | Compliance - Treatment | Verbalizes Understanding | Churchville, Lawrence |
| | Orig Entered: 03/10/2025 11:38 EST Churchville, Lawrence | | | |
| 03/04/2025 | Counseling | Compliance - Treatment | Verbalizes Understanding | Mcclurken, Mark |
| | Discussed importance of getting sleep in bed/keeping nasal cannula on | | | |
| | Orig Entered: 03/04/2025 05:45 EST Mcclurken, Mark | | | |
| 03/04/2025 | None/Severe Cogn | | No Evidence of Learning | Churchville, Lawrence |
| | Orig Entered: 03/04/2025 12:44 EST Churchville, Lawrence | | | |
| 03/03/2025 | Not Done | | No Participation | Babineau, William |
| | Orig Entered: 03/03/2025 19:49 EST Babineau, William | | | |

**Total:** 5

# Bureau of Prisons
# Health Services
# Blood Glucose

| Begin Date: | 03/01/2025 | End Date: | 03/11/2025 |
|---|---|---|---|
| Reg #: | 07540-085 | Inmate Name: | ORENA, VICTOR |

(Reference Range: Random or Fasting 70 - 100, 2 hour post-prandial 70 - 140)

| Date | Time | Value | Type | Comments |
|---|---|---|---|---|
| 03/11/2025 | 06:55 | DEV 140 | Random | bb |
| **Orig Entered:** 03/11/2025 06:56 EST | | | Mcclurken, Mark RN | |
| 03/10/2025 | 06:38 | DEV 152 | Random | bb |
| **Orig Entered:** 03/10/2025 06:39 EST | | | Mcclurken, Mark RN | |
| 03/09/2025 | 18:08 | DEV 174 | Random | bb |
| **Orig Entered:** 03/09/2025 18:10 EST | | | Babineau, William RN | |
| 03/09/2025 | 06:35 | DEV 139 | Random | bb |
| **Orig Entered:** 03/09/2025 06:36 EST | | | Mcclurken, Mark RN | |
| 03/08/2025 | 16:22 | DEV 142 | Random | bb |
| **Orig Entered:** 03/08/2025 16:23 EST | | | Babineau, William RN | |
| 03/08/2025 | 06:42 | DEV 143 | Random | bb |
| **Orig Entered:** 03/08/2025 06:43 EST | | | Duncan, L. RN | |
| 03/07/2025 | 06:52 | DEV 155 | Random | BB |
| **Orig Entered:** 03/07/2025 06:53 EST | | | Duncan, L. RN | |
| 03/05/2025 | 16:39 | DEV 121 | Unknown | BB |
| **Orig Entered:** 03/05/2025 16:40 EST | | | Montanez-Gonzalez, Islem RN | |
| 03/05/2025 | 06:34 | DEV 119 | Random | bb |
| **Orig Entered:** 03/05/2025 06:35 EST | | | Mcclurken, Mark RN | |
| 03/04/2025 | 16:58 | DEV 201 | Unknown | bb |
| **Orig Entered:** 03/04/2025 16:59 EST | | | Procaccini, Sherri RN | |
| 03/04/2025 | 06:37 | DEV 243 | Random | bb |
| **Orig Entered:** 03/04/2025 06:38 EST | | | Mcclurken, Mark RN | |

**Total:** 11

Reg #: 07540-085          Inmate Name: ORENA, VICTOR

## Current

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Diabetes mellitus, type II (adult-onset) | | | | | | |
| 07/06/2010 15:19 EST  Wilson, William E. MD | III | ICD-9 | 250.00 | 09/01/2009 | Current | 09/01/2009 |
| 09/01/2009 12:46 EST  McCollum, William MD, CD | III | ICD-9 | 250.00 | 09/01/2009 | Current | 09/01/2009 |
| Hyperlipidemia, mixed | | | | | | |
| 07/06/2010 15:19 EST  Wilson, William E. MD | III | ICD-9 | 272.2 | 01/23/2009 | Current | 01/23/2009 |
| 01/23/2009 08:10 EST  Cintron, Miguel A MD | III | ICD-9 | 272.2 | 01/23/2009 | Current | 01/23/2009 |
| Polyneuropathy in diabetes | | | | | | |
| 12/10/2015 13:44 EST  Cure, Julie PA-C | III | ICD-9 | 357.2 | 12/10/2015 | Current | 12/10/2015 |
| MONOFILAMENT exam- Left foot 9/10 (decreased over 3rd MTPJ) and 8/10 on right foot (decreased over 3rd and 5th MTPJ) | | | | | | |
| Chronic angle-closure glaucoma | | | | | | |
| 07/06/2010 15:19 EST  Wilson, William E. MD | III | ICD-9 | 365.23 | 08/22/2008 | Current | 08/22/2008 |
| 08/22/2008 11:31 EST  Cintron, Miguel A MD | III | ICD-9 | 365.23 | 08/22/2008 | Current | 08/22/2008 |
| Presbyopia | | | | | | |
| 04/23/2014 10:59 EST  Weyand, James OD | III | ICD-9 | 367.4 | 04/23/2014 | Current | 04/23/2014 |
| Hypertension, Benign Essential | | | | | | |
| 10/08/2010 11:09 EST  Wilson, William E. MD | III | ICD-9 | 401.1 | 08/10/2009 | Current | 08/10/2009 |
| 08/10/2009 11:47 EST  Cacho, Jaime MLP | III | ICD-9 | 401.1 | 08/10/2009 | Current | 08/10/2009 |
| Atrioventricular block, complete | | | | | | |
| 07/09/2013 10:10 EST  Santos, Elizabete D.O., Clinical Director | III | ICD-9 | 426.0 | 10/21/2009 | Current | 10/21/2009 |
| permanent pacemaker placed Medtronic Adapta ADDRO1, serial #NWB450391H with Capsure Fix Novus 4076-45 cm lead 10/20/09. (look at cardiology consultation dated 1/4/2010 for more information.) | | | | | | |
| 10/21/2009 13:33 EST  Aulepp, Kristine DO | III | ICD-9 | 426.0 | 10/21/2009 | Current | 10/21/2009 |
| permanent pacemaker placed 10/20/09 | | | | | | |
| Aortic aneurysm of unspecif site without rupture | | | | | | |
| 07/23/2019 09:34 EST  Murray, Scott MD | III | ICD-9 | 441.9 | 09/28/2011 | Current | 09/28/2011 |
| AAA (s/p repair 6/2019) | | | | | | |
| 09/28/2017 16:51 EST  Murray, Scott MD | III | ICD-9 | 441.9 | 09/28/2011 | Current | 09/28/2011 |
| 5.5 cm (9/2017), 6 month FU CTA and V surg eval. | | | | | | |

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 01/07/2014 12:01 EST  Santos, Elizabete D.O., Clinical Director | III | ICD-9 | 441.9 | 09/28/2011 | Current | 09/28/2011 |
| 09/28/2011 12:41 EST  Wilson, William E. MD/CD 9-2011: REFERRED TO VASCUALR SURGERY- CONSULT FOR ENDOGRAFT REQUESTED | III | ICD-9 | 441.9 | 09/28/2011 | Current | 09/28/2011 |
| **Constipation, unspecified** | | | | | | |
| 02/13/2025 14:44 EST  Fandreyer, F. FNP | III | ICD-9 | 564.00 | 09/18/2013 | Current | 02/13/2025 |
| 10/25/2016 13:01 EST  Hardy, William MD | III | ICD-9 | 564.00 | 09/18/2013 | Resolved | 10/25/2016 |
| 09/18/2013 14:16 EST  Powanda, Micki PA-C | III | ICD-9 | 564.00 | 09/18/2013 | Current | 09/18/2013 |
| **Benign localized hyperplasia of prostate NOS** | | | | | | |
| 02/09/2011 13:06 EST  Wilson, William E. MD | III | ICD-9 | 600.20 | 02/09/2011 | Current | 02/09/2011 |
| **Osteoarthrosis, generalized** | | | | | | |
| 07/23/2019 09:34 EST  Murray, Scott MD bil knee OA | III | ICD-9 | 715.0 | 08/22/2008 | Current | 08/22/2008 |
| 08/22/2008 11:31 EST  Cintron, Miguel A MD | III | ICD-9 | 715.0 | 08/22/2008 | Current | 08/22/2008 |
| **LTBI Prophy Refused** | | | | | | |
| 06/14/2024 11:56 EST  Smithart, Peggy QIIC RN see refusal form dated 6/14/24 | III | ICD-10 | 795.5D | 06/14/2024 | Current | |
| **Tinea cruris** | | | | | | |
| 10/19/2020 15:08 EST  Murray, Scott MD bil inguinal. not responding to topical miconazole or powder.  responsive to ketoconazole. | | ICD-10 | B356 | 01/10/2020 | Current | |
| 07/21/2020 16:27 EST  Murray, Scott MD bil inguinal | | ICD-10 | B356 | 01/10/2020 | Current | |
| 01/10/2020 18:13 EST  Murray, Scott MD L axilla | | ICD-10 | B356 | 01/10/2020 | Current | |
| **Iron deficiency anemia** | | | | | | |
| 12/27/2022 11:31 EST  Goudreau, Shea PA-C | | ICD-10 | D509 | 12/27/2022 | Current | |
| **Anemia, unspecified** | | | | | | |
| 12/21/2017 15:17 EST  Fandreyer, F. FNP | | ICD-10 | D649 | 12/21/2017 | Current | |
| **Vitamin B deficiency** | | | | | | |
| 07/23/2019 09:51 EST  Murray, Scott MD | | ICD-10 | E539 | 07/23/2019 | Current | |
| **Vitamin D deficiency** | | | | | | |
| 02/09/2018 17:26 EST  Coffey, C. PA-C | | ICD-10 | E559 | 02/09/2018 | Current | |
| **Unspecified dementia with behavioral disturbance** | | | | | | |

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 01/14/2018 17:17 EST  Cooke, Robert PA-C | | ICD-10 | F0391 | 01/14/2018 | Current | |
| **Alzheimer's disease** | | | | | | |
| 03/15/2018 10:39 EST  Warinner, P. MD | | ICD-10 | G309 | 03/15/2018 | Current | |
| **GAF 71 - 100** | | | | | | |
| 11/02/2012 12:47 EST  Bailey, T. MD | III | ICD-9 | G4 | 11/02/2012 | Current | 11/02/2012 |
| **Low vision, both eyes** | | | | | | |
| 07/15/2016 13:14 EST  Howard, Charles MD     Glaucomatous Optic Atrophy, Count Fingers OD, 20/60 at best OS.   s/p cataracts with lens implants. | | ICD-10 | H542 | 07/15/2016 | Current | |
| **Non-ST elevation (NSTEMI) myocardial infarction** | | | | | | |
| 12/27/2022 10:48 EST  Goudreau, Shea PA-C     s/p PCI to LAD | | ICD-10 | I214 | 12/27/2022 | Current | |
| **Cardiomyopathy** | | | | | | |
| 12/07/2020 16:38 EST  Murray, Scott MD     EF 45% 2018 echo, unchanged ct 2011 echo. cath 2009: no obstructive disease. nuc stress 2018: small reversible at apex. echo 2020 EF 30% | | ICD-10 | I429 | 05/11/2018 | Current | |
| 07/23/2019 09:34 EST  Murray, Scott MD     EF 45% 2018 echo, unchanged ct 2011 echo. cath 2009: no obstructive disease. nuc stress 2018: small reversible at apex | | ICD-10 | I429 | 05/11/2018 | Current | |
| 05/11/2018 09:31 EST  Ofman, Peter MD | | ICD-10 | I429 | 05/11/2018 | Current | |
| **Other heart failure** | | | | | | |
| 12/29/2022 15:09 EST  Ruze, P. (MAT) MD | | ICD-10 | I5089 | 12/29/2022 | Current | |
| **Allergic rhinitis** | | | | | | |
| 10/26/2022 10:09 EST  Fandreyer, F. FNP | | ICD-10 | J309 | 10/26/2022 | Current | |
| **Unspecified hemorrhoids** | | | | | | |
| 02/13/2025 14:44 EST  Fandreyer, F. FNP | | ICD-10 | K649 | 02/13/2025 | Current | |
| **Unspecified abnormalities of heart beat** | | | | | | |
| 10/09/2017 10:22 EST  Cooke, Robert PA-C | | ICD-10 | R009 | 10/09/2017 | Current | |
| **Rash and other nonspecific skin eruption** | | | | | | |
| 03/10/2025 10:58 EST  Fandreyer, F. FNP | | ICD-10 | R21 | 03/10/2025 | Current | |
| **Presence of cardiac pacemaker** | | | | | | |
| 01/04/2021 17:30 EST  Murray, Scott MD     DDD pacemaker (St.Jude/Abbott), no aicd curently | | ICD-10 | Z950 | 01/04/2021 | Current | |

## Remission

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Mild cognitive impairment, so stated | | | | | | |
| 07/23/2019 09:34 EST  Murray, Scott MD | III | ICD-9 | 331.83 | 10/15/2015 | Remission | 07/23/2019 |
| 10/15/2015 16:12 EST  Gosa, S. PA-C | III | ICD-9 | 331.83 | 10/15/2015 | Current | 10/15/2015 |
| Tear film insufficiency, unspecified | | | | | | |
| 05/12/2016 16:12 EST  Howard, Charles MD | III | ICD-9 | 375.15 | 05/12/2015 | Remission | 05/12/2016 |
| 05/12/2015 10:59 EST  Gosa, S. PA-C | III | ICD-9 | 375.15 | 05/12/2015 | Current | 05/12/2015 |
| Benign paroxysmal positional vertigo | | | | | | |
| 07/23/2019 09:34 EST  Murray, Scott MD | III | ICD-9 | 386.11 | 06/22/2011 | Remission | 07/23/2019 |
| 06/22/2011 12:29 EST  Wilson, William E. MD/CD | III | ICD-9 | 386.11 | 06/22/2011 | Current | 06/22/2011 |
| Allergic rhinitis, cause unspecified | | | | | | |
| 10/25/2016 13:01 EST  Hardy, William MD | III | ICD-9 | 477.9 | 11/18/2010 | Remission | 10/25/2016 |
| 11/18/2010 12:10 EST  Klink, Kimberly MS, FNP | III | ICD-9 | 477.9 | 11/18/2010 | Current | 11/18/2010 |
| Retained dental root | | | | | | |
| 07/23/2019 09:34 EST  Murray, Scott MD | III | ICD-9 | 525.3 | 02/16/2010 | Remission | 07/23/2019 |
| 02/16/2010 13:21 EST  Shepherd, Doug DMD | III | ICD-9 | 525.3 | 02/16/2010 | Current | 02/16/2010 |
| Retained dental root | | | | | | |
| 07/23/2019 09:34 EST  Murray, Scott MD | III | ICD-9 | 525.3 | 01/26/2009 | Remission | 07/23/2019 |
| 01/26/2009 11:21 EST  Onugha, Godfrey DDS | III | ICD-9 | 525.3 | 01/26/2009 | Current | 01/26/2009 |
| Esophageal reflux | | | | | | |
| 12/17/2019 17:08 EST  Murray, Scott MD | III | ICD-9 | 530.81 | 03/19/2015 | Remission | 12/17/2019 |
|     trial dc ranitidine | | | | | | |
| 07/23/2019 09:34 EST  Murray, Scott MD | III | ICD-9 | 530.81 | 03/19/2015 | Current | 03/19/2015 |
|     trial dc ranitidine | | | | | | |
| 03/19/2015 08:28 EST  Gosa, S. PA-C | III | ICD-9 | 530.81 | 03/19/2015 | Current | 03/19/2015 |
| Diverticulitis of colon w/o mention of hemorrhage | | | | | | |
| 04/28/2016 14:23 EST  Hojnoski, Jon MD | III | ICD-9 | 562.11 | 05/07/2010 | Remission | 04/28/2016 |
| 05/07/2010 13:36 EST  Wilson, William E. MD | III | ICD-9 | 562.11 | 05/07/2010 | Current | 05/07/2010 |
| Chronic kidney disease, Stage III (moderate) | | | | | | |
| 04/28/2016 14:23 EST  Hojnoski, Jon MD | III | ICD-9 | 585.3 | 01/07/2015 | Remission | 04/28/2016 |
| 01/07/2015 10:57 EST  Santos, Elizabete D.O., Clinical Director | III | ICD-9 | 585.3 | 01/07/2015 | Current | 01/07/2015 |
| Other malaise and fatigue | | | | | | |
| 04/28/2016 14:23 EST  Hojnoski, Jon MD | III | ICD-9 | 780.79 | 02/18/2016 | Remission | 04/28/2016 |
| 02/18/2016 14:52 EST  Riley, E. NP-C | III | ICD-9 | 780.79 | 02/18/2016 | Current | 02/18/2016 |

Bureau of Prisons - DEV

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Diarrhea** | | | | | | |
| 04/28/2016 14:23 EST  Hojnoski, Jon MD | III | ICD-9 | 787.91 | 09/15/2015 | Remission | 04/28/2016 |
| 09/15/2015 14:19 EST  Hemphill, J. PA-C | III | ICD-9 | 787.91 | 09/15/2015 | Current | 09/15/2015 |
| **Psychosocial and environmental problems** | | | | | | |
| 07/23/2019 09:34 EST  Murray, Scott MD | IV | ICD-9 | Axis IV | 11/02/2012 | Remission | 07/23/2019 |
| 11/02/2012 12:47 EST  Bailey, T. MD | III | ICD-9 | Axis IV | 11/02/2012 | Current | 11/02/2012 |

## Resolved

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Other early skin lesions** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 102.2 | 05/03/2011 | Resolved | 09/19/2011 |
| Duplicate ICD 9 | | | | | | |
| 09/19/2011 13:27 EST  Wilson, William E. MD/CD | III | ICD-9 | 102.2 | 05/03/2011 | Resolved | 09/19/2011 |
| 05/03/2011 10:37 EST  Tabor, Timothy PA-C | III | ICD-9 | 102.2 | 05/03/2011 | Current | 05/03/2011 |
| **Dermatophytosis of the body (Tinea imbricata)** | | | | | | |
| 10/25/2016 13:01 EST  Hardy, William MD | III | ICD-9 | 110.5 | 04/03/2013 | Resolved | 10/25/2016 |
| 04/03/2013 12:35 EST  Bailey, T. MD | III | ICD-9 | 110.5 | 04/03/2013 | Current | 04/03/2013 |
| **Diabetes mellitus, type II, uncontrolled** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 250.02 | 08/22/2008 | Resolved | 12/10/2015 |
| Duplicate ICD 9 | | | | | | |
| 12/10/2015 13:46 EST  Cure, Julie PA-C | III | ICD-9 | 250.02 | 08/22/2008 | Resolved | 12/10/2015 |
| Duplicate ICD 9 | | | | | | |
| 12/10/2015 13:36 EST  Cure, Julie PA-C | III | ICD-9 | 250.02 | 08/22/2008 | Current | 12/10/2015 |
| 09/01/2009 12:46 EST  McCollum, William MD, CD | III | ICD-9 | 250.02 | 08/22/2008 | Resolved | 08/22/2008 |
| Non compliance with diet | | | | | | |
| 08/22/2008 11:39 EST  Cintron, Miguel A MD | III | ICD-9 | 250.02 | 08/22/2008 | Current | 08/22/2008 |
| Non compliance with diet | | | | | | |
| 08/22/2008 11:31 EST  Cintron, Miguel A MD | III | ICD-9 | 250.02 | 08/22/2008 | Current | 08/22/2008 |
| **Anxiety state, unspecified** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | I | ICD-9 | 300.00 | 02/24/2009 | Resolved | 02/24/2009 |
| Vitals WNL    EKG  no change. | | | | | | |
| 08/26/2009 11:36 EST  McCollum, William MD, CD | III | ICD-9 | 300.00 | 02/24/2009 | Resolved | 02/24/2009 |
| Vitals WNL    EKG  no change. | | | | | | |
| 02/24/2009 14:00 EST  Shamim, Mir MLP | III | ICD-9 | 300.00 | 02/24/2009 | Current | 02/24/2009 |
| Vitals WNL    EKG  no change. | | | | | | |
| **Tension headache** | | | | | | |

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 02/23/2016 07:20 EST  SYSTEM | I | ICD-9 | 307.81 | 12/30/2009 | Resolved | 03/08/2013 |
| 03/08/2013 10:14 EST  Tabor, Timothy PA-C | I | ICD-9 | 307.81 | 12/30/2009 | Resolved | 03/08/2013 |
| 12/30/2009 09:00 EST  Pettit, Matthew FNP-BC | III | ICD-9 | 307.81 | 12/30/2009 | Current | 12/30/2009 |
| **Bell's palsy** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM<br>Left side | III | ICD-9 | 351.0 | 06/19/2013 | Resolved | 12/10/2015 |
| 12/10/2015 13:36 EST  Cure, Julie PA-C<br>Left side | III | ICD-9 | 351.0 | 06/19/2013 | Resolved | 12/10/2015 |
| 06/19/2013 10:52 EST  Bilia, Christopher FNP-C<br>Left side | III | ICD-9 | 351.0 | 06/19/2013 | Current | 06/19/2013 |
| **Panuveitis** | | | | | | |
| 05/12/2016 16:12 EST  Howard, Charles MD<br>OS DID NOT HAVE PANUVEITIS.  He had Allergic conjunctivitis from Brimonidine. C.<br>Howard, Ophthalmology | III | ICD-9 | 360.12 | 05/13/2013 | Resolved | 05/12/2016 |
| 05/13/2013 09:46 EST  Bilia, Christopher FNP-C<br>OS | III | ICD-9 | 360.12 | 05/13/2013 | Current | 05/13/2013 |
| **Nonexudative senile macular degeneration** | | | | | | |
| 05/12/2016 16:12 EST  Howard, Charles MD<br>DID/DOES NOT HAVE.  C. Howard Ophthalmology | III | ICD-9 | 362.51 | 03/26/2014 | Resolved | 05/12/2016 |
| 03/26/2014 11:49 EST  Weyand, James OD<br>NEEDS OUTSIDE CONSULT FOR  POOR VISION AFTER CATARCT SURGERY OF<br>THE LEFT EYE | III | ICD-9 | 362.51 | 03/26/2014 | Current | 03/26/2014 |
| **Primary open angle glaucoma** | | | | | | |
| 05/12/2016 16:12 EST  Howard, Charles MD<br>BEST WE CAN DO!!! Incorrect diagnosis, CHRONIC | III | ICD-9 | 365.11 | 05/20/2015 | Resolved | 05/12/2016 |
| 09/09/2015 11:08 EST  Weyand, James OD<br>BEST WE CAN DO!!! | III | ICD-9 | 365.11 | 05/20/2015 | Current | 05/20/2015 |
| 05/20/2015 13:19 EST  Weyand, James OD | III | ICD-9 | 365.11 | 05/20/2015 | Current | 05/20/2015 |
| **Nuclear cataract** | | | | | | |
| 06/09/2016 14:50 EST  Howard, Charles MD<br>Lens implants OU | III | ICD-9 | 366.04 | 10/12/2012 | Resolved | 06/09/2016 |
| 10/12/2012 09:48 EST  Auxier, Donald OD<br>recommend consult for extraction of cataracts ou | III | ICD-9 | 366.04 | 10/12/2012 | Current | 10/12/2012 |
| **Keratitis or keratoconjunctivitis in exanthema** | | | | | | |
| 05/12/2016 16:12 EST  Howard, Charles MD | III | ICD-9 | 370.44 | 10/05/2011 | Resolved | 05/12/2016 |
| 10/05/2011 10:16 EST  Radaneata, Christian OD | III | ICD-9 | 370.44 | 10/05/2011 | Current | 10/05/2011 |
| **Conjunctivitis, unspecified** | | | | | | |

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 372.30 | 10/14/2011 | Resolved | 03/08/2013 |
| 03/08/2013 10:14 EST  Tabor, Timothy PA-C | III | ICD-9 | 372.30 | 10/14/2011 | Resolved | 03/08/2013 |
| 10/14/2011 14:04 EST  Paul-Blanc, Yves MLP | III | ICD-9 | 372.30 | 10/14/2011 | Current | 10/14/2011 |
| **Impacted cerumen** | | | | | | |
| 10/25/2016 13:01 EST  Hardy, William MD | III | ICD-9 | 380.4 | 03/12/2014 | Resolved | 10/25/2016 |
| 03/12/2014 10:02 EST  Gosa, S. PA-C | III | ICD-9 | 380.4 | 03/12/2014 | Current | 03/12/2014 |
| **Acute serous otitis media** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 381.01 | 04/10/2014 | Resolved | 12/10/2015 |
| 12/10/2015 13:36 EST  Cure, Julie PA-C | III | ICD-9 | 381.01 | 04/10/2014 | Resolved | 12/10/2015 |
| 04/10/2014 09:08 EST  Gosa, S. PA-C | III | ICD-9 | 381.01 | 04/10/2014 | Current | 04/10/2014 |
| **Acute mucoid otitis media** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 381.02 | 06/24/2009 | Resolved | 06/24/2009 |
| 08/09/2009 13:25 EST  Ramos, Migdalia MLP | III | ICD-9 | 381.02 | 06/24/2009 | Resolved | 06/24/2009 |
| 06/24/2009 10:12 EST  Cacho, Jaime MLP | III | ICD-9 | 381.02 | 06/24/2009 | Current | 06/24/2009 |
| **External hemorrhoids without mention of comp** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 455.3 | 11/18/2010 | Resolved | 06/22/2011 |
| 06/22/2011 12:24 EST  Wilson, William E. MD/CD | III | ICD-9 | 455.3 | 11/18/2010 | Resolved | 06/22/2011 |
| 11/18/2010 11:52 EST  Klink, Kimberly MS, FNP | III | ICD-9 | 455.3 | 11/18/2010 | Current | 11/18/2010 |
| **Acute laryngopharyngitis** | | | | | | |
| 04/28/2016 14:23 EST  Hojnoski, Jon MD | III | ICD-9 | 465.0 | 05/09/2013 | Resolved | 04/28/2016 |
| 05/09/2013 11:34 EST  Tabor, Timothy PA-C | III | ICD-9 | 465.0 | 05/09/2013 | Current | 05/09/2013 |
| **Bronchitis, acute** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 466.0 | 01/09/2013 | Resolved | 03/08/2013 |
| 03/08/2013 10:14 EST  Tabor, Timothy PA-C | III | ICD-9 | 466.0 | 01/09/2013 | Resolved | 03/08/2013 |
| 01/09/2013 10:19 EST  Bailey, T. MD | III | ICD-9 | 466.0 | 01/09/2013 | Current | 01/09/2013 |
| **Acute gastritis** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 535.0 | 06/14/2012 | Resolved | 03/08/2013 |
| 03/08/2013 10:14 EST  Tabor, Timothy PA-C | III | ICD-9 | 535.0 | 06/14/2012 | Resolved | 03/08/2013 |
| 06/14/2012 11:19 EST  Bilia, Christopher FNP-C | III | ICD-9 | 535.0 | 06/14/2012 | Current | 06/14/2012 |
| **Chronic kidney disease, Stage II (mild)** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 585.2 | 01/07/2014 | Resolved | 01/07/2015 |
| 01/07/2015 10:57 EST  Santos, Elizabete D.O., Clinical Director | III | ICD-9 | 585.2 | 01/07/2014 | Resolved | 01/07/2015 |
| 01/07/2014 12:19 EST  Santos, Elizabete D.O., Clinical Director | III | ICD-9 | 585.2 | 01/07/2014 | Current | 01/07/2014 |

Bureau of Prisons - DEV

Generated 03/11/2025 09:20 by Magnusson, Cheryl Legal Asst

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Onychia and paronychia of toe** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 681.11 | 04/19/2011 | Resolved | 09/19/2011 |
| 09/19/2011 13:27 EST  Wilson, William E. MD/CD | III | ICD-9 | 681.11 | 04/19/2011 | Resolved | 09/19/2011 |
| 04/19/2011 10:39 EST  Tabor, Timothy PA-C | III | ICD-9 | 681.11 | 04/19/2011 | Current | 04/19/2011 |
| **Other seborrheic dermatitis** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 690.18 | 08/22/2008 | Resolved | 08/22/2008 |
| 08/26/2009 11:36 EST  McCollum, William MD, CD | III | ICD-9 | 690.18 | 08/22/2008 | Resolved | 08/22/2008 |
| 08/22/2008 11:32 EST  Cintron, Miguel A MD | III | ICD-9 | 690.18 | 08/22/2008 | Current | 08/22/2008 |
| **Dermatitis due to other specified cause** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 692.89 | 01/26/2009 | Resolved | 01/26/2009 |
| 08/26/2009 11:36 EST  McCollum, William MD, CD | III | ICD-9 | 692.89 | 01/26/2009 | Resolved | 01/26/2009 |
| 01/26/2009 11:31 EST  Cintron, Miguel A MD | III | ICD-9 | 692.89 | 01/26/2009 | Current | 01/26/2009 |
| **Dermatitis/eczema due to unspecified cause** | | | | | | |
| 10/25/2016 13:01 EST  Hardy, William MD | III | ICD-9 | 692.9 | 07/15/2011 | Resolved | 10/25/2016 |
| 10/16/2013 07:53 EST  Powanda, Micki PA-C | III | ICD-9 | 692.9 | 07/15/2011 | Current | 10/16/2013 |
| 03/08/2013 10:14 EST  Tabor, Timothy PA-C | III | ICD-9 | 692.9 | 07/15/2011 | Resolved | 03/08/2013 |
| 07/15/2011 14:33 EST  Tabor, Timothy PA-C | III | ICD-9 | 692.9 | 07/15/2011 | Current | 07/15/2011 |
| **Psoriasis NOS** | | | | | | |
| 11/16/2021 14:31 EST  Ruze, P. (MAT) MD | III | ICD-9 | 696.1 | 11/30/2012 | Resolved | 11/16/2021 |
| 11/30/2012 14:37 EST  Tabor, Timothy PA-C | III | ICD-9 | 696.1 | 11/30/2012 | Current | 11/30/2012 |
| **Ingrowing nail** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 703.0 | 10/10/2013 | Resolved | 11/05/2013 |
| 11/05/2013 10:22 EST  Powanda, Micki PA-C | III | ICD-9 | 703.0 | 10/10/2013 | Resolved | 11/05/2013 |
| 10/10/2013 08:13 EST  Powanda, Micki PA-C | III | ICD-9 | 703.0 | 10/10/2013 | Current | 10/10/2013 |
| **Other specified diseases of nail** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | 703.8 | 10/15/2015 | Resolved | 12/10/2015 |
| Mal-forming, thickening, and curving of the (R) great toe nail, and other nails bilaterally. | | | | | | |
| 12/10/2015 13:36 EST  Cure, Julie PA-C | III | ICD-9 | 703.8 | 10/15/2015 | Resolved | 12/10/2015 |
| Mal-forming, thickening, and curving of the (R) great toe nail, and other nails bilaterally. | | | | | | |
| 10/15/2015 14:34 EST  Gosa, S. PA-C | III | ICD-9 | 703.8 | 10/15/2015 | Current | 10/15/2015 |
| Mal-forming, thickening, and curving of the (R) great toe nail, and other nails bilaterally. | | | | | | |
| **Knee, Pain in joint, lower leg** | | | | | | |
| 07/23/2019 09:34 EST  Murray, Scott MD | III | ICD-9 | 719.46 | 09/18/2013 | Resolved | 07/23/2019 |

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Syncope and collapse** | III | ICD-9 | 719.46 | 09/18/2013 | Current | 09/18/2013 |
| 09/18/2013 14:18 EST  Powanda, Micki PA-C | | | | | | |
| 02/23/2016 07:20 EST   SYSTEM | III | ICD-9 | 780.2 | 02/27/2009 | Resolved | 05/09/2013 |
| Patient with recurrent near syncope episodes. | | | | | | |
| 05/09/2013 11:34 EST  Tabor, Timothy PA-C | III | ICD-9 | 780.2 | 02/27/2009 | Remission | 05/09/2013 |
| Patient with recurrent near syncope episodes. | | | | | | |
| 02/27/2009 12:18 EST  Negron, Ivan L MD | III | ICD-9 | 780.2 | 02/27/2009 | Current | 02/27/2009 |
| Patient with recurrent near syncope episodes. | | | | | | |
| **Shortness of breath** | | | | | | |
| 02/23/2016 07:20 EST   SYSTEM | III | ICD-9 | 786.05 | 03/19/2015 | Resolved | 12/10/2015 |
| DOE, without notable findings. | | | | | | |
| 12/10/2015 13:36 EST  Cure, Julie PA-C | III | ICD-9 | 786.05 | 03/19/2015 | Resolved | 12/10/2015 |
| DOE, without notable findings. | | | | | | |
| 03/19/2015 08:24 EST  Gosa, S. PA-C | III | ICD-9 | 786.05 | 03/19/2015 | Current | 03/19/2015 |
| DOE, without notable findings. | | | | | | |
| **LTBI No Prophy Indicated** | | | | | | |
| 06/14/2024 11:55 EST   Smithart, Peggy QIIC RN | III | ICD-10 | 795.5C | 02/07/1994 | Resolved | 06/14/2024 |
| LEAVE AS CURRENT Childhood history of +PPD. Retested in Feb 1994=20mm. | | | | | | |
| 03/20/2017 10:29 EST  Shnaper, Darlene RN/QA/ID Coord | III | ICD-10 | 795.5C | 02/07/1994 | Current | 03/20/2017 |
| LEAVE AS CURRENT Childhood history of +PPD. Retested in Feb 1994=20mm. | | | | | | |
| 10/20/2009 15:21 EST  Macyszyn, Mark RN/IDC/IOP | III | ICD-9 | 795.5C | 02/07/1994 | Resolved | 08/20/2009 |
| Childhood history of +PPD. Retested in Feb 1994=20mm. | | | | | | |
| **Hand, sprain and strain** | | | | | | |
| 02/23/2016 07:20 EST   SYSTEM | III | ICD-9 | 842.10 | 05/12/2015 | Resolved | 12/10/2015 |
| May be arthritic in nature, will get x-rays for this. | | | | | | |
| 12/10/2015 13:36 EST  Cure, Julie PA-C | III | ICD-9 | 842.10 | 05/12/2015 | Resolved | 12/10/2015 |
| May be arthritic in nature, will get x-rays for this. | | | | | | |
| 05/12/2015 10:44 EST  Gosa, S. PA-C | III | ICD-9 | 842.10 | 05/12/2015 | Current | 05/12/2015 |
| May be arthritic in nature, will get x-rays for this. | | | | | | |
| **Deferred** | | | | | | |
| 07/23/2019 09:34 EST  Murray, Scott MD | II | ICD-9 | Axis II: | 11/02/2012 | Resolved | 07/23/2019 |
| 11/02/2012 12:47 EST  Bailey, T. MD | III | ICD-9 | Axis II: | 11/02/2012 | Current | 11/02/2012 |
| **Obesity** | | | | | | |
| 07/23/2019 09:34 EST  Murray, Scott MD | | ICD-10 | E669 | 09/23/2016 | Resolved | 07/23/2019 |
| BMI 32.8 | | | | | | |
| 09/23/2016 12:04 EST  Lund, L. D.O. | | ICD-10 | E669 | 09/23/2016 | Current | 09/23/2016 |

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| BMI 32.8 | | | | | | |
| **Impacted cerumen** | | | | | | |
| 04/10/2018 13:31 EST  Hardy, William MD | | ICD-10 | H6120 | 01/17/2018 | Resolved | 04/10/2018 |
| 01/17/2018 13:55 EST  Coffey, C. PA-C | | ICD-10 | H6120 | 01/17/2018 | Current | |
| **Impacted cerumen** | | | | | | |
| 04/10/2018 13:31 EST  Hardy, William MD | | ICD-10 | H6120 | 05/22/2017 | Resolved | 04/10/2018 |
| 05/22/2017 10:07 EST  Fandreyer, F. FNP | | ICD-10 | H6120 | 05/22/2017 | Current | |
| **Heart failure, UNS** | | | | | | |
| 07/23/2019 09:34 EST  Murray, Scott MD | | ICD-10 | I509 | 09/28/2017 | Resolved | 07/23/2019 |
| 2018: EF=45%, stable from 2011 echo | | | | | | |
| 09/28/2017 16:53 EST  Murray, Scott MD | | ICD-10 | I509 | 09/28/2017 | Current | |
| 2011: EF=45%, mild MR/TR, and mild septal/apical HK. cath (2009): no obstructive | | | | | | |
| disease. repeat echo pending. | | | | | | |
| **Aneurysm of unspecified site** | | | | | | |
| 07/23/2019 09:34 EST  Murray, Scott MD | | ICD-10 | I729 | 07/02/2019 | Resolved | 07/23/2019 |
| AAA S/p surgical repaired. | | | | | | |
| 07/02/2019 08:25 EST  Jean, W. MD | | ICD-10 | I729 | 07/02/2019 | Current | |
| AAA S/p surgical repaired. | | | | | | |
| **Acute upper respiratory infection, unspecified** | | | | | | |
| 10/23/2017 16:55 EST  Hardy, William MD | | ICD-10 | J069 | 05/22/2017 | Resolved | 10/23/2017 |
| 05/22/2017 10:07 EST  Fandreyer, F. FNP | | ICD-10 | J069 | 05/22/2017 | Current | |
| **Unspecified bacterial pneumonia** | | | | | | |
| 03/10/2025 11:02 EST  Fandreyer, F. FNP | | ICD-10 | J159 | 01/30/2025 | Resolved | 03/10/2025 |
| 01/30/2025 14:29 EST  Fandreyer, F. FNP | | ICD-10 | J159 | 01/30/2025 | Current | |
| **Pneumonia, unspecified organism** | | | | | | |
| 03/10/2025 11:02 EST  Fandreyer, F. FNP | | ICD-10 | J189 | 02/24/2025 | Resolved | 03/10/2025 |
| 02/24/2025 12:56 EST  Riley, E. NP-C | | ICD-10 | J189 | 02/24/2025 | Current | |
| **Pneumonia, unspecified organism** | | | | | | |
| 07/23/2019 09:34 EST  Murray, Scott MD | | ICD-10 | J189 | 02/04/2019 | Resolved | 07/23/2019 |
| most like assoc with M. Pneum. | | | | | | |
| 02/04/2019 13:48 EST  Jean, W. MD | | ICD-10 | J189 | 02/04/2019 | Current | |
| most like assoc with M. Pneum. | | | | | | |
| **Unspecified hemorrhoids** | | | | | | |
| 03/10/2025 11:02 EST  Fandreyer, F. FNP | | ICD-10 | K649 | 09/11/2019 | Resolved | 03/10/2025 |
| 09/11/2019 16:15 EST  Murray, Scott MD | | ICD-10 | K649 | 09/11/2019 | Current | |
| **Pressure ulcer of buttock** | | | | | | |

Reg #: 07540-085                Inmate Name:   ORENA, VICTOR

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 01/30/2025 14:27 EST  Fandreyer, F. FNP | | ICD-10 | L89309 | 04/22/2024 | Resolved | 01/30/2025 |
| 04/22/2024 13:25 EST  Fandreyer, F. FNP | | ICD-10 | L89309 | 04/22/2024 | Current | |
| **Olecranon bursitis, unspecified elbow** | | | | | | |
| 01/30/2025 14:27 EST  Fandreyer, F. FNP left | | ICD-10 | M7020 | 02/08/2024 | Resolved | 01/30/2025 |
| 02/08/2024 13:38 EST  Fandreyer, F. FNP left | | ICD-10 | M7020 | 02/08/2024 | Current | |
| **Urinary tract infection, site not specified** | | | | | | |
| 04/10/2018 13:31 EST  Hardy, William MD | | ICD-10 | N390 | 12/27/2017 | Resolved | 04/10/2018 |
| 12/27/2017 11:36 EST  Lund, L. D.O. | | ICD-10 | N390 | 12/27/2017 | Current | |
| **Significant Procedures** | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM 4-27-10  colonoscopy-hemorrhoids, diverticulosis,  colonic polyp  ( T-V ADENOMA). | III | ICD-9 | Procedu | 05/07/2010 | Resolved | |
| 07/06/2010 15:19 EST  Wilson, William E. MD 4-27-10  colonoscopy-hemorrhoids, diverticulosis,  colonic polyp  ( T-V ADENOMA). | III | ICD-9 | Procedu | 05/07/2010 | | |
| 05/07/2010 13:36 EST  Wilson, William E. MD 4-27-10  colonoscopy-hemorrhoids, diverticulosis,  colonic polyp. | III | ICD-9 | Procedu | 05/07/2010 | | |
| **Acute cough** | | | | | | |
| 03/10/2025 11:02 EST  Fandreyer, F. FNP | | ICD-10 | R051 | 01/13/2025 | Resolved | 03/10/2025 |
| 01/13/2025 15:36 EST  Goudreau, S. PA-C | | ICD-10 | R051 | 01/13/2025 | Current | |
| **Chest pain, unspecified** | | | | | | |
| 07/23/2019 09:34 EST  Murray, Scott MD R chest pain s/p fall | | ICD-10 | R079 | 04/16/2018 | Resolved | 07/23/2019 |
| 04/16/2018 12:55 EST  Kilduff, Diane NP R chest pain s/p fall | | ICD-10 | R079 | 04/16/2018 | Current | |
| **Unspecified abdominal pain** | | | | | | |
| 07/23/2019 09:34 EST  Murray, Scott MD | | ICD-10 | R109 | 05/21/2018 | Resolved | 07/23/2019 |
| 05/21/2018 10:40 EST  Coffey, C. PA-C | | ICD-10 | R109 | 05/21/2018 | Current | |
| **Unsp symptoms and signs involving the genitourinary system** | | | | | | |
| 03/10/2025 11:02 EST  Fandreyer, F. FNP phimosis | | ICD-10 | R399 | 04/02/2024 | Resolved | 03/10/2025 |
| 04/02/2024 09:52 EST  Fandreyer, F. FNP phimosis | | ICD-10 | R399 | 04/02/2024 | Current | |
| **Headache** | | | | | | |
| 07/23/2019 09:34 EST  Murray, Scott MD | | ICD-10 | R51 | 04/09/2019 | Resolved | 07/23/2019 |
| 04/09/2019 14:40 EST  Jean, W. MD | | ICD-10 | R51 | 04/09/2019 | Current | |

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Edema, unspecified | | | | | | |
| 11/16/2021 14:31 EST Ruze, P. (MAT) MD | | ICD-10 | R609 | 07/30/2020 | Resolved | 11/16/2021 |
|    new onset over may -july with weight gain. ? etiology | | | | | | |
| 07/30/2020 10:00 EST Murray, Scott MD | | ICD-10 | R609 | 07/30/2020 | Current | |
|    new onset over may -july with weight gain. ? etiology | | | | | | |
| Superficial injury of finger | | | | | | |
| 01/30/2025 14:50 EST Fandreyer, F. FNP | | ICD-10 | S60949 | 11/08/2022 | Resolved | 01/30/2025 |
| 11/08/2022 10:38 EST Fandreyer, F. FNP | | ICD-10 | S60949 | 11/08/2022 | Current | |
| Confirmed case COVID-19 | | | | | | |
| 11/14/2022 11:25 EST Smithart, Peggy QIIC RN | | ICD-10 | U07.1 | 11/04/2022 | Resolved | 11/14/2022 |
| 11/07/2022 10:55 EST Smithart, Peggy QIIC RN | | ICD-10 | U07.1 | 11/04/2022 | Current | |
| Confirmed case COVID-19 | | | | | | |
| 01/08/2021 12:50 EST Khazen, R. MD | | ICD-10 | U07.1 | 12/16/2020 | Resolved | 01/08/2021 |
|    pos symptoms (cough, nasal congestion), and rapid test pos 12/16/20 | | | | | | |
| 12/16/2020 11:15 EST Murray, Scott MD | | ICD-10 | U07.1 | 12/16/2020 | Current | |
|    pos symptoms (cough, nasal congestion), and rapid test pos 12/16/20 | | | | | | |
| History of colonic polyps | | | | | | |
| 02/23/2016 07:20 EST SYSTEM | III | ICD-9 | V12.72 | 05/07/2010 | Resolved | 05/07/2010 |
|    4-26-tubular adenoma - will need f/u colonoscopy within 3- years | | | | | | |
| 05/07/2010 13:36 EST Wilson, William E. MD | III | ICD-9 | V12.72 | 05/07/2010 | Current | 05/07/2010 |
|    4-26-tubular adenoma - will need f/u colonoscopy within 3- years | | | | | | |
| History of noncompliance with medical treatment | | | | | | |
| 02/23/2016 07:20 EST SYSTEM | III | ICD-9 | V15.81 | 02/17/2009 | Resolved | 02/17/2009 |
|    Noncompliance with diet | | | | | | |
| 08/26/2009 11:36 EST McCollum, William MD, CD | III | ICD-9 | V15.81 | 02/17/2009 | Resolved | 02/17/2009 |
|    Noncompliance with diet | | | | | | |
| 02/17/2009 13:42 EST Cintron, Miguel A MD | III | ICD-9 | V15.81 | 02/17/2009 | Current | 02/17/2009 |
|    Noncompliance with diet | | | | | | |
| Other eye problems | | | | | | |
| 05/12/2016 16:12 EST Howard, Charles MD | III | ICD-9 | V41.1 | 01/19/2012 | Resolved | 05/12/2016 |
|    STATUS POST SURGERY OF THE SCLERA TO DECREASE INTRA-OCULAR PRESSURE. TRABECULECTOMY OU | | | | | | |
| 01/19/2012 13:12 EST Garcia, Anthony MD | III | ICD-9 | V41.1 | 01/19/2012 | Current | 01/19/2012 |
|    STATUS POST SURGERY OF THE SCLERA TO DECREASE INTRA-OCULAR PRESSURE. | | | | | | |
| Automatic implantable cardiac defibrillator | | | | | | |

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 01/04/2021 17:30 EST  Murray, Scott MD | III | ICD-9 | V45.02 | 06/29/2012 | Resolved | 01/04/2021 |
| NOT an AICD. DDD pacemaker (St.Jude/Abbott).is pacemaker dependent | | | | | | |
| 06/29/2012 15:02 EST  Tabor, Timothy PA-C | III | ICD-9 | V45.02 | 06/29/2012 | Current | 06/29/2012 |
| Encounter change/ removal surgical wound dressing | | | | | | |
| 10/25/2016 13:01 EST  Hardy, William MD | III | ICD-9 | V58.31 | 12/24/2013 | Resolved | 10/25/2016 |
| Dressing changes, no S & S of infection, wound dry and intact. | | | | | | |
| 12/24/2013 07:32 EST  Gosa, S. PA-C | III | ICD-9 | V58.31 | 12/24/2013 | Current | 12/24/2013 |
| Dressing changes, no S & S of infection, wound dry and intact. | | | | | | |
| Counseling NOS | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | V65.40 | 11/05/2013 | Resolved | 12/10/2015 |
| 12/10/2015 13:36 EST  Cure, Julie PA-C | III | ICD-9 | V65.40 | 11/05/2013 | Resolved | 12/10/2015 |
| 11/05/2013 10:22 EST  Powanda, Micki PA-C | III | ICD-9 | V65.40 | 11/05/2013 | Current | 11/05/2013 |
| Unspecified follow-up examination | | | | | | |
| 02/23/2016 07:20 EST  SYSTEM | III | ICD-9 | V67.9 | 02/16/2009 | Resolved | 02/16/2009 |
| 08/09/2009 13:25 EST  Ramos, Migdalia MLP | III | ICD-9 | V67.9 | 02/16/2009 | Resolved | 02/16/2009 |
| 02/16/2009 10:44 EST  Ramos, Migdalia MLP | III | ICD-9 | V67.9 | 02/16/2009 | Current | 02/16/2009 |
| Condition Not Found, Essentially Healthy | | | | | | |
| 07/23/2019 09:34 EST  Murray, Scott MD | III | ICD-9 | V71.9 | 11/02/2012 | Resolved | 07/23/2019 |
| 11/02/2012 12:47 EST  Bailey, T. MD | III | ICD-9 | V71.9 | 11/02/2012 | Current | 11/02/2012 |
| Screening for malignant neo of intestine, unspecif | | | | | | |
| 07/23/2019 09:34 EST  Murray, Scott MD | III | ICD-9 | V76.50 | 12/10/2013 | Resolved | 07/23/2019 |
| 1/6/15: Colonoscopy: one polyp removed; path pending. | | | | | | |
| 01/07/2015 10:50 EST  Santos, Elizabete D.O., Clinical Director | III | ICD-9 | V76.50 | 12/10/2013 | Current | 12/10/2013 |
| 1/6/15: Colonoscopy: one polyp removed; path pending. | | | | | | |
| 12/10/2013 09:01 EST  Santos, Elizabete D.O., Clinical Director | III | ICD-9 | V76.50 | 12/10/2013 | Current | 12/10/2013 |
| Blunt object, Assault by | | | | | | |
| 01/30/2025 14:50 EST  Fandreyer, F. FNP | | ICD-10 | Y00XXX | 07/06/2023 | Resolved | 01/30/2025 |
| 07/06/2023 14:37 EST  Churchville, Lawrence MD | | ICD-10 | Y00XXX | 07/06/2023 | Current | |
| Falling, jumping or pushed from a high place, undetermined intent | | | | | | |
| 04/10/2018 13:31 EST  Hardy, William MD | | ICD-10 | Y30XXX | 02/19/2018 | Resolved | 04/10/2018 |
| 02/19/2018 08:41 EST  Riley, E. NP-C | | ICD-10 | Y30XXX | 02/19/2018 | Current | |
| Other ambulatory health services establishments as place of injury/occurrence | | | | | | |
| 01/30/2025 14:50 EST  Fandreyer, F. FNP | | ICD-10 | Y92538 | 02/11/2021 | Resolved | 01/30/2025 |
| 02/11/2021 14:16 EST  Murray, Scott MD | | ICD-10 | Y92538 | 02/11/2021 | Current | 01/30/2025 |

## Current

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Quarantine - asymptomatic person in quarantine | | | | | | |
| 11/07/2022 10:55 EST  Smithart, Peggy QIIC RN Covid 19. | | ICD-10 | Z0489-q | 10/26/2021 | Resolved | 11/07/2022 |
| 10/26/2021 13:27 EST  Khazen, R. (MAT) MD Covid 19. | | ICD-10 | Z0489-q | 10/26/2021 | Current | |
| | | | | | | |
| Dermatophytosis of nail (Tinea unguium) | III | ICD-9 | 110.1 | 01/21/2015 | Current | 01/21/2015 |
| 09/23/2016 12:04 EST  Lund, L. D.O. --duplicate | | | | | | |
| 01/21/2015 14:26 EST  Gosa, S. PA-C | III | ICD-9 | 110.1 | 01/21/2015 | Current | 01/21/2015 |
| Chronic angle-closure glaucoma | III | ICD-9 | 365.23 | 07/06/2012 | Current | 07/06/2012 |
| 04/04/2013 13:02 EST  Bailey, Roger MD --DUPLICATE | | | | | | |
| 07/06/2012 13:50 EST  Auxier, Donald OD | III | ICD-9 | 365.23 | 07/06/2012 | Current | 07/06/2012 |
| Retained dental root | III | ICD-9 | 525.3 | 11/22/2010 | Current | 11/22/2010 |
| 04/04/2013 13:02 EST  Bailey, Roger MD --DUPLICATE | | | | | | |
| 11/22/2010 09:24 EST  Shepherd, Doug DMD | III | ICD-9 | 525.3 | 11/22/2010 | Current | 11/22/2010 |
| Benign localized hyperplasia of prostate NOS | III | ICD-9 | 600.20 | 08/22/2008 | Current | 08/22/2008 |
| 06/22/2011 12:24 EST  Wilson, William E. MD/CD --X | | | | | | |
| 08/22/2008 11:31 EST  Cintron, Miguel A MD | III | ICD-9 | 600.20 | 08/22/2008 | Current | 08/22/2008 |

**Total: 114**

| Begin Date: | 03/01/2025 | End Date: | 03/11/2025 |
|---|---|---|---|
| Reg #: | 07540-085 | Inmate Name: | ORENA, VICTOR |

| Date | Time | Treatment | Provider | Status |
|---|---|---|---|---|
| 03/11/2025 | 08:48 DEV | Skin Check | Kisiel, V. RN | Completed |

IM Orena has a maculopapular rash covering his entire torso, back, and goin. He denies itching/burning, does not indicate any changes to medications/external factors. Consulted with MLP, seems unchanged but will assess in person today.

**Orig Entered:** 03/11/2025 08:56 EST   Kisiel, V. RN

| 03/11/2025 | 06:42 DEV | Safety Precautions: Fall | Mcclurken, Mark RN | Completed |

Fall Risk Interventions:
```
Y_x__ N___ N/A___  Inmate oriented to MDU surroundings
Y___ N_x__ N/A___  Is Inmate on medications that decrease alertness
Y_x__ N___ N/A___  Encourage Independence
Y_x__ N___ N/A___  Reorientation as needed; Verbal cues provided as needed
Y_x__ N___ N/A___  Bed in low position with wheels locked, Bed rails x 2
Y_x__ N___ N/A___  Personal items within reach
Y_x__ N___ N/A___  Nonslip, well-fitting footwear in use
Y_x__ N___ N/A___  Floor surfaces are clean, dry and free of clutter
Y_x__ N___ N/A___  In close proximity to the Nurses station
Y_x__ N___ N/A___  Bathroom assistance offered every 2 hours
Y_x__ N___ N/A___  Assistive ambulatory device.  If yes, what device(s): walker
Y__x_ N___ N/A___  Frequent safety checks
Y_x__ N___ N/A___  Assess comfort level to promote mobility
Y_x__ N___ N/A___  Encourage brief periods of rest as needed
Y_x__ N___ N/A___  Avoid excessive stimuli
```
Any other comments, concerns:

**Orig Entered:** 03/11/2025 06:42 EST   Mcclurken, Mark RN

| 03/10/2025 | 23:09 DEV | Safety Precautions: Fall | Hatzidakis, Kristie RN | Completed |

Fall Risk Interventions:
```
Y_x__ N___ N/A___  Inmate oriented to MDU surroundings
Y___ N_x__ N/A___  Is Inmate on medications that decrease alertness
Y_x__ N___ N/A___  Encourage Independence
Y_x__ N___ N/A___  Reorientation as needed; Verbal cues provided as needed
Y_x__ N___ N/A___  Bed in low position with wheels locked, Bed rails x 2
Y_x__ N___ N/A___  Personal items within reach
Y_x__ N___ N/A___  Nonslip, well-fitting footwear in use
Y_x__ N___ N/A___  Floor surfaces are clean, dry and free of clutter
Y_x__ N___ N/A___  In close proximity to the Nurses station
Y_x__ N___ N/A___  Bathroom assistance offered every 2 hours
Y_x__ N___ N/A___  Assistive ambulatory device.  If yes, what device(s): walker
Y__x_ N___ N/A___  Frequent safety checks
Y_x__ N___ N/A___  Assess comfort level to promote mobility
Y_x__ N___ N/A___  Encourage brief periods of rest as needed
Y_x__ N___ N/A___  Avoid excessive stimuli
```
Any other comments, concerns:

**Orig Entered:** 03/10/2025 23:09 EST   Hatzidakis, Kristie RN

| 03/10/2025 | 10:00 DEV | Safety Precautions: Fall | Charles-Washington, | Completed |

Fall Risk Interventions:
```
Y_x__ N___ N/A___  Inmate oriented to MDU surroundings
Y___ N_x__ N/A___  Is Inmate on medications that decrease alertness
Y_x__ N___ N/A___  Encourage Independence
Y_x__ N___ N/A___  Reorientation as needed; Verbal cues provided as needed
Y_x__ N___ N/A___  Bed in low position with wheels locked, Bed rails x 2
Y_x__ N___ N/A___  Personal items within reach
Y_x__ N___ N/A___  Nonslip, well-fitting footwear in use
```

| **Date** | **Time** | **Treatment** | **Provider** | **Status** |
|---|---|---|---|---|

Y_x__ N___ N/A___   Floor surfaces are clean, dry and free of clutter
Y_x__ N___ N/A___   In close proximity to the Nurses station
Y_x__ N___ N/A___   Bathroom assistance offered every 2 hours
Y_x__ N___ N/A___   Assistive ambulatory device.  If yes, what device(s): walker
Y__x_ N___ N/A___   Frequent safety checks
Y_x__ N___ N/A___   Assess comfort level to promote mobility
Y_x__ N___ N/A___   Encourage brief periods of rest as needed
Y_x__ N___ N/A___   Avoid excessive stimuli
Any other comments, concerns:

   **Orig Entered:** 03/10/2025 10:01 EST   Charles-Washington, M. RN

03/10/2025   09:57 DEV   Bath/Shower            Charles-Washington,    Completed

took shower.

   **Orig Entered:** 03/10/2025 09:57 EST   Charles-Washington, M. RN

03/10/2025   05:36 DEV   Safety Precautions: Fall       Mcclurken, Mark RN    Completed

Fall Risk Interventions:
Y_x__ N___ N/A___   Inmate oriented to MDU surroundings
Y___ N_x__ N/A___   Is Inmate on medications that decrease alertness
Y_x__ N___ N/A___   Encourage Independence
Y_x__ N___ N/A___   Reorientation as needed; Verbal cues provided as needed
Y_x__ N___ N/A___   Bed in low position with wheels locked, Bed rails x 2
Y_x__ N___ N/A___   Personal items within reach
Y_x__ N___ N/A___   Nonslip, well-fitting footwear in use
Y_x__ N___ N/A___   Floor surfaces are clean, dry and free of clutter
Y_x__ N___ N/A___   In close proximity to the Nurses station
Y_x__ N___ N/A___   Bathroom assistance offered every 2 hours
Y_x__ N___ N/A___   Assistive ambulatory device.  If yes, what device(s): walker
Y__x_ N___ N/A___   Frequent safety checks
Y_x__ N___ N/A___   Assess comfort level to promote mobility
Y_x__ N___ N/A___   Encourage brief periods of rest as needed
Y_x__ N___ N/A___   Avoid excessive stimuli
Any other comments, concerns:

   **Orig Entered:** 03/10/2025 05:36 EST   Mcclurken, Mark RN

03/09/2025   08:33 DEV   Safety Precautions: Fall       Babineau, William RN   Completed

Fall Risk Interventions:
Y_x__ N___ N/A___   Inmate oriented to MDU surroundings
Y___ N_x__ N/A___   Is Inmate on medications that decrease alertness
Y_x__ N___ N/A___   Encourage Independence
Y_x__ N___ N/A___   Reorientation as needed; Verbal cues provided as needed
Y_x__ N___ N/A___   Bed in low position with wheels locked, Bed rails x 2
Y_x__ N___ N/A___   Personal items within reach
Y_x__ N___ N/A___   Nonslip, well-fitting footwear in use
Y_x__ N___ N/A___   Floor surfaces are clean, dry and free of clutter
Y_x__ N___ N/A___   In close proximity to the Nurses station
Y_x__ N___ N/A___   Bathroom assistance offered every 2 hours
Y___ N_x_ N/A___   Assistive ambulatory device.  If yes, what device(s):
Y_x__ N___ N/A___   Frequent safety checks
Y_x__ N___ N/A___   Asses comfort level to promote mobility
Y__x_ N___ N/A___   Encourage brief periods of rest as needed
Y_x__ N___ N/A___   Avoid excessive stimuli
Any other comments, concerns:

   **Orig Entered:** 03/09/2025 08:33 EST   Babineau, William RN

03/09/2025   08:33 DEV   Safety Precautions: Fall       Babineau, William RN   Completed

Fall Risk Interventions:
Y_x__ N___ N/A___   Inmate oriented to MDU surroundings
Y___ N_x__ N/A___   Is Inmate on medications that decrease alertness
Y_x__ N___ N/A___   Encourage Independence

| **Date** | **Time** | **Treatment** | **Provider** | **Status** |
|---|---|---|---|---|

Y_x__ N___ N/A___ Reorientation as needed; Verbal cues provided as needed
Y_x__ N___ N/A___ Bed in low position with wheels locked, Bed rails x 2
Y_x__ N___ N/A___ Personal items within reach
Y_x__ N___ N/A___ Nonslip, well-fitting footwear in use
Y_x__ N___ N/A___ Floor surfaces are clean, dry and free of clutter
Y_x__ N___ N/A___ In close proximity to the Nurses station
Y_x__ N___ N/A___ Bathroom assistance offered every 2 hours
Y___ N__x_ N/A___ Assistive ambulatory device.  If yes, what device(s):
Y_x__ N___ N/A___ Frequent safety checks
Y_x__ N___ N/A___ Asses comfort level to promote mobility
Y__x_ N___ N/A___ Encourage brief periods of rest as needed
Y_x__ N___ N/A___ Avoid excessive stimuli
Any other comments, concerns:
    **Orig Entered:** 03/09/2025 08:33 EST   Babineau, William RN

03/09/2025   06:51 DEV   Safety Precautions: Fall     Mcclurken, Mark RN    Completed

Fall Risk Interventions:
Y_x__ N___ N/A___ Inmate oriented to MDU surroundings
Y___ N_x__ N/A___ Is Inmate on medications that decrease alertness
Y_x__ N___ N/A___ Encourage Independence
Y_x__ N___ N/A___ Reorientation as needed; Verbal cues provided as needed
Y_x__ N___ N/A___ Bed in low position with wheels locked, Bed rails x 2
Y_x__ N___ N/A___ Personal items within reach
Y_x__ N___ N/A___ Nonslip, well-fitting footwear in use
Y_x__ N___ N/A___ Floor surfaces are clean, dry and free of clutter
Y_x__ N___ N/A___ In close proximity to the Nurses station
Y_x__ N___ N/A___ Bathroom assistance offered every 2 hours
Y_x__ N___ N/A___ Assistive ambulatory device.  If yes, what device(s): walker
Y__x_ N___ N/A___ Frequent safety checks
Y_x__ N___ N/A___ Assess comfort level to promote mobility
Y_x__ N___ N/A___ Encourage brief periods of rest as needed
Y_x__ N___ N/A___ Avoid excessive stimuli
Any other comments, concerns:
    **Orig Entered:** 03/09/2025 06:51 EST   Mcclurken, Mark RN

03/08/2025   08:20 DEV   Safety Precautions: Fall     Babineau, William RN    Completed

Fall Risk Interventions:
Y_x__ N___ N/A___ Inmate oriented to MDU surroundings
Y___ N_x__ N/A___ Is Inmate on medications that decrease alertness
Y_x__ N___ N/A___ Encourage Independence
Y_x__ N___ N/A___ Reorientation as needed; Verbal cues provided as needed
Y_x__ N___ N/A___ Bed in low position with wheels locked, Bed rails x 2
Y_x__ N___ N/A___ Personal items within reach
Y_x__ N___ N/A___ Nonslip, well-fitting footwear in use
Y_x__ N___ N/A___ Floor surfaces are clean, dry and free of clutter
Y_x__ N___ N/A___ In close proximity to the Nurses station
Y_x__ N___ N/A___ Bathroom assistance offered every 2 hours
Y___ N__x_ N/A___ Assistive ambulatory device.  If yes, what device(s):
Y_x__ N___ N/A___ Frequent safety checks
Y_x__ N___ N/A___ Asses comfort level to promote mobility
Y__x_ N___ N/A___ Encourage brief periods of rest as needed
Y_x__ N___ N/A___ Avoid excessive stimuli
Any other comments, concerns:
    **Orig Entered:** 03/08/2025 08:20 EST   Babineau, William RN

03/08/2025   08:20 DEV   Safety Precautions: Fall     Babineau, William RN    Completed

Fall Risk Interventions:
Y_x__ N___ N/A___ Inmate oriented to MDU surroundings
Y___ N_x__ N/A___ Is Inmate on medications that decrease alertness
Y_x__ N___ N/A___ Encourage Independence

| Date | Time | Treatment | Provider | Status |
|------|------|-----------|----------|--------|

    Y_x__ N___ N/A___ Reorientation as needed; Verbal cues provided as needed
    Y_x__ N___ N/A___ Bed in low position with wheels locked, Bed rails x 2
    Y_x__ N___ N/A___ Personal items within reach
    Y_x__ N___ N/A___ Nonslip, well-fitting footwear in use
    Y_x__ N___ N/A___ Floor surfaces are clean, dry and free of clutter
    Y_x__ N___ N/A___ In close proximity to the Nurses station
    Y_x__ N___ N/A___ Bathroom assistance offered every 2 hours
    Y___ N_x_ N/A___ Assistive ambulatory device.  If yes, what device(s):
    Y_x__ N___ N/A___ Frequent safety checks
    Y_x__ N___ N/A___ Asses comfort level to promote mobility
    Y__x_ N___ N/A___ Encourage brief periods of rest as needed
    Y_x__ N___ N/A___ Avoid excessive stimuli
Any other comments, concerns:
    **Orig Entered:** 03/08/2025 08:20 EST  Babineau, William RN

03/08/2025  00:28 DEV  Safety Precautions: Fall  Duncan, L. RN  Completed

    Fall Risk Interventions:
    Y_x__ N___ N/A___ Inmate oriented to MDU surroundings
    Y___ N_x_ N/A___ Is Inmate on medications that decrease alertness
    Y_x__ N___ N/A___ Encourage Independence
    Y_x__ N___ N/A___ Reorientation as needed; Verbal cues provided as needed
    Y_x__ N___ N/A___ Bed in low position with wheels locked, Bed rails x 2
    Y_x__ N___ N/A___ Personal items within reach
    Y_x__ N___ N/A___ Nonslip, well-fitting footwear in use
    Y_x__ N___ N/A___ Floor surfaces are clean, dry and free of clutter
    Y_x__ N___ N/A___ In close proximity to the Nurses station
    Y_x__ N___ N/A___ Bathroom assistance offered every 2 hours
    Y_x__ N___ N/A___ Assistive ambulatory device.  If yes, what device(s): wheelchair
    Y__x_ N___ N/A___ Frequent safety checks
    Y_x__ N___ N/A___ Asses comfort level to promote mobility
    Y_x__ N___ N/A___ Encourage brief periods of rest as needed
    Y_x__ N___ N/A___ Avoid excessive stimuli
Any other comments, concerns:
    **Orig Entered:** 03/08/2025 05:29 EST  Duncan, L. RN

03/07/2025  16:57 DEV  Safety Precautions: Fall  Procaccini, Sherri RN  Completed

    Fall Risk Interventions:
    Y_x__ N___ N/A___ Inmate oriented to MDU surroundings
    Y___ N_x_ N/A___ Is Inmate on medications that decrease alertness
    Y_x__ N___ N/A___ Encourage Independence
    Y_x__ N___ N/A___ Reorientation as needed; Verbal cues provided as needed
    Y_x__ N___ N/A___ Bed in low position with wheels locked, Bed rails x 2
    Y_x__ N___ N/A___ Personal items within reach
    Y_x__ N___ N/A___ Nonslip, well-fitting footwear in use
    Y_x__ N___ N/A___ Floor surfaces are clean, dry and free of clutter
    Y_x__ N___ N/A___ In close proximity to the Nurses station
    Y_x__ N___ N/A___ Bathroom assistance offered every 2 hours
    Y_x__ N___ N/A___ Assistive ambulatory device.  If yes, what device(s): wheelchair
    Y__x_ N___ N/A___ Frequent safety checks
    Y_x__ N___ N/A___ Asses comfort level to promote mobility
    Y_x__ N___ N/A___ Encourage brief periods of rest as needed
    Y_x__ N___ N/A___ Avoid excessive stimuli
Any other comments, concerns:
    **Orig Entered:** 03/07/2025 16:57 EST  Procaccini, Sherri RN

03/07/2025  10:57 DEV  Nail Care  Procaccini, Sherri RN  Completed

    nails cut

    **Orig Entered:** 03/07/2025 10:57 EST  Procaccini, Sherri RN

03/07/2025  08:25 DEV  Safety Precautions: Fall  Procaccini, Sherri RN  Completed

| **Date** | **Time** | **Treatment** | **Provider** | **Status** |
|---|---|---|---|---|

Fall Risk Interventions:
Y_x_ N___ N/A___ Inmate oriented to MDU surroundings
Y___ N_x_ N/A___ Is Inmate on medications that decrease alertness
Y_x_ N___ N/A___ Encourage Independence
Y_x_ N___ N/A___ Reorientation as needed; Verbal cues provided as needed
Y_x_ N___ N/A___ Bed in low position with wheels locked, Bed rails x 2
Y_x_ N___ N/A___ Personal items within reach
Y_x_ N___ N/A___ Nonslip, well-fitting footwear in use
Y_x_ N___ N/A___ Floor surfaces are clean, dry and free of clutter
Y_x_ N___ N/A___ In close proximity to the Nurses station
Y_x_ N___ N/A___ Bathroom assistance offered every 2 hours
Y_x_ N___ N/A___ Assistive ambulatory device.  If yes, what device(s): wheelchair
Y__x_ N___ N/A___ Frequent safety checks
Y_x_ N___ N/A___ Asses comfort level to promote mobility
Y_x_ N___ N/A___ Encourage brief periods of rest as needed
Y_x_ N___ N/A___ Avoid excessive stimuli
Any other comments, concerns:
     **Orig Entered:** 03/07/2025 08:25 EST    Procaccini, Sherri RN

03/07/2025    08:05 DEV    Bath/Shower      Procaccini, Sherri RN    Completed

     **Orig Entered:** 03/07/2025 08:05 EST    Procaccini, Sherri RN

03/07/2025    00:46 DEV    Safety Precautions: Fall      Duncan, L. RN      Completed
Fall Risk Interventions:
Y_x_ N___ N/A___ Inmate oriented to MDU surroundings
Y___ N_x_ N/A___ Is Inmate on medications that decrease alertness
Y_x_ N___ N/A___ Encourage Independence
Y_x_ N___ N/A___ Reorientation as needed; Verbal cues provided as needed
Y_x_ N___ N/A___ Bed in low position with wheels locked, Bed rails x 2
Y_x_ N___ N/A___ Personal items within reach
Y_x_ N___ N/A___ Nonslip, well-fitting footwear in use
Y_x_ N___ N/A___ Floor surfaces are clean, dry and free of clutter
Y_x_ N___ N/A___ In close proximity to the Nurses station
Y_x_ N___ N/A___ Bathroom assistance offered every 2 hours
Y___ N_x_ N/A___ Assistive ambulatory device.  If yes, what device(s):
Y_x_ N___ N/A___ Frequent safety checks
Y_x_ N___ N/A___ Asses comfort level to promote mobility
Y__x_ N___ N/A___ Encourage brief periods of rest as needed
Y_x_ N___ N/A___ Avoid excessive stimuli
Any other comments, concerns:
     **Orig Entered:** 03/07/2025 06:46 EST    Duncan, L. RN

03/06/2025    16:02 DEV    Safety Precautions: Fall      Babineau, William RN    Completed
Fall Risk Interventions:
Y_x_ N___ N/A___ Inmate oriented to MDU surroundings
Y___ N_x_ N/A___ Is Inmate on medications that decrease alertness
Y_x_ N___ N/A___ Encourage Independence
Y_x_ N___ N/A___ Reorientation as needed; Verbal cues provided as needed
Y_x_ N___ N/A___ Bed in low position with wheels locked, Bed rails x 2
Y_x_ N___ N/A___ Personal items within reach
Y_x_ N___ N/A___ Nonslip, well-fitting footwear in use
Y_x_ N___ N/A___ Floor surfaces are clean, dry and free of clutter
Y_x_ N___ N/A___ In close proximity to the Nurses station
Y_x_ N___ N/A___ Bathroom assistance offered every 2 hours
Y___ N_x_ N/A___ Assistive ambulatory device.  If yes, what device(s):
Y_x_ N___ N/A___ Frequent safety checks
Y_x_ N___ N/A___ Asses comfort level to promote mobility
Y__x_ N___ N/A___ Encourage brief periods of rest as needed
Y_x_ N___ N/A___ Avoid excessive stimuli
Any other comments, concerns:

| Date | Time | Treatment | Provider | Status |
|------|------|-----------|----------|--------|

Fall Risk Interventions:

Y_x__ N___ N/A___ Inmate oriented to MDU surroundings
Y___ N_x_ N/A___ Is Inmate on medications that decrease alertness
Y_x__ N___ N/A___ Encourage Independence
Y_x__ N___ N/A___ Reorientation as needed; Verbal cues provided as needed
Y_x__ N___ N/A___ Bed in low position with wheels locked, Bed rails x 2
Y_x__ N___ N/A___ Personal items within reach
Y_x__ N___ N/A___ Nonslip, well-fitting footwear in use
Y_x__ N___ N/A___ Floor surfaces are clean, dry and free of clutter
Y_x__ N___ N/A___ In close proximity to the Nurses station
Y_x__ N___ N/A___ Bathroom assistance offered every 2 hours
Y___ N_x_ N/A___ Assistive ambulatory device. If yes, what device(s):
Y_x__ N___ N/A___ Frequent safety checks
Y_x__ N___ N/A___ Asses comfort level to promote mobility
Y__x_ N___ N/A___ Encourage brief periods of rest as needed
Y_x__ N___ N/A___ Avoid excessive stimuli
Any other comments, concerns:

  **Orig Entered:** 03/06/2025 16:02 EST   Babineau, William RN

03/06/2025   09:51 DEV   Safety Precautions: Fall      Fadahunsi, Bolanle RN   Completed

Fall Risk Interventions:

Y_x__ N___ N/A___ Inmate oriented to MDU surroundings
Y___ N_x_ N/A___ Is Inmate on medications that decrease alertness
Y_x__ N___ N/A___ Encourage Independence
Y_x__ N___ N/A___ Reorientation as needed; Verbal cues provided as needed
Y_x__ N___ N/A___ Bed in low position with wheels locked, Bed rails x 2
Y_x__ N___ N/A___ Personal items within reach
Y_x__ N___ N/A___ Nonslip, well-fitting footwear in use
Y_x__ N___ N/A___ Floor surfaces are clean, dry and free of clutter
Y_x__ N___ N/A___ In close proximity to the Nurses station
Y_x__ N___ N/A___ Bathroom assistance offered every 2 hours
Y_x__ N___ N/A___ Assistive ambulatory device. If yes, what device(s): walker
Y__x_ N___ N/A___ Frequent safety checks
Y_x__ N___ N/A___ Assess comfort level to promote mobility
Y_x__ N___ N/A___ Encourage brief periods of rest as needed
Y_x__ N___ N/A___ Avoid excessive stimuli
Any other comments, concerns:

  **Orig Entered:** 03/06/2025 09:51 EST   Fadahunsi, Bolanle RN

03/06/2025   05:37 DEV   Safety Precautions: Fall      Mcclurken, Mark RN   Completed

Fall Risk Interventions:

Y_x__ N___ N/A___ Inmate oriented to MDU surroundings
Y___ N_x_ N/A___ Is Inmate on medications that decrease alertness
Y_x__ N___ N/A___ Encourage Independence
Y_x__ N___ N/A___ Reorientation as needed; Verbal cues provided as needed
Y_x__ N___ N/A___ Bed in low position with wheels locked, Bed rails x 2
Y_x__ N___ N/A___ Personal items within reach
Y_x__ N___ N/A___ Nonslip, well-fitting footwear in use
Y_x__ N___ N/A___ Floor surfaces are clean, dry and free of clutter
Y_x__ N___ N/A___ In close proximity to the Nurses station
Y_x__ N___ N/A___ Bathroom assistance offered every 2 hours
Y_x__ N___ N/A___ Assistive ambulatory device. If yes, what device(s): walker
Y__x_ N___ N/A___ Frequent safety checks
Y_x__ N___ N/A___ Assess comfort level to promote mobility
Y_x__ N___ N/A___ Encourage brief periods of rest as needed
Y_x__ N___ N/A___ Avoid excessive stimuli
Any other comments, concerns:

  **Orig Entered:** 03/06/2025 05:37 EST   Mcclurken, Mark RN

03/05/2025   17:14 DEV   Safety Precautions: Fall      Montanez-Gonzalez,   Completed

| **Date** | **Time** | **Treatment** | **Provider** | **Status** |
|---|---|---|---|---|

Fall Risk Interventions:
Y_x__ N___ N/A___ Inmate oriented to MDU surroundings
Y___ N_x___ N/A___ Is Inmate on medications that decrease alertness
Y_x__ N___ N/A___ Encourage Independence
Y_x__ N___ N/A___ Reorientation as needed; Verbal cues provided as needed
Y_x__ N___ N/A___ Bed in low position with wheels locked, Bed rails x 2
Y_x__ N___ N/A___ Personal items within reach
Y_x__ N___ N/A___ Nonslip, well-fitting footwear in use
Y_x__ N___ N/A___ Floor surfaces are clean, dry and free of clutter
Y_x__ N___ N/A___ In close proximity to the Nurses station
Y_x__ N___ N/A___ Bathroom assistance offered every 2 hours
Y_x__ N___ N/A___ Assistive ambulatory device.  If yes, what device(s): wheelchair
Y__x__ N___ N/A___ Frequent safety checks
Y_x__ N___ N/A___ Asses comfort level to promote mobility
Y_x__ N___ N/A___ Encourage brief periods of rest as needed
Y_x__ N___ N/A____ Avoid excessive stimuli
Any other comments, concerns:
  **Orig Entered:** 03/05/2025 17:14 EST   Montanez-Gonzalez, Islem RN

03/05/2025   13:08 DEV   Skin Check                    Montanez-Gonzalez,   Completed
Small open area 1.5 cm x 2 cm on right elbow. He had a Mepilex on from the OSH with a scant amount of bloody drainage. Wound clean with NS and new Mepilex applied. No s/s of infection.
  **Orig Entered:** 03/05/2025 13:22 EST   Montanez-Gonzalez, Islem RN

03/05/2025   12:52 DEV   Bath/Shower                   Montanez-Gonzalez,   Completed
Showered
  **Orig Entered:** 03/05/2025 12:52 EST   Montanez-Gonzalez, Islem RN

03/05/2025   08:26 DEV   Safety Precautions: Fall      Montanez-Gonzalez,   Completed
Fall Risk Interventions:
Y_x__ N___ N/A___ Inmate oriented to MDU surroundings
Y___ N_x___ N/A___ Is Inmate on medications that decrease alertness
Y_x__ N___ N/A___ Encourage Independence
Y_x__ N___ N/A___ Reorientation as needed; Verbal cues provided as needed
Y_x__ N___ N/A___ Bed in low position with wheels locked, Bed rails x 2
Y_x__ N___ N/A___ Personal items within reach
Y_x__ N___ N/A___ Nonslip, well-fitting footwear in use
Y_x__ N___ N/A___ Floor surfaces are clean, dry and free of clutter
Y_x__ N___ N/A___ In close proximity to the Nurses station
Y_x__ N___ N/A___ Bathroom assistance offered every 2 hours
Y_x__ N___ N/A___ Assistive ambulatory device.  If yes, what device(s): wheelchair
Y__x__ N___ N/A___ Frequent safety checks
Y_x__ N___ N/A___ Asses comfort level to promote mobility
Y_x__ N___ N/A___ Encourage brief periods of rest as needed
Y_x__ N___ N/A___ Avoid excessive stimuli
Any other comments, concerns:
  **Orig Entered:** 03/05/2025 08:26 EST   Montanez-Gonzalez, Islem RN

03/05/2025   05:39 DEV   Safety Precautions: Fall      Mcclurken, Mark RN   Completed
Fall Risk Interventions:
Y_x__ N___ N/A___ Inmate oriented to MDU surroundings
Y___ N_x___ N/A___ Is Inmate on medications that decrease alertness
Y_x__ N___ N/A___ Encourage Independence
Y_x__ N___ N/A___ Reorientation as needed; Verbal cues provided as needed
Y_x__ N___ N/A___ Bed in low position with wheels locked, Bed rails x 2
Y_x__ N___ N/A___ Personal items within reach
Y_x__ N___ N/A___ Nonslip, well-fitting footwear in use
Y_x__ N___ N/A___ Floor surfaces are clean, dry and free of clutter
Y_x__ N___ N/A___ In close proximity to the Nurses station
Y_x__ N___ N/A___ Bathroom assistance offered every 2 hours

| Date | Time | Treatment | Provider | Status |
|------|------|-----------|----------|--------|

Y_x__ N___ N/A___ Assistive ambulatory device.  If yes, what device(s): walker
Y__x_ N___ N/A___ Frequent safety checks
Y_x__ N___ N/A___ Assess comfort level to promote mobility
Y_x__ N___ N/A___ Encourage brief periods of rest as needed
Y_x__ N___ N/A___ Avoid excessive stimuli
Any other comments, concerns:
   **Orig Entered:** 03/05/2025 05:39 EST   Mcclurken, Mark RN

03/04/2025    16:55 DEV   Safety Precautions: Fall      Procaccini, Sherri RN    Completed

Fall Risk Interventions:
Y_x__ N___ N/A___ Inmate oriented to MDU surroundings
Y___ N_x__ N/A___ Is Inmate on medications that decrease alertness
Y_x__ N___ N/A___ Encourage Independence
Y_x__ N___ N/A___ Reorientation as needed; Verbal cues provided as needed
Y_x__ N___ N/A___ Bed in low position with wheels locked, Bed rails x 2
Y_x__ N___ N/A___ Personal items within reach
Y_x__ N___ N/A___ Nonslip, well-fitting footwear in use
Y_x__ N___ N/A___ Floor surfaces are clean, dry and free of clutter
Y_x__ N___ N/A___ In close proximity to the Nurses station
Y_x__ N___ N/A___ Bathroom assistance offered every 2 hours
Y_x__ N___ N/A___ Assistive ambulatory device.  If yes, what device(s): wheelchair
Y__x_ N___ N/A___ Frequent safety checks
Y_x__ N___ N/A___ Asses comfort level to promote mobility
Y_x__ N___ N/A___ Encourage brief periods of rest as needed
Y_x__ N___ N/A___ Avoid excessive stimuli
Any other comments, concerns:
   **Orig Entered:** 03/04/2025 16:55 EST   Procaccini, Sherri RN

03/04/2025    14:47 DEV   Nursing Intervention      Procaccini, Sherri RN    Completed

no longer needed
   **Orig Entered:** 03/04/2025 14:48 EST   Procaccini, Sherri RN

03/04/2025    08:08 DEV   Safety Precautions: Fall      Procaccini, Sherri RN    Completed
Fall Risk Interventions:
Y_x__ N___ N/A___ Inmate oriented to MDU surroundings
Y___ N_x__ N/A___ Is Inmate on medications that decrease alertness
Y_x__ N___ N/A___ Encourage Independence
Y_x__ N___ N/A___ Reorientation as needed; Verbal cues provided as needed
Y_x__ N___ N/A___ Bed in low position with wheels locked, Bed rails x 2
Y_x__ N___ N/A___ Personal items within reach
Y_x__ N___ N/A___ Nonslip, well-fitting footwear in use
Y_x__ N___ N/A___ Floor surfaces are clean, dry and free of clutter
Y_x__ N___ N/A___ In close proximity to the Nurses station
Y_x__ N___ N/A___ Bathroom assistance offered every 2 hours
Y_x__ N___ N/A___ Assistive ambulatory device.  If yes, what device(s): wheelchair
Y__x_ N___ N/A___ Frequent safety checks
Y_x__ N___ N/A___ Asses comfort level to promote mobility
Y_x__ N___ N/A___ Encourage brief periods of rest as needed
Y_x__ N___ N/A___ Avoid excessive stimuli
Any other comments, concerns:
   **Orig Entered:** 03/04/2025 08:08 EST   Procaccini, Sherri RN

03/04/2025    06:30 DEV   Safety Precautions: Fall      Mcclurken, Mark RN    Completed
Fall Risk Interventions:
Y_x__ N___ N/A___ Inmate oriented to MDU surroundings
Y___ N_x__ N/A___ Is Inmate on medications that decrease alertness
Y_x__ N___ N/A___ Encourage Independence
Y_x__ N___ N/A___ Reorientation as needed; Verbal cues provided as needed
Y_x__ N___ N/A___ Bed in low position with wheels locked, Bed rails x 2
Y_x__ N___ N/A___ Personal items within reach

| Date | Time | Treatment | Provider | Status |
|------|------|-----------|----------|--------|

Y_x__ N___ N/A___ Nonslip, well-fitting footwear in use
Y_x__ N___ N/A___ Floor surfaces are clean, dry and free of clutter
Y_x__ N___ N/A___ In close proximity to the Nurses station
Y_x__ N___ N/A___ Bathroom assistance offered every 2 hours
Y_x__ N___ N/A___ Assistive ambulatory device.  If yes, what device(s): walker
Y__x_ N___ N/A___ Frequent safety checks
Y_x__ N___ N/A___ Assess comfort level to promote mobility
Y_x__ N___ N/A___ Encourage brief periods of rest as needed
Y_x__ N___ N/A___ Avoid excessive stimuli
Any other comments, concerns:
    **Orig Entered:** 03/04/2025 06:30 EST   Mcclurken, Mark RN

03/03/2025   09:29 DEV   Safety Precautions: Fall          Babineau, William RN   Completed

Fall Risk Interventions:
Y_x__ N___ N/A___ Inmate oriented to MDU surroundings
Y___ N__x_ N/A___ Is Inmate on medications that decrease alertness
Y_x__ N___ N/A___ Encourage Independence
Y_x__ N___ N/A___ Reorientation as needed; Verbal cues provided as needed
Y_x__ N___ N/A___ Bed in low position with wheels locked, Bed rails x 2
Y_x__ N___ N/A___ Personal items within reach
Y_x__ N___ N/A___ Nonslip, well-fitting footwear in use
Y_x__ N___ N/A___ Floor surfaces are clean, dry and free of clutter
Y_x__ N___ N/A___ In close proximity to the Nurses station
Y_x__ N___ N/A___ Bathroom assistance offered every 2 hours
Y___ N__x_ N/A___ Assistive ambulatory device.  If yes, what device(s):
Y_x__ N___ N/A___ Frequent safety checks
Y_x__ N___ N/A___ Asses comfort level to promote mobility
Y__x_ N___ N/A___ Encourage brief periods of rest as needed
Y_x__ N___ N/A___ Avoid excessive stimuli
Any other comments, concerns:
    **Orig Entered:** 03/03/2025 09:29 EST   Babineau, William RN

03/03/2025   09:27 DEV   Safety Precautions: Fall          Babineau, William RN   Completed

Fall Risk Interventions:
Y_x__ N___ N/A___ Inmate oriented to MDU surroundings
Y___ N__x_ N/A___ Is Inmate on medications that decrease alertness
Y_x__ N___ N/A___ Encourage Independence
Y_x__ N___ N/A___ Reorientation as needed; Verbal cues provided as needed
Y_x__ N___ N/A___ Bed in low position with wheels locked, Bed rails x 2
Y_x__ N___ N/A___ Personal items within reach
Y_x__ N___ N/A___ Nonslip, well-fitting footwear in use
Y_x__ N___ N/A___ Floor surfaces are clean, dry and free of clutter
Y_x__ N___ N/A___ In close proximity to the Nurses station
Y_x__ N___ N/A___ Bathroom assistance offered every 2 hours
Y___ N__x_ N/A___ Assistive ambulatory device.  If yes, what device(s):
Y_x__ N___ N/A___ Frequent safety checks
Y_x__ N___ N/A___ Asses comfort level to promote mobility
Y__x_ N___ N/A___ Encourage brief periods of rest as needed
Y_x__ N___ N/A___ Avoid excessive stimuli
Any other comments, concerns:
    **Orig Entered:** 03/03/2025 09:27 EST   Babineau, William RN

03/03/2025   09:25 DEV   Nursing Intervention               Babineau, William RN   Unavailable

    **Orig Entered:** 03/03/2025 09:25 EST   Babineau, William RN

03/03/2025   09:25 DEV   Bath/Shower                        Babineau, William RN   Completed
    OSH

    **Orig Entered:** 03/03/2025 09:25 EST   Babineau, William RN

03/03/2025   05:28 DEV   Safety Precautions: Fall          Mcclurken, Mark RN     Completed

| Date | Time | Treatment | Provider | Status |
|------|------|-----------|----------|--------|

Fall Risk Interventions:

Y_x__ N___ N/A___ Inmate oriented to MDU surroundings
Y___ N_x__ N/A___ Is Inmate on medications that decrease alertness
Y_x__ N___ N/A___ Encourage Independence
Y_x__ N___ N/A___ Reorientation as needed; Verbal cues provided as needed
Y_x__ N___ N/A___ Bed in low position with wheels locked, Bed rails x 2
Y_x__ N___ N/A___ Personal items within reach
Y_x__ N___ N/A___ Nonslip, well-fitting footwear in use
Y_x__ N___ N/A___ Floor surfaces are clean, dry and free of clutter
Y_x__ N___ N/A___ In close proximity to the Nurses station
Y_x__ N___ N/A___ Bathroom assistance offered every 2 hours
Y_x__ N___ N/A___ Assistive ambulatory device.  If yes, what device(s): walker
Y__x_ N___ N/A___ Frequent safety checks
Y_x__ N___ N/A___ Assess comfort level to promote mobility
Y_x__ N___ N/A___ Encourage brief periods of rest as needed
Y_x__ N___ N/A___ Avoid excessive stimuli
Any other comments, concerns:

**Orig Entered:** 03/03/2025 05:28 EST   Mcclurken, Mark RN

03/02/2025   07:58 DEV   Safety Precautions: Fall       Procaccini, Sherri RN   Unavailable

osh

**Orig Entered:** 03/02/2025 07:58 EST   Procaccini, Sherri RN

03/02/2025   07:57 DEV   Nursing Intervention       Procaccini, Sherri RN   Unavailable

osh

**Orig Entered:** 03/02/2025 07:58 EST   Procaccini, Sherri RN

03/02/2025   07:57 DEV   Safety Precautions: Fall       Procaccini, Sherri RN   Unavailable

osh

**Orig Entered:** 03/02/2025 07:57 EST   Procaccini, Sherri RN

03/02/2025   06:55 DEV   Safety Precautions: Fall       Mcclurken, Mark RN   Completed

Fall Risk Interventions:

Y_x__ N___ N/A___ Inmate oriented to MDU surroundings
Y___ N_x__ N/A___ Is Inmate on medications that decrease alertness
Y_x__ N___ N/A___ Encourage Independence
Y_x__ N___ N/A___ Reorientation as needed; Verbal cues provided as needed
Y_x__ N___ N/A___ Bed in low position with wheels locked, Bed rails x 2
Y_x__ N___ N/A___ Personal items within reach
Y_x__ N___ N/A___ Nonslip, well-fitting footwear in use
Y_x__ N___ N/A___ Floor surfaces are clean, dry and free of clutter
Y_x__ N___ N/A___ In close proximity to the Nurses station
Y_x__ N___ N/A___ Bathroom assistance offered every 2 hours
Y_x__ N___ N/A___ Assistive ambulatory device.  If yes, what device(s): walker
Y__x_ N___ N/A___ Frequent safety checks
Y_x__ N___ N/A___ Assess comfort level to promote mobility
Y_x__ N___ N/A___ Encourage brief periods of rest as needed
Y_x__ N___ N/A___ Avoid excessive stimuli
Any other comments, concerns:

**Orig Entered:** 03/02/2025 06:56 EST   Mcclurken, Mark RN

03/01/2025   07:34 DEV   Safety Precautions: Fall       Asencio, Kariely   Unavailable

**Orig Entered:** 03/01/2025 07:34 EST   Asencio, Kariely Medical Assistant

03/01/2025   07:34 DEV   Safety Precautions: Fall       Asencio, Kariely   Unavailable

**Orig Entered:** 03/01/2025 07:34 EST   Asencio, Kariely Medical Assistant

03/01/2025   07:33 DEV   Nursing Intervention       Asencio, Kariely   Unavailable

**Orig Entered:** 03/01/2025 07:33 EST   Asencio, Kariely Medical Assistant

| Date | Time | Treatment | Provider | Status |
|------|------|-----------|----------|--------|
| 03/01/2025 OSH | 06:29 DEV | Safety Precautions: Fall | Duncan, L. RN | Unavailable |

**Orig Entered:** 03/01/2025 06:29 EST    Duncan, L. RN

**Total:** 42

Reg #:  07540-085          Inmate Name:  ORENA, VICTOR

**Vision Screen on** 11/21/2022 12:36

**Blindness:**

**Distance Vision:** OD:                    OS:                    OU:

**Near Vision:**     OD:                    OS:                    OU:

**With Corrective**

**Distance Vision:** OD: 20/400          OS: 20/50          OU: 20/50

**Near Vision:**     OD:                    OS:                    OU:

**Present Glasses - Distance**                    **Refraction - Distance**

|    | Sphere | Cylinder | Axis | Add |    |    | Sphere | Cylinder | Axis | Add |
|----|--------|----------|------|-----|----|----|--------|----------|------|-----|
| **R:** | +0.50 | -1.00 | 135 | +3 |    | **R:** | +1.50 | -1.25 | 180 | +3 |
| **L:** | +0.25 | -1.50 | 163 | +3 |    | **L:** | +1.00 |       |      | +3 |

**Color Test:**

**Tonometry:**    R:  11          L:  21

**Comments:**  PH NI OD, OS

PERRL (-) APD minimal response to light OD > OS, pinhole pupils
EOMS jerky due to inattention but grossly full
CF unable

icare tonometry at 12:44
Dilated with 1 gtt 1% tropicamide, 1 gtt 2.5% phenylephrine at 12:44

Patient unable to understand refraction prompts.

Wet auto
OD: +1.87-1.25x180
OS: +1.00-0.37x59

**Orig Entered:**    11/21/2022 14:00 EST   Resnick, J. OD

**Vision Screen on** 10/21/2021 16:11

**Blindness:**

**Distance Vision:** OD:                    OS:                         OU:

**Near Vision:**    OD:                    OS:                         OU:

**With Corrective**

**Distance Vision:** OD: 20/HM (Hand motion)   OS: 20/50              OU:

**Near Vision:**    OD:                    OS:                         OU:

**Present Glasses - Distance**                    **Refraction - Distance**

|        | Sphere | Cylinder | Axis | Add |   |        | Sphere | Cylinder | Axis | Add |
|--------|--------|----------|------|-----|---|--------|--------|----------|------|-----|
| **R:** |        |          |      |     |   | **R:** | +0.25  | -1.50    | 161  | +3  |
| **L:** |        |          |      |     |   | **L:** | +0.25  | -1.50    | 161  | +3  |

**Color Test:**

**Tonometry:**  R:  12          L:  14

**Comments:**  icare

dilated 1.0% tropicamide

**Orig Entered:**   10/21/2021 16:12 EST   Strake, Benjamin OD

**Vision Screen on** 12/09/2019 14:27

  **Blindness:**

  **Distance Vision:** OD: 20/Light Perception      OS: 20/60       OU:

  **Near Vision:**    OD:                OS:            OU:

  **With Corrective**

  **Distance Vision:** OD:              OS:            OU:

  **Near Vision:**    OD:                OS:            OU:

| **Present Glasses - Distance** | | | | **Refraction - Distance** | | | |
|---|---|---|---|---|---|---|---|
| Sphere | Cylinder | Axis | Add | Sphere | Cylinder | Axis | Add |
| **R:** +2.75 | -1.50 | 5 | +2.5 | **R:** | | | +3.5 |
| **L:** +2.75 | -1.75 | 13 | +2.5 | **L:** | -1.50 | 10 | +3.5 |

**Color Test:**

**Tonometry:**   R:          L:

**Comments:** Difficulty responding to refraction prompts.

  **Orig Entered:**   12/09/2019 15:18 EST   Resnick, J. OD

**Vision Screen on** 07/29/2019 12:49

**Blindness:**

| **Distance Vision:** OD: 20/Light Perception | OS: 20/50 | OU: 20/50 |

**Near Vision:** OD:            OS:            OU:

**With Corrective**

**Distance Vision:** OD:            OS:            OU:

**Near Vision:** OD:            OS:            OU:

**Present Glasses - Distance**

| | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|
| **R:** | | | | |
| **L:** | | | | |

**Refraction - Distance**

| | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|
| **R:** | | | | |
| **L:** | | | | |

**Color Test:**

**Tonometry:** R: 10      L: 10

**Comments:** PH NI OD, OS

PERRL no response to light OD, brisk constriction OS
EOMS: patient unable.
CF: patient unable

iCare tonometry @ 12:55 PM

Dilated 1 gtt tropicamide 1%, 1 gtt phenylephrine 2.5% at 12:55 PM

**Orig Entered:** 07/29/2019 13:44 EST    Resnick, J. OD

**Vision Screen on** 10/18/2018 11:39

  **Blindness:**

  **Distance Vision:** OD:               OS:               OU:

  **Near Vision:**    OD:               OS:               OU:

  **With Corrective**

  **Distance Vision:** OD: 20/CF (Counting Fingers)   OS: 20/200        OU:

  **Near Vision:**    OD:               OS:               OU:

| **Present Glasses - Distance** | | | | **Refraction - Distance** | | | |
|---|---|---|---|---|---|---|---|
| Sphere | Cylinder | Axis | Add | Sphere | Cylinder | Axis | Add |
| **R:** | | | | **R:** | | | |
| **L:** | | | | **L:** | | | |

  **Color Test:**

  **Tonometry:**  R:  10       L:  15

  **Comments:**

   **Orig Entered:**   10/18/2018 11:40 EST   Maxon, T. OD

**Vision Screen on** 10/19/2017 08:31

   **Blindness:**

   **Distance Vision:** OD:                OS:                     OU:

   **Near Vision:**    OD:                 OS:                     OU:

   **With Corrective**

   **Distance Vision:** OD:                 OS:                     OU:

   **Near Vision:**    OD:                 OS:                     OU:

| **Present Glasses - Distance** | | | | | **Refraction - Distance** | | | |
|---|---|---|---|---|---|---|---|---|
| Sphere | Cylinder | Axis | Add | | Sphere | Cylinder | Axis | Add |
| **R:** | | | | | **R:** | | | |
| **L:** | | | | | **L:** | | | |

   **Color Test:**

   **Tonometry:**  R:  10        L:  11

   **Comments:**  Late entry: Patient seen by optometrist 10/18/17. See document manager for details.

     **Orig Entered:**   10/19/2017 08:33 EST   Leslie Pariseau, L. QIIC Nurse/RN

**Vision Screen on** 10/06/2017 09:37

   **Blindness:**

   **Distance Vision:** OD:              OS:                      OU:

   **Near Vision:**   OD:              OS:                      OU:

   **With Corrective**

   **Distance Vision:** OD:               OS:                      OU:

   **Near Vision:**   OD:              OS:                      OU:

   **Present Glasses - Distance**              **Refraction - Distance**

| | Sphere | Cylinder | Axis | Add | | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|---|---|---|---|---|
| **R:** | | | | | **R:** | | | | |
| **L:** | | | | | **L:** | | | | |

   **Color Test:**

   **Tonometry:**  R: 10       L: 10

   **Comments:**

   **Orig Entered:**   10/06/2017 09:38 EST   Benoit, J. RN

**Vision Screen on** 07/27/2017 13:10

   **Blindness:**

   **Distance Vision:** OD:                    OS:                         OU:

   **Near Vision:**    OD:                    OS:                         OU:

   **With Corrective**

   **Distance Vision:** OD:                    OS:                         OU:

   **Near Vision:**    OD:                    OS:                         OU:

   **Present Glasses - Distance**                **Refraction - Distance**

        Sphere    Cylinder    Axis      Add            Sphere    Cylinder    Axis      Add

   **R:**                                           **R:**

   **L:**                                           **L:**

   **Color Test:**

   **Tonometry:**  R:  15          L:  21

   **Comments:**

   **Orig Entered:**    07/27/2017 13:11 EST   Leslie Pariseau, L. QIIC Nurse/RN

**Vision Screen on** 04/10/2017 13:22

**Blindness:**

**Distance Vision:** OD:                        OS:                        OU:

**Near Vision:**     OD:                        OS:                        OU:

**With Corrective**

**Distance Vision:** OD:                        OS:                        OU:

**Near Vision:**     OD:                        OS:                        OU:

**Present Glasses - Distance**                    **Refraction - Distance**

  Sphere     Cylinder    Axis      Add              Sphere     Cylinder    Axis      Add

**R:**                                            **R:**

**L:**                                            **L:**

**Color Test:**

**Tonometry:**  R:  9          L:  13

**Comments:**  Right eye tonometry screening low, team notified

  **Orig Entered:**    04/10/2017 13:23 EST   Leslie Pariseau, L. QIIC Nurse/RN

**Vision Screen on** 01/24/2017 14:29

   **Blindness:**

   **Distance Vision:** OD:            OS:           OU:

   **Near Vision:**   OD:            OS:           OU:

   **With Corrective**

   **Distance Vision:** OD:            OS:           OU:

   **Near Vision:**   OD:            OS:           OU:

   **Present Glasses - Distance**            **Refraction - Distance**

| | Sphere | Cylinder | Axis | Add | | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|---|---|---|---|---|
| **R:** | | | | | **R:** | | | | |
| **L:** | | | | | **L:** | | | | |

   **Color Test:**

   **Tonometry:**  R:  8      L:  14

   **Comments:**  Right eye tonometry reading low, notified medical team.

    **Orig Entered:**   01/24/2017 14:30 EST   Leslie Pariseau, L. QIIC Nurse/RN

**Vision Screen on** 08/25/2016 16:50

**Blindness:**

| | | | |
|---|---|---|---|
| **Distance Vision:** OD: | | OS: 20/60 | OU: |
| **Near Vision:** OD: | | OS: | OU: |

**With Corrective**

| | | | |
|---|---|---|---|
| **Distance Vision:** OD: | | OS: | OU: |
| **Near Vision:** OD: | | OS: | OU: |

**Present Glasses - Distance**                    **Refraction - Distance**

| | Sphere | Cylinder | Axis | Add | | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|---|---|---|---|---|
| **R:** | | | | | **R:** +1.75 | +1.25 | 175 | +2.5 |
| **L:** | | | | | **L:** +1.75 | +1.25 | 175 | +2.5 |

**Color Test:**

**Tonometry:** R: 10          L: 10

**Comments:** OD: count fingers 8 feet. No improvement OU on pinhole.
Lids normal OU. Conjunctiva clear OU with superior Bleb OU. Peripheral iridectomies 12:00 OU.
Lids and conjunctiva, normal OU. Corneas clear, bilateral arcus. Anterior chambers deep without
inflammation. OS: Pupil peak 11:00. 1+ APD OD. Pseudophakia OU (s/p cataract surgery).
Fundus: OD Type IV 0.9 cup to disc ratio. Optic nerve pallor. OS: Type IV 0.6-0.7 cup to disc ratio.
Posterior pole Macula appears normal. Vessels narrow.
Above Refraction done at Glaucoma specialist office and noted here. NOT Ordered but would be:
in 70F frame size 48/20/140, add +2.50, seg height 13mm, PD 59/57mm. Received last eye
glasses 12/2015. Not eligible until 12/2017.

**Orig Entered:** 08/25/2016 16:51 EST   Howard, C. (MAT) MD/CD

**Vision Screen on** 08/25/2016 16:32

**Blindness:**

**Distance Vision:** OD:                    OS:                    OU:

**Near Vision:**     OD:                    OS:                    OU:

**With Corrective**

**Distance Vision:** OD:                    OS:                    OU:

**Near Vision:**     OD:                    OS:                    OU:

**Present Glasses - Distance**                    **Refraction - Distance**

| | Sphere | Cylinder | Axis | Add | | | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|---|---|---|---|---|---|
| **R:** | | | | | | **R:** | | | | |
| **L:** | | | | | | **L:** | | | | |

**Color Test:**

**Tonometry:**   R:              L:

**Comments:** LOW VISION AID DISPENSED:  Menas Lux 3.0 Item #143830
Receipt signed, one copy to Medical records for scanning, one copy to inmate.  Educated, practiced. Can read much better with aid.

**Orig Entered:**   08/30/2016 16:35 EST   Howard, C. (MAT) MD/CD

**Vision Screen on** 07/15/2016 13:08

**Blindness:**

**Distance Vision:** OD:                    OS:                         OU:

**Near Vision:**     OD:                    OS:                         OU:

**With Corrective**

**Distance Vision:** OD:                    OS:                         OU:

**Near Vision:**     OD:                    OS:                         OU:

**Present Glasses - Distance**                    **Refraction - Distance**

| | Sphere | Cylinder | Axis | Add | | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|---|---|---|---|---|
| **R:** | | | | | **R:** | | | | |
| **L:** | | | | | **L:** | | | | |

**Color Test:**

**Tonometry:**   R:                L:

**Comments:** LOW VISIOIN CLINIC EVALUATION:  Can read 20/160 up close.  Trial of 8D/2X mag not much help.  Trial with Menas Lux 3.0 (product #143830) inmate can read 20/50 and can read 20/30 on the numbers card. Requested order via e-mail as there are none in Low vision stock.

**Orig Entered:**   07/15/2016 13:11 EST   Howard, C. (MAT) MD/CD

**Vision Screen on** 07/15/2016 11:29

**Blindness:**

**Distance Vision:** OD:                    OS:                         OU:

**Near Vision:**     OD:                    OS:                         OU:

**With Corrective**

**Distance Vision:** OD:                    OS:                         OU:

**Near Vision:**     OD:                    OS:                         OU:

**Present Glasses - Distance**                    **Refraction - Distance**

|  | Sphere | Cylinder | Axis | Add |  |  | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|---|---|---|---|---|---|
| **R:** |  |  |  |  |  | **R:** |  |  |  |  |
| **L:** |  |  |  |  |  | **L:** |  |  |  |  |

**Color Test:**

**Tonometry:**   R:                    L:

**Comments:**  VISUAL FIELDS:  OD: Vision count fingers 8 feet: Virtually no field.  Tiny nasal island minimal
           sensitivity.  OS: Small islands very low residual vision.

  **Orig Entered:**   07/15/2016 11:31 EST   Howard, C. (MAT) MD/CD

**Vision Screen on** 06/09/2016 14:38

**Blindness:**

| **Distance Vision:** OD: | OS: 20/60 | OU: |
| --- | --- | --- |

| **Near Vision:** OD: | OS: | OU: |
| --- | --- | --- |

**With Corrective**

| **Distance Vision:** OD: | OS: | OU: |
| --- | --- | --- |

| **Near Vision:** OD: | OS: | OU: |
| --- | --- | --- |

**Present Glasses - Distance**          **Refraction - Distance**

| | Sphere | Cylinder | Axis | Add | | Sphere | Cylinder | Axis | Add |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **R:** | | | | | **R:** | | | | |
| **L:** | | | | | **L:** | | | | |

**Color Test:**

**Tonometry:**   R:          L:

**Comments:**   OD count fingers 8 feet.
Dilate with Mydriacyl and 2.5% Neosyneprhine.  Bilateral lens implants s/p cataract surgery, well positioned, centered.  Optic nerve atrophy OU OD>OS. Type IV 0.9 cup to disc OD and 0.7 cup to disc OS.  Macula no edema.  Vessels narrowed with crossing defects.
MACULAR SCAN (OCT): Poor quality, constant eye and head movement. However, no edema, layers intact.
OPTIC NERVE SCAN (OCT): Poor quality due to excessive movement.  End stage glaucoma OU.

   **Orig Entered:**   06/09/2016 14:47 EST   Howard, C. (MAT) MD/CD

**Vision Screen on** 05/12/2016 11:21

**Blindness:**

| | | | |
|---|---|---|---|
| **Distance Vision:** OD: | | OS: 20/60 | OU: |
| **Near Vision:**   OD: | | OS: | OU: |

**With Corrective**

| | | | |
|---|---|---|---|
| **Distance Vision:** OD: | | OS: | OU: |
| **Near Vision:**   OD: | | OS: | OU: |

**Present Glasses - Distance**                    **Refraction - Distance**

|   | Sphere | Cylinder | Axis | Add |   | Sphere | Cylinder | Axis | Add |
|---|--------|----------|------|-----|---|--------|----------|------|-----|
| **R:** | | | | | **R:** | | | | |
| **L:** | | | | | **L:** | | | | |

**Color Test:**

**Tonometry:**  R:  13          L:  8

**Comments:** OD Count fingers 8 feet, no improvement on pinhole.
No improvement OS on pinhole.
Visual Fields: Markedly concentrically constricted OD.  Constricted nasally and superotemporally OS. Bleb superiorly OU with small Peripheral iridectomies 12:00 OU.  Lids, conjunctiva, normal OU. Corneas clear with arcus OU. Anterior chambers deep, uninflamed.  Pupil peaked 11:00 OS. ? weak APD OD.  Pseudophakia OU (s/p cataract surgery).  Fundus Type IV 0.9 cup to disc ratio OD with optic nerve pallor.  OS: Type IV 0.6-0.7 cup to disc ratio.  Macula and vessels normal in posterior pole. (View restricted secondary to small pupils).
GONIOSCOPY:  OD: open to scleral spur inferotemporaaly otherwise open to Trabecular meshwork.  OS: unable to obtain adequate view, inmate squeezing. Fleeting views, Trabecular meshwork was visible.
Plan:  Dilated exam, Visual fields, non urgent, elective.  Renew meds.

**Orig Entered:**    05/12/2016 11:26 EST   Howard, C. (MAT) MD/CD

**Vision Screen on** 03/30/2016 15:43      No Show

**Comments:** NO SHOW
I/M had 0730 callout.  He was not present in hospital core at 0750 when writer went to core to retrieve callouts for that hour.  His name was called twice and the callout type was called out loud twice.  At approx. 1030  a staff member called from hospital core stating I/M Orena was in the hospital core since 0730.  Inmate Orena twice more asked staff members to call writer between 1045 and 1115 saying he was there at 0730.   He was not present when the remaining four (4) inmates on callout at 0750 were retrieved by this writer from the hospital core. Incident report done.

**Orig Entered:**    03/30/2016 15:44 EST   Howard, C. (MAT) MD/CD

**Vision Screen on** 09/09/2015 10:56

  **Blindness:** Bilateral

  **Distance Vision:** OD: 20/Light Perception    OS: 20/Light Perception    OU: 20/Light Perception

  **Near Vision:**    OD: 20/Light Perception    OS: 20/Light Perception    OU: 20/Light Perception

  **With Corrective**

  **Distance Vision:** OD:    OS:    OU:

  **Near Vision:**    OD:    OS:    OU:

| **Present Glasses - Distance** | | | | | **Refraction - Distance** | | | |
|---|---|---|---|---|---|---|---|---|
| Sphere | Cylinder | Axis | Add | | Sphere | Cylinder | Axis | Add |
| **R:** | | | | **R:** | +5.00 | | | |
| **L:** | | | | **L:** | +5.00 | | | |

  **Color Test:** Abnormal

  **Tonometry:**  R: 10    L: 12

  **Comments:** HAS LOW VISION AID GLASSES TO READ BIG PRINT.
                NEEDS TO OLD READING MATERIAL AT 2 INCHES TO SEE

  **Orig Entered:**   09/09/2015 10:59 EST   Weyand, James OD

**Vision Screen on** 05/20/2015 13:13

**Blindness:**

| | | | |
|---|---|---|---|
| **Distance Vision:** OD: 20/400 | OS: 20/400 | OU: 20/400 |
| **Near Vision:** OD: 20/400 | OS: 20/400 | OU: 20/400 |

**With Corrective**

| | | | |
|---|---|---|---|
| **Distance Vision:** OD: 20/400 | OS: 20/400 | OU: 20/400 |
| **Near Vision:** OD: 20/400 | OS: 20/400 | OU: 20/400 |

| **Present Glasses - Distance** | | | | | **Refraction - Distance** | | | |
|---|---|---|---|---|---|---|---|---|
| Sphere | Cylinder | Axis | Add | | Sphere | Cylinder | Axis | Add |
| **R:** +3.00 | | | | | **R:** +5.00 | | | |
| **L:** +3.00 | | | | | **L:** +5.00 | | | |

**Color Test:** Abnormal

**Tonometry:** R:                L:

**Comments:** OD C/D .6/.6
OS C/D .6/.6

VERY POOR DISTANCE & NEAR VISION!

SEE OPHTHALMOLOGY CONSULT 5/12/15
LOW VISION AID

**Orig Entered:**    05/20/2015 13:18 EST   Weyand, James OD

**Vision Screen on** 10/12/2012 09:51

**Blindness:**

**Distance Vision:** OD: 20/100          OS: 20/80          OU: 20/80

**Near Vision:**     OD:               OS:               OU:

**With Corrective**

**Distance Vision:** OD: 20/100          OS: 20/80          OU: 20/80

**Near Vision:**     OD:               OS:               OU:

| **Present Glasses - Distance** | | | | **Refraction - Distance** | | | |
|---|---|---|---|---|---|---|---|
| Sphere | Cylinder | Axis | Add | | Sphere | Cylinder | Axis | Add |
| **R:** | | | | **R:** +1.00 | -0.50 | 90 | +3 |
| **L:** | | | | **L:** +1.00 | -0.50 | 90 | +3 |

**Color Test:**

**Tonometry:**   R:  8          L:  8

**Comments:**

  **Orig Entered:**    10/12/2012 09:53 EST   Auxier, Donald OD

**Vision Screen on** 07/09/2012 13:53

**Blindness:**

**Distance Vision:** OD:                    OS:                    OU:

**Near Vision:**    OD:                    OS:                    OU:

**With Corrective**

**Distance Vision:** OD:                    OS:                    OU:

**Near Vision:**    OD:                    OS:                    OU:

**Present Glasses - Distance**                    **Refraction - Distance**

   Sphere    Cylinder    Axis    Add         Sphere    Cylinder    Axis    Add

**R:**                                   **R:**

**L:**                                   **L:**

**Color Test:**

**Tonometry:**  R:            L:

**Comments:**  Completed 7-6-12

   **Orig Entered:**   07/09/2012 13:55 EST   Bixler, Tracy QIIC RN

**Vision Screen on** 11/02/2011 13:43

   **Blindness:**

   **Distance Vision:** OD:             OS:             OU:

   **Near Vision:**     OD:             OS:             OU:

   **With Corrective**

   **Distance Vision:** OD: 20/40         OS: 20/40         OU: 20/40

   **Near Vision:**     OD:             OS:             OU:

| **Present Glasses - Distance** | | | | **Refraction - Distance** | | | |
|---|---|---|---|---|---|---|---|
| Sphere | Cylinder | Axis | Add | Sphere | Cylinder | Axis | Add |
| **R:** | | | | **R:** | | | |
| **L:** | | | | **L:** | | | |

   **Color Test:**

   **Tonometry:**   R: 15        L: 15

   **Comments:**

   **Orig Entered:**    11/02/2011 13:45 EST   Radaneata, Christian OD

**Vision Screen on** 10/05/2011 10:13

**Blindness:**

**Distance Vision:** OD:                    OS:                    OU:

**Near Vision:**    OD:                    OS:                    OU:

**With Corrective**

**Distance Vision:** OD: 20/40             OS: 20/40             OU: 20/40

**Near Vision:**    OD:                    OS:                    OU:

**Present Glasses - Distance**                    **Refraction - Distance**

   Sphere   Cylinder   Axis    Add          Sphere   Cylinder   Axis    Add

**R:**                                          **R:**

**L:**                                          **L:**

**Color Test:**

**Tonometry:**  R:  16          L:  18

**Comments:**

  **Orig Entered:**    10/05/2011 10:14 EST   Radaneata, Christian OD

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| Complex: | DEV--DEVENS FMC | Begin Date: | 03/01/2025 | End Date: | 03/11/2025 |
|---|---|---|---|---|---|
| Inmate: | ORENA, VICTOR | Reg #: | 07540-085 | Quarter: | N02-206L |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**

| Allergy | Reaction | Date Noted |
|---|---|---|
| Topamax | Intolerance-other | 11/20/2007 |
| RXN UNKNOWN | | |

## Active Prescriptions

Insulin  NPH (10 ML) 100 UNITS/ML INJ
Inject 22 units of NPH insulin subcutaneously each evening ***pill line***
**Rx#:**  674384-DEV  **Doctor:**  Churchville, Lawrence MD
**Start:** 02/25/25  **Exp:** 02/25/26  **D/C:** 03/04/25  **Pharmacy Dispensings:** 0 ML in 14 days

Insulin  NPH (10 ML) 100 UNITS/ML INJ
Inject 22 units of NPH insulin subcutaneously each morning ***pill line***
**Rx#:**  674385-DEV  **Doctor:**  Churchville, Lawrence MD
**Start:** 02/25/25  **Exp:** 02/25/26  **D/C:** 03/04/25  **Pharmacy Dispensings:** 0 ML in 14 days

Insulin  NPH (10 ML) 100 UNITS/ML INJ
Inject 22 units of NPH insulin subcutaneously each evening ***pill line***
**Rx#:**  675129-DEV  **Doctor:**  Churchville, Lawrence MD
**Start:** 03/03/25  **Exp:** 04/02/25  **D/C:** 03/04/25  **Pharmacy Dispensings:** 0 ML in 8 days

Insulin  NPH (10 ML) 100 UNITS/ML INJ
Inject 22 units of NPH insulin subcutaneously each morning ***pill line***
**Rx#:**  675130-DEV  **Doctor:**  Churchville, Lawrence MD
**Start:** 03/03/25  **Exp:** 04/02/25  **D/C:** 03/04/25  **Pharmacy Dispensings:** 0 ML in 8 days

Insulin  NPH (10 ML) 100 UNITS/ML INJ
Inject 22 units of NPH insulin subcutaneously each evening ***pill line***
**Rx#:**  675276-DEV  **Doctor:**  Churchville, Lawrence MD
**Start:** 03/04/25  **Exp:** 03/04/26  **Pharmacy Dispensings:** 0 ML in 7 days

Insulin  NPH (10 ML) 100 UNITS/ML INJ
Inject 22 units of NPH insulin subcutaneously each morning ***pill line***
**Rx#:**  675277-DEV  **Doctor:**  Churchville, Lawrence MD
**Start:** 03/04/25  **Exp:** 03/04/26  **Pharmacy Dispensings:** 0 ML in 7 days

Insulin  Reg (10 ML) 100 UNITS/ML Inj
Inject 8 units of regular insulin subcutaneously each evening ***pill line***

## Active Prescriptions

**Rx#:** 674386-DEV    **Doctor:** Churchville, Lawrence MD

**Start:** 02/25/25    **Exp:** 02/25/26    **D/C:** 03/04/25    **Pharmacy Dispensings:** 0 ML in 14 days

Insulin  Reg (10 ML) 100 UNITS/ML Inj
Inject 8 units of regular insulin subcutaneously each morning ***pill line***

**Rx#:** 674387-DEV    **Doctor:** Churchville, Lawrence MD

**Start:** 02/25/25    **Exp:** 02/25/26    **D/C:** 03/04/25    **Pharmacy Dispensings:** 0 ML in 14 days

Insulin  Reg (10 ML) 100 UNITS/ML Inj
Inject 8 units of regular insulin subcutaneously each morning ***pill line***

**Rx#:** 675131-DEV    **Doctor:** Churchville, Lawrence MD

**Start:** 03/03/25    **Exp:** 04/02/25    **D/C:** 03/04/25    **Pharmacy Dispensings:** 0 ML in 8 days

Insulin  Reg (10 ML) 100 UNITS/ML Inj
Inject 8 units of regular insulin subcutaneously each evening ***pill line***

**Rx#:** 675132-DEV    **Doctor:** Churchville, Lawrence MD

**Start:** 03/03/25    **Exp:** 04/02/25    **D/C:** 03/04/25    **Pharmacy Dispensings:** 0 ML in 8 days

Insulin  Reg (10 ML) 100 UNITS/ML Inj
Inject 8 units of regular insulin subcutaneously each evening ***pill line***

**Rx#:** 675278-DEV    **Doctor:** Churchville, Lawrence MD

**Start:** 03/04/25    **Exp:** 03/04/26    **Pharmacy Dispensings:** 0 ML in 7 days

Insulin  Reg (10 ML) 100 UNITS/ML Inj
Inject 8 units of regular insulin subcutaneously each morning ***pill line***

**Rx#:** 675279-DEV    **Doctor:** Churchville, Lawrence MD

**Start:** 03/04/25    **Exp:** 03/04/26    **Pharmacy Dispensings:** 0 ML in 7 days

Acetaminophen 325 MG Tab UD
Take two tablets (650 MG) by mouth three times daily ***pill line***

**Rx#:** 674478-DEV    **Doctor:** Churchville, Lawrence MD

**Start:** 02/26/25    **Exp:** 08/25/25    **D/C:** 03/04/25    **Pharmacy Dispensings:** 0 TAB in 13 days

Acetaminophen 325 MG Tab UD
Take two tablets (650 MG) by mouth three times daily ***pill line***

**Rx#:** 675115-DEV    **Doctor:** Churchville, Lawrence MD

**Start:** 03/03/25    **Exp:** 03/17/25    **D/C:** 03/04/25    **Pharmacy Dispensings:** 0 TAB in 8 days

Acetaminophen 325 MG Tab UD
Take two tablets (650 MG) by mouth three times daily ***pill line***

**Rx#:** 675263-DEV    **Doctor:** Churchville, Lawrence MD

**Start:** 03/04/25    **Exp:** 08/31/25    **Pharmacy Dispensings:** 0 TAB in 7 days

## Active Prescriptions

Amoxicillin/Clav 875/125MG TAB

Take one tablet  by mouth twice daily  for 7 days ***It is important to finish ALL of this medication*** ***pill line***

**Rx#:**  674135-DEV  **Doctor:**  Riley, E. NP-C

**Start:** 02/24/25  **Exp:** 03/03/25  **Pharmacy Dispensings:** 0 TAB in 7 days

Aspirin 81 MG EC Tab UD

Take one tablet (81 MG) by mouth each day ***pill line***

**Rx#:**  674479-DEV  **Doctor:**  Churchville, Lawrence MD

**Start:** 02/26/25  **Exp:** 02/26/26  **D/C:** 03/04/25  **Pharmacy Dispensings:** 0 TAB in 13 days

Aspirin 81 MG EC Tab UD

Take one tablet (81 MG) by mouth each day ***pill line***

**Rx#:**  675116-DEV  **Doctor:**  Churchville, Lawrence MD

**Start:** 03/03/25  **Exp:** 03/17/25  **D/C:** 03/04/25  **Pharmacy Dispensings:** 0 TAB in 8 days

Aspirin 81 MG EC Tab UD

Take one tablet (81 MG) by mouth each day ***pill line***

**Rx#:**  675264-DEV  **Doctor:**  Churchville, Lawrence MD

**Start:** 03/04/25  **Exp:** 08/31/25  **Pharmacy Dispensings:** 0 TAB in 7 days

Atorvastatin 20 MG TAB UD

Take one tablet (20 MG) by mouth each evening for control of cholesterol ***pill line***

**Rx#:**  674480-DEV  **Doctor:**  Churchville, Lawrence MD

**Start:** 02/26/25  **Exp:** 02/26/26  **D/C:** 03/04/25  **Pharmacy Dispensings:** 0 TAB in 13 days

Atorvastatin 20 MG TAB UD

Take one tablet (20 MG) by mouth each evening for control of cholesterol ***pill line***

**Rx#:**  675117-DEV  **Doctor:**  Churchville, Lawrence MD

**Start:** 03/03/25  **Exp:** 03/17/25  **D/C:** 03/04/25  **Pharmacy Dispensings:** 0 TAB in 8 days

Atorvastatin 20 MG TAB UD

Take one tablet (20 MG) by mouth each evening for control of cholesterol ***pill line***

**Rx#:**  675265-DEV  **Doctor:**  Churchville, Lawrence MD

**Start:** 03/04/25  **Exp:** 03/04/26  **Pharmacy Dispensings:** 0 TAB in 7 days

Bisacodyl E.C. 5 MG TAB UD

Take one tablet (5 MG) by mouth each day AS NEEDED for constipation ***pill line***

**Rx#:**  674481-DEV  **Doctor:**  Churchville, Lawrence MD

**Start:** 02/26/25  **Exp:** 08/25/25  **D/C:** 03/04/25  **Pharmacy Dispensings:** 0 TAB in 13 days

Bisacodyl E.C. 5 MG TAB UD

Take one tablet (5 MG) by mouth each day AS NEEDED for constipation ***pill line***

**Rx#:**  675118-DEV  **Doctor:**  Churchville, Lawrence MD

## Active Prescriptions

**Start:** 03/03/25     **Exp:** 03/17/25     **D/C:** 03/04/25     **Pharmacy Dispensings:** 0 TAB in 8 days

Bisacodyl E.C. 5 MG TAB UD
Take one tablet (5 MG) by mouth each day AS NEEDED for constipation ***pill line***
**Rx#:** 675266-DEV     **Doctor:** Churchville, Lawrence MD
**Start:** 03/04/25     **Exp:** 08/31/25     **Pharmacy Dispensings:** 0 TAB in 7 days

Citalopram 10 MG Tab UD
Take one tablet (10 MG) by mouth every night at bedtime ***pill line***
**Rx#:** 671075-DEV     **Doctor:** Churchville, Lawrence MD
**Start:** 01/31/25     **Exp:** 07/30/25     **D/C:** 03/04/25     **Pharmacy Dispensings:** 0 TAB in 39 days

Citalopram 10 MG Tab UD
Take one tablet (10 MG) by mouth every night at bedtime ***pill line***
**Rx#:** 675120-DEV     **Doctor:** Churchville, Lawrence MD
**Start:** 03/03/25     **Exp:** 03/17/25     **Pharmacy Dispensings:** 0 TAB in 8 days

Clopidogrel Bisulfate 75 MG Tab UD
Take one tablet (75 MG) by mouth daily ***pill line***
**Rx#:** 674483-DEV     **Doctor:** Churchville, Lawrence MD
**Start:** 02/26/25     **Exp:** 02/26/26     **D/C:** 03/04/25     **Pharmacy Dispensings:** 0 TAB in 13 days

Clopidogrel Bisulfate 75 MG Tab UD
Take one tablet (75 MG) by mouth daily ***pill line***
**Rx#:** 675268-DEV     **Doctor:** Churchville, Lawrence MD
**Start:** 03/04/25     **Exp:** 03/04/26     **Pharmacy Dispensings:** 0 TAB in 7 days

Clopidogrel Bisulfate 75 MG Tab UD
Take one tablet (75 MG) by mouth daily ***pill line***
**Rx#:** 675352-DEV     **Doctor:** Churchville, Lawrence MD
**Start:** 03/03/25     **Exp:** 04/02/25     **D/C:** 03/05/25     **Pharmacy Dispensings:** 0 TAB in 8 days

Cromolyn OPHTH Solution 4%, 10ML
Place 2 drops in both eyes four times daily ***pill line***
**Rx#:** 674484-DEV     **Doctor:** Churchville, Lawrence MD
**Start:** 02/26/25     **Exp:** 02/26/26     **D/C:** 03/04/25     **Pharmacy Dispensings:** 0 ML in 13 days

Cromolyn OPHTH Solution 4%, 10ML
Place 2 drops in both eyes four times daily ***pill line***
**Rx#:** 675121-DEV     **Doctor:** Churchville, Lawrence MD
**Start:** 03/03/25     **Exp:** 03/17/25     **D/C:** 03/04/25     **Pharmacy Dispensings:** 0 ML in 8 days

Cromolyn OPHTH Solution 4%, 10ML

## Active Prescriptions

Place 2 drops in both eyes four times daily ***pill line***
**Rx#:** 675269-DEV    **Doctor:** Churchville, Lawrence MD
**Start:** 03/04/25    **Exp:** 08/31/25    **Pharmacy Dispensings:** 0 ML in 7 days

diphenhydrAMINE 25 MG Cap UD
Take two capsules (50 MG) by mouth at bedtime ***pill line***
**Rx#:** 676276-DEV    **Doctor:** Fandreyer, F. FNP
**Start:** 03/10/25    **Exp:** 03/24/25    **Pharmacy Dispensings:** 0 CAP in 1 day

Docusate Sodium 100 MG Cap UD
Take one capsule (100 MG) by mouth twice daily AS NEEDED for hard or infrequent stools - Take with a glassful of water ***pill line***
**Rx#:** 674485-DEV    **Doctor:** Churchville, Lawrence MD
**Start:** 02/26/25    **Exp:** 08/25/25    **D/C:** 03/04/25    **Pharmacy Dispensings:** 0 CAP in 13 days

Docusate Sodium 100 MG Cap UD
Take one capsule (100 MG) by mouth twice daily AS NEEDED for hard or infrequent stools - Take with a glassful of water ***pill line***
**Rx#:** 675122-DEV    **Doctor:** Churchville, Lawrence MD
**Start:** 03/03/25    **Exp:** 03/17/25    **D/C:** 03/04/25    **Pharmacy Dispensings:** 0 CAP in 8 days

Docusate Sodium 100 MG Cap UD
Take one capsule (100 MG) by mouth twice daily AS NEEDED for hard or infrequent stools - Take with a glassful of water ***pill line***
**Rx#:** 675270-DEV    **Doctor:** Churchville, Lawrence MD
**Start:** 03/04/25    **Exp:** 08/31/25    **Pharmacy Dispensings:** 0 CAP in 7 days

Donepezil HCL  5 MG Tab UD
Take one tablet (5 MG) by mouth each morning ***pill line***
**Rx#:** 671060-DEV    **Doctor:** Churchville, Lawrence MD
**Start:** 01/31/25    **Exp:** 07/30/25    **D/C:** 03/04/25    **Pharmacy Dispensings:** 0 TAB in 39 days

Donepezil HCL  5 MG Tab UD
Take one tablet (5 MG) by mouth each morning ***pill line***
**Rx#:** 675123-DEV    **Doctor:** Churchville, Lawrence MD
**Start:** 03/03/25    **Exp:** 03/17/25    **D/C:** 03/04/25    **Pharmacy Dispensings:** 0 TAB in 8 days

Donepezil HCL  5 MG Tab UD
Take one tablet (5 MG) by mouth each morning ***pill line***
**Rx#:** 675271-DEV    **Doctor:** Churchville, Lawrence MD
**Start:** 03/04/25    **Exp:** 08/31/25    **Pharmacy Dispensings:** 0 TAB in 7 days

Dorzolamide-Timolol Opht Soln 22.3-6.8mg/ml 10ML
Place 1 drop in both eyes twice daily ***pill line***

## Active Prescriptions

**Rx#:** 674486-DEV    **Doctor:** Churchville, Lawrence MD

**Start:** 02/26/25    **Exp:** 02/26/26    **D/C:** 03/04/25    **Pharmacy Dispensings:** 0 ML in 13 days

Dorzolamide-Timolol Opht Soln 22.3-6.8mg/ml 10ML

Place 1 drop in both eyes twice daily ***pill line***

**Rx#:** 675124-DEV    **Doctor:** Churchville, Lawrence MD

**Start:** 03/03/25    **Exp:** 03/17/25    **D/C:** 03/04/25    **Pharmacy Dispensings:** 0 ML in 8 days

Dorzolamide-Timolol Opht Soln 22.3-6.8mg/ml 10ML

Place 1 drop in both eyes twice daily ***pill line***

**Rx#:** 675272-DEV    **Doctor:** Churchville, Lawrence MD

**Start:** 03/04/25    **Exp:** 08/31/25    **Pharmacy Dispensings:** 0 ML in 7 days

Doxycycline Hyclate 100 MG Tab UD

Take one capsule (100 MG) by mouth twice daily for 7 days ***pill line***

**Rx#:** 674136-DEV    **Doctor:** Riley, E. NP-C

**Start:** 02/24/25    **Exp:** 03/03/25    **Pharmacy Dispensings:** 0 TAB in 7 days

Famotidine 20 MG Tab

Take one tablet (20 MG) by mouth twice daily ***pill line***

**Rx#:** 676113-DEV    **Doctor:** Fandreyer, F. FNP

**Start:** 03/10/25    **Exp:** 04/09/25    **Pharmacy Dispensings:** 0 TAB in 1 day

Ferrous Gluconate 324 MG  Tab UD

Take one tablet  by mouth three times a week on Monday, Wednesday, and Friday on empty stomach ***pill line***

**Rx#:** 674487-DEV    **Doctor:** Churchville, Lawrence MD

**Start:** 02/26/25    **Exp:** 02/26/26    **D/C:** 03/04/25    **Pharmacy Dispensings:** 0 TAB in 13 days

Ferrous Gluconate 324 MG  Tab UD

Take one tablet  by mouth three times a week on Monday, Wednesday, and Friday on empty stomach ***pill line***

**Rx#:** 675125-DEV    **Doctor:** Churchville, Lawrence MD

**Start:** 03/04/25    **Exp:** 03/18/25    **D/C:** 03/04/25    **Pharmacy Dispensings:** 0 TAB in 7 days

Ferrous Gluconate 324 MG  Tab UD

Take one tablet  by mouth three times a week on Monday, Wednesday, and Friday on empty stomach ***pill line***

**Rx#:** 675273-DEV    **Doctor:** Churchville, Lawrence MD

**Start:** 03/04/25    **Exp:** 08/31/25    **Pharmacy Dispensings:** 0 TAB in 7 days

Furosemide 40 MG Tab UD

Take one tablet (40 MG) by mouth twice daily morning and at noon Hold his systolic blood pressure <100 ***pill line***

**Rx#:** 674413-DEV    **Doctor:** Quist, Daniel (MOUD-M) PA-C

**Start:** 02/26/25    **Exp:** 02/26/26    **D/C:** 03/04/25    **Pharmacy Dispensings:** 0 TAB in 13 days

## Active Prescriptions

Furosemide 40 MG Tab UD

Take one tablet (40 MG) by mouth twice daily morning and at noon *Do not give if systolic blood pressure <100 ***pill line***

**Rx#:** 675126-DEV    **Doctor:** Churchville, Lawrence MD

**Start:** 03/03/25    **Exp:** 03/17/25    **D/C:** 03/04/25    **Pharmacy Dispensings:** 0 TAB in 8 days

Furosemide 40 MG Tab UD

Take one tablet (40 MG) by mouth twice daily morning and at noon *Do not give if systolic blood pressure <100 ***pill line***

**Rx#:** 675274-DEV    **Doctor:** Churchville, Lawrence MD

**Start:** 03/04/25    **Exp:** 08/31/25    **Pharmacy Dispensings:** 0 TAB in 7 days

Glucose 4 GM Tab

Chew and swallow 4 tablets (16 GM) by mouth AS NEEDED for hypoglycemia and alert medical ***pill line***

**Rx#:** 674488-DEV    **Doctor:** Churchville, Lawrence MD

**Start:** 02/26/25    **Exp:** 02/26/26    **D/C:** 03/04/25    **Pharmacy Dispensings:** 0 TAB in 13 days

Glucose 4 GM Tab

Chew and swallow 4 tablets (16 GM) by mouth AS NEEDED for hypoglycemia and alert medical ***pill line***

**Rx#:** 675127-DEV    **Doctor:** Churchville, Lawrence MD

**Start:** 03/03/25    **Exp:** 03/17/25    **D/C:** 03/04/25    **Pharmacy Dispensings:** 0 TAB in 8 days

Glucose 4 GM Tab

Chew and swallow 4 tablets (16 GM) by mouth AS NEEDED for hypoglycemia and alert medical ***pill line***

**Rx#:** 675275-DEV    **Doctor:** Churchville, Lawrence MD

**Start:** 03/04/25    **Exp:** 08/31/25    **Pharmacy Dispensings:** 0 TAB in 7 days

guaiFENesin ER Tab 12 Hr 600 MG UD

Take one tablet (600 MG) by mouth twice daily AS NEEDED for secretions related to for cough ***pill line***

**Rx#:** 674489-DEV    **Doctor:** Churchville, Lawrence MD

**Start:** 02/26/25    **Exp:** 03/08/25    **D/C:** 03/04/25    **Pharmacy Dispensings:** 0 TAB in 10 days

guaiFENesin ER Tab 12 Hr 600 MG UD

Take one tablet (600 MG) by mouth twice daily AS NEEDED for secretions related to for cough **non-formulary approved until: 3/8/25 ***pill line***

**Rx#:** 675128-DEV    **Doctor:** Churchville, Lawrence MD

**Start:** 03/03/25    **Exp:** 03/08/25    **Pharmacy Dispensings:** 0 TAB in 5 days

Latanoprost Ophth Soln 0.005% [2.5ml]

Place 1 drop in both eyes each evening ***pill line***

**Rx#:** 674490-DEV    **Doctor:** Churchville, Lawrence MD

**Start:** 02/26/25    **Exp:** 02/26/26    **D/C:** 03/04/25    **Pharmacy Dispensings:** 0 ML in 13 days

Latanoprost Ophth Soln 0.005% [2.5ml]

## Active Prescriptions

Place 1 drop in both eyes each evening ***pill line***

**Rx#:** 675133-DEV    **Doctor:** Churchville, Lawrence MD

**Start:** 03/03/25    **Exp:** 03/17/25    **D/C:** 03/04/25    **Pharmacy Dispensings:** 0 ML in 8 days

Latanoprost Ophth Soln 0.005% [2.5ml]

Place 1 drop in both eyes each evening ***pill line***

**Rx#:** 675280-DEV    **Doctor:** Churchville, Lawrence MD

**Start:** 03/04/25    **Exp:** 08/31/25    **Pharmacy Dispensings:** 0 ML in 7 days

Memantine 10 MG Tab

Take one tablet (10 MG) by mouth twice daily ***pill line***

**Rx#:** 671070-DEV    **Doctor:** Churchville, Lawrence MD

**Start:** 01/31/25    **Exp:** 07/30/25    **D/C:** 03/04/25    **Pharmacy Dispensings:** 0 TAB in 39 days

Memantine 10 MG Tab

Take one tablet (10 MG) by mouth twice daily ***pill line***

**Rx#:** 675134-DEV    **Doctor:** Churchville, Lawrence MD

**Start:** 03/03/25    **Exp:** 03/17/25    **D/C:** 03/04/25    **Pharmacy Dispensings:** 0 TAB in 8 days

Memantine 10 MG Tab

Take one tablet (10 MG) by mouth twice daily ***pill line***

**Rx#:** 675281-DEV    **Doctor:** Churchville, Lawrence MD

**Start:** 03/04/25    **Exp:** 08/31/25    **Pharmacy Dispensings:** 0 TAB in 7 days

Nystatin Powder 100,000 UNIT/GM [30 GM]

Apply topically to the affected area(s) three times daily (inguinal/groin, pannus) **non-formulary approved until: 4/2/25 ***pill line***

**Rx#:** 674491-DEV    **Doctor:** Churchville, Lawrence MD

**Start:** 02/26/25    **Exp:** 04/02/25    **D/C:** 03/04/25    **Pharmacy Dispensings:** 0 GM in 13 days

Nystatin Powder 100,000 UNIT/GM [30 GM]

Apply topically to the affected area(s) three times daily (inguinal/groin, pannus) **non-formulary approved until: 4/2/25 ***pill line***

**Rx#:** 675135-DEV    **Doctor:** Churchville, Lawrence MD

**Start:** 03/03/25    **Exp:** 03/17/25    **D/C:** 03/04/25    **Pharmacy Dispensings:** 0 GM in 8 days

Nystatin Powder 100,000 UNIT/GM [30 GM]

Apply topically to the affected area(s) three times daily (inguinal/groin, pannus) **non-formulary approved until: 4/2/25 ***pill line***

**Rx#:** 675282-DEV    **Doctor:** Churchville, Lawrence MD

**Start:** 03/04/25    **Exp:** 03/18/25    **Pharmacy Dispensings:** 0 GM in 7 days

Potassium Chloride 20 mEq ER Tab UD

Take one tablet (20 MEQ) by mouth each day ***pill line***

## Active Prescriptions

**Rx#:** 675204-DEV    **Doctor:** Churchville, Lawrence MD

**Start:** 03/04/25    **Exp:** 03/10/25    **D/C:** 03/04/25    **Pharmacy Dispensings:** 0 TAB in 6 days

Potassium Chloride 20 mEq ER Tab UD
Take one tablet (20 MEQ) by mouth each day ***pill line***

**Rx#:** 676143-DEV    **Doctor:** Churchville, Lawrence MD

**Start:** 03/10/25    **Exp:** 09/06/25    **Pharmacy Dispensings:** 0 TAB in 1 day

risperiDONE 0.5 MG Tab UD
Take one tablet (0.5 MG) by mouth each day AS NEEDED for agitation ***pill line***

**Rx#:** 671137-DEV    **Doctor:** Churchville, Lawrence MD

**Start:** 01/31/25    **Exp:** 07/30/25    **D/C:** 03/05/25    **Pharmacy Dispensings:** 0 TAB in 39 days

risperiDONE 0.5 MG Tab UD
Take one tablet (0.5 MG) by mouth each day AS NEEDED for agitation ***pill line***

**Rx#:** 675353-DEV    **Doctor:** Churchville, Lawrence MD

**Start:** 03/03/25    **Exp:** 03/17/25    **Pharmacy Dispensings:** 0 TAB in 8 days

Spironolactone   25 MG  Tab UD
Take one-half (1/2) tablet (12.5 MG) by mouth each day ***pill line***

**Rx#:** 674492-DEV    **Doctor:** Churchville, Lawrence MD

**Start:** 02/26/25    **Exp:** 08/25/25    **D/C:** 03/04/25    **Pharmacy Dispensings:** 0 TAB in 13 days

Spironolactone   25 MG  Tab UD
Take one-half (1/2) tablet (12.5 MG) by mouth each day ***pill line***

**Rx#:** 675144-DEV    **Doctor:** Churchville, Lawrence MD

**Start:** 03/03/25    **Exp:** 04/02/25    **D/C:** 03/04/25    **Pharmacy Dispensings:** 0 TAB in 8 days

Spironolactone   25 MG  Tab UD
Take one-half (1/2) tablet (12.5 MG) by mouth each day ***pill line***

**Rx#:** 675283-DEV    **Doctor:** Churchville, Lawrence MD

**Start:** 03/04/25    **Exp:** 03/04/26    **Pharmacy Dispensings:** 0 TAB in 7 days

Tamsulosin HCl 0.4 MG Cap UD
Take one capsule (0.4 MG) by mouth each day ***pill line***

**Rx#:** 675284-DEV    **Doctor:** Churchville, Lawrence MD

**Start:** 03/04/25    **Exp:** 08/31/25    **Pharmacy Dispensings:** 0 CAP in 7 days

traZODone HCl  50 MG Tab UD
Take one tablet (50 MG) by mouth at bedtime AS NEEDED for agitation ***pill line***

**Rx#:** 671138-DEV    **Doctor:** Churchville, Lawrence MD

**Start:** 01/31/25    **Exp:** 07/30/25    **D/C:** 03/04/25    **Pharmacy Dispensings:** 0 TAB in 39 days

## Active Prescriptions

traZODone HCl  50 MG Tab UD

Take one tablet (50 MG) by mouth at bedtime AS NEEDED for agitation ***pill line***

**Rx#:**  675145-DEV  **Doctor:**  Churchville, Lawrence MD

**Start:** 03/03/25  **Exp:** 04/02/25  **Pharmacy Dispensings:** 0 TAB in 8 days

Triamcinolone 0.1%  15 GM Cream

Apply a small amount topically to the affected area(s) of torso twice daily for 14 days ***pill line***

**Rx#:**  676115-DEV  **Doctor:**  Fandreyer, F. FNP

**Start:** 03/10/25  **Exp:** 03/24/25  **Pharmacy Dispensings:** 15 GM in 1 day

Cholecalciferol (Vit D) 50,000 UNIT (1.25 mg)Cap

Take one capsule  by mouth once a month on the first of the month ***pill line***

**Rx#:**  674482-DEV  **Doctor:**  Churchville, Lawrence MD

**Start:** 02/26/25  **Exp:** 02/26/26  **D/C:** 03/04/25  **Pharmacy Dispensings:** 0 CAP in 13 days

Cholecalciferol (Vit D) 50,000 UNIT (1.25 mg)Cap

Take one capsule  by mouth once a month on the first of the month ***pill line***

**Rx#:**  675119-DEV  **Doctor:**  Churchville, Lawrence MD

**Start:** 03/04/25  **Exp:** 03/18/25  **D/C:** 03/04/25  **Pharmacy Dispensings:** 0 CAP in 7 days

Cholecalciferol (Vit D) 50,000 UNIT (1.25 mg)Cap

Take one capsule  by mouth once a month on the first of the month ***pill line***

**Rx#:**  675267-DEV  **Doctor:**  Churchville, Lawrence MD

**Start:** 03/04/25  **Exp:** 08/31/25  **Pharmacy Dispensings:** 0 CAP in 7 days



# FMC DEVENS
42 Patton Rd
Ayer, MA 01432
978-796-1000

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** ORENA, VICTOR | **Facility** FMC Devens | **Collected** 03/10/2025 12:08 EDT |
| **Reg #** 07540-085 | **Order Unit** N02-206L | **Received** 03/10/2025 12:08 EDT |
| **DOB** 08/04/1934 | **Provider** Lawrence  Churchville, MD | **Reported** 03/10/2025 13:05 EDT |
| **Sex** M | | **LIS ID** 063251983 |

## CHEMISTRY

| | | | | |
|---|---|---|---|---|
| Sodium | | 141 | 137-145 | mmol/L |
| Potassium | L | 3.3 | 3.5-5.1 | mmol/L |
| Chloride | | 98 | 98-107 | mmol/L |
| Carbon Dioxide | H | 37 | 22-30 | mmol/L |
| Urea Nitrogen (BUN) | | 18 | 9-20 | mg/dL |
| Creatinine | | 1.03 | 0.66-1.25 | mg/dL |
| eGFR (CKD-EPI 2021) | | >60 | | |

GFR units measured as mL/min/1.73m^2
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | | 9.0 | 8.4-10.2 | mg/dL |
| Glucose | H | 118 | 74-106 | mg/dL |
| Anion Gap | L | 6.0 | 9.0-19.0 | |

---

**FLAG LEGEND**   L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical

 

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **ORENA, VICTOR**<br><br>**DOB: 08/04/1934    AGE: 90**<br>Gender:   M<br>Phone:    NG<br>Patient ID: 07540-085 | Specimen:   WC480451F<br>Requisition: 9836325<br>Lab Ref #:   037252184<br><br>Collected:   03/07/2025 / 12:11 EDT<br>Received:    03/08/2025 / 11:42 EDT<br>Reported:    03/09/2025 / 03:13 EDT | Client #: 10767124     CA000000<br>FANDREYER, FELICITAS<br>FMC-DEVENS<br>42 PATTON RD<br>DEVENS, MA 01434-3802 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| BASIC METABOLIC PANEL | | | | NL2 |
| **GLUCOSE** | | **52 L** | 65-99 mg/dL | |
| | | | Fasting reference interval | |
| UREA NITROGEN (BUN) | 17 | | 7-25 mg/dL | |
| CREATININE | 1.13 | | 0.70-1.22 mg/dL | |
| EGFR | 62 | | > OR = 60 mL/min/1.73m2 | |
| BUN/CREATININE RATIO | SEE NOTE: | | 6-22 (calc) | |
| | Not Reported: BUN and Creatinine are within<br>reference range. | | | |
| SODIUM | 144 | | 135-146 mmol/L | |
| POTASSIUM | 3.5 | | 3.5-5.3 mmol/L | |
| CHLORIDE | 100 | | 98-110 mmol/L | |
| **CARBON DIOXIDE** | | **36 H** | 20-32 mmol/L | |
| CALCIUM | 9.1 | | 8.6-10.3 mg/dL | |

**PERFORMING SITE:**

NL2    QUEST DIAGNOSTICS MASSACHUSETTS LLC, 200 FOREST STREET, MARLBOROUGH, MA 01752-3023 Laboratory Director: SALIM E KABAWAT,MD, CLIA: 22D2051942

CLIENT SERVICES: 1.866.697.8378            SPECIMEN: WC480451F                     PAGE 1 OF 1

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

QUEST DIAGNOSTICS INCORPORATED
CLIENT SERVICE 866.697.8378

PATIENT INFORMATION          CLIENT INFORMATION
**ORENA,VICTOR**

DOB: 08/04/1934    Age: 90    10767124
SEX: M                       FMC-DEVENS

ID: 07540-085                42 PATTON RD
                             DEVENS, MA 01434-3802

## Cumulative Report - Reported Date & Time

**Chemistry**

09/18/2023
16:37

CULTURE                      SEE NOTE

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ORENA, VICTOR | | | Reg #: | 07540-085 |
| Date of Birth: | 08/04/1934 | Sex: | M | Race: | WHITE |
| Encounter Date: | 03/09/2025 03:15 | Provider: | Lab Result Receive | Facility: | DEV |

**Cosigned by Churchville, Lawrence MD on 03/10/2025 11:39.**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ORENA, VICTOR | | Reg #: | 07540-085 |
| Date of Birth: | 08/04/1934 | Sex: M | Race: | WHITE |
| Encounter Date: | 03/09/2025 03:15 | Provider: Lab Result Receive | Facility: | DEV |

**Reviewed by Fandreyer, F. FNP on 03/10/2025 11:48.**

# FMC DEVENS
42 Patton Rd
Ayer, MA 01432
978-796-1000

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** ORENA, VICTOR | **Facility** FMC Devens | **Collected** 03/05/2025 14:28 EST |
| **Reg #** 07540-085 | **Order Unit** N02-206L | **Received** 03/05/2025 14:28 EST |
| **DOB** 08/04/1934 | **Provider** Lawrence  Churchville, MD | **Reported** 03/05/2025 15:07 EST |
| **Sex** M | | **LIS ID** 063251375 |

## CHEMISTRY

| | | | | |
|---|---|---|---|---|
| Sodium | | 141 | 137-145 | mmol/L |
| Potassium | | 3.5 | 3.5-5.1 | mmol/L |
| Chloride | | 99 | 98-107 | mmol/L |
| Carbon Dioxide | H | 36 | 22-30 | mmol/L |
| Urea Nitrogen (BUN) | | 13 | 9-20 | mg/dL |
| Creatinine | | 1.11 | 0.66-1.25 | mg/dL |
| eGFR (CKD-EPI 2021) | | >60 | | |

GFR units measured as mL/min/1.73m^2
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | | 9.1 | 8.4-10.2 | mg/dL |
| Glucose | | 87 | 74-106 | mg/dL |
| Anion Gap | L | 6.0 | 9.0-19.0 | |

---

**FLAG LEGEND**    L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal  A! =Abnormal Critical

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ORENA, VICTOR | | | Reg #: | 07540-085 |
| Date of Birth: | 08/04/1934 | Sex: | M | Race: | WHITE |
| Encounter Date: | 03/05/2025 15:07 | Provider: | Lab Result Receive | Facility: | DEV |

**Cosigned by Churchville, Lawrence MD on 03/10/2025 11:39.**



# FMC DEVENS
42 Patton Rd
Ayer, MA 01432
978-796-1000

*** Sensitive But Unclassified ***

| | | | | |
|---|---|---|---|---|
| **Name** ORENA, VICTOR | | **Facility** FMC Devens | **Collected** 03/04/2025 10:47 EST | |
| **Reg #** 07540-085 | | **Order Unit** N02-206L | **Received** 03/04/2025 10:48 EST | |
| **DOB** 08/04/1934 | | **Provider** Lawrence Churchville, MD | **Reported** 03/04/2025 11:56 EST | |
| **Sex** M | | | **LIS ID** 063251376 | |

## CHEMISTRY

| | | | | |
|---|---|---|---|---|
| Sodium | | 143 | 137-145 | mmol/L |
| Potassium | | 3.7 | 3.5-5.1 | mmol/L |
| Chloride | | 99 | 98-107 | mmol/L |
| Carbon Dioxide | H | 35 | 22-30 | mmol/L |
| Urea Nitrogen (BUN) | | 13 | 9-20 | mg/dL |
| Creatinine | | 0.99 | 0.66-1.25 | mg/dL |
| eGFR (CKD-EPI 2021) | | >60 | | |

GFR units measured as mL/min/1.73m^2
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | | 9.8 | 8.4-10.2 | mg/dL |
| Glucose | | 102 | 74-106 | mg/dL |
| Anion Gap | | 9.0 | 9.0-19.0 | |

---

**FLAG LEGEND**  L=Low  L!=Low Critical  H=High  H!=High Critical  A=Abnormal  A! =Abnormal Critical

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ORENA, VICTOR | | | Reg #: | 07540-085 |
| Date of Birth: | 08/04/1934 | Sex: | M | Race: | WHITE |
| Encounter Date: | 03/04/2025 12:07 | Provider: | Lab Result Receive | Facility: | DEV |

**Cosigned by Churchville, Lawrence MD on 03/04/2025 15:45.**



# FMC Devens DEV

| | | | |
|---|---|---|---|
| Patient: | **ORENA, VICTOR (Male)** | DOB: | 08/04/34 |
| Register#: | 07540-085 | Age: | 90 |
| Date: | 03/10/25 12:54 | Status: | OP |
| Slicecount: | 2 | | |
| History: | CHF | | |
| Priors: | | | |
| Exams: | XR CXR 2 VIEWS | | |
| Referring Phy: | Churchville L. MD | | |
| Ordering Phy: | | | |
| Ordering Phy #: | | | |

Accession Numbers: 1.2.840.113619.2.203.4.2147483647.1741623256.803579

Final Report

**Exam: XR CXR 2 VIEWS**

**HISTORY:** See above

**TECHNIQUE:** Frontal and Lateral views obtained

**COMPARISON:** 02/25/25

**FINDINGS:** The cardiac silhouette is enlarged. Low lung volumes. Left chest abandoned pacemaker leads. Right chest pacemaker stable. There is diminished pulmonary vascular congestion. There is persistent right base consolidation. There is bilateral pleural effusion likely diminished. No pneumothorax. Thoracic musculoskeletal structures are age appropriate.

**IMPRESSION:**
Diminished pulmonary vascular congestion.

Persistent right base consolidation with suspected diminished bilateral pleural effusions.

Stable cardiomegaly.

Radiologist:          Maurice Yu, MD

Study first marked ready to read at 12:55, study last marked ready to read at 12:55, initial results transmitted at 13:23

Heywood Hospital
242 Green St.
Gardner, MA 01440



Critical Care History&Physical
Signed

Patient: Orena, Victor
DOB: 08/04/1934
Age/Sex: 90 / M
Loc:        HE.ICU              W107-1
Attending Dr: Keshav Parthasarathy MD

MR#: H000431760
Acct:HH0070081237

cc: ~

# History of Present Illness

Date of Service: 03/05/25
Chief Complaint: shortness of breath
Victor Orena is a 90 y.o. male with a past medical history of CAD s/p DES to mid LAD (2022), AV
block s/p PPM, HFrEF (LVEF 30% 2022), AAA s/p repair in 2019, HTN, HLD, IDDM2, CVA, Alzheimer's
dementia, currently federally incarcerated initially presented to UMass-Leominster ED on 1/17/2025
with acute hypoxemic and hypercapnic respiratory failure and transferred to Tufts MICU 1/18 for
further management of respiratory distress requiring BiPAP --> transferred to floor on 1/19 on 6L NC.
Underwent right sided thoracentesis complicated by right pneumothorax status post chest tube
placement from 1/24-1/29. Patient was also treated for Legionella pneumonia at Tufts. The patient
was discharged back to the facility he originated from under police custody, with recommendations of
rehab and home O2 2 L/min.

Outside Hospital course
OSH ER evaluation revealed blood pressure of 136/60, heart rate of 71, saturating 94% on 4 L nasal
cannula. He was tachypneic on exam. Blood work showed CBC of hemoglobin 10.7, BNP elevated to
4300 similar to prior, BMP was done which showed sodium 146 and K of three 2.5. Troponin high-
sensitivity were elevated at 63 and 66. VBG showed CO2 retention.
He received lasix 40 IV x2. Continued to have poor urine output with worsening hypoxemia with O2
needs increasing to 10L.
CT chest done showed mild central venous congestion, thickening of the central bronchial walls and
diffuse interstitial prominence as above raise the possibility of venous congestion with mild chronic or
early pulmonary edema.
Foley catheter was placed. Plavix was held transiently for possible thoracentesis.
Systolic blood pressure had also decreased to mid 80s. Patient started on Neo-Synephrine for blood
pressure support. Due to lack of ICU beds, patient was transferred to Heywood ICU.
On my arrival to the ICU patient remains lethargic, easily arousable, oriented to self only. Patient
was placed on BIPAP 12/5 at 50% FIO2.
ABG shows 7.39/57/73 on 15 L Oximask

# Review of Systems

Review of Systems:     Yes Unobtainable due to mental status

# PMFSH

**Past Medical History**
**Medical History** (Updated 02/28/25 @ 15:38 by Keshav Parthasarathy, MD)

T2DM (type 2 diabetes mellitus)

Health Information Management  0228-00172

## Meds

Active Medications:
**Current Medications**

Acetaminophen (Acetaminophen 325 Mg Tablet)  650 mg PO Q4H PRN
    PRN Reason: Temperature > 101.1/Headache
Dextrose (Dextrose 10 % 25 Gm/250 Ml Iv.Soln)  25 gm IV PROTOCOL PRN
    PRN Reason: BG < 54 mg/dL OR Cognitive Imp
Dextrose (Dextrose 10 % 25 Gm/250 Ml Iv.Soln)  12.5 gm IV PROTOCOL PRN
    PRN Reason: BG < 70 mg/dL in NPO Patient
Enoxaparin Sodium (Enoxaparin Sodium 40 Mg/0.4 Ml Syringe)  40 mg SUBCUT DAILY@1630 SCH
Glucose (Glucose Gel 15 Gm Gel..Gram.)  30 gm PO PROTOCOL PRN
    PRN Reason: BG < 54 mg/dL OR Cognitive Imp
Glucose (Glucose Gel 15 Gm Gel..Gram.)  15 gm PO PROTOCOL PRN
    PRN Reason: BG 54-69 mg/dL
Magnesium Sulfate/Dextrose (Magnesium Sulfate/D5w)  1 gm in 100 mls @ 200 mls/hr IV PROTOCOL PRN; Protocol
    PRN Reason: Electrolyte protocol
Potassium Chloride ()  20 meq in 50 mls @ 50 mls/hr IV PROTOCOL PRN; Protocol
    PRN Reason: Electrolyte replacement
Calcium Gluconate (Calcium Gluconate)  1 gm in 50 mls @ 50 mls/hr IV PROTOCOL PRN; Protocol
    PRN Reason: Electrolyte replacement
Potassium Chloride (Potassium Chloride/H20)  10 meq in 100 mls @ 100 mls/hr IV PROTOCOL PRN; Protocol
    PRN Reason: Electrolyte Replacement
Norepinephrine Bitartrate (Levophed)  4 mg in 250 mls @ 0 mls/hr IVCONT .Q0M SCH; Protocol
Albumin Human (Kedbumin 25 %)  100 mls @ 100 mls/hr IV Q6H SCH
    Stop: 03/01/25 09:14
Cefepime HCl 2 gm/ Sodium (Chloride)  100 mls @ 200 mls/hr IV ONCE ONE; Protocol
    Stop: 02/28/25 15:52
Cefepime HCl 2 gm/ Sodium (Chloride)  100 mls @ 33.333 mls/hr IV Q12H SCH; Protocol
Insulin Human Lispro (Insulin Lispro 100 Unit/Ml 3 Ml Vial)  0 unit SUBCUT BEDTIME SCH; Protocol
Insulin Human Lispro (Insulin Lispro 100 Unit/Ml 3 Ml Vial)  0 unit SUBCUT TIDAC SCH; Protocol
Ondansetron HCl (Ondansetron Hcl 4 Mg/2 Ml Vial)  4 mg IVPUSH Q8H PRN
    PRN Reason: Nausea and Vomiting
Pantoprazole Sodium (Pantoprazole Sodium 40 Mg/10 Ml Vial)  40 mg IVPUSH DAILY SCH
Pharmacy Consult (Vancomycin Consult Rx Dosing)  1 each MISCELLANE DAILY PRN; Protocol
    PRN Reason: Consult order
Polyethylene Glycol (Polyethylene Glycol 3350 17 Gm Powd.Pack)  17 gm PO DAILY PRN
    PRN Reason: Constipation
Potassium Chloride (Potassium Chloride Er 10 Meq Capsule.Er)  0 meq PO PROTOCOL PRN; Protocol
    PRN Reason: Electrolyte replacement
Potassium Chloride (Potassium Chloride Packet 20 Meq Packet)  0 meq PO PROTOCOL PRN; Protocol
    PRN Reason: Electrolyte replacement
Sodium Chloride (0.9 % Sodium Chloride Flush 10 Ml Syringe)  3 ml IVFLUSH 0830,1630,0000 SCH. ........ ... ...

## Physical Exam

Health Information Management  0228-00172

Vital Signs:    Vital Signs:

**Last Vital Signs**

| Resp | 24 H | 02/28/25 15:19 |
|---|---|---|

Const:    Other:

Gen-somnolent, wakes up to verbal stimuli, oriented to self, on BiPAP
HEENT-PERRL, supple neck, moderate pallor
Cardiovascular-S1, S2 present, paced rhythm
Respiratory-bilateral diminished breath sounds at both bases, bibasilar crackles present
GI-soft, nontender, nondistended, bowel sounds present
Extremities-1+ edema noted
Skin-no rash seen
Neuro -somnolent, wakes up to verbal stimuli, oriented to self, moving all extremities

# Assessment and Plan

(1) Acute encephalopathy:
     Status: Acute
(2) Acute on chronic systolic (congestive) heart failure:
     Status: Acute
(3) Acute on chronic respiratory failure with hypoxia and hypercapnia:
     Status: Acute
(4) T2DM (type 2 diabetes mellitus):
     Status: Acute

**Plan**

90 y.o. male with a past medical history of CAD s/p DES to mid LAD (2022), AV block s/p PPM, HFrEF (LVEF 30% 2022), AAA s/p repair in 2019, HTN, HLD, IDDM2, CVA, Alzheimer's dementia, COPD, recent admission for acute hypoxic respiratory failure secondary Legionella pneumonia/right pleural effusion s/p thoracentesis complicated by right pneumothorax presented with increasing shortness of breath

Neuro
Acute encephalopathy-metabolic secondary $CO_2$ retention versus septic with underlying dementia
Hold centrally acting medications for now. BiPAP. Treat metabolic derangements.

Cardiology
Acute on chronic systolic CHF exacerbation with underlying history of CAD/AAA repair/AV block s/p PPM
Shock-cardiogenic shock versus septic shock versus hypovolemia.
Initiate norepinephrine drip to maintain MAP greater than 65 mmHg. Hold diuresis for now.
Albumin 25 g every 6 hours. Low-grade troponin leak noted at OSH.
Hold Entresto and Toprol-XL for now.
Blood cultures pending, initiate broad-spectrum antibiotic therapy.

Health Information Management 0228-00172

Respiratory
Acute on chronic hypoxic and hypercapnic respiratory failure-multifactorial etiology-pulmonary
vascular congestion + pneumonia plus pleural effusion.
Currently on BiPAP 12/5 at 50% FiO2. Alternate with HFNC at 40 L / 40% FiO2.
Check MRSA nares/urine Legionella/strep pneumo antigen.
On empiric vancomycin + cefepime.
Will consider thoracentesis if respiratory status does not improve.
Diuretics on hold secondary to hypotension.

GI
History of dysphagia-n.p.o. for now. Speech therapy consult when mental status improves.
Protonix for GI prophylaxis

Renal
Decreased urine output secondary to hypotension. Place Foley catheter. Check UA.
Renally dose all medications.

Endo
T2DM-most recent A1c was 6.7 on 1/20/2025. Sliding scale insulin for now.
Hold metformin.

ID
Possible sepsis secondary pneumonia. Blood cultures pending. Started on empiric vancomycin +
cefepime.

Enoxaparin for DVT prophylaxis
Protonix for GI prophylaxis
Full code

 overall prognosis remains poor secondary to advanced age, underlying dementia, acute on chronic
congestive heart failure/acute on chronic hypoxic respiratory failure

Total time managing care of this patient today: 55 minutes.

Dictated By:          Keshav Parthasarathy MD
Signed By:            <Electronically signed by Keshav Parthasarathy MD>          02/28/25 1544

DD/DT: 02/28/25 1526
TD/TT: 02/28/25 1526          Transcriptionist:

| Inmate Name: | ORENA, VICTOR | | | Reg #: | 07540-085 |
|---|---|---|---|---|---|
| Date of Birth: | 08/04/1934 | Sex: | M | Race: | WHITE |
| Scanned Date: | 03/07/2025 13:29 EST | | | Facility: | DEV |

**Cosigned by Churchville, Lawrence MD on 03/10/2025 11:39.**

Received 3/7/2025 12:50:37 PM [Eastern Standard Time] SCH67CAEBA67882

0 7540-0850.

AV proud    Kelly/Mueggler

HK 646



| Bed Name | WT-19 | Name | 122-CREV | HEYWOOD HOSPITAL | Grader | Unknown | Patient ID | ST_V3/V6m= |
|---|---|---|---|---|---|---|---|---|

03/03/2025 00:12:53                                                                                              03/03/2025 00:13:10

Multiple W.                                                                                                                      page 1/1

Received 3/7/2025 12:50:37 PM [Eastern Standard Time] SCH67CAEBA67882

HEYWOOD HOSPITAL

03/02/2025 16:35:44

page 1/1

| Bed Name | WI-19 | Name | I22 cOREV | Gender | Unknown | Patient ID |
|----------|-------|------|-----------|--------|---------|------------|

03/02/2025
16:34:35



All Paced PVCs
see PVC's

HH0070031237   H000431760
Orena,Victor
08/04/1934-  -90-   M
Parthasarathy,Keshav
            02/28/2025

Expanded Waveform

Received 3/7/2025 12:50:37 PM [Eastern Standard Time] 5CH67CAEBA67B82



| Bed Name | | Name | Orona, Victor | | Gender | Male | Patient ID | EM/09/0081237 | 03/02/2015 08:47:24 |
|---|---|---|---|---|---|---|---|---|---|

HEYWOOD HOSPITAL

ICU W107

page 1/1

Multiple Waveforms

HEYWOOD HOSPITAL

| Bed Name | ICU W107 | | Ozamn, Victor | Grader | Male | Patient ID | HE9007081137 |
|---|---|---|---|---|---|---|---|

03/01/2025 22:42:11

page 1/1

03/0 1/2025

22:4 :50  TRACE1  R-R:789ms  AR:756pm  PR:222ms  QRS Width:167ms  Q-T:478ms  QTc:518ms



AV paced
Moved lead
below pacemaker,
correcting downward
deflection

Jessica Feyer

Expando    form

Received 3/7/2025 12:50:37 PM [Eastern Standard Time] SCH67CAEBA67882

HEYWOOD HOSPITAL

03/01/2025 21:00:00

page 1/1

| Bed Name | ICU W107 | | Name | Orena,Victor | Gender | Male | Patient ID | HH007001237 |

03/01/2025
20:51:58

II  R-R:100ms  HR:60bpm  QRS Width:144ms  Q-T:511ms  QTc:511ms



AV paced
placed lead to
(B) Shoulder DJ+
pacemaker causing
deflection

Jessica Gasper

Received 3/7/2025 12:50:37 PM [Eastern Standard Time] SCH67CAEBA67B82

| Bed Name | | Name | Oreas, Vicosr | Gender | Male | Patient ID | HE007008/217 |
|---|---|---|---|---|---|---|---|
| 02/28/2025 | ICU W 107 | | | | | | |

II R-R:750ms HR:800pm P-R:211ms QRS Width:183ms Q-T:483ms QTc:558ms



Lead II , AV Paced : 0.21 — 0.18 — 0.48

Noted 2/28/25 @ 2150

Michelli Parmier, PA

Expanded Wave

| Inmate Name: | ORENA, VICTOR | | | Reg #: | 07540-085 |
|---|---|---|---|---|---|
| Date of Birth: | 08/04/1934 | Sex: | M | Race: | WHITE |
| Scanned Date: | 03/07/2025 13:27 EST | | | Facility: | DEV |

**Cosigned by Churchville, Lawrence MD on 03/10/2025 11:40.**

Heywood Hospital
242 Green St.
Gardner, MA 01440

*07540-085*

XRay Report
Signed

Patient: Orena, Victor
DOB: 08/04/1934
Age/Sex: 90 / M
Loc: HE.ICU          W107-1
Attending Dr: Keshav Parthasarathy MD

MR#: H000431760
Acct: HH007081237
ADM Date: 02/28/25

Ordering Physician: Keshav Parthasarathy MD
Date of Service: 02/28/25
Procedure(s): XR chest 1V
Accession Number(s): A0000423659HH

cc: Ryan Chua~

**Procedure:** XR chest 1V  2/28/2025 3:00 PM
**Indications:** resp failure .
**Comparison:** None

**Technique:** AP view of the chest.

**Findings:**

LINES/TUBES: Right chest wall pacemaker and abandoned left chest wall leads.
LUNGS/AIRWAYS: Hypoinflated lungs with central vascular congestion, increased interstitial lung markings, and small bilateral pleural effusions.
HEART/MEDIASTINUM: Cardiomegaly.
SKELETAL: No acute skeletal abnormality.
OTHER: None.

Electronically Signed in PowerScribe By Andrew Reynolds, MD

ORDER #: 0228-0132 XR/XR chest 1V
IMPRESSION:

1. Pulmonary edema.
2. Abandoned pacemaker leads within the left chest wall and a pacemaker battery pack and leads in the right chest wall.

Dictated By:        Andrew Reynolds  MD
Signed By:

03/01/25 1036

DD/DT: 02/28/25 1500
TD/TT: 02/28/25 1520        Transcriptionist: AR

Imaging 0301-00052

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ORENA, VICTOR | | Reg #: | 07540-085 |
| Date of Birth: | 08/04/1934 | Sex:   M | Race: | WHITE |
| Scanned Date: | 03/07/2025 13:24 EST | | Facility: | DEV |

**Cosigned by Churchville, Lawrence MD on 03/10/2025 11:40.**

Heywood *iires* - LAB
Summary Discharge Report for LIS EIR

07840-085

PAGE 1

| RUN DATE: 03/06/25 | | | |
|---|---|---|---|
| RUN TIME: 0003 | | | |

Name: Orena, Victor
Acct#: H000708127  Unit#: H000431760  Status: DIS IN
Reg: 02/28/25

Age/Sex: 90/M
Attend Dr: Edna A McAddy MD
Location: HE 01  V122-1

DOB: 08/04/1934
Disch: 03/03/25

### *** Hematology ***

| Date<br>Time | 03/03/25<br>0605 | | 03/02/25<br>0505 | | 03/01/25<br>0544 | | Reference | Units |
|---|---|---|---|---|---|---|---|---|
| WBC | 6.91 | | 6.94 | | 6.04 | | (3.5-11.0) | K/uL |
| RBC | 3.97 | L | 3.68 | L | 3.47 | L | (3.90-5.50) | M/uL |
| HGB | 10.8 | L | 10.2 | L | 9.6 | L | (14.0-18.0) | g/dL |
| HCT | 34.7 | L | 33.4 | L | 31.9 | L | (42.0-54.0) | % |
| MCV | 89.7 | | 90.8 | | 91.9 | | (80.0-100.0) | fL |
| MCH | 27.9 | | 27.7 | | 27.7 | | (25.4-34.6) | pg |
| MCHC | 31.1 | | 30.5 | | 30.1 | | (31.0-37.0) | g/dL |
| RDW | 14.8 | H | 14.8 | H | 15.1 | H | (11.5-14.5) | % |
| Plt | 188 | | 182 | | 182 | | (150-400) | K/uL |
| Neut Pct Auto | 67.0 | | 67.8 | H | 72.1 | H | (35.0-66.0) | % |
| Im Gran % Auto | 0.4 | | 0.3 | | 0.5 | | (0.0-0.6) | % |
| Lymp Pct Auto | 19.2 | L | 15.6 | L | 14.6 | L | (25.0-50.0) | % |
| Mono Pct Auto | 11.5 | | 9.7 | | 9.6 | | (0.0-13.0) | % |
| Eos Pct Auto | 1.4 | | 1.9 | | 1.5 | | (0.0-8.0) | % |
| Baso Pct Auto | 0.5 | | 0.7 | | 0.7 | | (0.0-1.0) | % |
| NRBC% | 0.0 | | 0.0 | | 0.0 | | (0.0) | /100 UBC |
| Neut Abs Auto | 4.62 | | 4.71 | | 4.36 | | (1.5-7.5) | K/uL |
| Imm Gr Abs Auto | 0.03 | | 0.02 | | 0.03 | | (0.00-0.09) | K/uL |
| Lymph Abs Auto | 1.33 | | 1.36 | | 0.94 | | (0.8-4.0) | K/uL |
| Mono Abs Auto | 0.76 | | 0.67 | | 0.58 | | (0.4-1.3) | K/uL |
| Eos Abs Auto | 0.10 | | 0.13 | | 0.09 | | (0.0-0.8) | K/uL |
| Baso Abs Auto | 0.03 | | 0.05 | | 0.04 | | (0.0-0.8) | K/uL |
| NRBC Abs Auto | 0.00 | | 0.00 | | 0.00 | | (0.00) | K/uL |

| Date<br>Time | 02/28/25<br>1535 | | Reference | Units |
|---|---|---|---|---|
| WBC | 7.57 | | (3.5-11.0) | K/uL |
| RBC | 4.30 | L | (3.90-5.50) | M/uL |
| HGB | 11.6 | L | (14.0-18.0) | g/dL |
| HCT | 40.0 | L | (42.0-54.0) | % |
| MCV | 93.0 | | (80.0-100.0) | fL |
| MCH | 27.0 | | (25.4-34.6) | pg |
| MCHC | 29.0 | L | (31.0-37.0) | g/dL |
| RDW | 15.5 | H | (11.5-14.5) | % |
| Plt | 245 | | (150-400) | K/uL |
| Neut Pct Auto | 70.4 | H | (35.0-66.0) | % |
| Im Gran % Auto | 0.4 | | (0.0-0.6) | % |
| Lymp Pct Auto | 15.5 | L | (25.0-50.0) | % |
| Mono Pct Auto | 12.7 | | (0.0-13.0) | % |
| Eos Pct Auto | 0.5 | | (0.0-8.0) | % |
| Baso Pct Auto | 0.5 | | (0.0-1.0) | % |
| NRBC% | 0.0 | | (0.0) | /100 WBC |
| Neut Abs Auto | 5.33 | | (1.5-7.5) | K/uL |
| Imm Gr Abs Auto | 0.03 | | (0.00-0.09) | K/uL |
| Lymph Abs Auto | 1.17 | | (0.8-4.8) | K/uL |
| Mono Abs Auto | 0.96 | | (0.4-1.3) | K/uL |
| Eos Abs Auto | 0.04 | | (0.0-0.8) | K/uL |
| Baso Abs Auto | 0.04 | | (0.0-0.6) | K/uL |

** CONTINUED ON NEXT PAGE **

RUN DATE: 03/06/25
RUN TIME: 0003

Haywood *Sieve - LAB
Summary Discharge Report for LIS EIR

PAGE 2

Name: Orema, Victor          Age/Sex: 90/M          DOB: 08/04/1934
Acct#: HH007008123T  Unit#: H000431760  Attend Dr: Edna A McAdds MD
Reg: 02/28/25  Status: DIS IN          Location: HE V1   V122-1          Disch: 03/03/25

### *** Hematology (Continued) ***

| Date | | | | Reference | Units |
|------|---|---|---|-----------|-------|
| Time | 02/28/25 | | | | |
| | 1535 | | | | |
| NRBC Abs Auto | 0.00 | | | (0.00) | K/uL |

### *** Coagulation ***

| Date | | | | Reference | Units |
|------|---|---|---|-----------|-------|
| Time | 03/01/25 | | | | |
| | 0544 | | | | |
| PT | 16.7 | H | | (12.1-14.9) | SEC |
| INR | 1.36(A) | | | | |

(A)  Reference Range:

No Prescribed Anti-coagulant:        0.9 - 1.1

Prescribed Anti-coagulant:           2.0 - 3.0

Heart Valve Replacement
and Prescribed Anti-coagulant:       2.5 - 3.5

### *** Chemistry ***

| Date | | ------03/03/25------ | | | Reference | Units |
|------|---|---|---|---|-----------|-------|
| Time | 1633 | 1109 | 0731 | | | |
| Glu Bedside | 194 H | 226 H | 160 H | | (75-121) | mg/dL |

| Date | 03/03/25 | ---03/02/25--- | | | Reference | Units |
|------|----------|---|---|---|-----------|-------|
| Time | 0605 | 2116 | 1634 | | | |
| NA | 145 | | | | (136-145) | mmol/L |
| K | 3.8 | | | | (3.5-5.1) | mmol/L |
| CL | 105 | | | | (98-107) | mmol/L |
| CO2 | 30 H | | | | (22-29) | mmol/L |
| Anion Gap | 13 | | | | (10-20) | mmol/L |
| BUN | 17 | | | | (9-23) | mg/dL |
| Creat | 0.97 | | | | (0.67-1.17) | mg/dL |

### ** CONTINUED ON NEXT PAGE **

RUN DATE: 03/06/25
RUN TIME: 0003

Hoyuco *Live* - LAB
Summary Discharge Report for LIS ELR

PAGE 3

| Name: Orona, Victor | | Age/Sex: 90/M | DOB: 08/04/1934 | |
|---|---|---|---|---|
| Acct#: H000431760 Unit#: H000431760 Status: DIS IN | | Attend Dr: Edna A McAddy MD | V122-1 | |
| Reg: 02/28/25 | | Location: RE.U1 | | Disch: 03/03/25 |

*** Chemistry (Continued) ***

| | 03/03/25 | 03/02/25 | | Reference | Units |
|---|---|---|---|---|---|
| Date Time | 0605 | 2116 | 1634 | | |
| eGFR | 74(B) | 148 H | 151 H | | |

(B) GFR Value: mL/min/1.73 square meters
Calculation: CKD-EPI Creatinine Equation (2021)

Chronic Kidney Disease is defined as either of the following present for >= 3 months:

- GFR less than 60 mL/min/1.73 square meters.
- Microalbumin:Ur. Creatinine Ratio >= 30 mg/g or other markers of kidney damage

Kidney failure is less than 15 mL/min/1.73 square meters

This test is not performed in patients under the age of 18.

| | 03/03/25 | 03/02/25 | | Reference | Units |
|---|---|---|---|---|---|
| Date Time | 1114 | 0812 | 0505 | | |
| Glucose | 167 H | | | (75-121) | mg/dL |
| Glu Bedside | | | | (75-121) | mg/dL |
| CA | 9.4 | | | (8.2-9.6) | mg/dL |
| Phos | 2.5 | | | (2.5-4.5) | mg/dL |
| MG | 2.30 | | | (1.7-2.3) | mg/dL |
| Total Bili | 0.7 | | | (0.2-1.2) | mg/dL |
| AST | 14 | | | (5-40) | U/L |
| Alt | 7 | | | (5-41) | U/L |
| TP | 6.6 | | | (6.4-8.3) | g/dL |
| Alb | 3.9 | | | (3.5-5.2) | g/dL |
| Globulin | 2.7 | | | (3.0-3.5) | gm/dl |
| A/G Ratio | 1.5 | | | (1.1-2.5) | % |
| Alk Phos | 45 | | | (40-129) | U/L |

| | 03/02/25 | Reference | Units |
|---|---|---|---|
| Date Time | 0505 | | |
| NA | 144 | (136-145) | mmol/L |
| K | 3.8 | (3.5-5.1) | mmol/L |
| CL | 104 | (98-107) | mmol/L |
| CO2 | 29 | (22-29) | mmol/L |
| Anion Gap | 16 | (10-20) | mmol/L |
| BUN | 17 | (8-23) | mg/dL |
| Creat | 1.05 | (0.67-1.17) | mg/dl |

** CONTINUED ON NEXT PAGE **

Name: Orma, Victor          Age/Sex: 90/M              DOB: 08/04/1934
Acct#: HH0070081237  Unit#: HOOO4431760   Attend Dr: Edna A McAddy MD
Reg: 02/28/25  Status: DIS IN            Location: HE U1   V122-1       Disch: 03/03/25

**\*\*\* Chemistry (Continued) \*\*\***

| Date | | | | Reference | Units |
|------|------|------|------|-----------|-------|
| Time | 1114 | 0812 | 0505 | | |

**eGFR** | | | | 67(C) | |

(C)  GFR Value:    mL/min/1.73 square meters
     Calculation: CKD-EPI Creatinine Equation (2021)

Chronic Kidney Disease is defined as either of the following
present for >= 3 months:

- GFR less than 60 mL/min/1.73 square meters.
- Microalbumin:Ur. Creatinine Ratio >= 30 mg/g or other
  markers of kidney damage

Kidney failure is less than 15 mL/min/1.73 square meters

This test is not performed in patients under the age of 18.

| | | | | Reference | Units |
|------|------|------|------|-----------|-------|
| Glucose | | | 76 | (75-121) | mg/dL |
| Glu Bedside | 89 | 90 | | (75-121) | mg/dL |
| CA | | | 9.3 | (8.2-9.6) | mg/dL |
| Phos | | | 2.8 | (2.5-4.5) | mg/dL |
| MG | | | 2.20 | (1.7-2.2) | mg/dL |
| Total Bili | | | 0.8 | (0.2-1.2) | mg/dL |
| AST | | | 13 | (5-40) | U/L |
| Alt | | | 6 | (5-41) | U/L |
| TP | | | 6.5 | (6.4-8.3) | g/dL |
| Alb | | | 3.9 | (3.5-5.2) | g/dL |
| Globulin | | | 2.5 | (2.0-3.5) | gm/dl |
| A/ G Ratio | | | 1.6 | (1.1-2.5) | % |
| Alk Phos | | | 41 | (40-129) | U/L |

| Date | | | | Reference | Units |
|------|------|------|------|-----------|-------|
| Time | 1924 | 1622 | 1129 | | |
| Glu Bedside | 88 | 92 | 98 | (75-121) | mg/dl |

| Date | 03/01/25 | | | Reference | Units |
|------|----------|------|------|-----------|-------|
| Time | 0856 | 0607 | 0544 | | |
| NA | | | 146  H | (136-145) | mmol/L |
| K | | | 3.8 | (3.5-5.1) | mmol/L |
| CL | | | 105 | (98-107) | mmol/L |
| CO2 | | | 31  H | (22-29) | mmol/L |
| Anion Gap | | | 14 | (10-20) | mmol/L |
| BUN | | | 18 | (8-23) | mg/dl |
| Creat | | | 1.09 | (0.67-1.17) | mg/dl |

** CONTINUED ON NEXT PAGE **

Heywood *Live* - LAB
Summary Discharge Report for LIS EIR

RUN DATE: 03/06/25
RUN TIME: 0003

| Name: Orema, Victor | Age/Sex: 90/M | DOB: 08/04/1934 |
| Acct#: HH007081237  Unit#: H000431760  Status: DIS IN | Attend Dr: Kidme A McAddy MD | |
| Reg: 02/28/25 | Location: HE U1  V122-1 | Disch: 03/03/25 |

*** Chemistry (Continued) ***

| Date | 03/01/25 | | | | |
| Time | 0856 | 0607 | 0544 | Reference | Units |
|---|---|---|---|---|---|
| eGFR | 99 | 90 | 54(D) | | |

(D) GFR Value: mL/min/1.73 square meters
Calculation: CKD-EPI Creatinine Equation (2021)

Chronic Kidney Disease is defined as either of the following present for >= 3 months:

- GFR less than 60 mL/min/1.73 square meters.
- Microalbumin:Ur. Creatinine Ratio >= 30 mg/g or other markers of kidney damage

Kidney failure is less than 15 mL/min/1.73 square meters

This test is not performed in patients under the age of 18.

| | | | | | |
|---|---|---|---|---|---|
| Glucose | | | 84 | (75-121) | mg/dL |
| Glu Bedside | | | | (75-121) | mg/dL |
| CA | | | 8.8 | (8.2-9.6) | mg/dL |
| Phos | | | 3.0 | (2.5-4.5) | mg/dL |
| MG | | | 2.00 | (1.7-2.3) | mg/dL |
| Total Bili | | | 0.9 | (0.2-1.2) | mg/dL |
| AST | | | 15 | (5-40) | U/L |
| Alt | | | 6 | (5-41) | U/L |
| ProBNP | | | 4561.0(E)  H | (36-300) | pg/mL |

(E) Age-based positive cut points

| Age Group | Cut-Points (pg/mL) | Interpretation |
|---|---|---|
| <50 years | 450 | >450 pg/mL indicates ADHF is likely |
| 50-75 years | 900 | >900 pg/mL indicates ADHF is likely |
| >75 years | 1800 | >1800 pg/mL indicates ADHF is likely |
| All ages | Results within grey zone for age group | Indeterminate. Further clinical information is needed to determine if ADHF is present. |

Negative cut-point for all ages

| Age Group | Cut-Point (pg/mL) | Interpretation |
|---|---|---|
| All ages | 300 | <300 pg/mL indicates ADHF is not likely |

| | | | | | |
|---|---|---|---|---|---|
| TP | | | 6.2  L | (6.4-8.3) | g/dL |
| Alb | | | 3.9 | (3.5-5.2) | g/dL |
| Globulin | | | 2.3 | (2.0-3.5) | gm/dL |

*** CONTINUED ON NEXT PAGE ***

RUN DATE: 03/06/25
RUN TIME: 0003

Heywood *Live* - LAB
Summary Discharge Report for IIS ELR

PAGE 6

Name: Orena, Victor    Age/Sex: 90/M    DOB: 08/04/1934
Acct#: H000700123?  Unit#: H000431760  Attnd Dr: Edna A McAddy MD
Reg: 02/28/25   Status: DIS IN   Location: HE U1   V122-1   Disch: 03/03/25

### *** Chemistry (Continued) ***

| Date | 02/01/25 | | | Reference | Units |
|------|------|------|------|------|------|
| Time | 0856 | 0607 | 0544 | | |
| A/ G Ratio | | | 1.7 | (1.1-2.5) | % |
| Alk Phos | | | 39 L | (40-129) | U/L |

| Date | 03/01/25 | 02/28/25 | | Reference | Units |
|------|------|------|------|------|------|
| Time | 0010 | 1758 | 1541 | | |
| Glu Bedside | 95 | 116 | 109 | (75-121) | mg/dl |

| Date | 02/28/25 | Reference | Units |
|------|------|------|------|
| Time | 1535 | | |
| NA | 145 | (136-146) | mmol/L |
| K | 3.6 | (3.5-5.1) | mmol/L |
| CL | 102 | (98-107) | mmol/L |
| CO2 | 24 H | (22-29) | mmol/L |
| Anion Gap | .12 | (10-20) | mmol/L |
| BUN | 16 | (8-23) | mg/dl |
| Creat | 1.32 H | (0.67-1.17) | mg/dl |
| eGFR | 51(F) | | |

(F)   GFR Value:   mL/min/1.73 square meters
      Calculation:   CKD-EPI Creatinine Equation (2021)

Chronic Kidney Disease is defined as either of the following present for > 3 months:

- GFR less than 60 mL/min/1.73 square meters.
- Microalbumin:Ur. Creatinine Ratio >= 30 mg/g or other markers of kidney damage

Kidney failure is less than 15 mL/min/1.73 square meters

This test is not performed in patients under the age of 18.

| | | Reference | Units |
|------|------|------|------|
| Glucose | 112 | (75-121) | mg/dl |
| CA | 8.8 | (8.2-9.6) | mg/dl |
| MG | 2.20 | (1.7-2.3) | mg/dl |
| Total Bili | 0.6 | (0.2-1.2) | mg/dl |
| AST | 18 | (5-40) | U/L |
| Alt | 10 | (5-41) | U/L |
| TP | 6.6 | (6.4-8.3) | g/dl |
| Alb | 3.6 | (3.5-5.2) | g/dl |
| Globulin | 3.1 | (2.0-3.5) | g/dl |
| A/ G Ratio | 1.2 | (1.1-2.5) | % |
| Alk Phos | 55 | (40-129) | U/L |

** CONTINUED ON NEXT PAGE **

RUN DATE: 03/06/25
RUN TIME: 0003

Name: Orema, Victor
Acct#: HE00700B1237  Unit#: H000431760
Reg: 02/28/25  Status: DIS IN

Age/Sex: 90/M
Attend Dr: Edna A McAddy MD
Location: HE:U1  V122-1

DOB: 08/04/1934

Disch: 03/03/25

### *** Chemistry (Continued) ***

| Date<br>Time | | | | Reference | Units |
|---|---|---|---|---|---|
| | 02/28/25<br>1535 | | | | |
| Procalcitonin | 0.09(G) | | | (0-0.15) | ng/mL |

(G)
&lt;0.25 - Antibiotic therapy discouraged. bacterial infection
unlikely

0.25-0.50 ng/ml - Antibiotic therapy encouraged. Bacterial
infection possible

&gt;0.50 ng/ml - Antibiotic therapy strongly encouraged.
suggestive of the presence of bacterial infection

&gt;2.0 - Antibiotic therapy strongly encouraged. suggestive of
the presence of bacterial infection. ** On 1st day of ICU
admission is associated with a high risk for progression to
severe sepsis and/or septic shock.

### *** Immunology/Serology ***

| Date<br>Time | | | | Reference | Units |
|---|---|---|---|---|---|
| | 02/28/25<br>1415 | | | | |
| Ur Legion pneum | (H) | | | (Negative) | |

(H)
Negative
See also (I)

(I)
L. pneumophila serogroup 1 antigen in urine suggesting no
current or past infection. Infection due to Legionella
cannot be ruled out since other serogroups and species may
cause the disease, antigen may not be present in the urine in
early infection and the level of antigen present in the
urine specimen may be below the detection limit of the test.

| S. Pneum AG UR | (J) | | | (Negative) | |

(J)
Negative
See also (K)

(K)
Negative for pneumococcal pneumoniae in urine suggesting no
current or past infection. Infection due to S. pneumoniae
cannot be ruled out since the antigen may be below the
detection limit of the test.

** CONTINUED ON NEXT PAGE **

Haywood *lives* - LAB
Summary Discharge Report for LIS ELR

PAGE 8

RUN DATE: 03/06/25
RUN TIME: 0003

Name: Orena, Victor    Age/Sex: 90/M    DOB: 08/04/1934
Acct#: H000431237  Unit#: H000431760    Attend Dr: Edna A McAddy MD    Disch: 03/03/25
Reg: 02/28/25  Status: DIS IN    Location: HE.W1    V122-1

*** Urinalysis ***

| Date | 02/28/25 | | Reference | Units |
|------|----------|---|-----------|-------|
| Time | 1547 | | | |
| Ur Color | Yellow | | (Yellow) | |
| Ur Appear | Clear | | (Clear) | |
| Ur SG | 1.025 | | (1.001-1.035) | |
| Ur Glu UA | Negative | | (Negative) | |
| Ur Bilirubin | Negative | | (Negative) | |
| Ur Keto | Negative | | (Negative) | |
| Urine HGB | 3+ | H | (Negative) | |
| Ur pH | 5.5 | | (5.0-8.0) | |
| Ur Prot | (1) | | (Negative) | mg/dl |

(1)  Trace (low)

| Ur Uro | 0.2 | | (0.2-1.0) | mg/dl |
| Ur Nitrite | Negative | | (Negative) | |
| Ur Leu Esterase | Trace | H | (Negative) | |
| Ur RBC | 25-30 | A | (0-3/hpf) | |
| Ur WBC | 0-4 | | (0-2/hpf) | |
| Ur Bact | Rare | | (None seen) | |
| Ur Hyaline Cst | 2-5/LPF | | (0-1/lpf) | |

*** Blood Gas ***

| Date | 02/28/25 | | Reference | Units |
|------|----------|---|-----------|-------|
| Time | 1541 | | | |
| PATIENT TEMP. | 98.6 | | (97.0-100.0) | F |
| TIME PERFORMED | 0313 | | | |
| ALLEN'S TEST | (N) | | | |

(N)  POSITIVE BLOOD FLOW

SITE COLLECTED | (N)

(N)  RIGHT RADIAL

| FIO2 | 100 | | | |
| ABG pH | 7.39 | | (7.35-7.45) | |
| ABG PCO2 | 56.7 | H | (35-48) | mmHg |
| ABG PO2 | 73 | L | (83-108) | mmHg |
| ABG HCO3 | 34.6 | H | (18-23) | mmol/L |
| ABG TCO2 | 36 | H | (21-29) | mmol/L |
| ABG BE | 9.7 | H | (-2-3) | mmol/L |
| ABG O2 Sat | 94.8 | L | (95-98) | % |

** CONTINUED ON NEXT PAGE **

Name: Orena, Victor                    Age/Sex: 90/M         DOB: 08/04/1934
Acct#: HH0070081237  Unit#: H000431760  Attend Dr: Edna A McAddy MD
   Reg: 02/28/25    Status: DIS IN      Location: HE U1     U122-1      Disch: 03/03/25

                                    *** Microbiology ***

Blood Culture                       Final 03/05/25

Collection Date: 02/28/25

                                    No growth aerobic or anaerobic bottles after 5 days
                                    incubation.

Blood Culture                       Final 03/05/25
                                    No growth aerobic or anaerobic bottles after 5 days
                                    incubation.

MRSA Culture                        Final 03/02/25
                                    NO MRSA DETECTED

                                 ** END OF REPORT **

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ORENA, VICTOR | | Reg #: | 07540-085 |
| Date of Birth: | 08/04/1934 | Sex: M | Race: | WHITE |
| Scanned Date: | 03/07/2025 13:23 EST | | Facility: | DEV |

**Cosigned by Churchville, Lawrence MD on 03/10/2025 11:40.**

**Tufts**Medicine
Tufts Medical Center

Tufts Medical Center Health Information
Management
800 Washington Street
Boston MA 02111-1552

Orena, Victor
MRN: 34605960, DOB: 8/4/1934, Legal Sex: M
Adm: 1/18/2025, D/C: 1/30/2025

## 01/18/2025 - Admission (Discharged) in Tufts Medical Center Medical Surgical Unit

Labs

*07540-085*

### Type and screen [205543725] (Final result)

Electronically signed by: Xia Wu, MD on 01/23/25 1645        Status: **Completed**
Ordering user: Xia Wu, MD 01/23/25 1645      Ordering provider: Xia Wu, MD
Authorized by: Kathleen Finn, MD      Ordering mode: Standard
Frequency: Routine q72h 01/24/25 0500 – Until Specified      Class: Lab Collect
Quantity: 1      Lab status: Final result
Instance released by: Xia Wu, MD (auto-released) 1/30/2025 4:00 AM

#### Specimen Information

| ID | Type | Draw Type | Source | Collected By |
|----|------|-----------|--------|--------------|
| TB25-030-B021 | Blood | Venipuncture | Blood, Venous | Darilyn Peguero 01/30/25 0645 |

#### Type and screen [205543725]

Resulted: 01/30/25 0812, Result status: Final result

Ordering provider: Xia Wu, MD 01/30/25 0400      Order status: Completed
Filed by: Interface, Clinical Lab Results In 01/30/25 0812      Collected by: Darilyn Peguero 01/30/25 0645
Resulting lab: TUFTS BLOOD BANK

#### Components

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| ABORh | O NEG | — | — | TMC BB |
| Antibody Screen | NEG | NEG | — | TMC BB |
| Specimen Expiration Date | 02/02/2025 23:59 | — | — | TMC BB |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|--------------------|------|----------|---------|------------------|
| 58 - TMC BB | TUFTS BLOOD BANK | J. Ryan Peña, MD, PhD, MS | 800 Washington St Boston MA 02111 | 06/14/24 0752 - Present |

### Body fluid cell count with differential [205044799] (Final result)

Electronically signed by: Carl Tanba, MD on 01/28/25 1046        Status: **Completed**
Ordering user: Carl Tanba, MD 01/28/25 1046      Ordering provider: Carl Tanba, MD
Authorized by: Rameesha Mehreen, MD      Ordering mode: Standard
Frequency: Routine Once 01/28/25 1047 - 1 occurrence      Class: Lab Collect
Quantity: 1      Lab status: Final result
Instance released by: Carl Tanba, MD (auto-released) 1/28/2025 10:46 AM

#### Specimen Information

| ID | Type | Source | Collected By |
|----|------|--------|--------------|
| TM25-028-HE0510 | Body Fluid | Pleural Cavity, Right | 01/28/25 1210 |

#### Body fluid cell count with differential [205044799]

#### Body fluid cell count with differential [205044805] (Abnormal)

Resulted: 01/28/25 1412, Result status: Final result

Ordering provider: Carl Tanba, MD 01/28/25 1046      Order status: Completed
Filed by: Lab, Background User 01/28/25 1412      Collected by: Michelle Curtiss, RN 01/28/25 1210
Resulting lab: TUFTS MAIN LAB      CLIA number: 22D0074723
Narrative:
Reference Ranges

Peritoneal:
  RBC: Not Established
  WBC/TNCC: < 500 cells/uL
  Neutrophils: < 25%

All other body fluid types:

---

Received 3/7/2025 10:25:20 AM [Eastern Standard Time] SCH67CAC99E6458

**TuftsMedicine**
Tufts Medical Center

Tufts Medical Center Health Information
Management
800 Washington Street
Boston MA 02111-1552

Orena, Victor
MRN: 34605960, DOB: 8/4/1934, Legal Sex: M
Adm: 1/18/2025, D/C: 1/30/2025

## 01/18/2025 - Admission (Discharged) in Tufts Medical Center Medical Surgical Unit (continued)

### Labs (continued)

The reference range is not established for this test. The test result should be integrated into the clinical context for interpretation.

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Color, BF | Yellow | Straw, Colorless, Other - See Comment | A ! | TMC |
| Appearance, Fluid | Cloudy | Clear | A ! | TMC |
| RBC, BF | 3,000 | cells/uL | — | TMC |
| TNC, Body Fluid | 5,101 | cells/uL | — | TMC |
| Neutrophil %, Body Fluid | 13 | % | — | TMC |
| Lymphocytes %, Body Fluid | 64 | % | — | TMC |
| Mono/Macrophage Cells %, Body Fluid | 5 | % | — | TMC |
| Eosinophils %, Body Fluid | 15 | % | — | TMC |
| Basophils %, Body Fluid | 1 | % | — | TMC |
| Atypical Lymphocytes %, Body Fluid | 1 | % | — | TMC |
| Mesothelial %, Body Fluid | 1 | % | — | TMC |
| Total Cells Counted, Body Fluid | 100 | — | — | TMC |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 18 - TMC | TUFTS MAIN LAB | J. Ryan Peña, MD, PhD, MS | 800 Washington Street Boston MA 02111 | 06/10/24 1020 - Present |

#### Body fluid cell count with differential [205044799]

| Body fluid cell count with differential [205044805] (Abnormal) | Resulted: 01/28/25 1412. Result status: Final result |
|---|---|

Ordering provider: Carl Tanba, MD 01/28/25 1046
Filed by: Lab, Background User 01/28/25 1412
Resulting lab: TUFTS MAIN LAB
Narrative:
Reference Ranges

Order status: Completed
Collected by: Michelle Curtiss, RN 01/28/25 1210
CLIA number: 22D0074723

Peritoneal:
RBC: Not Established
WBC/TNCC: < 500 cells/uL
Neutrophils: < 25%

All other body fluid types:
The reference range is not established for this test. The test result should be integrated into the clinical context for interpretation.

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Color, BF | Yellow | Straw, Colorless, Other - See Comment | A ! | TMC |
| Appearance, Fluid | Cloudy | Clear | A ! | TMC |
| RBC, BF | 3,000 | cells/uL | — | TMC |
| TNC, Body Fluid | 5,101 | cells/uL | — | TMC |
| Neutrophil %, Body Fluid | 13 | % | — | TMC |
| Lymphocytes %, Body Fluid | 64 | % | — | TMC |

Received 3/7/2025 10:25:20 AM [Eastern Standard Time]  SCH67CAC99E6458

**Tufts**Medicine
Tufts Medical Center

Tufts Medical Center Health Information
Management
800 Washington Street
Boston MA 02111-1552

Orena, Victor
MRN: 34605960, DOB: 8/4/1934, Legal Sex: M
Adm: 1/18/2025, D/C: 1/30/2025

## 01/18/2025 - Admission (Discharged) in Tufts Medical Center Medical Surgical Unit (continued)

### Labs (continued)

| | | | | |
|---|---|---|---|---|
| Mono/Macrophage Cells %, Body Fluid | 5 | % | — | TMC |
| Eosinophils %, Body Fluid | 15 | % | — | TMC |
| Basophils %, Body Fluid | 1 | % | — | TMC |
| Atypical Lymphocytes %, Body Fluid | 1 | % | — | TMC |
| Mesothelial %, Body Fluid | 1 | % | — | TMC |
| Total Cells Counted, Body Fluid | 100 | — | — | TMC |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 18 - TMC | TUFTS MAIN LAB | J. Ryan Peña, MD, PhD, MS | 800 Washington Street Boston MA 02111 | 06/10/24 1020 - Present |

### Body fluid culture [205044800] (Final result)

Electronically signed by: **Carl Tanba, MD on 01/28/25 1046**                                                    Status: **Completed**
Ordering user: Carl Tanba, MD 01/28/25 1046                    Ordering provider: Carl Tanba, MD
Authorized by: Rameesha Mehreen, MD             ·                Ordering mode: Standard
Frequency: Routine Once 01/28/25 1047 - 1 occurrence            Class: Unit Collect
Quantity: 1                                                     Lab status: Final result
Instance released by: Carl Tanba, MD (auto-released) 1/28/2025 10:46 AM

#### Specimen Information

| ID | Type | Draw Type | Source | Collected By |
|---|---|---|---|---|
| TM25-028-HE0510 | Body Fluid | Non-blood Collection | Pleural Cavity, Right | Michelle Curtiss, RN 01/28/25 1210 |

### Body fluid culture [205044800]                                    Resulted: 02/02/25 1002, Result status: Final result

Ordering provider: Carl Tanba, MD  01/28/25 1046               Order status: Completed
Filed by: Kristina Bento, MT  02/02/25 1002                    Collected by: Michelle Curtiss, RN 01/28/25 1210
Resulting lab: TUFTS MAIN LAB                                  CLIA number: 22D0074723
Acknowledged by: Rameesha Mehreen, MD on 02/05/25 1126

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Culture | No growth at 5 days | — | — | TMC |
| Gram Stain Result | 3+ Polymorphonuclear leukocytes | — | — | TMC |
| Gram Stain Result | No squamous epithelials cells | — | — | TMC |
| Gram Stain Result | No organisms seen | — | — | TMC |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 18 - TMC | TUFTS MAIN LAB | J. Ryan Peña, MD, PhD, MS | 800 Washington Street Boston MA 02111 | 06/10/24 1020 - Present |

Resulted: 02/01/25 0744, Result status: Preliminary result
### Body fluid culture [205044800]

**Tufts**Medicine
Tufts Medical Center

Tufts Medical Center Health Information
Management
800 Washington Street
Boston MA 02111-1552

Orena, Victor
MRN: 34605960, DOB: 8/4/1934, Legal Sex: M
Adm: 1/18/2025, D/C: 1/30/2025

### 01/18/2025 - Admission (Discharged) in Tufts Medical Center Medical Surgical Unit (continued)

#### Labs (continued)

| | |
|---|---|
| Ordering provider: Carl Tanba, MD 01/28/25 1046 | Order status: Completed |
| Filed by: Kristina Bento, MT 02/01/25 0744 | Collected by: Michelle Curtiss, RN 01/28/25 1210 |
| Resulting lab: TUFTS MAIN LAB | CLIA number: 22D0074723 |

##### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Culture | No growth to date | — | — | TMC |
| Gram Stain Result | 3+ Polymorphon uclear leukocytes | — | — | TMC |
| Gram Stain Result | No squamous epithelials cells | — | — | TMC |
| Gram Stain Result | No organisms seen | — | — | TMC |

##### Reviewed by

Rameesha Mehreen, MD on 02/05/25 1126
Rameesha Mehreen, MD on 01/30/25 1434
Rameesha Mehreen, MD on 01/29/25 0952

##### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 18 - TMC | TUFTS MAIN LAB | J. Ryan Peña, MD, PhD, MS | 800 Washington Street Boston MA 02111 | 06/10/24 1020 - Present |

Resulted: 01/30/25 0913, Result status: Preliminary result

#### Body fluid culture [205044B00]

| | |
|---|---|
| Ordering provider: Carl Tanba, MD 01/28/25 1046 | Order status: Completed |
| Filed by: Faith Anderson 01/30/25 0913 | Collected by: Michelle Curtiss, RN 01/28/25 1210 |
| Resulting lab: TUFTS MAIN LAB | CLIA number: 22D0074723 |
| Acknowledged by: Rameesha Mehreen, MD on 01/30/25 1434 | |

##### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Culture | No growth to date | — | — | TMC |
| Gram Stain Result | 3+ Polymorphon uclear leukocytes | — | — | TMC |
| Gram Stain Result | No squamous epithelials cells | — | — | TMC |
| Gram Stain Result | No organisms seen | — | — | TMC |

##### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|

Received 3/7/2025 10:25:20 AM [Eastern Standard Time]  SCH67CAC99E6458

**Tufts**Medicine
Tufts Medical Center

Tufts Medical Center Health Information
Management
800 Washington Street
Boston MA 02111-1552

Orena, Victor
MRN: 34605960, DOB: 8/4/1934, Legal Sex: M
Adm: 1/18/2025, D/C: 1/30/2025

**01/18/2025 - Admission (Discharged) in Tufts Medical Center Medical Surgical Unit (continued)**

### Labs (continued)

| 18 - TMC | TUFTS MAIN LAB | J. Ryan Peña, MD, PhD, MS | 800 Washington Street Boston MA 02111 | 06/10/24 1020 - Present |

Resulted: 01/29/25 0918, Result status: Preliminary result

**Body fluid culture [205044800]**

| | |
|---|---|
| Ordering provider: Carl Tanba, MD 01/28/25 1046 | Order status: Completed |
| Filed by: Faith Anderson 01/29/25 0918 | Collected by: Michelle Curtiss, RN 01/28/25 1210 |
| Resulting lab: TUFTS MAIN LAB | CLIA number: 22D0074723 |
| Acknowledged by: Rameesha Mehreen, MD on 01/29/25 0952 | |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Culture | No growth to date | — | — | TMC |
| Gram Stain Result | 3+ Polymorphonuclear leukocytes | — | — | TMC |
| Gram Stain Result | No squamous epithelials cells | — | — | TMC |
| Gram Stain Result | No organisms seen | — | — | TMC |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 18 - TMC | TUFTS MAIN LAB | J. Ryan Peña, MD, PhD, MS | 800 Washington Street Boston MA 02111 | 06/10/24 1020 - Present |

Resulted: 01/28/25 1308, Result status: Preliminary result

**Body fluid culture [205044800]**

| | |
|---|---|
| Ordering provider: Carl Tanba, MD 01/28/25 1046 | Order status: Completed |
| Filed by: Rasheeda Cutts, MT 01/28/25 1308 | Collected by: Michelle Curtiss, RN 01/28/25 1210 |
| Resulting lab: TUFTS MAIN LAB | CLIA number: 22D0074723 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Gram Stain Result | 3+ Polymorphonuclear leukocytes | — | — | TMC |
| Gram Stain Result | No squamous epithelials cells | — | — | TMC |
| Gram Stain Result | No organisms seen | — | — | TMC |

**Reviewed by**

Rameesha Mehreen, MD on 02/05/25 1126
Rameesha Mehreen, MD on 01/30/25 1434
Rameesha Mehreen, MD on 01/29/25 0952

Received 3/7/2025 10:25:20 AM [Eastern Standard Time]  SCH67CAC99E6458

**Tufts**Medicine
Tufts Medical Center

Tufts Medical Center Health Information
Management
800 Washington Street
Boston MA 02111-1552

Orena, Victor
MRN: 34605960, DOB: 8/4/1934, Legal Sex: M
Adm: 1/18/2025, D/C: 1/30/2025

## 01/18/2025 - Admission (Discharged) in Tufts Medical Center Medical Surgical Unit (continued)

### Labs (continued)

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 18 - TMC | TUFTS MAIN LAB | J. Ryan Peña, MD, PhD, MS | 800 Washington Street Boston MA 02111 | 06/10/24 1020 - Present |

#### All Reviewers List

Rameesha Mehreen, MD on 2/5/2025 11:26
Rameesha Mehreen, MD on 1/30/2025 14:34
Rameesha Mehreen, MD on 1/29/2025 09:52

#### Non-gynecologic cytology [205044801] (Final result)

Electronically signed by: **Carl Tanba, MD on 01/28/25 1046**                                    Status: **Completed**
Ordering user: Carl Tanba, MD 01/28/25 1046                    Ordering provider: Carl Tanba, MD
Authorized by: Rameesha Mehreen, MD                            Ordering mode: Standard
Frequency: Routine Once 01/28/25 1047 - 1 occurrence          Class: Unit Collect
Quantity: 1                                                    Lab status: Final result
Instance released by: Carl Tanba, MD (auto-released) 1/28/2025 10:46 AM

#### Questionnaire

| Question | Answer |
|---|---|
| Number of specimens: | 1 |
| Source of specimen(s): | Pleural Cavity, Right |

Lab Result Document - Document on 1/30/2025 4:56 PM (below)

---

**Tufts**Medicine
Tufts Medical Center

Tufts Medical Center Health Information
Management
800 Washington Street
Boston MA 02111-1552

Orena, Victor
MRN: 34605960, DOB: 8/4/1934, Legal Sex: M
Adm: 1/18/2025, D/C: 1/30/2025

**01/18/2025 - Admission (Discharged) in Tufts Medical Center Medical Surgical Unit (continued)**

Labs (continued)

# **Tufts**Medicine

Tufts AP CLIA: 22D0074723          TUFTS ANATOMIC PATHOLOGY LAB, 800 Washington          617-636-5829
                                 Street, Boston MA 02111
                                 Director: J. Ryan Peña, MD, PhD, MS

**Orena, Victor**
MRN: 34605960
Male, 90 yrs, 8/4/1934
508-793-1202

Non-Gynecologic Cytology  (Final result)                                                          TC25-00178

| Authorizing Provider: | Rameesha Mehreen, MD | Ordering Provider: | Carl Tanba, MD |
|---|---|---|---|
| Ordering Location: | Tufts Medical Center Medical Surgical Unit | Collected: | 01/28/2025 1210 |
| Pathologist: | Yinan Hua, MD | Received: | 01/29/2025 0807 |

**Specimens**
A       Pleural Cavity, Right

**Final Diagnosis**
A. Pleural Cavity, Right, Fluid :

Adequacy:        Satisfactory for evaluation

Interpretation:  ATYPICAL CELLS PRESENT

         - Numerous small lymphocytes and rare mesothelial cells, see note.

Note: There are numerous small lymphocyte in this fluid specimen, some of them are slightly bigger, which might represent a
reactive process. If the pleural effusion persists and clinically indicated, a flow cytometry analysis should be considered.

                                        Electronically signed by Yinan Hua, MD on 1/30/2025 at 1656

**Gross Description**
  A. Received, labeled with the patient's name, "Orena, Victor" and medical record number, is 2.5cc hazy yellow tinged fresh
fluid. Fluid is concentrated and one fixed Pap stained ThinPrep slide is prepared. Entire volume is concentrated but specimen is
not suitable for cell block.

Grossed by BRAY, CHANELLE on 1/29/25 at 8:07 AM.

**Proposed Charges**

| ID | Protocol or Tasks | Charge Code | Qty |
|---|---|---|---|
| A | Body Fluids | LAB88112 | 1 |

          *TC25-00178*                    *Page: 1 of 2*              *Printed: 1/30/2025 4:56 PM*

**Tufts**Medicine
Tufts Medical Center

Tufts Medical Center Health Information
Management
800 Washington Street
Boston MA 02111-1552

Orena, Victor
MRN: 34605960, DOB: 8/4/1934, Legal Sex: M
Adm: 1/18/2025, D/C: 1/30/2025

01/18/2025 - Admission (Discharged) in Tufts Medical Center Medical Surgical Unit (continued)

Labs (continued)

# **Tufts**Medicine

| | | |
|---|---|---|
| Tufts AP CLIA: 22D0074723 | TUFTS ANATOMIC PATHOLOGY LAB, 800 Washington Street, Boston MA 02111 Director: J. Ryan Peña, MD, PhD, MS | 617-636-5829 |

Orena, Victor 34605960

**Resulting Labs**

| | | |
|---|---|---|
| Tufts AP CLIA: 22D0074723 | TUFTS ANATOMIC PATHOLOGY LAB, 800 Washington Street, Boston MA 02111 Director: J. Ryan Peña, MD, PhD, MS | 617-636-5829 |

*TC25-00178*          *Page: 2 of 2*          *Printed: 1/30/2025 4:56 PM*

**Specimen Information**

| ID | Type | Draw Type | Source | Collected By |
|---|---|---|---|---|
| A | Body Fluid | Non-blood Collection | Pleural Cavity, Right | Michelle Curtiss, RN 01/28/25 1210 |

**Tufts**Medicine
Tufts Medical Center

Tufts Medical Center Health Information
Management
800 Washington Street
Boston MA 02111-1552

Orena, Victor
MRN: 34605960, DOB: 8/4/1934, Legal Sex: M
Adm: 1/18/2025, D/C: 1/30/2025

### 01/18/2025 - Admission (Discharged) in Tufts Medical Center Medical Surgical Unit (continued)

Labs (continued)

| Non-gynecologic cytology [205044801] | | Resulted: 01/30/25 1656, Result status: Final result |
|---|---|---|
| Ordering provider: Carl Tanba, MD  01/28/25 1046 | | Order status: Completed |
| Filed by: Yinan Hua, MD  01/30/25 1656 | | Collected by: Michelle Curtiss, RN 01/28/25 1210 |
| Resulting lab: TUFTS ANATOMIC PATHOLOGY LAB | | CLIA number: 22D0074723 |
| Acknowledged by: Rameesha Mehreen, MD on 02/05/25 1126 | | |

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Case Report | -- | — | — | Tufts AP |
| Result: | | | | |
| Non-Gynecologic Cytology | Case: TC25-00178 | | | |
| Authorizing Provider:  Rameesha Mehreen, MD | Collected: | 01/28/2025 1210 | | |
| Ordering Location:    Tufts Medical Center | Received: | 01/29/2025 0807 | | |
| Medical Surgical Unit | | | | |
| Pathologist:       Yinan Hua, MD | | | | |
| Specimen:    Pleural Cavity, Right | | | | |
| Final Diagnosis | -- | — | — | Tufts AP |

Result: **A. Pleural Cavity, Right, Fluid :**

**Adequacy:**          Satisfactory for evaluation

**Interpretation:**     ATYPICAL CELLS PRESENT

   - Numerous small lymphocytes and rare mesothelial cells, see note.

Note: There are numerous small lymphocyte in this fluid specimen, some of them are slightly bigger, which might represent a reactive process. If the pleural effusion persists and clinically indicated, a flow cytometry analysis should be considered.

|   Electronically signed by Yinan Hua, MD on 1/30/2025 at 1656 | | | | |
|---|---|---|---|---|
| Gross Description | -- | — | — | Tufts AP |
| Result: | | | | |

A.  Received, labeled with the patient's name, "Orena, Victor" and medical record number, is 2.5cc hazy yellow tinged fresh fluid.  Fluid is concentrated and one fixed Pap stained ThinPrep slide is prepared.  Entire volume is concentrated but specimen is not suitable for cell block.

Grossed by BRAY, CHANELLE on 1/29/25 at 8:07 AM.


Document on 1/28/2025 12:10 PM by Yinan Hua, MD (below)

**TuftsMedicine**
Tufts Medical Center

Tufts Medical Center Health Information
Management
800 Washington Street
Boston MA 02111-1552

Orena, Victor
MRN: 34605960, DOB: 8/4/1934, Legal Sex: M
Adm: 1/18/2025, D/C: 1/30/2025

**01/18/2025 - Admission (Discharged) in Tufts Medical Center Medical Surgical Unit (continued)**

Labs (continued)

# TuftsMedicine

Tufts AP CLIA: 22D0074723     TUFTS ANATOMIC PATHOLOGY LAB, 800 Washington     617-636-5829
Street, Boston MA 02111
Director: J. Ryan Peña, MD, PhD, MS

**Orena, Victor**
MRN: 34605960
Male, 90 yrs, 8/4/1934
508-793-1202

Non-Gynecologic Cytology  (Final result)                TC25-00178

| | | | |
|---|---|---|---|
| Authorizing Provider: | Rameesha Mehreen, MD | Ordering Provider: | Carl Tanba, MD |
| Ordering Location: | Tufts Medical Center Medical Surgical Unit | Collected: | 01/28/2025 1210 |
| Pathologist: | Yinan Hua, MD | Received: | 01/29/2025 0807 |

**Specimens**
A     Pleural Cavity, Right

**Final Diagnosis**
A. Pleural Cavity, Right, Fluid :

**Adequacy:**     Satisfactory for evaluation

**Interpretation:**     ATYPICAL CELLS PRESENT

    - Numerous small lymphocytes and rare mesothelial cells, see note.

Note: There are numerous small lymphocyte in this fluid specimen, some of them are slightly bigger, which might represent a reactive process. If the pleural effusion persists and clinically indicated, a flow cytometry analysis should be considered.

Electronically signed by Yinan Hua, MD on 1/30/2025 at 1656

**Gross Description**
A. Received, labeled with the patient's name, "Orena, Victor" and medical record number, is 2.5cc hazy yellow tinged fresh fluid. Fluid is concentrated and one fixed Pap stained ThinPrep slide is prepared. Entire volume is concentrated but specimen is not suitable for cell block.

. Grossed by BRAY, CHANELLE on 1/29/25 at 8:07 AM.

**Proposed Charges**

| ID | Protocol or Tasks | Charge Code | | Qty |
|---|---|---|---|---|
| A | Body Fluids | LAB88112 | | 1 |

TC25-00178          Page: 1 of 2          Printed: 1/30/2025 4:56 PM

**Tufts**Medicine
Tufts Medical Center

Tufts Medical Center Health Information
Management
800 Washington Street
Boston MA 02111-1552

Orena, Victor
MRN: 34605960, DOB: 8/4/1934, Legal Sex: M
Adm: 1/18/2025, D/C: 1/30/2025

**01/18/2025 - Admission (Discharged) in Tufts Medical Center Medical Surgical Unit (continued)**

**Labs (continued)**

# **Tufts**Medicine

| | | |
|---|---|---|
| Tufts AP CLIA: 22D0074723 | TUFTS ANATOMIC PATHOLOGY LAB, 800 Washington Street, Boston MA 02111 Director: J. Ryan Peña, MD, PhD, MS | 617-636-5829 |

**Orena, Victor 34605960**

**Resulting Labs**

| | | |
|---|---|---|
| Tufts AP CLIA: 22D0074723 | TUFTS ANATOMIC PATHOLOGY LAB, 800 Washington Street, Boston MA 02111 Director: J. Ryan Peña, MD, PhD, MS | 617-636-5829 |

*TC25-00178*        *Page: 2 of 2*        *Printed: 1/30/2025 4:56 PM*

**Tufts**Medicine
Tufts Medical Center

Tufts Medical Center Health Information
Management
800 Washington Street
Boston MA 02111-1552

Orena, Victor
MRN: 34605960, DOB: 8/4/1934, Legal Sex: M
Adm: 1/18/2025, D/C: 1/30/2025

## 01/18/2025 - Admission (Discharged) in Tufts Medical Center Medical Surgical Unit (continued)

### Labs (continued)

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 29 - Tufts AP | TUFTS ANATOMIC PATHOLOGY LAB | J: Ryan Peña, MD, PhD, MS | 800 Washington Street Boston MA 02111 | 06/11/24 0902 - Present |

#### All Reviewers List

Rameesha Mehreen, MD on 2/5/2025 11:26

#### Body fluid cell count with differential [205044805] (Final result)

Status: **Completed**

Order placed as a reflex to Body fluid cell count with differential [205044799] ordered on 01/28/25 at 1046
Ordering user: Carl Tanba, MD 01/28/25 1046
Authorized by: Rameesha Mehreen, MD
Frequency: Routine Once 01/28/25 1047 - 1 occurrence
Quantity: 1
Instance released by: Carl Tanba, MD (auto-released) 1/28/2025 10:46 AM

Ordering provider: Carl Tanba, MD
Ordering mode: Standard
Class: Unit Collect
Lab status: Final result

#### Specimen Information

| ID | Type | Draw Type | Source | Collected By |
|---|---|---|---|---|
| TM25-028-HE0510 | Body Fluid | Non-blood Collection | Pleural Cavity, Right | Michelle Curtiss, RN 01/28/25 1210 |

#### Body fluid cell count with differential [205044805] (Abnormal)

Resulted: 01/28/25 1412, Result status: Final result

Ordering provider: Carl Tanba, MD 01/28/25 1046
Filed by: Lab, Background User 01/28/25 1412
Resulting lab: TUFTS MAIN LAB
Narrative:
Reference Ranges

Order status: Completed
Collected by: Michelle Curtiss, RN 01/28/25 1210
CLIA number: 22D0074723

Peritoneal:
  RBC: Not Established
  WBC/TNCC: < 500 cells/uL
  Neutrophils: < 25%

All other body fluid types:
The reference range is not established for this test. The test result should be integrated into the clinical context for interpretation.

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Color, BF | Yellow | Straw, Colorless, Other - See Comment | A ! | TMC |
| Appearance, Fluid | Cloudy | Clear | A ! | TMC |
| RBC, BF | 3,000 | cells/uL | — | TMC |
| TNC, Body Fluid | 5,101 | cells/uL | — | TMC |
| Neutrophil %, Body Fluid | 13 | % | — | TMC |
| Lymphocytes %, Body Fluid | 64 | % | — | TMC |
| Mono/Macrophage Cells %, Body Fluid | 5 | % | — | TMC |
| Eosinophils %, Body Fluid | 15 | % | — | TMC |
| Basophils %, Body Fluid | 1 | % | — | TMC |
| Atypical Lymphocytes %, Body Fluid | 1 | % | — | TMC |
| Mesothelial %, Body Fluid | 1 | % | — | TMC |
| Total Cells Counted, Body Fluid | 100 | — | — | TMC |

Received 3/7/2025 10:25:20 AM [Eastern Standard Time]  SCH67CAC99E6458

**Tufts**Medicine
Tufts Medical Center

Tufts Medical Center Health Information
Management
800 Washington Street
Boston MA 02111-1552

Orena, Victor
MRN: 34605960, DOB: 8/4/1934, Legal Sex: M
Adm: 1/18/2025, D/C: 1/30/2025

## 01/18/2025 - Admission (Discharged) in Tufts Medical Center Medical Surgical Unit (continued)

### Labs (continued)

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 18 - TMC | TUFTS MAIN LAB | J. Ryan Peña, MD, PhD, MS | 800 Washington Street Boston MA 02111 | 06/10/24 1020 – Present . |

Resulted: 01/28/25 1412, Result status: Preliminary result

#### Body fluid cell count with differential [205044805] (Abnormal)

Ordering provider: Carl Tanba, MD  01/28/25 1046
Filed by: Lab, Background User  01/28/25 1412
Resulting lab: TUFTS MAIN LAB
Narrative:
Reference Ranges

Order status: Completed
Collected by: Michelle Curtiss, RN 01/28/25 1210
CLIA number: 22D0074723

Peritoneal:
  RBC: Not Established
  WBC/TNCC: < 500 cells/uL
  Neutrophils: < 25%

All other body fluid types:
The reference range is not established for this test. The test result should be integrated into the clinical context for interpretation.

##### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Color, BF | Yellow | Straw, Colorless, Other - See Comment | A ! | TMC |
| Appearance, Fluid | Cloudy | Clear | A ! | TMC |
| RBC, BF | 3,000 | cells/uL | — | TMC |
| TNC, Body Fluid | 5,101 | cells/uL | — | TMC |
| Neutrophil %, Body Fluid | 13 | % | — | TMC |
| Lymphocytes %, Body Fluid | 64 | % | — | TMC |
| Mono/Macrophage Cells %, Body Fluid | 5 | % | — | TMC |
| Eosinophils %, Body Fluid | 15 | % | — | TMC |
| Basophils %, Body Fluid | 1 | % | — | TMC |
| Atypical Lymphocytes %, Body Fluid | 1 | % | — | TMC |
| Mesothelial %, Body Fluid | 1 | % | — | TMC |
| Total Cells Counted, Body Fluid | 100 | — | — | TMC |

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 18 - TMC | TUFTS MAIN LAB | J. Ryan Peña, MD, PhD, MS | 800 Washington Street Boston MA 02111 | 06/10/24 1020 – Present |

Resulted: 01/28/25 1252, Result status: Preliminary result

#### Body fluid cell count with differential [205044805] (Abnormal)

Ordering provider: Carl Tanba, MD  01/28/25 1046
Filed by: Lab, Background User  01/28/25 1252
Resulting lab: TUFTS MAIN LAB
Narrative:
Reference Ranges

Order status: Completed
Collected by: Michelle Curtiss, RN 01/28/25 1210
CLIA number: 22D0074723

Peritoneal:
  RBC: Not Established
  WBC/TNCC: < 500 cells/uL
  Neutrophils: < 25%

All other body fluid types:

Received 3/7/2025 10:25:20 AM [Eastern Standard Time]  SCH67CAC99E6458

**Tufts**Medicine
Tufts Medical Center

Tufts Medical Center Health Information
Management
800 Washington Street
Boston MA 02111-1552

Orena, Victor
MRN: 34605960, DOB: 8/4/1934, Legal Sex: M
Adm: 1/18/2025, D/C: 1/30/2025

## 01/18/2025 - Admission (Discharged) in Tufts Medical Center Medical Surgical Unit (continued)

### Labs (continued)

The reference range is not established for this test. The test result should be integrated into the clinical context for interpretation.

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Color, BF | Yellow | Straw, Colorless, Other - See Comment | A ! | TMC |
| Appearance, Fluid | Cloudy | Clear | A ! | TMC |
| RBC, BF | 3,000 | cells/uL | — | TMC |
| TNC, Body Fluid | 5,101 | cells/uL | — | TMC |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 18 - TMC | TUFTS MAIN LAB | J. Ryan Peña, MD, PhD, MS | 800 Washington Street Boston MA 02111 | 06/10/24 1020 - Present |

Received 3/7/2025 10:25:20 AM [Eastern Standard Time]  SCH67CAC99E6458

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ORENA, VICTOR | | Reg #: | 07540-085 |
| Date of Birth: | 08/04/1934 | Sex: M | Race: | WHITE |
| Scanned Date: | 03/07/2025 11:34 EST | | Facility: | DEV |

**Cosigned by Churchville, Lawrence MD on 03/10/2025 11:40.**

Heywood Hospital
242 Green St.
Gardner, MA 01440

**Discharge Summary**
**Signed**

Patient: Orena, Victor
DOB: 08/04/1934
Age/Sex: 90 / M
Loc:      HE.W1        W122-1
Attending Dr: Edna A MarkAddy MD

MR#: H000431760
Acct:HH0070081237
ADM Date: 02/28/25
Date of Discharge:

cc: Ryan Chua~

# DS: Providers
**Provider**
Date of Service: 03/03/25
Date of admission:
02/28/25 14:02

Primary care physician:
Ryan Chua

# DS: Diagnosis
**Discharge Diagnosis**
(1) Acute on chronic respiratory failure with hypoxia and hypercapnia:
    Status: Acute
(2) T2DM (type 2 diabetes mellitus):
    Status: Acute
(3) Acute on chronic systolic (congestive) heart failure:
    Status: Acute
(4) Acute encephalopathy:
    Status: Acute

# DS: Summary
**Hospital Course**
Hospital Course:
Brief history of present illness.
For full details, please review H&P dictated on day of admission:

Victor Orena is a 90 y.o. male with a past medical history of CAD s/p DES to mid LAD (2022), AV block s/p PPM, HFrEF (LVEF 30% 2022), AAA s/p repair in 2019, HTN, HLD, IDDM2, CVA, Alzheimer's dementia, currently federally incarcerated initially presented to UMass-Leominster ED on 1/17/2025 with acute hypoxemic and hypercapnic respiratory failure and transferred to Tufts MICU 1/18 for further management of respiratory distress requiring BiPAP --> transferred to floor on 1/19 on 6L NC. Underwent right sided thoracentesis complicated by right pneumothorax status post chest tube placement from 1/24-1/29. Patient was also treated for Legionella pneumonia at Tufts. The patient was discharged back to the facility he originated from under police custody, with recommendations of rehab and home supplemental oxygen.

He presented to Leominster Hospital with acute respiratory symptoms:
At Leominster ER, evaluation revealed blood pressure of 136/60, heart rate of 71, saturating 94% on 4 L nasal cannula. He was tachypneic on exam. Blood work showed CBC of hemoglobin 10.7, BNP elevated to 4300 similar to prior, BMP was done which showed sodium 146 and K of three 2.5. Troponin high-sensitivity were elevated at 63 and 66. VBG showed $CO_2$ retention.

He received lasix 40 IV x2.  Continued to have poor urine output with worsening hypoxemia with O2 needs increasing to 10L.
CT chest done showed mild central venous congestion, thickening of the central bronchial walls and diffuse interstitial prominence as above raise the possibility of venous congestion with mild chronic or early pulmonary edema.
Foley catheter was placed.  Plavix was held transiently for possible thoracentesis.
Systolic blood pressure had also decreased to mid 80s.  Patient started on Neo-Synephrine for blood pressure support.  Due to lack of ICU beds, patient was transferred to Heywood ICU for further management.

On his arrival to the ICU patient remains lethargic,  easily arousable, oriented to self only.  Patient was placed on BiPAP 12/5 at 50% FiO2.
ABG shows 7.39/57/73 on 15 L Oximask.


## 1. Acute on chronic hypoxic and hypercapnic respiratory failure
Likely multifactorial etiology-pulmonary vascular congestion + pneumonia plus pleural effusion.
Patient initially required BiPAP 12/5 alternating with HFNC and gradually transitioned to 3L large bore oxygen via nasal cannula.
Urine Legionella/strep pneumo antigen negative.
He was started on empiric vancomycin + cefepime. MRSA screen came back negative and vancomycin was discontinued and patient was continued on Cefepime.
He has been afebrile since admission with normal white count.
He denies any respiratory symptoms.
Blood cultures have showed no growth to date.
There is no indication to continue antibiotics and I will discontinue cefepime prior to his discharge.
He will continue on his supplemental oxygen to maintain sat greater than 90%.

## 2. Acute on chronic systolic CHF exacerbation with underlying history of CAD/AAA repair/ AV block s/p PPM
He had possible cardiogenic shock requiring Neo-Synephrine for blood pressure support.
Shock resolved after pressors - felt to be likely due to hypovolemia.
There was no signs of sepsis.
He was restarted on low dose spironolactone
Low-grade troponin leak noted at OSH likely demand ischemia in the setting of acute on chronic systolic heart failure.

## 3. Acute encephalopathy-metabolic secondary CO2 retention versus septic with underlying dementia
Centrally acting medications avoided in the setting of acute encephalopathy
Mental state at baseline

## 4. History of dysphagia
He passed bedside swallow evaluation by RN
He is tolerating current diet.
Protonix for GI prophylaxis


## 5. Diabetes mellitus II
Most recent A1c was 6.7 on 1/20/2025.
During admission, patient covered with ISS per inpatient protocol.

Overall, patient has remained hemodynamically stable for discharge back to his correction facility.

**Status at Discharge**
Code Status on Discharge: Full Code
**Time Attestation**
Discharge coordination time: Greater than 30 minutes
**Quality: Safe Use of Opioids (Hey)**
Does Pt have an Active Cancer Diagnosis on the Problem List?: No
**Quality: Stroke**
Does the patient have a stroke diagnosis?: No

# Physical Exam
Vital Signs:    Vital Signs:

### Last Vital Signs

| | | |
|---|---|---|
| Temp | 98.2 F | 03/03/25 11:35 |
| Pulse | 97 | 03/03/25 11:35 |
| Resp | 16 | 03/03/25 11:35 |
| BP | 151/81 H | 03/03/25 11:35 |
| Pulse Ox | 93 | 03/03/25 11:35 |
| O2 Del Method | Nasal Cannula | 03/03/25 11:35 |
| O2 Flow Rate | 4 | 03/03/25 11:35 |
| FiO2 | 40 | 03/02/25 08:00 |

### BMI result

| | |
|---|---|
| Body Mass Index | 34.9 |

| | |
|---|---|
| Const: | General: cooperative, comfortable and no acute distress |
| HEENT: | Head: Yes normocephalic and Yes atraumatic |
| Eyes: | General: appearance normal, both eyes and all related structures |
| Neck: | Other: |
| | Supple. No JVD |
| Resp: | Other: |
| | No respiratory distress.<br>Diminished breath sounds bilaterally. No rales or wheezing. No rhonchi<br>Effort & Inspection: normal respiratory effort |
| Cardio: | Rhythm: regular rhythm  Heart sounds: S1 normal heart sound present and S2 normal heart sound present |

GI:      Other:

Soft, non tender with palpation. No guarding

Skin:     Other:

Limited skin examination without any suspicious lesions or jaundice

Neuro:    Other:

He is awake, alert and oriented to self

Extrem:   Other:

Bilateral compression device without any obvious edema

# DS: Data

**Data Completed and Pending**

Labs on day of discharge:

### Laboratory Results - last 24 hr

|  | 03/02/25 16:34 | 03/02/25 21:16 | 03/03/25 06:05 |
|---|---|---|---|
| WBC |  |  | 6.91 |
| RBC |  |  | 3.87 L |
| Hgb |  |  | 10.8 L |
| Hct |  |  | 34.7 L |
| MCV |  |  | 89.7 |
| MCH |  |  | 27.9 |
| MCHC |  |  | 31.1 |
| RDW |  |  | 14.8 H |
| Plt Count |  |  | 188 |
| Immature Gran % (Auto) |  |  | 0.4 |
| Neut % (Auto) |  |  | 67.0 H |
| Lymph % (Auto) |  |  | 19.2 L |
| Mono % (Auto) |  |  | 11.0 |
| Eos % (Auto) |  |  | 1.4 |
| Baso % (Auto) |  |  | 1.0 |
| Lymph # (Auto) |  |  | 1.33 |
| Mono # (Auto) |  |  | 0.76 |
| Eos # (Auto) |  |  | 0.10 |
| Baso # (Auto) |  |  | 0.07 |
| Abs Immat Gran (auto) |  |  | 0.03 |
| Absolute Neuts (auto) |  |  | 4.62 |
| Absolute Nucleated RBC |  |  | 0.00 |
| Nucleated RBC % (auto) |  |  | 0.0 |
| Sodium |  |  | 145 |
| Potassium |  |  | 3.8 |
| Chloride |  |  | 105 |
| Carbon Dioxide |  |  | 30 H |

| | | | |
|---|---|---|---|
| Anion Gap | | | 13 |
| BUN | | | 17 |
| Creatinine | | | 0.97 |
| Estimated GFR | | | 74 |
| Glucose | | | 167 H |
| POC Glucose | 151 H | 148 H | |
| Calcium | | | 9.4 |
| Phosphorus | | | 2.5 |
| Magnesium | | | 2.30 |
| Total Bilirubin | | | 0.7 |
| AST | | | 14 |
| ALT | | | 7 |
| Alkaline Phosphatase | | | 45 |
| Total Protein | | | 6.6 |
| Albumin | | | 3.9 |
| Globulin | | | 2.7 |
| Albumin/Globulin Ratio | | | 1.5 |

| | 03/03/25 07:31 | 03/03/25 11:09 |
|---|---|---|
| WBC | | |
| RBC | | |
| Hgb | | |
| Hct | | |
| MCV | | |
| MCH | | |
| MCHC | | |
| RDW | | |
| Plt Count | | |
| Immature Gran % (Auto) | | |
| Neut % (Auto) | | |
| Lymph % (Auto) | | |
| Mono % (Auto) | | |
| Eos % (Auto) | | |
| Baso % (Auto) | | |
| Lymph # (Auto) | | |
| Mono # (Auto) | | |
| Eos # (Auto) | | |
| Baso # (Auto) | | |
| Abs Immat Gran (auto) | | |
| Absolute Neuts (auto) | | |
| Absolute Nucleated RBC | | |
| Nucleated RBC % (auto) | | |
| Sodium | | |
| Potassium | | |
| Chloride | | |
| Carbon Dioxide | | |
| Anion Gap | | |
| BUN | | |
| Creatinine | | |
| Estimated GFR | | |

| | | |
|---|---|---|
| Glucose | | |
| POC Glucose | 160 H | 226 H |
| Calcium | | |
| Phosphorus | | |
| Magnesium | | |
| Total Bilirubin | | |
| AST | | |
| ALT | | |
| Alkaline Phosphatase | | |
| Total Protein | | |
| Albumin | | |
| Globulin | | |
| Albumin/Globulin Ratio | | |

### Preliminary micro results at discharge

| 02/28/25 15:45 Blood | Blood Culture - Preliminary No growth aerobic or anaerobic bottles after 48 hours incubation. |
|---|---|
| 02/28/25 15:35 Blood | Blood Culture - Preliminary No growth aerobic or anaerobic bottles after 48 hours incubation. |

# Discharge Plan
**Discharge**
Anticipated Discharge Date/Time: 03/03/25 13:23

Patient Disposition: Xfer LTC

Discharge Diagnosis: Acute on chronic systolic congestive heart failure with underlying history of CAD, acute on chronic hypoxic and hypercapnic respiratory failure-stable

Discharge Medications:
**Continued**
  **atorvastatin 20 mg**
   20 mg PO BEDTIME
  **aspirin 81 mg Tablet**
   81 mg PO DAILY
  **calcium polycarbophil 625 mg**
   625 mg PO BEDTIME
  **clopidogrel 75 mg**
   75 mg PO DAILY
  **insulin NPH human semi-syn 100 unit/mL Suspension**
   22 unit SUBCUT BID
  **donepezil 5 mg**
   5 mg PO DAILY
  **insulin regular human 100 unit/mL Cartridge**
   8 unit subcut BID

**Tylenol**
 650 mg PO TID
**bisacodyl**
 5 mg PO DAILY PRN (Reason: Constipation)
**cholecalciferol (vitamin D3)**
 1.25 mg PO Q4W
**citalopram**
 10 mg PO BEDTIME
**docusate sodium**
 100 mg PO BID PRN (Reason: Constipation)
**dorzolamide-timolol**
 22.3 mg ophthalmic (eye) BID
**ferrous gluconate**
 324 mg PO 3XW
**furosemide**
 40 mg PO BID
 Rx Instructions:
 hold for SBP  < 100
**glucose**
 4 mg PO DAILY PRN (Reason: Hypoglycemia)
**guaifenesin**
 600 mg PO BID PRN (Reason: Secretions)
**latanoprost**
 0.005 % ophthalmic (eye) BEDTIME
**memantine**
 10 mg PO BID
**nystatin**
 100,000 units topical TID
**risperidone**
 0.5 mg PO DAILY PRN (Reason: Agitation)
**spironolactone**
 12.5 mg PO DAILY
**trazodone**
 50 mg PO BEDTIME

**Discontinued**
**amoxicillin-pot clavulanate**
 875 mg PO BID
 Rx Instructions:
 for 7 days, starting on  2/24/25 end 3/3/25
**doxycycline hyclate**
 100 mg PO BID
 Rx Instructions:
 started on 2/24/25 ends on 3/3/25

Discharge Orders:
**Discharge Order**  (Routine); Ordered 03/03/25
 Ordered By:  Edna A MarkAddy

Activity on Discharge: As tolerated

Print Language: English

Care Plan Goals:
Refer to discharge summary

Health Concerns:
Follow up with PCP upon discharge

Plan of Treatment:
As above

Assessment:
Acute on chronic hypoxic respiratory failure -stable

Dictated By:        Edna A MarkAddy MD
Signed By:          <Electronically signed by Edna A MarkAddy MD>                    03/03/25 1413

                            .

DD/DT: 03/03/25 1329
TD/TT: 03/03/25 1329        Transcriptionist: EM

Heywood Hospital

Patient: Victor Orena
Acct Num: HH0070081237
Med Rec Num: H000431760
Location: Watkins 1
Primary Provider: MarkAddy,Edna A
Date: 02/28/25

# Patient Visit Information

## Care Plan Goals:

Refer to discharge summary

## Additional Health Concerns:

Follow up with PCP upon discharge

## Additional Documents Given:

Hey/Ath Discharge Information
Home Medications List
Patient Discharge Packet

| Name | Account Number | Med Rec Num |
|------|----------------|-------------|
| Orena,Victor | HH0070081237 | H000431760 |

**Plan of Treatment**

As above

**Assessment**

Acute on chronic hypoxic respiratory failure -stable

**Patient:** Victor Orena
**Medical Record Number:** H000431760
**Account:** HH0070081237

**If you have any Continued Medications, please take those medications until told to stop by your provider.**

Please review the sections of this list carefully, and if you have any questions regarding your medications or medical equipment/supplies, contact your primary care physician.

## Continue Medications (23)
### These are your current medications to keep taking at home.

1. **aspirin    81 mg**
   81 mg oral daily
   Last Taken: 03/03/25 09:16 81 mg
   Next Dose: Tomorrow (03/04/25) at 8:30 am

2. **atorvastatin    20 mg**
   20 mg oral bedtime
   Last Taken: 03/02/25 20:41 20 mg
   Next Dose: Today (03/03/25) at 8:30 pm

3. **bisacodyl**
   5 mg oral daily as needed
   PRN Reason: Constipation
   Last Taken: Unknown

4. **calcium polycarbophil    625 mg**
   625 mg oral bedtime
   Last Taken: Unknown

5. **cholecalciferol (vitamin D3)**
   1.25 mg oral every 4 weeks
   Last Taken: Unknown

6. **citalopram**
   10 mg oral bedtime
   Last Taken: Unknown

7. **clopidogrel    75 mg**
   75 mg oral daily
   Last Taken: 03/03/25 09:16 75 mg
   Next Dose: Tomorrow (03/04/25) at 8:30 am

8. **docusate sodium**
   100 mg oral 2 times a day as needed
   PRN Reason: Constipation
   Last Taken: Unknown

9. **donepezil    5 mg**
   5 mg oral daily
   Last Taken: 03/03/25 09:15 5 mg
   Next Dose: Tomorrow (03/04/25) at 8:30 am

10. **dorzolamide-timolol**
    22.3 mg ophthalmic (eye) 2 times a day
    Last Taken: Unknown

Patient: Victor Orena
Medical Record Number: H000431760
Account: HH0070081237

If you have any Continued Medications, please take those medications until told to stop by your provider.

## Continue Medications (23)
### These are your current medications to keep taking at home.

11.    **ferrous gluconate**
       324 mg oral 3 times a week
       Last Taken: Unknown

12.    **furosemide**
       40 mg oral 2 times a day
       hold for SBP  < 100
       Last Taken: Unknown

13.    **glucose**
       4 mg oral daily as needed
       PRN Reason: Hypoglycemia
       Last Taken: Unknown

14.    **guaifenesin**
       600 mg oral 2 times a day as needed
       PRN Reason: Secretions
       Last Taken: Unknown

15.    **insulin NPH human semi-syn    100 unit/mL**
       22 unit subcutaneous 2 times a day
       Last Taken: Unknown

16.    **insulin regular human    100 unit/mL**
       8 unit subcutaneous 2 times a day
       Last Taken: Unknown

17.    **latanoprost**
       0.005 % ophthalmic (eye) bedtime
       Last Taken: Unknown

18.    **memantine**
       10 mg oral 2 times a day
       Last Taken: 03/03/25 09:15 10 mg
       Next Dose: Today (03/03/25) at 8:30 pm

19.    **nystatin**
       100,000 units topical 3 times a day
       Last Taken: Unknown

20.    **risperidone**
       0.5 mg oral daily as needed
       PRN Reason: Agitation
       Last Taken: Unknown

21.    **spironolactone**
       12.5 mg oral daily
       Last Taken: 03/03/25 09:16 12.5 mg

**Patient:** Victor Orena
**Medical Record Number:** H000431760
**Account:** HH0070081237

If you have any Continued Medications, please take those medications until told to stop by your provider.

## Continue Medications (23)
### These are your current medications to keep taking at home.

Next Dose: Tomorrow (03/04/25) at 8:30 am

22. **trazodone**
    50 mg oral bedtime
    Last Taken: Unknown

23. **Tylenol**
    650 mg oral 3 times a day
    Last Taken: 02/28/25

## Discontinued Medications (2)
### These are medications to stop taking at home.

** **amoxicillin-pot clavulanate**
   875 mg oral 2 times a day
   for 7 days, starting on  2/24/25 end 3/3/25
   Doctor's Order
   Last Taken: 02/28/25



** **doxycycline hyclate**
   100 mg oral 2 times a day
   started on 2/24/25 ends on 3/3/25
   Doctor's Order
   Last Taken: Unknown

Orena,Victor
**Fac:** Heywood Hospital        **Loc:**Watkins 1        **Bed:**W122-1
90 M 08/04/1934      **Med Rec Num:**H000431760      **Visit:**HH0070081237
      **Attending:**Edna A MarkAddy           **Reg Date:**02/28/25
     **Reason:**Acute on chronic hypoxic resp failure

## Diagnosis

Type 2 diabetes mellitus without complications (02/28/25)
Encephalopathy, unspecified (02/28/25)
Acute on chronic systolic (congestive) heart failure (02/28/25)
Acute and chronic respiratory failure with hypoxia (02/28/25)
Acute and chronic respiratory failure with hypercapnia (02/28/25)

## Discharge Diagnosis

Discharge Diagnosis          Acute on chronic systolic congestive heart
                          failure with underlying history of CAD, acute on
                          chronic hypoxic and hypercapnic respiratory
                          failure-stable

## Allergies

| Allergy/AdvReac | Type | Severity | Reaction | Status | Date / Time |
|---|---|---|---|---|---|
| topiramate [From Topamax] | Allergy | | Unknown | Verified | 02/28/25 16:49 |

## Advanced Directives

Health Care Proxy           Yes

## Height and Weight

Height                     5 ft 4 in
Weight                     203 lb 7 oz

## Laboratory

**03/03/25 11:09: POC Glucose 226 H**
**03/03/25 07:31: POC Glucose 160 H**
**03/03/25 06:05:** WBC 6.91, **RBC 3.87 L, Hgb 10.8 L, Hct 34.7 L,** MCV 89.7, MCH 27.9, MCHC 31.1, **RDW 14.8 H,** Plt Count 188, Immature Gran % (Auto) 0.4, **Neut % (Auto) 67.0 H, Lymph % (Auto) 19.2 L,** Mono % (Auto) 11.0, Eos % (Auto) 1.4, Baso % (Auto) 1.0, Lymph # (Auto) 1.33, Mono # (Auto) 0.76, Eos # (Auto) 0.10, Baso # (Auto) 0.07, Abs Immat Gran (auto) 0.03, Absolute Neuts (auto) 4.62, Absolute Nucleated RBC 0.00, Nucleated RBC % (auto) 0.0, Sodium 145, Potassium 3.8, Chloride 105, **Carbon Dioxide 30 H,** Anion Gap 13, BUN 17, Creatinine 0.97, Estimated GFR 74, **Glucose 167 H,** Calcium 9.4, Phosphorus 2.5, Magnesium 2.30, Total Bilirubin 0.7, AST 14, ALT 7, Alkaline Phosphatase 45, Total Protein 6.6, Albumin 3.9, Globulin 2.7, Albumin/Globulin Ratio 1.5
**03/02/25 21:16: POC Glucose 148 H**
**03/02/25 16:34: POC Glucose 151 H**

Orena,Victor
Fac: Heywood Hospital      Loc:Watkins 1      Bed:W122-1
90 M 08/04/1934      Med Rec Num:H000431760      Visit:HH0070081237

### Laboratory - Continued

**03/02/25 11:14:** POC Glucose 89
**03/02/25 08:12:** POC Glucose 90
**03/02/25 05:05:** WBC 6.94, **RBC 3.68 L, Hgb 10.2 L, Hct 33.4 L,** MCV 90.8, MCH 27.7, **MCHC 30.5 L, RDW 14.8 H,** Plt Count 182, Immature Gran % (Auto) 0.3, **Neut % (Auto) 67.8 H, Lymph % (Auto) 19.6 L,** Mono % (Auto) 9.7, Eos % (Auto) 1.9, Baso % (Auto) 0.7, Lymph # (Auto) 1.36, Mono # (Auto) 0.67, Eos # (Auto) 0.13, Baso # (Auto) 0.05, Abs Immat Gran (auto) 0.02, Absolute Neuts (auto) 4.71, Absolute Nucleated RBC 0.00, Nucleated RBC % (auto) 0.0, Sodium 144, Potassium 3.8, Chloride 104, Carbon Dioxide 29, Anion Gap 16, BUN 17, Creatinine 1.05, Estimated GFR 67, Glucose 76, Calcium 9.3, Phosphorus 2.8, Magnesium 2.20, Total Bilirubin 0.8, AST 13, ALT 6, Alkaline Phosphatase 41, Total Protein 6.5, Albumin 3.9, Globulin 2.5, Albumin/Globulin Ratio 1.6
**03/01/25 19:24:** POC Glucose 88
**03/01/25 16:22:** POC Glucose 92
**03/01/25 11:29:** POC Glucose 98
**03/01/25 08:56:** POC Glucose 99
**03/01/25 06:07:** POC Glucose 90
**03/01/25 05:44:** WBC 6.04, **RBC 3.47 L, Hgb 9.6 L, Hct 31.9 L,** MCV 91.9, MCH 27.7, **MCHC 30.1 L, RDW 15.1 H,** Plt Count 182, Immature Gran % (Auto) 0.5, **Neut % (Auto) 72.1 H, Lymph % (Auto) 15.6 L,** Mono % (Auto) 9.6, Eos % (Auto) 1.5, Baso % (Auto) 0.7, Lymph # (Auto) 0.94, Mono # (Auto) 0.58, Eos # (Auto) 0.09, Baso # (Auto) 0.04, Abs Immat Gran (auto) 0.03, Absolute Neuts (auto) 4.36, Absolute Nucleated RBC 0.00, Nucleated RBC % (auto) 0.0, **PT 16.7 H,** INR 1.36, **Sodium 146 H,** Potassium 3.8, Chloride 105, **Carbon Dioxide 31 H,** Anion Gap 14, BUN 18, Creatinine 1.09, Estimated GFR 64, Glucose 84, Calcium 8.8, Phosphorus 3.0, Magnesium 2.00, Total Bilirubin 0.9, AST 15, ALT 6, **Alkaline Phosphatase 39 L, Pro-B-Natriuretic Pept 4561.0 H, Total Protein 6.2 L,** Albumin 3.9, Globulin 2.3, Albumin/Globulin Ratio 1.7
**03/01/25 00:10:** POC Glucose 95
**02/28/25 17:58:** POC Glucose 116
**02/28/25 15:47:** Urine Color Yellow, Urine Appearance Clear, Urine pH 5.5, Ur Specific Gravity 1.025, Urine Protein Trace (low), Urine Glucose (UA) Negative, Urine Ketones Negative, **Urine Hemoglobin 3+ H,** Urine Nitrite Negative, Urine Bilirubin Negative, Urine Urobilinogen 0.2, **Ur Leukocyte Esterase Trace H, Urine RBC 25-30 A,** Urine WBC 0-4, Urine Bacteria Rare, Hyaline Casts 2-5/LPF
**02/28/25 15:41:** Bld Gas Analysis Time 0313, Patient Temperature 98.6, ABG Sample Site RIGHT RADIAL, ABG pH 7.39, **ABG pCO2 56.7 H, ABG pO2 73 L, ABG HCO3 34.6 H, ABG Total CO2 36 H, ABG O2 Saturation 94.8 L, ABG Base Excess 9.7 H,** Allen Test POSITIVE BLOOD FLOW, FiO2 100, POC Glucose 109
**02/28/25 15:35:** WBC 7.57, RBC 4.30, **Hgb 11.6 L, Hct 40.0 L,** MCV 93.0, MCH 27.0, **MCHC 29.0 L, RDW 15.4 H,** Plt Count 245, Immature Gran % (Auto) 0.4, **Neut % (Auto) 70.4 H, Lymph % (Auto) 15.5 L,** Mono % (Auto) 12.7, Eos % (Auto) 0.5, Baso % (Auto) 0.5, Lymph # (Auto) 1.17, Mono # (Auto) 0.96, Eos # (Auto) 0.04, Baso # (Auto) 0.04, Abs Immat Gran (auto) 0.03, Absolute Neuts (auto) 5.33, Absolute Nucleated RBC 0.00, Nucleated RBC % (auto) 0.0, Sodium 145, Potassium 3.6, Chloride 102, **Carbon Dioxide 34 H,** Anion Gap 12, BUN 16, **Creatinine 1.32 H,** Estimated GFR 51, Glucose 112, Calcium 8.8, Magnesium 2.20, Total Bilirubin 0.6, AST 18, ALT 10, Alkaline Phosphatase 55, Total Protein 6.6, Albumin 3.6, Globulin 3.1, Albumin/Globulin Ratio 1.2, Procalcitonin 0.09
**02/28/25 14:15:** Ur L.pneumophila Ag Negative, Ur Strep pneumoniae Ag Negative

---

### Microbiology

---

02/28/25 15:42   Nares   MRSA Culture - Final
            NO MRSA DETECTED

Orena,Victor
Fac: Heywood Hospital | Loc:Watkins 1 | Bed:W122-1
90 M 08/04/1934 | Med Rec Num:H000431760 | Visit:HH0070081237

## Impressions

Chest X-Ray 02/28/25 15:00

IMPRESSION:


1. Pulmonary edema.

2. Abandoned pacemaker leads within the left chest wall and a pacemaker battery pack and leads in the right chest wall.

## Care Team

| Visit Care Team | Role | Provider Type |
|---|---|---|
| Ryan Chua | | |
| | Primary Care Provider | Physician |
| Specialty: | Medical | |
| Phone: | 978-798-6900 | |
| | | |
| Edna A MarkAddy, MD | | |
| | Attending Provider | Physician |
| Specialty: | .Hospitalist | |
| Phone: | 978-669-5620 | |
| | | |
| Keshav Parthasarathy, MD | | |
| | Admit Provider | Physician |
| Specialty: | Critical Care (Intensivists) | |
| Phone: | 978-632-3420 | |

For questions/concerns call Primary MD. (911 for Emergencies)
In lieu of Primary MD, if problem exists go to the nearest Emergency Department.

Results of all studies are listed unless noted as Pending.
Contact Primary MD for any pending results.

Continue all current medications unless otherwise directed to stop.

## Heywood Healthcare Patient Portal

Orena,Victor
Fac: Heywood Hospital          Loc:Watkins 1                    Bed:W122-1
90 M 08/04/1934        Med Rec Num:H000431760          Visit:HH0070081237

Heywood Healthcare offers a secure on-line interactive tool for patients to review their health information - Heywood Healthcare Patient Portal. This interactive web portal will enable patients and their families to take an active role in their care by providing easy, secure access to their health information via the Internet.

The Patient Portal provides patients with instant access to their health information, including laboratory results, medications, allergies, demographic information, visit history, and more. In addition to managing their own care, parents and health care proxies with authorized consent will appreciate the ability to access the records of those individuals for whom they provide care. Please note: In order to be set up to access another patient's portal, you will be required to come to the Medical Records Department in person at Heywood/Athol Hospital. Both the patient giving proxy access and the proxy will need to provide photo identification and complete the appropriate authorization.

If you are interested in enrolling in the Patient Portal, please visit our website at www.heywood.org. Then click on the Blue Patient Portal button on the top Right of the main page, then click on the Blue Self Enrollment button.

In order to initially enroll in the portal, you will need to enter some required information including the following:
- Last name
- First name
- Date of birth

Please note: In order to enroll in the Patient Portal, we need to have your email address on file in your electronic medical record. The email address needs to be specific for one person (yourself) in order for the Portal enrollment to be successful. You can update your email address in person with our Registration staff when you are registering for a hospital visit. Otherwise, you will need to come to the Medical Records Department at Heywood Hospital or Athol Hospital, which are open Monday through Friday from 8:00am-5:00pm. You will be required to present a photo ID and an Email Address you provided: no@email.com

Once you have successfully enrolled, you will receive an email containing a link for you to create your own portal user id, password, and security questions. Once enrolled as a user in the Patient Portal, you can access your portal via the Log on button on our website at any time.

Your health information can also be accessed through an application such as those used on a smartphone or tablet. To access information such as your medications, allergies, or lab results the Health and Wellness App is available in the App Store or Google Play.

We encourage all of our patients to enroll in the Patient Portal as it presents a valuable opportunity for patients and their families to actively participate in their care and stay healthy.

*For information regarding pending tests or further questions about other details of the inpatient care, please contact your primary care.

Orena,Victor
Facility: Heywood Hospital     Location: Watkins 1
90 M 08/04/1934     Med Rec Num: H000431760
Attending: Edna A MarkAddy
Reason: Acute on chronic hypoxic resp failure

Room-Bed: W122-1
Visit: HH0070081237
Reg Date: 02/28/25

## Diagnosis

Type 2 diabetes mellitus without complications (02/28/25)
Encephalopathy, unspecified (02/28/25)
Acute on chronic systolic (congestive) heart failure (02/28/25)
Acute and chronic respiratory failure with hypoxia (02/28/25)
Acute and chronic respiratory failure with hypercapnia (02/28/25)

## Medical History

Alzheimer dementia
Alzheimer's disease
Anemia
AV block, complete
BPH (benign prostatic hyperplasia)
Cardiomyopathy
CKD (chronic kidney disease), stage III
Constipation
Glaucoma
Heart failure
Hemorrhoids
History of placement of stent in LAD coronary artery
HLD (hyperlipidemia)
Hypertension
Iron deficiency anemia
NSTEMI (non-ST elevated myocardial infarction)
Osteoarthritis
PNA (pneumonia)
Polyneuropathy due to type 2 diabetes mellitus
Presence of cardiac pacemaker for complete AV block
T2DM (type 2 diabetes mellitus)

Continued on Page 2

Orena, Victor
**Facility: Heywood Hospital**          **Location: Watkins 1**
90 M 08/04/1934                    Med Rec Num: H000431760

## Surgical History

History of AAA (abdominal aortic aneurysm) repair
History of cataract extraction with lens replacement

## Allergies

topiramate [From Topamax] Allergy (Verified 02/28/25 16:49)
Unknown

## Code Status while Hospitalized

Resuscitation Status    Full Code

## Advanced Directives

Health Care Proxy              Yes

## Last Set of Vital Signs

| | | |
|---|---|---|
| Temperature | 98.2 F | 03/03/25 11:35 |
| Temperature Source | Oral | 03/03/25 11:35 |
| Pulse Rate | 97 | 03/03/25 11:35 |
| Pulse Location | Automated | 03/03/25 11:35 |
| Respiratory Rate | 16 | 03/03/25 11:35 |
| Blood Pressure | 151/81 H | 03/03/25 11:35 |
| Cuff Location | Upper Arm- Left | 03/03/25 11:35 |
| Blood Pressure Position | Semi Fowlers | 03/01/25 18:01 |
| Blood Pressure Mean | 104 H | 03/03/25 11:35 |
| Pulse Oximetry | 93 | 03/03/25 11:35 |

Continued on Page 3

Orena,Victor
Facility: Heywood Hospital          Location: Watkins 1
90 M 08/04/1934                      Med Rec Num: H000431760

Last Set of Vital Signs - Continued

| Oxygen Delivery Method | Nasal Cannula | 03/03/25 11:35 |
|---|---|---|
| Oxygen Flow Rate | 4 | 03/03/25 11:35 |
| Fraction of Inspired Oxygen | 40 | 03/02/25 08:00 |
| Vital Signs Comment | 12/5 | 03/01/25 03:00 |

## Last Bowel Movement

Last Bowel Movement                 03/02/25

## Height & Weight

Height and Weight                                     Start: 02/28/25 06:00
Freq:  DAILY@0600                                     Status: Active
Protocol:
Document    03/03/25 06:00  HM  (Rec: 03/03/25 06:54  HM  HEHHTSDT08)
Height and Weight
    Height                          5 ft 4 in
    Weight                          203 lb 7 oz
    Weight Measurement Method       Built in Bedscale
    Newborn Weight in Grams         92277.697
    Body Mass Index (kg/m²)         34.9
    BMI Classification              Obese
    Obesity Class                   I

Height and Weight                                     Start: 02/28/25 15:44
Freq:  0600                                           Status: Complete
Protocol:
Document    03/01/25 06:00  SC  (Rec: 03/01/25 06:30  SC  HEHHICUD05)
Height and Weight
    Height                          5 ft 4 in
    Weight                          210 lb 15.718 oz
    Weight Measurement Method       Built in Bedscale
    Newborn Weight in Grams         95700
    Body Mass Index (kg/m²)         36.2
    BMI Classification              Obese

Continued on Page 4

Orena,Victor
Facility: Heywood Hospital          Location: Watkins 1
90 M 08/04/1934                     Med Rec Num: H000431760
Height & Weight - Continued

Obesity Class                       II

## Assessment

Shift Assessment                                                    Start: 02/28/25 15:44
Freq:   OSHIFT                                                      Status: Active
Protocol:
Document    03/03/25 08:00  MH  (Rec: 03/03/25 10:46  MH  HEHHTSDT07)
Neurological
  Neurological - Within Defined Parameters                  Yes, except
    Query Text:WDP-Alert and Oriented X4 (Person, Place, Time,
    Situation)
    Arousable to Verbal Stimuli
    Speech Clear and Appropriate
    Memory Intact
    PERRLA
    Negative Facial Droop
    Absence of Dizziness/Vertigo.
    Absence of Recent Seizure Activity
  Neurological Comment                                      dementia
Behavior
  Behavioral - Within Defined Parameters                    Yes, except
    Query Text:WDP- Patient is Calm and Cooperative
EENT
  EENT - Within Defined Parameters                          Yes
    Query Text:WDP-No Visual or Hearing Changes
    Sclera White. Absence of Eye Drainage
    Absence of Ear Discharge
    Nares Patent
    Absence of Nasal Drainage
    Mucous Membranes Moist, Pink and Intact
    Absence of Mouth or Gum Alterations
Cardiovascular
  Cardiovascular - Within Defined Parameters                Yes
    Query Text:WDP-Pulse Rhythm Regular
    Peripheral Pulses Palpable

Continued on Page 5

Orena,Victor
**Facility:** Heywood Hospital          **Location:** Watkins 1
90 M 08/04/1934                **Med Rec Num:** H000431760
Assessment - Continued

Heart Sounds Normal (Auscultated Heart Sounds S1 & S2 Only)
Capillary Refill < 2 Seconds
Absence of Edema
Absence of Chest Pain/Discomfort/Pressure
Absence of Jugular Vein Distension
Respiratory
Respiratory - Within Defined Parameters                    Yes, except
Query Text:WDP-Respirations even and non labored
Breath Sounds Clear
Absence of Cough
Absence of Sputum
Absence of Airway Obstruction
Gastrointestinal
Gastrointestinal - Within Defined Parameters               Yes, except
Query Text:WDP-Abdomen Soft and Non-Tender
Bowel Sounds X 4 Auscultated
Absence of Nausea and Vomiting
Absence of Diarrhea and Constipation
Absence of Incontinence
Bowel Pattern Normal. If Post-Op, Passing Flatus
Absence of Bleeding
Absence of Ostomy/Gastric Feeding Tube
Genitourinary
Genitourinary - Within Defined Parameters                  Yes, except
Query Text:WDP- Absence of Incontinence.
Absence of Catheter (External, Indwelling or Intermittent)
Urine Appearance Clear and Yellow
Urine has no Odor
Absence of Bladder Distention and Retention.
Voiding Pattern Normal
Absence of Painful Urination
Absence of Vaginal/Penile Discharge or Odor
Foley Catheter Present                                     Yes
Integumentary
Integumentary - Within Defined Parameters                  Yes, except
Query Text:WDP- Skin Color Appropriate for Ethnicity
Skin Warm and Dry

Continued on Page 6

Otena,Victor
Facility: Heywood Hospital          Location: Watkins 1
90 M 08/04/1934                      Med Rec Num: H000431760
Assessment - Continued

Skin Turgor Normal
Skin Intact and Absence of Alterations in Skin Integrity
Skin Problem                                                    Pressure Injury,Skin Tear
Musculoskeletal
Musculoskeletal - Within Defined Parameters
Query Text:WDP-Strength and Movement of all Extremities         Yes, except
Absence of Weakness, Swelling, Tenderness or Fractures
Absence of Musculoskeletal Impairment

---

## ADL Information

Activity/Functional ADLs
Freq: Q8H                                                                            Start: 02/28/25 15:44
Protocol:                                                                            Status: Active
Document      03/03/25 09:57  NH   (Rec: 03/03/25 10:00  NH  HEHHTSDT03)
Activity Assessment
Patient Activity                                                Repositioned to Left,Repositioned to
                                                               Right,Repositioned to Supine
Activity Ability                                               2 Person Assist
Tolerates Activity                                             Fair
Safety Precautions                                             Bed Alarm on and Functioning,Bed in
                                                               Low Position,Call light within Reach,
                                                               Personal Belongings in Patient Reach
Purposeful Rounding Conducted                                  Yes
Sleep Pattern                                                  Awake most of the day
Oral Care                                                      Teeth Brushing
Oral Care Ability                                             1 Person Assist
Bathing Type                                                  Sponge Bath
Bathing Ability                                              1 Person Assist
Upper Body Dressing Ability                                  1 Person Assist
Lower Body Dressing Ability                                  1 Person Assist
Grooming Ability                                            1 Person Assist
Level of Ambulation Independence                            1 Person Assist
Eating (Feeding) Ability                                    1 Person Assist
Toileting Ability                                           1 Person Assist
Catheter Care Done By                                       Staff

Continued on Page 7

Orena,Victor

**Facility:** Heywood Hospital      **Location:** Watkins 1      **Room-Bed:** W122-1

90 M 08/04/1934      **Med Rec Num:** H000431760      **Visit:** HH0070081237

ADL Information - Continued

Indwelling Urinary Catheter Care

    Bag Hung Below Bladder,Catheter
    Properly Secured,Closed System Intact,
    Tubing Free of Kinks

## Discharge Data

Inpatient Discharge Date/Time:
Inpatient Discharge Disposition: Xfer LTC
Inpatient Discharge Comment:

Observation Discharge Date/Time:
Observation Discharge Disposition:
Observation Discharge Comment:

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ORENA, VICTOR | | Reg #: | 07540-085 |
| Date of Birth: | 08/04/1934 | Sex: M | Race: | WHITE |
| Scanned Date: | 03/07/2025 08:30 EST | | Facility: | DEV |

**Cosigned by Churchville, Lawrence MD on 03/10/2025 11:40.**

# CT CHEST W CONTRAST



UMassMemorial  UMass Memorial HealthAlliance  60 Hospital Road
Health Care  Leominster Campus CT Scan  Leominster, MA 01453

## Orena, Victor

MRN: 520200765, Sex Assigned at Birth: Male, 8/4/1934 (90 yrs), Emergency
Accession #: 36108694

*07540-085*

---

# Final Result

INDICATION: prior effusions/SOB area per clinical record: "90-year-old with history of CHF who is reportedly from the facility not on any oxygen but prior notes that he is on 2 L of oxygen at baseline but given his presenting who has history of dementia who was found to be 88% on room air this morning and only mildly improved with put on 2 L and was escalated to 4 L but he improved to 93%. Patient was recently seen here in January and was having similar symptoms at that time was found to have bilateral pleural effusions with questionable pneumonia versus pulmonary edema was given Lasix and treated for his pneumonia. He had a VBG done at that time that showed that he had acidosis but that he was not retaining any CO2 the decision was made to put him on high flow since he was not able to tolerate BiPAP due to his mental status with his dementia. He eventually was transferred to Tufts Medical Center for the bilateral pleural effusions that were found. There he had drainage of his
effusions and was found to have a pneumothorax afterwards was treated with chest tube also was noted to have Legionella pneumonia and was treated for this.. The present is not able provide me any further information as to what ultimately happened with that. But he was logical at the present was doing well. And they state now that he feels like he has been short of breath again. Here the patient wakes up and is able to answer all my questions and have a full discussion with me. States that he does not have any acute complaints but does feel short of breath if he tries to get up and move around. He denies any abdominal pain any chest pain any nausea vomiting any urinary symptoms."

EXAMINATION: CONTRAST ENHANCED CT OF THE CHEST:

TECHNIQUE: Axial images were acquired from the thoracic inlet through the upper abdomen following the introduction of IV contrast. Coronal and sagittal reconstructions of the axial data were constructed for review.

COMPARISONS: 1/17/2025

FINDINGS:

LUNGS: Stable calcified left lingular nodule. Diffuse interstitial prominence with thickening of the interlobular septae throughout. Central vasculature appear mildly prominent especially in the upper lung zones and there is central and mid peripheral thickening of the bronchial markings. Findings raise the possibility of mild or early pulmonary edema. Mild relaxation atelectasis is seen at the right base, otherwise the airspace is clear.

PLEURAL SPACE: The pleural space demonstrates no evidence for pneumothorax. A small layering right pneumothorax is noted, stable or slightly smaller than on previous examination. There are no masses appreciated.

VESSELS: The aorta demonstrates normal course and contour. The vena cava demonstrates normal course and contour. The pulmonary arteries enhance normally and demonstrate normal configuration.

HEART AND MEDIASTINUM: The heart demonstrates grossly normal appearance on this noncardiac gated examination. The pericardium is unremarkable. The trachea and central bronchi are unremarkable.

THORACIC WALL AND SPINE: Ribs demonstrate normal architecture and density. The sternum is unremarkable. The thoracic spine demonstrates normal density and vertebral architecture. There is normal alignment with normal thoracic kyphosis.

*

IMPRESSION:
Mild central venous congestion, thickening of the central bronchial walls and diffuse interstitial prominence as above raise the possibility of venous congestion with mild chronic or early pulmonary edema.

Stable or slightly smaller right pleural effusion when compared to previous.

If this radiology report contains a blank impression section, it is an incomplete radiology report. Please contact the interpreting radiologist or applicable radiology division as soon as possible to obtain the completed interpretation.
Workstation ID: FS1HPACSW31
Up-to-date CT equipment and radiation dose reduction techniques were employed. CTDivol: 21.4 mGy. DLP: 748 mGy-cm.

# Appointment Info

Exam Date
📅 2/27/2025

Department
UMass Memorial- HealthAlliance-Clinton Hospital Leominster Campus CT Scan
📞 978-466-2685
📍 60 Hospital Road
   Leominster MA 01453

# Reason for Exam

prior effusions/SOB

# Diagnosis

No diagnosis was entered

# Providers

PCP
Has No Pcp Or Ref Patient
📞 No number on file
📍 DO NOT EDIT THIS RECORD VIA PROVIDER ON THE FLY

Ordering Provider
Michael Joseph Bernazzani, MD
📞 508-421-1700
📍 55 Lake Avenue North
   Emergency Medicine
   Worcester MA 01655

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ORENA, VICTOR | | | Reg #: | 07540-085 |
| Date of Birth: | 08/04/1934 | Sex: | M | Race: | WHITE |
| Scanned Date: | 03/03/2025 09:00 EST | | | Facility: | DEV |

**Cosigned by Churchville, Lawrence MD on 03/04/2025 15:46.**

# XR CHEST PORTABLE 1 VIEW



**UMass Memorial Health**

## Orena, Victor
MRN: 520200765, Sex Assigned at Birth: Male, 8/4/1934 (90 yrs), Emergency
Accession #: 36108455

*07540-085*

## Final Result

EXAMINATION/TECHNIQUE: XR CHEST PORTABLE 1 VIEW:

INDICATION: Hypoxia

COMPARISON:
Chest radiograph 1/18/2025 1/17/2025, 6/26/2019; CT chest 1/17/2025

FINDINGS:
The patient is rotated to the left.

Lines/Tubes/Devices: Right pectoral pacemaker with leads terminating in the right atrium and right ventricle. Abandoned left pectoral pacemaker leads terminating in the right atrium and right ventricle.

Lungs: Low lung volumes. Diffuse reticular opacity similar to prior. No definite consolidation.

Pleura: Moderate right pleural effusion. Small left pleural effusion. No pneumothorax.

Heart and Mediastinum: The cardiac and mediastinal contours are enlarged, essentially unchanged; evaluation is limited due to effusions and patient positioning.

Bones: No acute osseous abnormality.

IMPRESSION:
Cardiomegaly with pulmonary edema and moderate right and small left pleural effusions.

---

I, Hemang Kotecha, have reviewed the examination and concur with the findings as reported or so edited.
Trainee: Eric Schmidt

If this radiology report contains a blank impression section, it is an incomplete radiology report. Please contact the interpreting radiologist or applicable radiology division as soon as possible to obtain the completed interpretation.
Workstation ID: LS1RADW02E

Signed by Hemang M. Kotecha, DO on 2/28/2025 1:48 AM

---

# Appointment Info

Exam Date
📅 2/27/2025

Department
UMass Memorial- HealthAlliance-Clinton Hospital Leominster Campus XRay
📞 978-466-2685
📍 60 Hospital Road
Leominster MA 01453

# Reason for Exam

hypoxia

# Diagnosis

No diagnosis was entered

# Providers

PCP
Has No Pcp Or Ref Patient
📞 No number on file
📍 DO NOT EDIT THIS RECORD VIA PROVIDER ON THE FLY

Ordering Provider
Michael Joseph Bernazzani, MD
📞 508-421-1700
📍 55 Lake Avenue North
Emergency Medicine
Worcester MA 01655

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ORENA, VICTOR | | Reg #: | 07540-085 |
| Date of Birth: | 08/04/1934 | Sex: M | Race: | WHITE |
| Scanned Date: | 03/03/2025 08:59 EST | | Facility: | DEV |

**Cosigned by Churchville, Lawrence MD on 03/04/2025 15:46.**

# Orena, Victor

| Suraj Rao, MD | H&P ⚠ 📧 | Date of Service: 2/27/2025 5:40 PM |
|---|---|---|
| Physician | Addendum | |
| Hospital Medicine | | |

*07540-085*

## HISTORY AND PHYSICAL

**CHIEF COMPLAINT:**
Shortness of breath

**HISTORY OF PRESENT ILLNESS:**
Patient is a 90-year-old male with a history of CHF, Alzheimer's disease, anemia, diabetes mellitus, presents from prison facility he is on 2 L of oxygen at baseline but this is unclear as patient has dementia. He was apparently put on 4 L and saturating at 93%. History is fairly unreliable as patient has dementia. He thinks that he is from Long Island.

Recent admission at Tufts Medical Center for bilateral pleural effusions that were found and had to be drained. He was also found to have a pneumothorax after that. He had Legionella pneumonia and was treated for this at that time. What prompted this admission was that he was felt like he was short of breath again.

ED evaluation revealed blood pressure of 136/60, heart rate of 71, saturating 94% on 4 L nasal cannula. He was tachypneic on exam. Blood work showed CBC of hemoglobin 10.7, BNP elevated to 4300 similar to prior, BMP was done which showed sodium 146 and K of three 2.5. Troponin high-sensitivity were elevated at 63 and 66. VBG showed $CO_2$ retention.

**Review of systems:** All other systems were reviewed and were negative.

**PAST MEDICAL HISTORY:**
Past Medical History:

| Diagnosis | Date |
|---|---|
| • Alzheimer disease (HCC) | |
| • Anemia | |
| • Diabetes mellitus (HCC) | |
| • Glaucoma | |
| • Hypertension | |

**PAST SURGICAL HISTORY:**
Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • ABDOMINAL AORTIC ANEURYSM REPAIR | | |
| • CARDIAC ELECTROPHYSIOLOGY PROCEDURE | N/A | 4/26/2018 |
| *Procedure: Generator extraction; Surgeon: Robert M Hayward Jr., MD; Location: UNV Heart Vasc Int Lab; Service:* | | |
| • PR REANEURYSM/GRFT INS,ABDOMINAL AORTA | N/A | 6/24/2019 |
| *Procedure: REPAIR OF ABDOMINAL AORTIC ANEURYSM USING GRAFT; Surgeon: Elias J Arous, MD; Location: UNV OR; Service: Vascular* | | |

Scheduled Meds:[START ON 2/28/2025] aspirin, 81 mg, oral, Daily
atorvastatin, 20 mg, oral, Nightly
calcium polycarbophiL, 625 mg, oral, Nightly
[START ON 2/28/2025] clopidogreL, 75 mg, oral, Daily
donepeziL, 5 mg, oral, Nightly
[START ON 2/28/2025] DULoxetine DR, 30 mg, oral, Daily
enoxaparin, 40 mg, subcutaneous, Daily
[START ON 2/28/2025] furosemide, 40 mg, intravenous, 2x daily

insulin lispro, 1-5 Units, subcutaneous, 3x daily with meals
[START ON 2/28/2025] insulin NPH, 22 Units, subcutaneous, Daily with breakfast
insulin NPH, 22 Units, subcutaneous, Nightly
[START ON 2/28/2025] lisinopriL, 20 mg, oral, Daily
memantine, 10 mg, oral, 2x daily
sodium chloride, 2.5-10 mL, intravenous, See admin instructions
 And
sodium chloride, 2.5-10 mL, intravenous, q12h SCH
[START ON 2/28/2025] spironolactone, 12.5 mg, oral, Daily
[START ON 2/28/2025] tamsulosin, 0.4 mg, oral, Daily


Continuous Infusions:
PRN Meds:.PRN medications: acetaminophen, dextrose **OR** dextrose **OR** dextrose **OR**
glucagon, ondansetron, risperiDONE, senna

**ALLERGIES:**
Topamax [topiramate]

**SOCIAL HISTORY:**
**Social History**

Tobacco Use
  • Smoking status:          Former
  • Smokeless tobacco:       Never
  • Tobacco comments:
      :

Substance Use Topics
  • Alcohol use:             Not Currently


**Social Documentation**

   No social documentation on file.




**FAMILY HISTORY:**
No family history on file.


**Objective** ─────────────────────────────────────────────────────── ⩔

**PHYSICAL EXAM:**
General: Normal appearing, sitting up in bed, appears comfortable, speaking in full sentences.  Pleasantly
confused at baseline.
Psych: alert and oriented to self only.
HEENT: NC/AT, PERRL, EOMI, sclera anicteric, nares clear, MMM
Neck: supple, no LAD, no JVD, no bruits, no thyromegaly
CV: RRR no MRG
Lungs: Crackles present bilaterally.  On 4 L nasal cannula
Abd: soft, nontender, no guarding, no masses
Ext: no edema, no cords
Neuro: moving all 4 and follows commands


**LAB:**
**Recent Results (from the past 48 hours)**
**COVID-19, Flu A/B & RSV RNA PCR, Symptomatic**
   Collection Time: 02/27/25  1:33 PM
   Specimen: Nares; Swab
Result                  Value          Ref Range

| | | |
|---|---|---|
| PCR, SARS CoV-2 RNA | Not Detected | Not Detected |
| Flu A RNA PCR | Not Detected | Not Detected |
| Flu B RNA PCR | Not Detected | Not Detected |
| RSV RNA PCR | Not Detected | Not Detected |

**CBC Auto Differential**
Collection Time: 02/27/25  1:34 PM
Specimen: Venous, Peripheral; Blood

| Result | Value | Ref Range |
|---|---|---|
| WBC | 7.6 | 3.8 - 10.8 10*3/uL |
| RBC | 3.82 (L) | 4.20 - 5.80 10*6/uL |
| Hemoglobin | 10.7 (L) | 13.2 - 17.1 g/dL |
| Hematocrit | 34.4 (L) | 38.5 - 50.0 % |
| MCV | 90.1 | 80.0 - 100.0 fL |
| MCH | 28.0 | 27.0 - 33.0 pg |
| MCHC | 31.1 (L) | 32.0 - 36.0 g/dL |
| RDW | 15.4 (H) | 11.0 - 15.0 % |
| Platelets | 214 | 140 - 400 10*3/uL |
| MPV | 10.1 | 7.5 - 12.5 fL |
| Neutrophil % | 79.4 | % |
| Immature Grans % | 0.4 | 0.0 - 0.9 % |
| Lymphocyte % | 9.9 | % |
| Monocyte % | 9.5 | % |
| Eosinophil % | 0.4 | % |
| Basophil % | 0.4 | % |
| Neutrophil # | 6.05 | 1.50 - 7.80 10*3/uL |
| Immature Grans # | 0.03 | <=0.03 10*3/uL |
| Lymphocyte # | 0.80 (L) | 0.85 - 3.90 10*3/uL |
| Monocyte # | 0.70 | 0.20 - 0.95 10*3/uL |
| Eosinophil # | <0.03 | 0.02 - 0.50 10*3/uL |
| Basophil # | <0.03 | 0.00 - 0.20 10*3/uL |
| nRBC % | 0.0 | /100 WBCs |
| nRBC # | <0.01 | <0.01 10*3/uL |

**Basic Metabolic Panel**
Collection Time: 02/27/25  1:34 PM
Specimen: Venous, Peripheral; Blood

| Result | Value | Ref Range |
|---|---|---|
| NA | 146 (H) | 135 - 145 mmol/L |
| K | 2.5 (LL) | 3.5 - 5.3 mmol/L |
| Cl | 108 (H) | 98 - 107 mmol/L |
| CO2 | 29 | 22 - 32 mmol/L |
| BUN | 13 | 7 - 23 mg/dL |

| | | |
|---|---|---|
| Creatinine | 0.95 | 0.60 - 1.30 mg/dL |
| Glucose | 81 | 65 - 99 mg/dL |
| Calcium | 7.5 (L) | 8.6 - 10.5 mg/dL |
| Anion Gap | 9 | 5 - 15 |
| eGFR | 76 | >=60 mL/min/1.73 m2 |

**Magnesium**
Collection Time: 02/27/25  1:34 PM
Specimen: Venous, Peripheral; Blood

| Result | Value | Ref Range |
|---|---|---|
| MG | 1.6 | 1.6 - 2.4 mg/dL |

**Troponin T, High Sensitivity**
Collection Time: 02/27/25  1:34 PM
Specimen: Venous, Peripheral; Blood

| Result | Value | Ref Range |
|---|---|---|
| Troponin T High Sensitivity | 63 (HH) | <=21 ng/L |

**NT-proBNP**
Collection Time: 02/27/25  1:34 PM
Specimen: Venous, Peripheral; Blood

| Result | Value | Ref Range |
|---|---|---|
| Pro-B-Type Natriuretic Peptide | 4,376 (H) | <300 pg/mL |

**Repeat Troponin #1**
Collection Time: 02/27/25  2:40 PM
Specimen: Venous, Peripheral; Blood

| Result | Value | Ref Range |
|---|---|---|
| Troponin T High Sensitivity | 66 (HH) | <=21 ng/L |

**Venous Blood Gas (VBG)**
Collection Time: 02/27/25  2:40 PM
Specimen: Venous, Peripheral; Blood

| Result | Value | Ref Range |
|---|---|---|
| pH, Venous | 7.35 | 7.32 - 7.42 |
| pCO2, Venous | 64.9 (H) | 30.0 - 63.0 mm[Hg] |
| pO2, Ven | 59.3 (H) | 12.0 - 43.0 mm[Hg] |
| HCO3, Venous | 32 (H) | 22 - 26 mmol/L |
| O2 Sat, Venous | 88.3 (H) | 74.0 - 76.0 % |
| Base Excess, Ven | 8.6 (H) | -7.0 - 2.0 mmol/L |

**POCT Glucose, interfaced**
Collection Time: 02/27/25  5:38 PM

| Result | Value | Ref Range |
|---|---|---|
| Glucose, POCT | 97 | 70 - 99 mg/dL |

**HOSPITAL PROBLEMS:**
Principal Problem:
  Heart failure (HCC)
Active Problems:
  AAA (abdominal aortic aneurysm) without rupture (HCC)

HTN (hypertension)
Alzheimer disease (HCC)
Hypokalemia
Hypernatremia
Type 2 diabetes mellitus (HCC)

## Assessment & Plan ⸻⸻⸻⸻⸻⸻⸻⸻⸻⸻ ⌃

CHF exacerbation
Acute hypoxic respiratory failure status post AICD
NSTEMI, likely type II due to demand ischemia
Patient unclear if he uses oxygen at facility, he is currently on 4 L nasal cannula, possible baseline of 2?
Echocardiogram from Tufts medicine in 1/2025 shows EF of 30 to 35% with moderate global hypokinesis of left ventricle.
BNP is elevated at 4376 and troponin elevations at 63 and 66.
He recently had to get pleural effusions drained at Tufts Medical Center
Will continue Lasix 40 mg IV twice daily
Cardiology consult, measures input and output
Daily weights
Continue fluid restriction
Continue spironolactone

Hyponatremia
Likely in the setting of poor oral intake
Continue to encourage oral intake
Avoid IV fluids due to CHF exacerbation

Hypokalemia
Potassium of 2.5
Repleted with KCl
Check potassium tonight

Hypertension
Continue Lasix,, lisinopril

Dementia
Continue donepezil, memantine, Cymbalta
Risperdal as needed for agitation
Type 2 diabetes mellitus
Continue NPH insulin daily and nightly with insulin sliding scale

BPH
Continue tamsulosin

Known history of AAA status postrepair
Stable at this time

**GLOBAL PLAN OF CARE:**
**Code Status:** Presumed Full Code

**FLUIDS/ELECTROLYTES/NUTRITION:**

**Dietary Orders**
**(From admission, onward)**

| Start | | Ordered |
|---|---|---|
| 02/27/25 1642 | **Diet, Adult Regular, Cardiac; 1500 mL Fluid; 50 gm Fat; 2,300 mg Na; Prisoner Safety Tray** Diet effective now | 02/27/25 1643 |

References:    Click here for diet reference sheet if patient ordered for GVHD diet    IDDSI

| Question | Answer | Comment |
|---|---|---|
| DIET TYPE | Regular | |
| DIET TYPE | Cardiac | |
| Oral Fluid Restriction Total / 24Hr | 1500 mL Fluid | |
| Fat Restriction | 50 gm Fat | |
| Sodium Restriction | 2,300 mg Na | |
| Special Tray Instruction | Prisoner Safety Tray | |

## VTE PROPHYLAXIS:

**Current Facility-Administered Medications**
Medication

- [START ON 2/28/2025] aspirin
- [START ON 2/28/2025] clopidogreL
- enoxaparin

## DISCHARGE PLANNING/PLACEMENT:

Based on the history, comorbidities, severity of signs and symptoms, current medical needs, and the risk of an adverse event, I expect this patient's care to require 3 overnight/overnights in the hospital.

I spent a total of 80 minutes on the date of encounter, which included:
· Preparing to see the patient (e.g., review of test results)
· Obtaining and/or reviewing separately obtained history
· Performing a medically appropriate exam and/or evaluation
· Counseling and educating the patient/family/caregiver
· Ordering medications, tests, procedures
· Referring and communicating with other healthcare professionals, when not separately reported
· Documenting clinical information in the health record

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ORENA, VICTOR | | | Reg #: | 07540-085 |
| Date of Birth: | 08/04/1934 | Sex: | M | Race: | WHITE |
| Scanned Date: | 03/03/2025 08:55 EST | | | Facility: | DEV |

**Cosigned by Churchville, Lawrence MD on 03/03/2025 12:58.**

# Orena, Victor

| Xiomara Valencia, RRT | Plan of Care ⚠ 💬 | Date of Service: 2/28/2025 11:50 AM |
| --- | --- | --- |
| Respiratory Therapist | Signed | |
| Specialty: Respiratory Therapy | | *07540-085* |

**RESPIRATORY CARE NOTE**

Pt was placed on highflow following some desaturation episodes on a 10L Oximask. MD @bedside, verbal order given. Pt placed on highflow 45L 60%, tolerating well, sats in the mid 90's.


Xiomara Valencia, RRT

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ORENA, VICTOR | | Reg #: | 07540-085 |
| Date of Birth: | 08/04/1934 | Sex: M | Race: | WHITE |
| Scanned Date: | 03/03/2025 08:54 EST | | Facility: | DEV |

**Cosigned by Churchville, Lawrence MD on 03/03/2025 12:59.**

# Orena, Victor

| | | |
|---|---|---|
| **Ryan C Chua, MD** | Discharge Summary ⚠ 📖 | Date of Service: 2/28/2025 12:50 PM |
| Physician | Signed | |
| Critical Care | | *07540-085* |

## DISCHARGE SUMMARY
## UMASS MEMORIAL HEALTH CARE

Doc Inc Findings - Fri February 28, 2025

| Row Name | 1212 |
|---|---|
| Incidental Findings | |
| Incidental Findings | Hypoxemia, hypotension, CT chest revealing for Mild central venous congestion, thickening of the central bronchial walls and diffuse interstitial prominence as above raise the possibility of venous congestion with mild chronic or early pulmonary edema.     Stable or slightly smaller right pleural effusion when compared to previous. |
| Recommended Follow Up Instructions: | Deferred to receiving facility |

## DISCHARGE INFORMATION:
Date and Time of Admission: 2/27/2025  4:12 PM
Date of Discharge: 2/28/2025

## DISCHARGE DIAGNOSIS:
**Problem List**

Active Problems
 * **(Principal) Heart failure with reduced ejection fraction (HCC)**

 **AAA (abdominal aortic aneurysm) without rupture (HCC)**

 **Acute hypoxemic respiratory failure (HCC)**

 **Alzheimer disease (HCC)**

 **HTN (hypertension)**

 **Hypernatremia**

 **Hypokalemia**

 **Type 2 diabetes mellitus (HCC)**

Resolved Problems
 **RESOLVED: Hyponatremia**

## ATTENDING PHYSICIAN ON DISCHARGE:
Attending Provider: Ryan C Chua, MD 978-798-6900

**FOLLOW-UPS AND SCHEDULED APPOINTMENTS:**
No future appointments.

**PENDING LABS:**

   Ordered
   CULTURE, BLOOD  (Blood Cultures X 2, Peripheral)
Placed in "And" Linked Group
02/28/25 1126
   CULTURE, BLOOD  (Blood Cultures X 2, Peripheral)
Placed in "And" Linked Group
02/28/25 1126

**DISCHARGE MEDICATIONS:**

**Discharge Medication list:**

**Discharge Medications**

**New Medications**

| | Sig | Disp | Refill |
|---|---|---|---|
| phenylephrine 10 mg/250 mL (40 START mcg/mL) Commonly known as: NEO-SYNEPHRINE | Infuse 0-419.5 mcg/min intravenously Titrated. | | 0 |

**Medications To Continue**

| | Sig | Disp | Refill |
|---|---|---|---|
| **acetaminophen** 325 mg tablet Commonly known as: TYLENOL | Take 650 mg by mouth 3 times a day. | | 0 |
| **aspirin** 81 mg EC tablet | Aspirin 81 MG TABS TAKE 1 TABLET DAILY. Refills: 0  Active | | 0 |
| **atorvastatin** 40 mg tablet Commonly known as: LIPITOR | Take 20 mg by mouth nightly. | | 0 |
| **calcium polycarbophiL** 625 mg tablet Commonly known as: FIBERCON | Calcium Polycarbophil 625 MG Oral Tablet 1 TABLET AT BEDTIME Refills: 0  Active | | 0 |
| **cromolyn** 4 % ophthalmic solution Commonly known as: OPTICROM | Instill 2 drops into both eyes 4 times a day. | | 0 |

| | Sig | Disp | Refill |
|---|---|---|---|
| **Cymbalta** 30 mg capsule<br>Generic drug: DULoxetine DR | Cymbalta 30 MG Oral<br>Capsule Delayed Release<br>Particles<br>TAKE 1 CAPSULE DAILY<br>Quantity: 30;  Refills: 0<br><br>Active | | 0 |
| **donepeziL** 5 mg tablet<br>Commonly known as: ARICEPT | Take 5 mg by mouth every<br>morning. | | 0 |
| **DORZOLAMIDE-TIMOLOL<br>OPHTHALMIC** | Dorzolamide HCl-Timolol Mal<br>22.3-6.8 MG/ML Ophthalmic<br>Solution<br>1 DROP TO BOTH EYES<br>TWICE DAILY<br>Refills: 0<br><br>Active | | 0 |
| **ferrous gluconate** 324 mg (37.5 mg<br>iron) tablet tablet<br>Commonly known as: FERGON | Take 324 mg by mouth 3<br>times a week. Mon, wed, &<br>friday | | 0 |
| **glucose** 4 gram chewable tablet | Glucose 4 GM Oral Tablet<br>Chewable<br>Refills: 0<br><br>Active | | 0 |
| **\* insulin NPH** 100 units/mL injection<br>Commonly known as: HumuLIN<br>N,NovoLIN N - 100 units/mL | Inject 22 Units under the skin<br>daily with breakfast. | | 0 |
| **\* insulin NPH** 100 units/mL injection<br>Commonly known as: HumuLIN<br>N,NovoLIN N - 100 units/mL | Inject 22 Units under the skin<br>nightly. | | 0 |
| **latanoprost** 0.005% ophthalmic<br>solution<br>Commonly known as: XALATAN | Instill 1 drop into both eyes<br>nightly. | | 0 |
| **lisinopriL** 20 mg tablet<br>Commonly known as:<br>PRINIVIL,ZESTRIL | 20MG Oral Tablet<br>TAKE 1 TABLET DAILY.<br>Refills: 0<br><br>Active,   Per facility med<br>sheets taking 20 mg daily | | 0 |
| **memantine** 5 mg tablet<br>Commonly known as: NAMENDA | Take 10 mg by mouth 2 times<br>a day. | | 0 |
| **nystatin** 100,000 unit/gram powder<br>Commonly known as: MYCOSTATIN | Apply 1 application. topically<br>to the affected area 3 times a<br>day. To groin area | | 0 |
| **POLYVINYL ALCOHOL<br>OPHTHALMIC** | Instill 2 drops into both eyes<br>3 times a day as needed. | | 0 |

| | Sig | Disp | Refill |
|---|---|---|---|
| **risperiDONE** 0.5 mg tablet<br>Commonly known as: RisperDAL | Take 0.5 mg by mouth daily as needed (agitation). | | 0 |
| **spironolactone** 25 mg tablet<br>Commonly known as: ALDACTONE | Take 12.5 mg by mouth once a day. | | 0 |
| **tamsulosin** 0.4 mg capsule<br>Commonly known as: FLOMAX | Take 0.4 mg by mouth daily. | | 0 |
| **traZODone** 50 mg tablet<br>Commonly known as: DESYREL | Take 50 mg by mouth nightly. | | 0 |

---

✛ * There are duplicate medications prescribed to the patient

---

**Stopped Medications**

STOP **amoxicillin-clavulanate** 875-125 mg tablet
Commonly known as: AUGMENTIN

---

STOP **calcium carbonate** 200 mg calcium (500 mg) chewable tablet
Commonly known as: TUMS

---

STOP **cholecalciferol** 1,250 mcg (50,000 unit) capsule
Commonly known as: VITAMIN D3

---

STOP **citalopram** 10 mg tablet
Commonly known as: CeleXA

---

STOP **clotrimazole** 1% cream
Commonly known as: LOTRIMIN

---

STOP **docusate sodium** 100 mg capsule
Commonly known as: COLACE

---

STOP **doxazosin** 2 mg tablet
Commonly known as: CARDURA

---

STOP **doxycycline hyclate** 100 mg capsule
Commonly known as: VIBRAMYCIN

---

STOP **furosemide** 20 mg tablet
Commonly known as: LASIX

---

STOP **ibuprofen** 800 mg tablet
Commonly known as: MOTRIN

---

STOP **insulin regular** 100 units/mL injection
Commonly known as: HumuLIN R,NovoLIN R - 100 units/mL

---

STOP **INV study drug from outside facility**

---

**STOP** metFORMIN 1,000 mg tablet
Commonly known as: GLUCOPHAGE

**STOP** NovoLOG U-100 Insulin aspart 100 units/mL injection
Generic drug: insulin aspart U-100

**STOP** Plavix 75 mg tablet
Generic drug: clopidogreL

**STOP** raNITIdine 150 mg capsule
Commonly known as: ZANTAC

**STOP** senna 8.6 mg tablet
Commonly known as: SENOKOT

**STOP** UNABLE TO FIND: MISCELLANEOUS CLINIC ADMINISTERED MEDICATION

**STOP** vitamin B-12 1,000 mcg tablet
Generic drug: cyanocobalamin

**ALLERGIES:**
Topamax [topiramate]

**IMMUNIZATION HISTORY:**

There is no immunization history on file for this patient.

**PRESENTATION INFORMATION:**
**HISTORY OF PRESENT ILLNESS:**

**PAST MEDICAL HISTORY:**
**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Acute hypoxemic respiratory failure (HCC) | 02/28/2025 |
| • Alzheimer disease (HCC) | |
| • Anemia | |
| • Diabetes mellitus (HCC) | |
| • Glaucoma | |
| • Hypertension | |

**PAST SURGICAL HISTORY:**
**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ABDOMINAL AORTIC ANEURYSM REPAIR | | |
| • CARDIAC ELECTROPHYSIOLOGY PROCEDURE | N/A | 4/26/2018 |
| Procedure: Generator extraction; Surgeon: Robert M Hayward Jr., MD; Location: UNV Heart Vasc Int Lab; Service: | | |
| • PR REANEURYSM/GRFT INS,ABDOMINAL AORTA | N/A | 6/24/2019 |
| Procedure: REPAIR OF ABDOMINAL AORTIC ANEURYSM USING GRAFT; Surgeon: Elias J Arous, MD; Location: UNV OR; Service: Vascular | | |

**PAST FAMILY HISTORY:**
No family history on file.

**PAST SOCIAL HISTORY:**
Social History[1]

**HOSPITAL COURSE:**
ED evaluation revealed blood pressure of 136/60, heart rate of 71, saturating 94% on 4 L nasal cannula. He was tachypneic on exam. Blood work showed CBC of hemoglobin 10.7, BNP elevated to 4300 similar to prior, BMP was done which showed sodium 146 and K of three 2.5. Troponin high-sensitivity were elevated at 63 and 66. VBG showed $CO_2$ retention.

He received lasix 40 IV x2. Has poor UO. Worsening hypoxemia. O2 needs increasing to 10L.

CT chest done showed mild central venous congestion, thickening of the central bronchial walls and diffuse interstitial prominence as above raise the possibility of venous congestion with mild chronic or early pulmonary edema.

Foley catheter was placed. Urine output is not improving. Plavix was held transiently for possible thoracentesis.

Systolic blood pressure had also decreased to mid 80s. Patient started on Neo-Synephrine for blood pressure support. Plan to reassess. Communicated to receiving facility. May eventually need central access.

**DISCHARGE DAY INFORMATION:**
**DISCHARGE PHYSICAL EXAM:**
Vital signs: Blood pressure 102/58, pulse 64, temperature 36.5 °C (97.7 °F), temperature source Oral, resp. rate (!) 21, SpO2 96%.
General appearance: Somnolent
HEENT: Normocephalic, atraumatic
Pupils are equal, round and react to light
Nonicteric
Neck: Supple
Back: No CVA tenderness
Lungs: diminished at the bases with rales
Breasts / Chest: Shape and Excursion: Normal shape and Normal excursion
Heart: Rate and Rhythm: regular
Abdomen: Soft, non-tender throughout
Extremities: Normal range of motion
Skin: No rash or ulcers
Neurologic: Somnolent arousable

**LAB AND RADIOLOGY:**
**LABS:**
Pertinent labs include

**IMAGING:**
Pertinent Imaging results include

**GLOBAL PLAN OF CARE**

**CONSULTS:**
IP CONSULT TO CARDIOLOGY
IP CONSULT TO PULMONOLOGY

**PROCEDURES:**

**QUALITY**
Urethral Catheter: Monitor Hourly OutputTelemetry: Reason for telemetry monitoring is acute heart failure

**CONDITION:** Serious

**ADVANCED CARE PLANNING**
Code Status: Full Code

**Medical Decision Maker:**

I spent 106 minutes performing discharge day services (e.g. examination, discussion of hospital course, follow up care and planning) as appropriate

**Signature:**
Ryan C Chua, MD

*Electronic Signature*

---

[1]
**Social History**
Socioeconomic History
- Marital status:            Single
     Spouse name:            Not on file
- Number of children:        Not on file
- Years of education:        Not on file
- Highest education level:   Not on file
Occupational History
- Not on file
Tobacco Use
- Smoking status:            Former
- Smokeless tobacco:         Never
- Tobacco comments:
     :
Substance and Sexual Activity
- Alcohol use:               Not Currently
- Drug use:                  Not Currently
- Sexual activity:           Defer
Other Topics                 Concern
- Not on file
Social History Narrative
- Not on file

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ORENA, VICTOR | | Reg #: | 07540-085 |
| Date of Birth: | 08/04/1934 | Sex: M | Race: | WHITE |
| Scanned Date: | 03/03/2025 08:53 EST | | Facility: | DEV |

**Cosigned by Churchville, Lawrence MD on 03/04/2025 15:46.**

# Orena, Victor

| | | |
|---|---|---|
| **Suraj Rao, MD**<br>Physician<br>Hospital Medicine | Progress Notes ⚠ 📖<br>Addendum | Date of Service: 2/28/2025  8:00 AM |

*07580-055*

## PROGRESS NOTE

**HISTORY OF PRESENT ILLNESS:**
Patient is a 90-year-old male with a history of CHF, Alzheimer's disease, anemia, diabetes mellitus, presents from prison facility he is on 2 L of oxygen at baseline but this is unclear as patient has dementia. He was apparently put on 4 L and saturating at 93%. History is fairly unreliable as patient has dementia. He thinks that he is from Long Island.

Recent admission at Tufts Medical Center for bilateral pleural effusions that were found and had to be drained. He was also found to have a pneumothorax after that. He had Legionella pneumonia and was treated for this at that time. What prompted this admission was that he was felt like he was short of breath again.

ED evaluation revealed blood pressure of 136/60, heart rate of 71, saturating 94% on 4 L nasal cannula. He was tachypneic on exam. Blood work showed CBC of hemoglobin 10.7, BNP elevated to 4300 similar to prior, BMP was done which showed sodium 146 and K of three 2.5. Troponin high-sensitivity were elevated at 63 and 66. VBG showed $CO_2$ retention.

**SUBJECTIVE:**
Initially was planned for discharge today but patient developed worsening hypoxia and worsening clinical status. Upon evaluation, patient has persistent crackles, increased oxygen requirements of up to 10 L nasal cannula. ICU attending notified and patient will be transferred to ICU level of care. He has also not put out much urine since last night.

**Review of systems:** All other systems were reviewed and were negative.

**OBJECTIVE:**
**VITAL SIGNS FOR PAST 24 Hours ([High] [Low] (Last Recorded Value)):**
Vitals:

| | 02/28/25 1345 |
|---|---|
| BP: | 129/75 |
| Pulse: | 65 |
| Resp: | (!) 23 |
| Temp: | |
| SpO2: | 98% |

**I/Os LAST 24 HOURS:**

Intake/Output Summary (Last 24 hours) at 3/1/2025 0833
Last data filed at 2/28/2025 1218

| | Gross per 24 hour |
|---|---|
| Intake | — |
| Output | 150 ml |
| **Net** | **-150 ml** |

**PHYSICAL EXAM:**
GENERAL: The patient is awake, ill-appearing, unable to assess orientation due to dementia
HEENT: Pupils are equal and reactive. No pallor or icterus.
HEART: S1, S2 heard.
LUNGS: Crackles present bilaterally. On 10 L nasal cannula OxyMask
ABDOMEN: Soft, nontender, nondistended. Bowel sounds heard. No hepatosplenomegaly.

EXTREMITIES: No cyanosis, clubbing, or edema.
NEURO: Unable to fully assess due to acuity of condition
PSYCH: Unable to assess due to acuity of condition

## MEDICATIONS:
Scheduled Meds:
Continuous Infusions:No current facility-administered medications for this encounter.


PRN Meds:.


## LAB:
**Recent Results (from the past 24 hours)**
**Basic Metabolic Panel**
Collection Time: 02/28/25  9:10 AM
Specimen: Venous, Peripheral; Blood

| Result | Value | Ref Range |
|---|---|---|
| NA | 141 | 135 - 145 mmol/L |
| K | 3.5 | 3.5 - 5.3 mmol/L |
| Cl | 100 | 98 - 107 mmol/L |
| CO2 | 29 | 22 - 32 mmol/L |
| BUN | 14 | 7 - 23 mg/dL |
| Creatinine | 1.14 | 0.60 - 1.30 mg/dL |
| Glucose | 253 (H) | 65 - 99 mg/dL |
| Calcium | 8.8 | 8.6 - 10.5 mg/dL |
| Anion Gap | 12 | 5 - 15 |
| eGFR | 61 | >=60 mL/min/1.73 m2 |

**CBC Auto Differential**
Collection Time: 02/28/25  9:10 AM
Specimen: Venous, Peripheral; Blood

| Result | Value | Ref Range |
|---|---|---|
| WBC | 7.5 | 3.8 - 10.8 10*3/uL |
| RBC | 4.19 (L) | 4.20 - 5.80 10*6/uL |
| Hemoglobin | 11.6 (L) | 13.2 - 17.1 g/dL |
| Hematocrit | 38.1 (L) | 38.5 - 50.0 % |
| MCV | 90.9 | 80.0 - 100.0 fL |
| MCH | 27.7 | 27.0 - 33.0 pg |
| MCHC | 30.4 (L) | 32.0 - 36.0 g/dL |
| RDW | 15.2 (H) | 11.0 - 15.0 % |
| Platelets | 213 | 140 - 400 10*3/uL |
| MPV | 10.1 | 7.5 - 12.5 fL |
| Neutrophil % | 84.0 | % |
| Immature Grans % | 0.4 | 0.0 - 0.9 % |
| Lymphocyte % | 8.6 | % |
| Monocyte % | 5.9 | % |

| Eosinophil % | 0.4 | % |
| Basophil % | 0.7 | % |
| Neutrophil # | 6.27 | 1.50 - 7.80 |
| | | 10*3/uL |
| Immature Grans # | 0.03 | <=0.03 |
| | | 10*3/uL |
| Lymphocyte # | 0.60 (L) | 0.85 - 3.90 |
| | | 10*3/uL |
| Monocyte # | 0.40 | 0.20 - 0.95 |
| | | 10*3/uL |
| Eosinophil # | <0.03 | 0.02 - 0.50 |
| | | 10*3/uL |
| Basophil # | 0.10 | 0.00 - 0.20 |
| | | 10*3/uL |
| nRBC % | 0.0 | /100 WBCs |
| nRBC # | <0.01 | <0.01 |
| | | 10*3/uL |

POCT Glucose, interfaced
Collection Time: 02/28/25 11:35 AM

| Result | Value | Ref Range |
| Glucose, POCT | 160 (H) | 70 - 99 |
| | | mg/dL |

**IMAGES:**
**XR Chest Portable 1 View**
**Result Date:** 2/28/2025
**EXAMINATION/TECHNIQUE: XR CHEST PORTABLE 1 VIEW: INDICATION: Hypoxia COMPARISON:**
Chest radiograph 1/18/2025 1/17/2025, 6/26/2019; CT chest 1/17/2025 FINDINGS: The patient is
rotated to the left. Lines/Tubes/Devices: Right pectoral pacemaker with leads terminating in the
right atrium and right ventricle. Abandoned left pectoral pacemaker leads terminating in the right
atrium and right ventricle. Lungs: Low lung volumes. Diffuse reticular opacity similar to prior. No
definite consolidation. Pleura: Moderate right pleural effusion. Small left pleural effusion. No
pneumothorax. Heart and Mediastinum: The cardiac and mediastinal contours are enlarged,
essentially unchanged; evaluation is limited due to effusions and patient positioning. Bones: No
acute osseous abnormality.

Cardiomegaly with pulmonary edema and moderate right and small left pleural effusions.
_____ I, Hemang Kotecha, have reviewed the examination and
concur with the findings as reported or so edited. Trainee:  Eric Schmidt If this radiology report
contains a blank impression section, it is an incomplete radiology report.  Please contact the
interpreting radiologist or applicable radiology division as soon as possible to obtain the
completed interpretation.        Workstation ID: LS1RADW02E

**CT Chest W Contrast**
**Result Date:** 2/27/2025
**INDICATION:**  prior effusions/SOB area per clinical record: "90-year-old with history of CHF who is
reportedly from the facility not on any oxygen but prior notes that he is on 2 L of oxygen at
baseline but given his presenting who has history of dementia who was found to be 88% on room
air this morning and only mildly improved with put on 2 L and was escalated to 4 L but he
improved to 93%. Patient was recently seen here in January and was having similar symptoms at
that time was found to have bilateral pleural effusions with questionable pneumonia versus
pulmonary edema was given Lasix and treated for his pneumonia. He had a VBG done at that time
that showed that he had acidosis but that he was not retaining any CO2 the decision was made to
put him on high flow since he was not able to tolerate BiPAP due to his mental status with his
dementia. He eventually was transferred to Tufts Medical Center for the bilateral pleural effusions
that were found. There he had drainage of his effusions and was found to have a pneumothorax
afterwards was treated with chest tube also was noted to have Legionella pneumonia and was
treated for this.. The present is not able provide me any further information as to what ultimately
happened with that. But he was logical at the present was doing well. And they state now that he
feels like he has been short of breath again. Here the patient wakes up and is able to answer all my

questions and have a full discussion with me. States that he does not have any acute complaints but does feel short of breath if he tries to get up and move around. He denies any abdominal pain any chest pain any nausea vomiting any urinary symptoms." EXAMINATION: CONTRAST ENHANCED CT OF THE CHEST: TECHNIQUE: Axial images were acquired from the thoracic inlet through the upper abdomen following the introduction of IV contrast. Coronal and sagittal reconstructions of the axial data were constructed for review. COMPARISONS: 1/17/2025 FINDINGS: LUNGS: Stable calcified left lingular nodule. Diffuse interstitial prominence with thickening of the interlobular septae throughout. Central vasculature appear mildly prominent especially in the upper lung zones and there is central and mid peripheral thickening of the bronchial markings. Findings raise the possibility of mild or early pulmonary edema. Mild relaxation atelectasis is seen at the right base; otherwise the airspace is clear. PLEURAL SPACE: The pleural space demonstrates no evidence for pneumothorax. A small layering right pneumothorax is noted, stable or slightly smaller than on previous examination. There are no masses appreciated. VESSELS: The aorta demonstrates normal course and contour. The vena cava demonstrates normal course and contour. The pulmonary arteries enhance normally and demonstrate normal configuration. HEART AND MEDIASTINUM: The heart demonstrates grossly normal appearance on this noncardiac gated examination. The pericardium is unremarkable. The trachea and central bronchi are unremarkable. THORACIC WALL AND SPINE: Ribs demonstrate normal architecture and density. The sternum is unremarkable. The thoracic spine demonstrates normal density and vertebral architecture. There is normal alignment with normal thoracic kyphosis. *

Mild central venous congestion, thickening of the central bronchial walls and diffuse interstitial prominence as above raise the possibility of venous congestion with mild chronic or early pulmonary edema. Stable or slightly smaller right pleural effusion when compared to previous. If this radiology report contains a blank impression section, it is an incomplete radiology report. Please contact the interpreting radiologist or applicable radiology division as soon as possible to obtain the completed interpretation.      Workstation ID: FS1HPACSW31 Up-to-date CT equipment and radiation dose reduction techniques were employed. CTDIvol: 21.4 mGy. DLP: 748 mGy-cm.

## ASSESSMENT AND PLAN:

Principal Problem:
  Heart failure with reduced ejection fraction (HCC)
Active Problems:
  AAA (abdominal aortic aneurysm) without rupture (HCC)
  HTN (hypertension)
  Alzheimer disease (HCC)
  Hypokalemia
  Hypernatremia
  Type 2 diabetes mellitus (HCC)
  Acute hypoxemic respiratory failure (HCC)

CHF exacerbation
Possible cardiogenic shock
Acute hypoxic respiratory failure status post AICD
NSTEMI, likely type II due to demand ischemia
I called the present facility and he is not oxygen dependent at home
He is currently on 4 L nasal cannula, requires up to 10 L nasal cannula at my time of evaluation.
Blood pressure is low at 76/43 on reassessment this morning
Echocardiogram from Tufts medicine in 1/2025 shows EF of 30 to 35% with moderate global hypokinesis of left ventricle.
BNP is elevated at 4376 and troponin elevations at 63 and 66.
He recently had to get pleural effusions drained at Tufts Medical Center
Chest x-ray done today shows persistent right-sided pleural effusion
Continue Lasix 40 mg IV twice daily
He has poor urine output and has not been on much
Cardiology consult is currently pending, recommended continuation of diuresis
Due to increased oxygen requirements, persistent hypotension, transfer to ICU

Hyponatremia

Likely in the setting of poor oral intake
Continue to encourage oral intake
Avoid IV fluids due to CHF exacerbation

Hypokalemia
This is pleated yesterday and potassium resolved today

Hypertension
Continue Lasix,, lisinopril

Dementia
Continue donezepil, memantine, Cymbalta
Risperdal as needed for agitation

Type 2 diabetes mellitus
Continue NPH insulin daily and nightly with insulin sliding scale

BPH
Continue tamsulosin

Known history of AAA status postrepair
Stable at this time

## GLOBAL PLAN OF CARE
**FLUIDS AND NUTRITION**
FLUIDS:
NUTRITION: No diet orders on file

**QUALITY**
Urethral Catheter: Severe Desaturation with movement/Do not Turn Order

**VTE PROPHYLAXIS**
Pharmacologic Prophylaxis: n/a
Mechanical Prophylaxis: n/a

**ADVANCED CARE PLANNING**
Code Status: Prior
**Medical Decision Maker:**

I spent a total of 70 minutes on the date of encounter, which included:
· Critical care assessing patient at bedside, speaking with intensivist and coordinating care preparing to
see the patient (e.g., review of test results)
· Obtaining and/or reviewing separately obtained history
· Performing a medically appropriate exam and/or evaluation
· Counseling and educating the patient/family/caregiver
· Ordering medications, tests, procedures
· Referring and communicating with other healthcare professionals, when not separately reported
· Documenting clinical information in the health record

**Signature:**
Suraj Rao, MD

*Electronic Signature*

**Dispo** - Patient will stay in the hospital, transfer to ICU

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ORENA, VICTOR | | Reg #: | 07540-085 |
| Date of Birth: | 08/04/1934 | Sex: M | Race: | WHITE |
| Scanned Date: | 03/03/2025 08:51 EST | | Facility: | DEV |

**Cosigned by Churchville, Lawrence MD on 03/03/2025 12:59.**

# Orena, Victor

MRN: 520200765

07540-085

| Ryan C Chua, MD | Consults ⚠ 📧 | Date of Service: 2/28/2025 11:27 AM |
| Physician | Signed | |
| Critical Care | | |

| Initial Pulmonary Consult Note |

CONSULTS
**REQUESTED BY: Dr Rao**
**REASON FOR CONSULT:**
Shock

## HPI

**HISTORY OF PRESENT ILLNESS:** History obtained from: Patient and Medical Record
Victor Orena is a 90 year old with a history of CHF, Alzheimer's disease, anemia, diabetes mellitus, presents from prison facility he is on 2 L of oxygen at baseline. He was apparently put on 4 L and saturating at 93%. History is fairly unreliable as patient has dementia.

Recent admission at Tufts Medical Center for bilateral pleural effusions that were found and had to be drained. He was also found to have a pneumothorax after that. He had Legionella pneumonia and was treated for this at that time.

ED evaluation revealed blood pressure of 136/60, heart rate of 71, saturating 94% on 4 L nasal cannula. He was tachypneic on exam. Blood work showed CBC of hemoglobin 10.7, BNP elevated to 4300 similar to prior, BMP was done which showed sodium 146 and K of three 2.5. Troponin high-sensitivity were elevated at 63 and 66. VBG showed CO2 retention.

He received lasix 40 IV x2. Has poor UO. Worsening hypoxemia. O2 needs increasing to 10L.

CT chest done showed mild central venous congestion, thickening of the central bronchial walls and diffuse interstitial prominence as above raise the possibility of venous congestion with mild chronic or early pulmonary edema.

## Subjective                                                                        ⌄

**REVIEW OF SYSTEMS:**
Unable to perform review of systems. Reasons: shortness of breath

**Past Medical History:**
Alzheimer disease (HCC)
Anemia
Diabetes mellitus (HCC)
Glaucoma
Hypertension

**Past Surgical History:**
ABDOMINAL AORTIC ANEURYSM REPAIR
CARDIAC ELECTROPHYSIOLOGY PROCEDURE; N/A
PR REANEURYSM/GRFT INS,ABDOMINAL AORTA; N/A

**Medications**
**Current Medications:**

Current Medications[1]

**Allergies:**
Topamax [Topiramate]

**Social History:**
Tobacco Use
- Smoking status:          Former
- Smokeless tobacco:       Never
- Tobacco comments:
  :
Substance Use Topics
- Alcohol use:             Not Currently
- Drug use:                Not Currently

**Family History:**
No family history on file.

Objective ───────────────────────────────────────── ⩔

Temp: [36.5 °C (97.7 °F)-36.7 °C (98.1 °F)] 36.5 °C (97.7 °F)
Heart Rate: [61-93] 71
Resp: [22-34] 25
BP: (85-165)/(48-107) 85/48
SpO2: [89 %-98 %] 89 %

**Physical Exam**
General appearance: Somnolent
HEENT: Normocephalic, atraumatic
Pupils are equal, round and react to light
Nonicteric
Neck: Supple
Back: No CVA tenderness
Lungs: diminished at the bases with rales
Breasts / Chest: Shape and Excursion: Normal shape and Normal excursion
Heart: Rate and Rhythm: regular
Abdomen: Soft, non-tender throughout
Extremities: Normal range of motion
Skin: No rash or ulcers
Neurologic: Somnolent arousable

**Result Review**
Reviewed medical documentation from the following services:

|  | Latest Ref Rng & Units | 2/28/2025 9:10 AM |
|---|---|---|
| **CBC** | | |
| WBC | 3.8 - 10.8 10*3/uL | 7.5 |
| Hgb | 13.2 - 17.1 g/dL | 11.6 ⌄ |
| Hct | 38.5 - 50.0 % | 38.1 ⌄ |
| MCV | 80.0 - 100.0 fL | 90.9 |
| Plts | 140 - 400 10*3/uL | 213 |

|  | Latest Ref Rng & Units | 2/28/2025 9:10 AM |
|---|---|---|
| **Basic Metabolic Panel** | | |
| Sodium | 135 - 145 mmol/L | 141 |

|  | Latest Ref Rng & Units | 2/28/2025 9:10 AM |
|---|---|---|
| Potassium | 3.5 - 5.3 mmol/L | 3.5 |
| Chloride | 98 - 107 mmol/L | 100 |
| Carbon Dioxide | 22 - 32 mmol/L | 29 |
| Glucose | 65 - 99 mg/dL | 253 ^ |
| Creatinine | 0.60 - 1.30 mg/dL | 1.14 |
| Calcium | 8.6 - 10.5 mg/dL | 8.8 |
| EGFR | >=60 mL/min/1.73m2 | 61 |

## Imaging / Procedures

## Assessment & Plan

Principal Problem:
  Heart failure (HCC)
Active Problems:
  AAA (abdominal aortic aneurysm) without rupture (HCC)
  HTN (hypertension)
  Alzheimer disease (HCC)
  Hypokalemia
  Hypernatremia
  Type 2 diabetes mellitus (HCC)

Acute hypoxic respiratory failure
-On 10 L of O2 via oxime mask
-Saturating adequately
-Due to heart failure and pleural effusions

Heart failure with reduced EF
Known history of coronary artery disease status post DES to mid LAD 2022
AV block status post PPM
AAA status post repair 2019
-Acute systolic CHF -known EF from January 2025 of 30 to 35% with moderate global hypokinesis
-Mild troponin elevation
-Admission BNP of 4376
-Continue aspirin
-Will hold Plavix for possible thoracentesis
-Lipitor 20

Hypotension
-Likely in setting of diuresis
-Labs do not reveal any leukocytosis
-Plan to start vasopressor support
-PICC line request

Hyponatremia

Hypokalemia
-Replete as needed

Poor urine output

-Labs do not reveal any creatinine elevation
-Insert Foley catheter

Type 2 diabetes
-Metformin 1000 twice daily
-Usually on NPH 22 twice daily at breakfast and nightly
-Hospital sliding scale

History of stroke and Alzheimer's
Neuro/psych
-Continues on Celexa
-Donepezil 5 mg a.m.
-Namenda 10 mg twice daily
-Risperidone 0.5 daily
-Trazodone 50 at night

GI
History of dysphagia
-Senna 2 tabs daily
-Zantac 150 twice a day

Ophthalmic
Continue with dorzolamide-timolol ophthalmic solution 1 drop to both eyes twice a day


**GLOBAL PLAN OF CARE:**
**I have discussed the plan of care with: Inter-professional team.**

Critical care time devoted to patient care 60 minutes.

Ryan Chua, MD

[1] • acetaminophen (TYLENOL) tablet 650 mg, 650 mg, oral, q4h PRN
• aspirin EC tablet 81 mg, 81 mg, oral, Daily
• atorvastatin (LIPITOR) tablet 20 mg, 20 mg, oral, Nightly
• calcium polycarbophiL (FIBERCON) tablet 625 mg, 625 mg, oral, Nightly
• clopidogreL (PLAVIX) tablet 75 mg, 75 mg, oral, Daily
• dextrose (GLUTOSE) gel 15 g, 15 g, oral, q15min PRN **OR** dextrose (D50W) IV injection 12.5 g, 12.5 g, intravenous, q15min PRN **OR** dextrose (D50W) IV injection 25 g, 25 g, intravenous, q15min PRN **OR** glucagon (GLUCAGEN) injection 1 mg, 1 mg, subcutaneous, q15min PRN
• donepezil (ARICEPT) tablet 5 mg, 5 mg, oral, Nightly
• DULoxetine DR (CYMBALTA) capsule 30 mg, 30 mg, oral, Daily
• enoxaparin (LOVENOX) subcutaneous injection 40 mg, 40 mg, subcutaneous, Daily
• furosemide (LASIX) injection 40 mg, 40 mg, intravenous, 2x daily
• insulin lispro (ADMELOG/HumaLOG - 100 units/mL) injection 1-5 Units, 1-5 Units, subcutaneous, 3x daily with meals
• insulin NPH (HumuLIN N,NovoLIN N - 100 units/mL) injection 22 Units, 22 Units, subcutaneous, Daily with breakfast
• insulin NPH (HumuLIN N,NovoLIN N - 100 units/mL) injection 22 Units, 22 Units, subcutaneous, Nightly
• lisinopriL (PRINIVIL,ZESTRIL) tablet 20 mg, 20 mg, oral, Daily
• memantine (NAMENDA) tablet 10 mg, 10 mg, oral, 2x daily
• ondansetron (ZOFRAN) injection 4 mg, 4 mg, intravenous, q8h PRN
• phenylephrine (NEO-SYNEPHRINE) 10 mg in 0.9% NaCl 250 mL premix infusion, 0-5 mcg/kg/min, intravenous, Titrated
• risperiDONE (RisperDAL) tablet 0.5 mg, 0.5 mg, oral, Daily PRN
• senna (SENOKOT) tablet 17.2 mg, 17.2 mg, oral, Nightly PRN
• IV Peripheral Line Care, , , Until discontinued **AND** sodium chloride 0.9% flush 2.5-10 mL, 2.5-10 mL,

intravenous, See admin instructions **AND** sodium chloride 0.9% flush 2.5-10 mL, 2.5-10 mL, intravenous, q12h SCH
- spironolactone (ALDACTONE) split tablet 12.5 mg, 12.5 mg, oral, Daily
- tamsulosin (FLOMAX) capsule 0.4 mg, 0.4 mg, oral, Daily

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ORENA, VICTOR | | Reg #: | 07540-085 |
| Date of Birth: | 08/04/1934 | Sex: M | Race: | WHITE |
| Scanned Date: | 03/03/2025 08:50 EST | | Facility: | DEV |

**Cosigned by Churchville, Lawrence MD on 03/03/2025 12:57.**

# Orena, Victor

---

**Michael Joseph Bernazzani, MD**
Resident
Emergency Medicine

**ED Provider Notes**   ⚠ 💬
Attested

Date of Service: 2/27/2025 12:25 PM

---

Attestation signed by Maurine J. Williams, MD at 3/2/2025  8:40 AM

Attending to Resident/Fellow - I saw and evaluated the patient. I discussed the case with the resident(s)/fellow(s) and agree with the findings and plan as documented by the resident(s)/fellow(s). Key elements, clarifications and/or exceptions are noted by me.

Victor Orena *DOB:* 8/4/1934 *MRN:* 520200765 *CSN:* 12187152104

---

## History

### HPI:

**Chief Complaint**
Patient presents with
- SOB

HPI
See HPI

## Patient History

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Alzheimer disease (HCC) | |
| • Anemia | |
| • Diabetes mellitus (HCC) | |
| • Glaucoma | |
| • Hypertension | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • ABDOMINAL AORTIC ANEURYSM REPAIR | | |
| • CARDIAC ELECTROPHYSIOLOGY PROCEDURE | N/A | 4/26/2018 |
| *Procedure: Generator extraction; Surgeon: Robert M Hayward Jr., MD; Location: UNV Heart Vasc Int Lab; Service:* | | |
| • PR REANEURYSM/GRFT INS,ABDOMINAL AORTA | N/A | 6/24/2019 |
| *Procedure: REPAIR OF ABDOMINAL AORTIC ANEURYSM USING GRAFT; Surgeon: Elias J Arous, MD; Location: UNV OR; Service: Vascular* | | |

No family history on file.

**Social History**

Tobacco Use
- Smoking status:            Former

- Smokeless tobacco:        Never
- Tobacco comments:
    :
Substance Use Topics
- Alcohol use:              Not Currently
- Drug use:                Not Currently

## Sexuality and Gender Identity
Sexuality

Legal Information
Legal first name: Victor
Legal last name: Orena
Legal sex: Male

Gender Identity

Patient's sex assigned at birth: Male

Organ Inventory

| | Organs the patient currently has: | Organs present at birth or expected at birth to develop: | Organs surgically enhanced or constructed: | Organs hormonally enhanced or developed: |
|---|---|---|---|---|
| breasts | | | | |
| cervix | | | | |
| ovaries | | | | |
| uterus | | | | |
| vagina | | | | |
| penis | | | | |
| prostate | | | | |
| testes | | | | |

## Review of Systems ⌄
REVIEW OF SYSTEMS:
See HPI

## Physical Exam

## Physical Exam ⌄
ED Triage Vitals [02/27/25 1244]

| Temp | Heart Rate | Resp | BP | SpO2 |
|---|---|---|---|---|
| 36.6 °C (97.9 °F) | 61 | (I) 22 | 159/87 | 97 % |

| Temp src | Heart Rate | Patient Position | BP Location | Set FiO2 (O2%) |
|---|---|---|---|---|

|  | Source |  |  |  |
|--|--------|--|--|--|
| -- | Monitor | Lying | Left arm | -- |

**Physical Exam**
See MDM

## Medical Decision Making and ED Course

MDM
This is a 90-year-old with history of CHF who is reportedly from the facility not on any oxygen but prior notes that he is on 2 L of oxygen at baseline but given his presenting who has history of dementia who was found to be 88% on room air this morning and only mildly improved with put on 2 L and was escalated to 4 L but he improved to 93%. Patient was recently seen here in January and was having similar symptoms at that time was found to have bilateral pleural effusions with questionable pneumonia versus pulmonary edema was given Lasix and treated for his pneumonia. He had a VBG done at that time that showed that he had acidosis but that he was not retaining any CO2 the decision was made to put him on high flow since he was not able to tolerate BiPAP due to his mental status with his dementia. He eventually was transferred to Tufts Medical Center for the bilateral pleural effusions that were found. There he had drainage of his effusions and was found to have a pneumothorax afterwards was treated with chest tube also was noted to have Legionella pneumonia and was treated for this.. The present is not able provide me any further information as to what ultimately happened with that. But he was logical at the present was doing well. And they state now that he feels like he has been short of breath again. Here the patient wakes up and is able to answer all my questions and have a full discussion with me. States that he does not have any acute complaints but does feel short of breath if he tries to get up and move around. He denies any abdominal pain any chest pain any nausea vomiting any urinary symptoms.

On exam the patient has bilateral rhonchi in the lower and upper lung regions he has only 1+ pitting edema up to the knee and his abdomen is mildly distended but soft without any rebound or guarding. He is alert and able to carry a full discussion. He has no obvious neurodeficits. He has 5 out of 5 strength bilateral upper and lower extremities.

His differential diagnosis includes CHF exacerbation versus pneumonia versus reoccurrence of his pleural fluid or ACS. Will plan to get a workup for heart failure as the patient has bilateral crackles on exam along with ACS workup. He will most likely require admission either ICU or floor depending on what his workup shows. His EKG shows that he has a paced rhythm without any acute signs of ischemia. Will plan to get a chest x-ray here today. Will get a VBG to assess his hypercarbia status and I favor a diagnosis of CHF still but since he has been mildly confused and is difficult to decipher his dementia from hypercarbia we will plan to check this.

Patient's labs show that he has a troponin of 63 this is similar to his prior admission here where he was in the 65's his BMP shows that he has hypernatremia with hypokalemia we will plan to give him potassium. And his BNP is elevated to 4000. He is COVID-negative and his CBC is stable his VBG is pending and we will wait to see what his chest x-ray shows.

Patient's workup shows that his VBG does not show any signs of chronic hyper Mia or hypercapnia at this time. His chest x-ray shows that he has possible pulmonary edema versus pleural effusion so I elected to get a CT scan of his chest which did demonstrate that he has continued pulmonary edema and that his pleural effusion was smaller than usual. Given the fact that his VBG is stable and his CT scan shows that he has pulmonary edema with a smaller than usual pleural effusion we will plan to admit him here to the hospital for further workup and treatment. He can see pulm as an inpatient for further drainage if needed. He has an elevated BNP and tropes that have been flat around his baseline of 63 and 65. Patient was accepted the hospital for admission

**ED Course** as of 02/27/25 1654
**Thu Feb 27, 2025**
1519    **Venous Blood Gas (VBG)(I)**
            No acidotic will CT with 4L NC [MB]

**ED Course User Index**
[MB] Michael Joseph Bernazzani, MD

*Victor Orena DOB: 8/4/1934 MRN: 520200765 CSN: 12187152104*

Michael Joseph Bernazzani, MD
Resident
02/27/25 1656

Cosigned by: Maurine J. Williams, MD at 3/2/2025 8:40 AM

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ORENA, VICTOR | | | Reg #: | 07540-085 |
| Date of Birth: | 08/04/1934 | Sex: | M | Race: | WHITE |
| Scanned Date: | 03/03/2025 08:42 EST | | | Facility: | DEV |

**Cosigned by Churchville, Lawrence MD on 03/04/2025 15:45.**