# THE LAW OFFICE OF GERARD M. MARRONE

*66-85 73rd Place, Second Floor*       *718.261.1711*
*Middle Village, New York 11379*       *347.813.4985-F*

May 9, 2025

Honorable Eric R. Komitee
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *U.S. v. Orena*; 92-cr-351

Dear Judge Komitee:

    Please be advised that I represent Victor Orena with respect to his second compassionate release submission. I am in receipt of the Government's opposition to my filed motion. At this time, I would like to respectfully request until May 16, 2025 to file my response to the Government's filed opposition.

    I thank you in advance for your consideration to this request. Should you have any questions or concerns, feel free to contact the undersigned.

    Respectfully Submitted,

    /s/ Gerard M. Marrone

    Gerard M. Marrone, Esq.

GMM/gr