MANDATE

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 31st day of July, two thousand twenty-five.

Before:     Beth Robinson,
            Myrna Pérez,
            Alison J. Nathan,
                 *Circuit Judges.*

_____

United States of America,

              Appellee,

   v.

Victor J. Orena,  AKA Victor J. Orena,  AKA Little Vic, Michael Sessa,

              Defendants – Appellants,

Pasquale Amato, Carmine Sessa, Lawrence A. Fiorenza, Lawrence Mazza, Joseph Russo,  AKA Jo Jo, Anthony Russo,  AKA Chuckie, Robert Zambardi,  AKA Bobby Zam, Joseph Monteleone, Sr.,  AKA Joe Monte, Sr., Alphonse Persico,  AKA Allie Boy, Joseph Tomasello,  AKA Joe T, Theodore Persico,  AKA Teddy, Richard Fusco,  AKA Richie, James DelMastro,  AKA James DelMastro,

              Defendants.

_____

**JUDGMENT**

Docket Nos. 23-7133(L), 24-835(Con)*

The appeal in the above captioned case under 24-835 from a judgment of the United States District Court for the Eastern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's amended judgment is AFFIRMED.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

_____
* The lead appeal, 23-7133, was previously determined by order filed on May 10, 2024.

MANDATE ISSUED ON 11/03/2025