UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

92CR-351

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

Victor Orena
--------------------------------------------------------------X

TO: Opposing Counsel

U.S. Attorney's Office

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I _Anthony E. Colombo, Jr._ will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of _Anthony E. Colombo, Jr._ and a member in good standing of the bar(s) of the State(s) of _California / District of Columbia_, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for _Victor Orena_. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: 11/3/25

Respectfully submitted,

_A. Colombo_
Signature of Movant
Firm Name _Law Office Anthony E. Colombo, Jr._
Address _The Senator Building, 105 West F Street, Ste 312 San Diego, CA 92101_
Email _anthonycolombolegal@gmail.com_
Phone _(619) 235-1784 / (619) 889-8467_

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

IN THE MATTER OF THE APPLICATION OF
_Anthony E. Colombo, Jr._                    SPONSORING AFFIDAVIT
TO BE ADMITTED AS AN ATTORNEY
----------------------------------------------------------X

_Gerard M. Marrone_, being duly sworn, deposes and says:

FIRST, I reside at _Queens, New York_ and maintain offices and official address the practice of law at _66-85 73rd Pl, Middle Village, N.Y. 11379_.

SECOND, I am an attorney at law, having been admitted to practice in the Supreme Court, Appellate Division of the _Second_ Department of New York during the _____ Term, and the United States District Court for the Eastern District of New York, in good standing.

THIRD, I have known the Petitioner for at least one year and have visited with him/her on numerous occasions.

FOURTH, I know that the Petitioner has practiced law in the courts of _California and the District of Columbia_, that Petitioner is of good moral character and fully qualified to be admitted to practice in this Court.

FIFTH, I know that the Petitioner has been attorney in actions on _numerous Federal cases in the last 25 years in various districts throughout the United States._

SIXTH, In my opinion Petitioner believes in the fundamental principles of the Constitution of the United States and will make an honorable and capable member of the bar of this Court.

_____
Sponsor's Signature

Sworn to before me this
_14_ day of
_November_, 2025

_____
Signature of Notary Public

MARIA BEUTURA
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01BE6183052
Qualified in Queens County
Commission Expires 03/10/2028

Revised 05/2015



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Anthony E Colombo Jr.

was duly qualified and admitted on November 6, 2009 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 03, 2025.*

**JULIO A. CASTILLO**
Clerk of the Court

Issued By:

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

**ISSUE DATE:** 11/3/2025

**LICENSEE NAME:** Anthony Edward Colombo, Jr.

**LICENSEE BAR NUMBER:** 218411

**LICENSEE STATUS:** Active

**ADMIT DATE:** 1/4/2002

To Whom it May Concern:

This certificate of standing certifies the record above is a true and correct copy of Anthony Edward Colombo, Jr.'s current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)